IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | )    C.A. No. _____ <br> ) |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | ) <br> ) <br> ) |
| Respondents. | ) |

**MOTION FOR LEAVE TO FILE PETITION,
MOTION AND MEMORANDUM UNDER SEAL**

Petitioner Stilton International Holdings Limited ("Stilton"), through its undersigned attorneys, hereby seeks leave to file its Petition to Confirm Arbitration Award, Motion for Confirmation of Arbitration Award and Entry of Judgment, and Memorandum of Law in Support of Motion for Confirmation of Arbitration Award and Entry of Judgment (and collectively all attachments thereto) in the above-captioned matter under seal. In support of this motion, Stilton states as follows:

      1.     Stilton's Petition against Respondents CIS Financial Services ("CISFS") and Cargill, Incorporated ("Cargill") (collectively, "Respondents") seeks from this Court an Order pursuant to Section 207 of the Federal Arbitration Act confirming an arbitration award duly executed in counterparts on May 20 and May 21, 2008 (the "Final Award"). In order to explain the rights and obligations of the parties with respect to the Final Award, which Stilton maintains is not confidential, the Petition and related filings set forth certain other information that may be considered confidential by one or more of the parties to this action.

2. Out of respect for the arbitration process and the Confidentiality Stipulation and Order in place in the arbitration proceedings, Stilton seeks leave to file its Petition and related filings under seal at this time so that it may confer with Respondents as to the nature and extent of redactions to material other than the Final Award, if any, that may be required to file Public Versions of the pleadings.

3. Finally, Stilton is entitled to file this motion under seal. In *Littlejohn v. Bic Corp.*, 851 F.2d 673 (3d Cir. 1988), the Third Circuit held that, though the common law afforded the public the right of access to judicial proceedings and records, that "right is not absolute." *Id.* at 677-78 (citing *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598 (1978). Rather, "[courts may deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing." *Id.* at 678 (quoting *Nixon*, 435 U.S. at 598) (emphasis added); *see also Leucadia, Inc. v. Applied Extrusion Tech., Inc.*, 998 F.2d 157, 162 (3d Cir. 1993) ("Documents containing trade secrets or other confidential business information may be protected from disclosure.").

**WHEREFORE**, Stilton respectfully requests leave to file its Petition to Confirm Arbitration Award, Motion for Confirmation of Arbitration Award and Entry of Judgment, and Memorandum of Law in Support of Motion for Confirmation of Arbitration Award and Entry of Judgment (and collectively all attachments thereto) in this matter under seal.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: _____ |
|  | Kevin R. Shannon (#3137) |
| Bruce G. Paulsen | David E. Moore (#3983) |
| Jeffrey M. Dine | 1313 N. Market Street |
| Paula Odysseos | Hercules Plaza, 6th Floor |
| SEWARD & KISSEL LLP | P. O. Box 951 |
| 1 Battery Park Plaza | Wilmington, DE 19899 |
| New York, New York | Tel: (302) 984-6000 |
| Tel: (212) 574-1200 | kshannon@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: June 16, 2008 | *Attorneys for Petitioner Stilton International Holdings Limited* |
| 869589/33162 |  |

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, <br><br> Petitioner, <br><br> v. <br><br> CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br><br> C.A. No. _____ |

## ORDER

Upon application of Petitioner Stilton International Holdings Limited ("Stilton"), and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Stilton may file its Petition to Confirm Arbitration Award, Motion for Confirmation of Arbitration Award and Entry of Judgment, and Memorandum of Law in Support of Motion for Confirmation of Arbitration Award and Entry of Judgment (and collectively all attachments thereto) in the above-captioned matter under seal.

_____
U.S.D.J.

869589