IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) C.A. No. _____ ) |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | ) ) ) ) |
| Respondents. | ) |

**STILTON INTERNATIONAL HOLDINGS LIMITED'S
7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Stilton International Holdings Limited hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Bruce G. Paulsen
Jeffrey M. Dine
Paula Odysseos
SEWARD & KISSEL LLP
1 Battery Park Plaza
New York, New York
Tel: (212) 574-1200

Dated: June 16, 2008
869737/33162

POTTER ANDERSON & CORROON LLP

By: _____
Kevin R. Shannon (#3137)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Petitioner Stilton International Holdings Limited*