IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) C.A. No. 08-361 ) |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | ) ) ) |
| Respondents. | ) ) |

### ORDER

Upon application of Petitioner Stilton International Holdings Limited ("Stilton"), and for good cause shown,

**IT IS HEREBY ORDERED** this ___18th___ day of ___June___, 2008, that Stilton may file its Petition to Confirm Arbitration Award, Motion for Confirmation of Arbitration Award and Entry of Judgment, and Memorandum of Law in Support of Motion for Confirmation of Arbitration Award and Entry of Judgment (and collectively all attachments thereto) in the above-captioned matter under seal.

_____
U.S.D.J.

869589