AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
_____ District of Delaware

STILTON INTERNATIONAL HOLDINGS LIMITED,

Petitioner,

v.                                          Civil Action No. 08 - 361

CIS FINANCIAL SERVICES, INC. and CARGILL,
INCORPORATED,

### Summons in a Civil Action

To: *(Defendant's name and address)*

Cargill, Incorporated
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kevin R. Shannon (#3137) / David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street,   Wilmington, DE 19899-0951

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
_____
Name of clerk of court

Date: JUN 1 6 2008

_____
Deputy clerk's signature

*(Use 60 days if the defendant is United States or a United States agency, or is an officer or employee of the Unites States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___6/16/08___,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
___Scott LaScala___; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: ___6/17/08___

_____
Server's signature

___Kevin Reinbold___
Printed name and title

___230 N Market St, Wilm DE 19801___
Server's address