IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, ) ) ) Petitioner, ) ) v. ) ) CIS FINANCIAL SERVICES, INC. and ) CARGILL, INCORPORATED, ) ) Respondents. ) | C.A. No. 08-361 UNA |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Bruce G. Paulsen, Jeffrey M. Dine and Paula Odysseos of Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004 to represent Stilton International Holdings Limited in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Kevin R. Shannon (#3137)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

Dated: June 20, 2008
870754 / 33162

*Attorneys for Petitioner Stilton International Holdings Limited*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

  ☐ has been paid to the Clerk of the Court

  ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 20, 2008   Signed:  /s/ *Bruce G. Paulsen*
                Bruce G. Paulsen
                Seward & Kissel LLP
                One Battery Park Plaza
                New York, NY 10004
                Tel: (212) 574-1200
                paulsen@sewkis.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: June 20, 2008        Signed:    /s/ *Jeffrey M. Dine*
                                      Jeffrey M. Dine
                                      Seward & Kissel LLP
                                      One Battery Park Plaza
                                      New York, NY 10004
                                      Tel: (212) 574-1200
                                      Dine@sewkis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: June 20, 2008          Signed:    /s/ *Paula Odysseos*
                                        Paula Odysseos
                                        Seward & Kissel LLP
                                        One Battery Park Plaza
                                        New York, NY  10004
                                        Tel:  (212) 574-1200
                                        Odysseos@sewkis.com