IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, <br><br> Petitioner, <br><br> v. <br><br> CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, <br><br> Respondents. | C.A. No. 08-361 (JJF) |

**RESPONDENTS' MOTION FOR LEAVE TO FILE UNDER SEAL THEIR CROSS-MOTION TO VACATE OR ALTERNATIVELY TO MODIFY ARBITRATION AWARD AND THEIR MEMORANDUM IN OPPOSITION TO THE MOTION FOR CONFIRMATION OF ARBITRATION AWARD AND ENTRY OF JUDGMENT AND IN SUPPORT OF CROSS-MOTION**

Respondents Cargill, Incorporated ("Cargill, Inc.") and CIS Financial Services, Inc. ("CISFS", collectively "Cargill") hereby seek leave to file under seal their Cross-Motion to Vacate or Alternatively to Modify Arbitration Award and Memorandum in Opposition to the Motion for Confirmation of Arbitration Award and Entry of Judgment and in Support of Cross-Motion to Vacate or Alternatively to Modify Arbitration Award ("Opposition and Cross-Motion") and all attachments thereto in the above-captioned matter. In support of this Motion, Cargill states as follows:

1. Petitioner Stilton International Holdings Limited ("Stilton") initiated this action on June 16, 2008 by filing a Petition to Confirm an Arbitration Award pursuant to section 207 of the Federal Arbitration Act ("Petition") [D.I. 2]. The arbitration award at issue was executed on May 20 and May 21, 2008 (the "Award"). Stilton simultaneously filed a Motion for Confirmation of Arbitration Award and Entry of Judgment ("Confirmation Motion") [D.I. 3].

2.  Stilton also filed a Motion to file the Petition, Confirmation Motion and Memorandum in support of the Confirmation Motion under seal ("Seal Motion") [D.I.1]. The Court granted Stilton's Seal Motion on June 19, 2008 [D.I. 6].

3.  In its Seal Motion, Stilton asserted that while the Award itself was not confidential, other information set forth in the Petition may be considered confidential by the parties. [D.I. 1 at ¶1]. This same reasoning supports Cargill's Opposition and Cross-Motion being filed under seal. Cargill's Opposition and Cross-Motion and supporting attachments utilize information ancillary to the actual terms of the Award that may be considered confidential by the parties.

4.  Further the parties had a Confidentiality Stipulation and Order in place for the arbitration proceedings. Cargill would request that its Opposition and Cross-Motion along with supporting attachments be permitted to be filed under seal to allow the parties time to address the confidentiality concerns that led to the entry of the Confidentiality Stipulation in the arbitration.

5.  "Documents containing trade secrets or other confidential business information may be protected from disclosure." *Leucadia, Inc. v. Applied Extrusion Tech., Inc.*, 998 F.2d 157, 166 (3d Cir. 1993). "[C]ourts have refused to permit their files to serve as . . . sources of business information that might harm a litigant's competitive standing." *Id.* (quoting *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598 (1978). The Opposition and Cross-Motion along with the supporting attachments contain confidential business information related to the parties and therefore may be filed under seal.

WHEREFORE Cargill, Incorporated and CIS Financial Services, Inc. respectfully request that the Court enter an order in the form attached hereto granting Respondents

623.002-21023

2

permission to file their Cross-Motion to Vacate or Alternatively to Modify the Arbitration Award and Memorandum in Opposition to the Motion for Confirmation of Arbitration Award and Entry of Judgment and in Support of Cross-Motion to Vacate or Alternatively to Modify Arbitration Award and all attachments thereto under seal.

LANDIS RATH & COBB LLP

OF COUNSEL

Michael B. Fisco, Esquire
Will Stute, Esquire
Michael M. Krauss, Esquire
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612)766-7000

Daniel B. Rath, Esquire (No. 3022)
Rebecca L. Butcher, Esquire (No. 3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: rath@lrclaw.com
butcher@lrclaw.com

*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated*

DATE: July 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED,  )<br>)<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>CIS FINANCIAL SERVICES, INC. and  )<br>CARGILL, INCORPORATED,  )<br>)<br>Respondents.  ) | C.A. No. 08-361 (JJF) |

## ORDER

Upon application of Respondents Cargill, Incorporated and CIS Financial Services, Inc. (collectively, "Cargill") and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____ 2008, that Respondents may file their Motion to Vacate or Alternatively to Modify Arbitration Award and their Memorandum in Opposition to the Motion for Confirmation of Arbitration Award and Entry of Judgment and in Support of Cross-Motion to Vacate or Alternatively to Modify Arbitration Award and all attachments thereto under seal.

_____
The Honorable Judge Joseph J. Farnan, Jr.
United States District Judge

623.002-21030