IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, <br><br> Petitioner, <br><br> v. <br><br> CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 08-361 (JJF) |

**CARGILL, INCORPORATED'S
7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Respondent Cargill, Incorporated hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

OF COUNSEL

Michael B. Fisco, Esquire
Will Stute, Esquire
Michael M. Krauss, Esquire
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612)766-7000

DATE: July 3, 2008

LANDIS RATH & COBB LLP

_/s/ Daniel B. Rath_

Daniel B. Rath, Esquire (No. 3022)
Rebecca L. Butcher, Esquire (No. 3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: rath@lrclaw.com
      butcher@lrclaw.com

*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated*

623.002-21014