IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CIS FINANCIAL SERVICES, INC. and )<br>CARGILL, INCORPORATED, )<br>)<br>Respondents. ) | C.A. No. 08-361 (JJF) |

## CIS FINANCIAL SERVICES, INC.'S
## 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Respondent CIS Financial Services, Inc., a dissolved Delaware corporation was a wholly owned subsidiary of Cargill, Incorporated. Since the corporation has been dissolved no publicly traded company owns 10% or more of the common stock of CIS Financial Services, Inc.

OF COUNSEL

Michael B. Fisco, Esquire
Will Stute, Esquire
Michael M. Krauss, Esquire
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612)766-7000

LANDIS RATH & COBB LLP

/s/ Daniel B. Rath

Daniel B. Rath, Esquire (No. 3022)
Rebecca L. Butcher, Esquire (No. 3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: rath@lrclaw.com
       butcher@lrclaw.com

*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated*

DATE: July 3, 2008

623.002-21013