IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED,<br><br>Petitioner,<br><br>v.<br><br>CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-361-JJF<br>)<br>) **PUBLIC VERSION**<br>)<br>)<br>) |

**MOTION FOR CONFIRMATION OF ARBITRATION AWARD AND
<u>ENTRY OF JUDGMENT</u>**

OF COUNSEL:

Bruce G. Paulsen
Jeffrey M. Dine
Paula Odysseos
SEWARD & KISSEL LLP
1 Battery Park Plaza
New York, New York
Tel: (212) 574-1200

Kevin R. Shannon (#3137)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Petitioner Stilton International
Holdings Limited*

Dated: June 16, 2008
Public Version Dated: July 7, 2008
872972/33162

Petitioner Stilton International Holdings Limited ("Stilton"), by its undersigned attorneys, hereby moves this Court for an Order pursuant to Section 207 of the Federal Arbitration Act, 9 U.S.C. § 207, (a) confirming a Final Award[1] rendered by a Commercial Arbitration Tribunal (the "Tribunal") sitting in New York, New York, which Tribunal was designated in accordance with the arbitration provision of the parties' Foreign Exchange Account Agreement (the "Agreement") dated October 17, 1997, as amended, and the Commercial Rules of the American Arbitration Association; (b) directing the Clerk of the Court, pursuant to Fed. R. Civ. P. 58, to enter judgment thereon against Respondents CISFS and Cargill; and (c) granting Stilton its costs in this proceeding.  The basis for this motion is fully stated in Stilton's Petition, dated June 16, 2008, the Affidavit of Bruce G. Paulsen, sworn to June 13, 2008, and all exhibits thereto, and Stilton's Memorandum of Law in Support of Motion to Confirm Arbitration Award and For Entry of Judgment, dated June 16, 2008, filed concurrently herewith.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Bruce G. Paulsen
Jeffrey M. Dine
Paula Odysseos
SEWARD & KISSEL LLP
1 Battery Park Plaza
New York, New York
Tel: (212) 574-1200

Dated: June 16, 2008
Public Version Dated: July 7, 2008
872972/33162

By: /s/ David E. Moore
Kevin R. Shannon (#3137)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899
Tel:  (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Petitioner Stilton International Holdings Limited*

---

[1] The Final Award was dated May 21, 2008, and awarded Stilton $30,600,000.00, plus interest and other relief against Respondents CIS Financial Services ("CISFS") and Cargill, Incorporated ("Cargill") (collectively, "Respondents").

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 7, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 7, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Daniel B. Rath<br>Rebecca L. Butcher<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>rath@lrclaw.com<br>butcher@lrclaw.com | Michael B. Fisco<br>Will Stute<br>Michael M. Krauss<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>MFisco@faegre.com<br>WStute@faegre.com<br>mkrauss@faegre.com |

/s/ *David E. Moore*
Kevin R. Shannon (#3137)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

872980/33162

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, <br><br> Petitioner, <br><br> v. <br><br> CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, <br><br> Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-361-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On consideration of the Motion of petitioner Stilton International Holdings Limited ("Petitioner" or "Stilton") for an Order confirming the Arbitration Award rendered by an Arbitral Tribunal (the "Tribunal") of the International Centre for Dispute Resolution ("ICDR") of the American Arbitration Association ("AAA"), duly executed in counterparts on May 20 and May 21, 2008, without amendment (the "Final Award") against Respondents CIS Financial Services, Inc. ("CISFS") and Cargill, Incorporated ("Cargill"), and of the petition filed in this case, the opening brief, and declaration filed in support thereof;

IT IS HEREBY ORDERED, this _____ day of _____, 2008, that the Motion is GRANTED as follows:

1. The Final Award of the Tribunal on Petitioner's behalf against Respondents CISFS and Cargill is hereby confirmed;

2. The Clerk of the Court shall enter judgment in favor of Petitioner Stilton and against Respondents CISFS and Cargill in the amount of $30,600,000.00, together with interest thereon at an annual rate of 9% from May 21, 2008 until the date the judgment is satisfied.

2

Stilton shall pay to Respondents any amounts it receives in the future in respect of its proof of claim in the bankruptcy of Refco Capital Markets, Ltd. in excess of $23,400,000.00; and

3.  Respondents shall pay to Petitioner Stilton costs of this action.

_____
United States District Judge

2