IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | C.A. No. 08-361-JJF |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | ) ) ) ) | |
| Respondents. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that petitioner Stilton International Holdings Limited shall file its combined Answer and Reply Brief on its Motion for Confirmation (D.I. 3) and Respondents' Cross-Motion to Vacate or Alternatively to Modify Arbitration Award (D.I. 13) on or before July 21, 2008.

IT IS FURTHER STIPULATED that respondents CIS Financial Services, Inc. and Cargill, Incorporated shall file their Reply Brief on their Motion to Vacate or Alternatively to Modify Arbitration Award on or before August 4, 2008.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Kevin R. Shannon (#3137)
    David E. Moore (#3983)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    P. O. Box 951
    Wilmington, DE  19899
    Tel:  (302) 984-6000
    kshannon@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Petitioner Stilton International Holdings Limited*

LANDIS RATH & COBB LLP

By: /s/ Rebecca L. Butcher
    Daniel B. Rath (#3022)
    Rebecca L. Butcher (#3816)
    919 Market Street, Suite 600
    Wilmington, DE  19801
    Tel:  (302) 467-4400
    rath@lrclaw.com
    butcher@lrclaw.com

*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated*

2

SO ORDERED, this _____ day of _____, 2008.

_____
                                                                                Judge

873213/33162