IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED,<br><br>    Petitioner,<br><br>    v.<br><br>CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-361-JJF<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that petitioner Stilton International Holdings Limited shall file its combined Answer and Reply Brief on its Motion for Confirmation (D.I. 3) and Respondents' Cross-Motion to Vacate or Alternatively to Modify Arbitration Award (D.I. 13) on or before July 21, 2008.

IT IS FURTHER STIPULATED that respondents CIS Financial Services, Inc. and Cargill, Incorporated shall file their Reply Brief on their Motion to Vacate or Alternatively to Modify Arbitration Award on or before August 4, 2008.

| POTTER ANDERSON & CORROON LLP | LANDIS RATH & COBB LLP |
|---|---|
| By: /s/ David E. Moore<br>    Kevin R. Shannon (#3137)<br>    David E. Moore (#3983)<br>    1313 N. Market Street<br>    Hercules Plaza, 6th Floor<br>    P. O. Box 951<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    kshannon@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Petitioner Stilton International Holdings Limited* | By: /s/ Rebecca L. Butcher<br>    Daniel B. Rath (#3022)<br>    Rebecca L. Butcher (#3816)<br>    919 Market Street, Suite 600<br>    Wilmington, DE 19801<br>    Tel: (302) 467-4400<br>    rath@lrclaw.com<br>    butcher@lrclaw.com<br><br>*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated* |

SO ORDERED, this \_\_\_11\_\_\_ day of \_\_\_July_____, 2008.

_____
Judge

873213/33162