IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | ) ) ) | |
| Petitioner, | ) ) | C.A. No. 08-361 (JJF) |
| v. | ) ) ) | |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | ) ) ) | **PUBLIC VERSION** |
| Respondents. | ) ) | |

### RESPONDENTS' CROSS-MOTION TO VACATE OR ALTERNATIVELY TO MODIFY ARBITRATION AWARD

Respondents Cargill, Incorporated and CIS Financial Services, Inc. ("CISFS", collectively "Respondents") hereby move to vacate or alternatively modify the arbitration award rendered against Respondents dated as of May 20 and 21, 2008, pursuant to Sections 10 and 11 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, as set forth in the form of order attached hereto. Respondents are filing contemporaneously herewith a brief and exhibits in support of this Motion.

**WHEREFORE**, for the reasons set forth in this Motion, supporting Brief and exhibits, Respondents respectfully request that this Court grant its Motion to Vacate or Alternatively to Modify the Arbitration Award.

|  |  |
|---|---|
|  | LANDIS RATH & COBB LLP |
| OF COUNSEL | /s/ Daniel B. Rath |
| Michael B. Fisco, Esquire | Daniel B. Rath, Esquire (No. 3022) |
| Will Stute, Esquire | Rebecca L. Butcher, Esquire (No. 3816) |
| Michael M. Krauss, Esquire | 919 Market Street, Suite 600 |
| FAEGRE & BENSON LLP | Wilmington, Delaware 19801 |
| 2200 Wells Fargo Center | Telephone: (302) 467-4400 |
| 90 South Seventh Street | Facsimile: (302) 467-4450 |
| Minneapolis, MN 55402 | Email: rath@lrclaw.com |
| (612)766-7000 | butcher@lrclaw.com |

*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated*

DATE: July 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | ) ) ) | |
| Petitioner, | ) ) | C.A. No. 08-361 (JJF) |
| v. | ) ) ) | |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Upon motion of Respondents Cargill, Incorporated and CIS Financial Services, Inc. (collectively, "Respondents") to vacate or alternatively to modify the final arbitration award rendered against Respondents dated as of May 20 and 21, 2008, pursuant to Sections 10 and 11 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, the Court having considered this Motion, the briefs and exhibits filed in support of and in opposition to the Motion, and having heard and considered the arguments of counsel and it appearing that Respondents are entitled to vacation of the arbitration award;

**IT IS HEREBY ORDERED**, this _____ day of _____, 2008 that Defendants' Motion is GRANTED;

**IT IS FURTHER ORDERED** that the arbitration award against Respondents dated as of May 20 and 21, 2008 is hereby vacated pursuant to section 10(a)(4) of the Federal Arbitration Act, 9 U.S.C. §§ 1-16; and

**IT IS FURTHER ORDERED** that Petitioner shall pay to Respondents costs of this action.

_____
The Honorable Judge Joseph J. Farnan, Jr.
United States District Judge

Case 1:08-cv-00361-JJF   Document 20-2   Filed 07/15/2008   Page 2 of 2