

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

July 23, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the District of Delaware
844 N. King Street
Wilmington, DE  19801

      Re:    *Stilton International Holdings Limited, v. CIS Financial Services, Inc. and Cargill, Incorporated*, C.A. No. 08-361-JJF

Dear Judge Farnan:

      Pursuant to D. Del. LR 7.1.4, Petitioner Stilton International Holdings Limited respectfully requests oral argument on its Motion for Confirmation of Arbitration Award and Entry of Judgment (D.I. 3) and Respondents' Cross-Motion to Vacate or Alternatively to Modify Arbitration Award (D.I. 13).

      Counsel are available at the Court's convenience should Your Honor have any questions.

                                          Respectfully,

                                          */s/ David E. Moore*

                                          David E. Moore

DEM:nmt/875539 / 33162

cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)