IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | C.A. No. 08-361-JJF |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | ) ) ) ) | **PUBLIC VERSION** |
| Respondents. | ) ) | |

**PETITIONER STILTON INTERNATIONAL HOLDINGS LIMITED'S
MEMORANDUM OF LAW IN RESPONSE TO CROSS-MOTION TO VACATE
OR ALTERNATIVELY TO MODIFY ARBITRATION AWARD,
AND REPLY IN FURTHER SUPPORT OF MOTION TO CONFIRM
<u>ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT</u>**

OF COUNSEL:

Bruce G. Paulsen
Jeffrey M. Dine
Paula Odysseos
SEWARD & KISSEL LLP
1 Battery Park Plaza
New York, New York
Tel: (212) 574-1200

Kevin R. Shannon (#3137)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Petitioner Stilton International Holdings Limited*

Dated: July 21, 2008
Public Version Dated: July 29, 2008
33162

**THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 29, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 29, 2008, I have Electronically Mailed the document to the following person(s):

Daniel B. Rath
Rebecca L. Butcher
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE  19801
rath@lrclaw.com
butcher@lrclaw.com

Michael B. Fisco
Will Stute
Michael M. Krauss
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
MFisco@faegre.com
WStute@faegre.com
mkrauss@faegre.com

/s/ David E. Moore
Kevin R. Shannon (#3137)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899
Tel:  (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

872980/33162