**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | ) ) | |
| | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | C.A. No. 08-361-JJF |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | ) ) ) | **PUBLIC VERSION** |
| Respondents. | ) ) | |

**AFFIDAVIT OF BRUCE G. PAULSEN IN RESPONSE TO CROSS-MOTION
TO VACATE OR ALTERNATIVELY TO MODIFY ARBITRATION AWARD**

**VOLUME 2 OF 2**

OF COUNSEL:

Bruce G. Paulsen
Jeffrey M. Dine
Paula Odysseos
SEWARD & KISSEL LLP
1 Battery Park Plaza
New York, New York
Tel: (212) 574-1200

Kevin R. Shannon (#3137)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Petitioner Stilton International
Holdings Limited*

Dated: July 21, 2008
Public Version Dated: July 29, 2008
33162

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STILTON INTERNATIONAL                    )
HOLDINGS LIMITED,                        )
                                         )
              Petitioner,                )
                                         )
      v.                                 )    C.A. No.  1:08-cv-00361-JJF
                                         )
CIS FINANCIAL SERVICES, INC. and         )    **PUBLIC VERSION**
CARGILL, INCORPORATED,                   )
                                         )
              Respondents.               )

AFFIDAVIT OF BRUCE G. PAULSEN
IN RESPONSE TO CROSS-MOTION TO VACATE
OR ALTERNATIVELY TO MODIFY ARBITRATION AWARD

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK  )

BRUCE G. PAULSEN, being duly sworn, deposes and says:

1.      I am a member of the law firm of Seward & Kissel LLP, counsel for Petitioner

Stilton International Holdings Limited ("Stilton") in the above-referenced matter.  I have

personal knowledge of all the facts contained herein and, if called to testify, could and would

competently testify thereto.

2.      Attached hereto as Exhibits are true and correct copies of the following

documents:

| Exhibit | Description | Date |
|---------|-------------|------|
| 6 | Stilton's Statement of Claim (without exhibits) | 06/20/07 |
| 7 | Cargill's Answering Statement (without exhibits) | 07/19/07 |
| 8 | Stilton's Pre-Hearing Brief | 03/07/08 |
| 9 | Stilton's Post-Hearing Brief | 05/02/08 |
| 10 | Excerpts from Cargill's Pre-Hearing Brief | 03/07/08 |

| Exhibit | Description | Date |
|---|---|---|
| 11 | Excerpts from AAA Hearing Transcript | 03/17/08 & 03/18/08 |
| 12 | CISFS Foreign Exchange Account Agreement Addendum (Claimant's Hearing Ex. 5) | 03/09/00 |
| 13 | (Claimant's Hearing Ex. 8) | 08/20/04 |
| 14 | (Claimant's Hearing Ex. 55) | 05/31/05 |
| 15 | (Claimant's Hearing Ex. 59) | 06/00/05 |
| 16 | (Claimant's Hearing Ex. 124) | 09/01/05 |
| 17 | (Claimant's Hearing Ex. 137) | 10/19/05 |
| 18 | (Claimant's Hearing Ex. 140) | 12/07/05 |
| 19 | State of Delaware Certificate of Dissolution for CIS Financial Services (Claimant's Hearing Ex. 143) | 05/19/06 |
| 20 | US Bankruptcy Court Claim, Stilton (Claimant's Hearing Ex. 145) | 07/07/06 |
| 21 | Disclosure Statement With Respect to Joint Chapter 11 Plan of Refco Inc. and certain of its direct subsidiaries (excerpts only) (Claimant's Hearing Ex. 163) | 10/06/06 |
| 22 | Statement of RCM Client Account (Claimant's Hearing Ex. 164) | 11/18/05 |
| 23 | Objection of Marc S. Kirschner as plan administrator to Stilton's Proof of Claim (Claimant's Hearing Ex. 165) | 03/26/07 |
| 24 | RCM Plan Administrator's Notice of Third Distribution of Additional Property (Claimant's Hearing Ex. 166) | 12/19/07 |
| 25 | Notice of RCM Plan Administrator's Motion for Entry of an Order (Claimant's Hearing Ex. 167) | 05/18/07 |
| 26 | (Claimant's Hearing Ex. 169) | 08/01/05 |
| 27 | Cargill Worldwide (http://www.cargill.com/worldwide/index.htm) | last visited 07/18/08 |
| 28 | Cargill Management (http://www.cargill.com/about/organization/management.htm) | last visited 07/18/08 |
| 29 | UNCITRAL, Status 1958 – Convention on the Recognition and Enforcement of Foreign Arbitral Awards | last visited 07/18/08 |

3.　　I declare under penalty of perjury that the foregoing is true and correct.

_____
Bruce G. Paulsen

Sworn to before me this 18 day of
July, 2008

_____
Notary Public

DARBY J GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GR6139906
Qualified In Nassau County
My Commission Expires January 17, 20--

SK 25387 0004 902813

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 29, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on July 29, 2008, I have Electronically Mailed the document to the

following person(s):

Daniel B. Rath
Rebecca L. Butcher
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801
rath@lrclaw.com
butcher@lrclaw.com

Michael B. Fisco
Will Stute
Michael M. Krauss
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
MFisco@faegre.com
WStute@faegre.com
mkrauss@faegre.com

*/s/ David E. Moore*
Kevin R. Shannon (#3137)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

872980/33162

# Exhibit 18

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 19

MAY 19 '06 12:58 FR CARGILL CORP SECY DEP952 742 6079 TO 913026551476     P.02/03

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 09:22 PM 05/19/2006*
*FILED 08:40 PM 05/19/2006*
*SRV 060482299 – 2220243 FILE*

## STATE OF DELAWARE
## CERTIFICATE OF DISSOLUTION

The corporation organized and existing under the General Corporation Law of the State of Delaware.

### DOES HEREBY CERTIFY AS FOLLOWS:

The dissolution of said CIS Financial Services, Inc. has been duly authorized by all of the stockholders of the Corporation entitled to vote on a dissolution in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

The date the dissolution was authorized is May 19, 2006.

The following is a list of names and addresses of the directors of the said corporation:

| NAME | ADDRESS |
|---|---|
| Linda L. Cutler | 15407 McGinty Road West, Wayzata, MN 55391 |
| Craig A. Ekegren | 15615 McGinty Road West, Wayzata, MN 55391 |
| Patrice H. Halbach | 15407 McGinty Road West, Wayzata, MN 55391 |

The following is a list of names and addresses of the officers of the said corporation:

| NAME | OFFICE | ADDRESS |
|---|---|---|
| Linda L. Cutler | President and Chief Executive Officer | 15407 McGinty Road West, Wayzata, MN 55391 |
| Patrice H. Halbach | Vice President | 15407 McGinty Road West, Wayzata, MN 55391 |
| Jeanne Y. Smith | Secretary | 15615 McGinty Road West, Wayzata, MN 55391 |
| David B. Braden | Treasurer | 15407 McGinty Road West, Wayzata, MN 55391 |
| Anne E. Carlson | Assistant Secretary | 12700 Whitewater Drive, Minnetonka, MN 55343 |
| James R. Clemens | Assistant Secretary | 15407 McGinty Road West, Wayzata, MN 55391 |
| Lillian I. Lundeen | Assistant Secretary | 15407 McGinty Road West, Wayzata, MN 55391 |

By: *Linda Cutler*
Linda L. Cutler
President and Chief Executive Officer

976842

**SIHAAA0422**

Cl. Ex. 143

# Exhibit 20

| REFCO CAPITAL MARKETS, LTD. CUSTOMER CLAIM FORM | UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK |
|---|---|

**Specific debtor against which this claim is asserted:**

Refco Capital Markets, Ltd.

**Name of Creditor:**

Stilton International Holdings Limited

**Notices to be sent to:**

John R. Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

**INSTRUCTIONS**

1. Carefully read these instructions before completing.

2. This form should not be used to make a claim for post-petition administrative expense arising after the commencement of the case (10/17/2005). A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

3. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions.

    a) Type of Claim – check the box next to the appropriate type of claim
    b) Net Liquidation Value of Account – Enter the value of the securities in the boxes provided. Value must be specified in U.S. dollars.
    c) Social Security/Tax Payer Identification – Enter the last 4 digits of your social security OR tax payer identification number
    d) Signature – sign, date and print your name and title

4. Mail completed form to:    or    Hand Deliver completed form to:
    United States Bankruptcy Court        United States Bankruptcy Court
    Southern District of New York        Southern District of New York
    Attn: Refco Inc. Claims        Attn: Refco Inc. Claims
         Docketing Center             Docketing Center
    Bowling Green Station        One Bowling Green , Room 534
    P.O. Box 5175        New York, New York 10004 -1408
    New York, New York 10274 -5175

    Form must be received no later than July 17, 2006, at 5:00 pm prevailing Eastern Time. No facsimiles will be accepted. Upon receipt of this claim, the claims agent will mail you an acknowledgement.

**TEL: ( ⬚⬚⬚ ) ⬚⬚⬚ - ⬚⬚⬚⬚**

---

**1. Type of Claim    (See Addendum)**

☒ Constructive Trust         ☐ Guarantee
☒ Return of Property         ☒ Unsecured Nonpriority Claim

**2. Net Liquidation Value of Account (denomination in US Dollars only):**

U.S. $ [ | | | 5 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | . | 0 | 0 ] *

**3. Social Security/Tax Payer Identification Number:**

Last 4 Digits of Your Social Security #: [ | | | ]        N/A
OR

Tax Payer Identification #: [ | | | | | | | | | | | ]

**4. Signature**

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach power of attorney, if any).

*Signature*

H A R A L D   M C P I K E

Printed Name

0 7 / 0 7 / 2 0 0 6

Date (mm/dd/yyyy)

D I R E C T O R

Title

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

THIS SPACE IS FOR COURT USE ONLY

POC0006        0001

**SIHAAA0001**

Cl. Ex. 145

## Addendum to Proof of Claim

1.      Stilton International Holdings ("Stilton") hereby files this Proof of Claim in respect of cash owing to it or held on its behalf by Refco Capital Markets, Ltd. ("RCM"). Copies of documents supporting Stilton's rights and claims against RCM are voluminous and have not been attached, but are available upon request.

2.      On October 17, 1997, Stilton, as customer, and CIS Financial Services Inc. ("CISFS"), predecessor to RCM , entered into that certain Foreign Exchange Account Agreement (the "Account Agreement"). The Account Agreement established a foreign exchange trading account, account number 5001P (the "Account), in respect of foreign exchange transactions (the "Transactions"). The contents of the Account at any given time included margin for existing Transactions and/or proceeds of completed Transactions.

3.      Pursuant to a March 9, 2000 Addendum to the Account Agreement (the "Addendum"), CISFS confirmed Stilton as the owner of all cash balances, unrealized gains and/or losses and any interest due or credited on the Account and that Stilton's ownership interest in the Account would be indicated through an entry on CISFS's books.

4.      On August 31, 2005, upon the sale of CISFS's business to RCM, RCM began to act as broker and custodian to Stilton.

5.      On October 18, 2005, at RCM's instruction, Stilton's open foreign exchange positions were liquidated. Stilton has a cash balance in the Account of approximately $54 million (the "Stilton Funds").

6.      On November 14, 2005, Stilton commenced an adversary proceeding against RCM, AP. No. 05-03157 (the "Adversary Proceeding"), to recover the Stilton Funds.

SIHAAA0002

The Adversary Proceeding, along with other "estate property" adversary proceedings, has been stayed by order of the Bankruptcy Court.

7.    By this Proof of Claim, Stilton makes claim to all amounts due and owing to it or that become due and owing to it in connection with the Adversary Proceeding and the deposits of cash and cash balances in the Account on October 17, 2005 (the "Petition Date").

8.    At the Petition Date, the net value to Stilton of Stilton's positions was approximately $54,000,000.

9.    Stilton reserves, and does not hereby waive, the right to seek recovery as its assets and not assets of the RCM estate the securities and cash deposited in, identified in or credited to its Account.

10.    Stilton also asserts a contingent claim for all amounts which may have or may hereafter become due and payable to it by RCM under or in connection with the Account.

11.    Stilton reserves the right to replace, amend or supplement this Proof of Claim at any time and in any respect, including, without limitation, for the purpose of (a) setting forth or changing the basis of the claims described herein, (b) providing further description or evidence of such claims and/or (c) including additional claims at law or in equity arising under or relating to the Account.

12.    Notices regarding the Proof of Claim should be sent to:

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Tel.: 212-574-1200
Fax.: 212-480-8421
Attn: John R. Ashmead, Esq.

2

SIHAAA0003

13.     In filing this Proof of Claim, Stilton does not submit itself to the jurisdiction of this Court for any purpose other than with respect to this Proof of Claim, and does not waive its right to seek a jury trial.

SK 25387 0001 684055

SIHAAA0004

# Exhibit 21

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
In re:                                    :        Chapter 11
                                          :
Refco Inc., *et al.*,                     :        Case No. 05-60006 (RDD)
                                          :
                          Debtors.        :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DISCLOSURE STATEMENT WITH RESPECT TO
## JOINT CHAPTER 11 PLAN OF REFCO INC. AND CERTAIN
## OF ITS DIRECT AND INDIRECT SUBSIDIARIES

J. Gregory Milmoe
Sally McDonald Henry
J. Gregory St. Clair
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Attorneys for Refco Inc., *et al.*

David S. Rosner
Andrew K. Glenn
Jeffrey R. Gleit
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for the Additional Committee of Unsecured
Creditors of Refco Inc., *et al.*

Luc A. Despins
Susheel Kirpalani
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Attorneys for the Official Committee of Unsecured
Creditors of Refco Inc., *et al.*

Dated:   New York, New York
         October 20, 2006

Cl. Ex. 163

# INTRODUCTION

The following introduction is only a general overview, which is qualified in its entirety by, and should be read in conjunction with, the more detailed discussions, information and financial statements and notes thereto appearing elsewhere in this disclosure statement (the "Disclosure Statement") and the Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries (the "Plan"). All capitalized terms not defined in the Disclosure Statement have the meanings ascribed to such terms in the Plan, a copy of which is attached hereto as Exhibit A.

Bersec International LLC, Kroeck & Associates, LLC, Lind-Waldock Securities LLC, Marshall Metals, LLC, New Refco Group Ltd., LLC ("New Refco Group"), Refco Administration, LLC, Refco Capital Holdings, LLC, Refco Capital LLC, Refco Capital Management, LLC, Refco Capital Trading LLC, Refco Finance Inc., Refco Financial, LLC, Refco Fixed Assets Management, LLC, Refco F/X Associates, LLC ("FXA"), Refco Global Capital Management LLC, Refco Global Finance Limited, Refco Global Futures, LLC, Refco Global Holdings, LLC, Refco Group Ltd., LLC ("RGL"), Refco Inc. ("Refco"), Refco Information Services, LLC, Refco Managed Futures, LLC, Refco Mortgage Securities, LLC, Refco Regulated Companies, LLC, Summit Management, LLC, and Westminster-Refco Management LLC (collectively, the "Debtors"), the Official Committee of Unsecured Creditors of Refco Inc., *et al.* (the "Creditors' Committee"), and the Additional Committee of Unsecured Creditors of Refco Inc., *et al.* (the "Additional Committee" and, together with the Creditors' Committee, the "Committees") are furnishing the Disclosure Statement and the exhibits hereto and the related materials delivered herewith pursuant to section 1126(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), in connection with the solicitation (the "Solicitation") of acceptances of the Plan. The Debtors, the Committees, and the RCM Trustee (as defined below) (collectively, the "Plan Proponents") are soliciting acceptances of the Plan from Holders of: (i) Class 4 Senior Subordinated Note Claims, Class 5(a) Contributing Debtors General Unsecured Claims, Class 5(b) Related Claims and Class 6 RCM Intercompany Claims, against one or more of the Contributing Debtors; (ii) Class 4 FXA Senior Subordinated Note Claims, Class 5(a) FXA General Unsecured Claims, Class 5(b) Related Claims and Class 6 FXA Convenience Claims, against FXA; and (iii) Class 3 RCM FX/Unsecured Claims, Class 4 RCM Securities Customer Claims, Class 5 Leuthold Metals Claims, Class 6 RCM FX/Unsecured Convenience Claims, Class 7 RCM Securities Customer Convenience Claims and Class 8 Related Claims, against RCM (as defined below).

Marc S. Kirschner, the chapter 11 trustee (together with any successor chapter 11 trustee or, if the RCM Chapter 11 Case is converted to a chapter 7 case to be administered under subchapter III of chapter 7 of the Bankruptcy Code, any chapter 7 trustee, the "RCM Trustee") appointed in the case of Refco Capital Markets, Ltd. ("RCM" and, collectively with the Debtors, the "Chapter 11 Debtors"), while a co-proponent of the Plan, is not a signatory to this Disclosure Statement, and can make no representation or warranty with respect to the truth, accuracy or completeness of the disclosures made herein. Nevertheless, the RCM Trustee has concluded the Plan is in the best interests of the RCM Estate.

The Disclosure Statement is to be used by each record Holder of a Claim entitled to vote on the Plan solely in connection with its evaluation of the Plan; use of the Disclosure Statement for any other purpose is not authorized.

THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., EASTERN TIME, ON DECEMBER 8, 2006 (THE "VOTING DEADLINE"), UNLESS EXTENDED BY THE PLAN PROPONENTS. IN ORDER TO HAVE YOUR VOTE COUNTED, YOUR BALLOT(S) (AS DEFINED BELOW) MUST BE RECEIVED BY THE DEBTORS' VOTING AGENT (THE "VOTING AGENT") BY THE VOTING DEADLINE. IN THE CASE OF SECURITIES HELD THROUGH AN INTERMEDIARY, YOUR INSTRUCTIONS MUST BE RECEIVED BY YOUR INTERMEDIARY SUFFICIENTLY IN ADVANCE OF THE VOTING DEADLINE, SO THAT MASTER BALLOTS CAN BE PREPARED AND RECEIVED BY THE SPECIAL VOTING AGENT (THE "SPECIAL VOTING AGENT") BY THE VOTING DEADLINE.

---

2.    *The Reincorporation*

Prior to Refco's IPO, the Company's business was conducted through RGL, and its direct and indirect subsidiaries. As a result of the transactions described in this paragraph, Refco owns all of the outstanding member interests of New Refco Group and became the holding company for the business. Prior to the effectiveness of its registration statement, Refco issued an aggregate of 63,122,588 shares of its common stock to Thomas H. Lee Equity Fund V, L.P., and its affiliates and co-investors, in exchange for the direct or indirect equity interests in New Refco Group held by such parties. RGHI contributed all of its Class A member interests in New Refco Group to Refco in exchange for 28,529,522 shares of common stock. In addition, the Phillip R. Bennett Three Year Annuity Trust, in which Bennett was both trustee and beneficiary, contributed all of its Class A member interests in New Refco Group to Refco in exchange for 19,089,272 shares of its common stock. Officers of New Refco Group who held Class A member interests in New Refco Group contributed all of their Class A member interests in exchange for an aggregate of 242,758 shares of its common stock. Officers, directors and employees who held Class B member interests in New Refco Group contributed all of their Class B member interests in New Refco Group to Refco in exchange for an aggregate of 4,015,860 shares of its common stock.

3.    *The Initial Public Offering*

On August 16, 2005, Refco consummated an initial public offering of 26,500,000 shares of its common stock at a price of $22.00 per share. Refco sold 12,500,000 shares, and 14,000,000 shares were sold by existing holders of Refco common stock. An additional 3,975,000 shares were sold by Refco pursuant to the exercise of the underwriters' option to purchase such shares to cover over-allotments. Proceeds from the sale of the 12,500,000 shares were used to redeem $210 million aggregate principal amount of the outstanding Senior Subordinated Notes and for general corporate purposes. The redemption price was 109% of the Senior Subordinated Notes redeemed, plus accrued and unpaid interest to the date of redemption, *i.e.*, September 16, 2005. On August 18, 2005, Refco paid an aggregate dividend of $82,203,000 to its shareholders. This payment was made from proceeds received from the exercise by the underwriters' of their option to purchase additional shares from Refco in the IPO. Credit Suisse First Boston LLC, Goldman, Sachs & Co. and Banc of America Securities LLC acted as joint book-running managers for the IPO. Deutsche Bank Securities Inc., J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Sandler O'Neill & Partners, L.P. and HSBC Securities (USA) Inc. acted as co-managers.

4.    *Disclosure of Possible Fraud, Loss of Customer Confidence: Impact on Futures Merchants' Operations*

In connection with the preparation of its first quarterly financial statement following the IPO, a Company employee became aware that a receivable of $430 million (the "Undisclosed Receivable") which previously had been recorded on the Company's books and records as a receivable from an unaffiliated third party appeared to be owed by RGHI, a company controlled by the Company's Chief Executive Officer, Mr. Bennett. This revelation was brought to the attention of the Company's Chief Financial Officer and then to the Company's Audit Committee which immediately hired Latham & Watkins LLP and FTI Consulting Inc. to commence an investigation. Later that week, the Audit Committee determined that the receivable was in fact a related-party receivable, and by action of the Board of Directors demanded immediate repayment of the receivable and suspended Bennett pending further investigation. On October 10, 2005, the $430 million receivable including all accrued interest was repaid in full and the Company issued a press release describing the foregoing events and noting that because of this material discovery, its previously issued financial statements could no longer be relied upon. On Tuesday, October 11, Bennett was arrested.

The disclosure of the financial statement irregularities together with the news of Bennett's arrest precipitated a crisis at the Company which evolved at an incredibly rapid pace. First, customers at all of the Company's businesses sought to withdraw cash, securities and other property on deposit with the Company in a manner which rapidly turned into a "run on the bank." The Company's regulated businesses, principally Refco, LLC and Refco Securities, LLC, maintained customer property in segregated accounts and, in accordance with Securities and Exchange Commission ("SEC") and Commodity Futures Trading Commission ("CFTC") regulations, had sufficient excess capital to satisfy all customer demands, even at the extraordinarily elevated levels of withdrawal. For example, customer deposits at Refco, LLC which were approximately $7.5 billion on October 10, had declined to approximately $5.7 billion by October 17, 2005. The Company's unregulated business, principally RCM, however, was not required to and did not in fact maintain property received from customers in segregated accounts;

nor did it maintain cash reserves beyond those which it deemed necessary to satisfy customer requests for withdrawal in the normal course plus a reasonable cushion. Accordingly, demands by customers to withdraw property from RCM, including several large withdrawals (*see* Section IV.D.2 – "SPhinX Settlement"), seriously and rapidly depleted RCM's liquidity, leading the Board of Directors on October 13, 2005 to declare a moratorium on further customer withdrawals from RCM for fifteen days.

Perceiving that the Company's principal concern was a lack of liquidity which would be alleviated if the Company's value were able to be realized in a more orderly fashion, over the next several days the Company investigated various liquidity enhancing measures including loans, standby credit mechanisms, guarantees, shared clearing arrangements and equity investments from the Company's principal shareholder and other potential investors as well as a sale of all or parts of the Company's business. However, representatives of the CME, expressing concern for the protection of public investors, advised the Company that it would invoke its emergency powers to seize and transfer to another registered commodities broker all of Refco, LLC's customer accounts if no "plan designed" to stabilize the situation satisfactory to the CME was put in place by the opening of business on Monday, October 17, 2005. Faced with the prospect of losing the Company's flagship business for no consideration, the Company's strategy shifted to seeking to sell its regulated commodities futures merchant business as a going concern.

After considering its alternatives and strongly influenced by the prospect of the CME's exercising its emergency powers, the Company negotiated a memorandum of understanding with a group of investors led by J.C. Flowers & Co. ("Flowers") for the sale of the Company's regulated commodities futures merchant business, which included the sale of the equity securities of Refco, LLC, and the business conducted through certain of the Company's overseas subsidiaries. The proposed transaction required that the Company's unregulated businesses (which were believed to be eligible to seek protection under chapter 11 of the Bankruptcy Code) file bankruptcy petitions as promptly as possible to allow a sale of assets free and clear of interests to be consummated under section 363(b) of the Bankruptcy Code. The memorandum of understanding also permitted the Company to entertain and solicit competing bids for the business subject to various customary buyer protection features including a "break-up" fee and expense reimbursement.

Completed in the early morning hours of October 17, 2005, the memorandum of understanding was described to the CME, which agreed to permit Refco, LLC to continue operating pending consummation of the transaction under close monitoring by the CME and CFTC. Later that morning, the transaction was disclosed in press releases issued by the Company and Flowers and representatives of Flowers sought to assure various constituencies including regulators, customers, creditors and employees that the crisis at the Company had been stabilized. Later that evening, the Initial Debtors (as defined below) commenced their chapter 11 cases.

5.    *Governmental Investigations*

Immediately following the Company's October 10, 2005 announcement that it had discovered the Undisclosed Receivable, the Department of Justice ("DOJ"), the SEC and the CFTC initiated investigations into the Company generally and, in particular, the Undisclosed Receivable. As part of their investigations, the various agencies also scrutinized the roles of third parties, including BAWAG P.S.K. Bank Für Arbeit Und Wirtschaft Und Österreichische Postparkasse Aktiengesellschaft, that may have assisted Bennett and others in concealing Refco's losses. *See* Section IV.D.1 – "BAWAG Settlement." On or about October 12, 2005, Bennett was arrested and charged in a criminal complaint with having defrauded investors in the IPO by concealing the Undisclosed Receivable. Thereafter, on or about November 10, 2005, an eight-count indictment was returned against Bennett in the United States District Court for the Southern District of New York alleging, among other things, that Bennett engaged in a conspiracy to commit securities fraud by concealing losses sustained by the Company through its own and its customers' trading in the financial markets.

The Company has rendered substantial cooperation in connection with these investigations, as well as with regard to several other inquiries by the SEC and CFTC that relate to other activities involving the Company. Such cooperation has included responding to numerous requests for documents and other information from the DOJ, SEC and CFTC. In addition, the Company has made various of its current and former employees available for interviews by these agencies. The Company entered into confidentiality and non-waiver agreements with each of the agencies pursuant to which it has provided information that otherwise would be subject to a privilege or other protection. The Company believes that its cooperation with such governmental agencies will weigh positively in the event that any

of the agencies considers whether or not to bring criminal and/or civil proceedings against the Company. There can be no assurance, however, that such proceedings will not be initiated.

## IV.  EVENTS DURING THE CHAPTER 11 CASES

On October 17, 2005, Bersec International LLC, Kroeck & Associates, LLC, Marshall Metals, LLC, New Refco Group, Refco Administration, LLC, Refco Capital Holdings, LLC, Refco Capital LLC, Refco Capital Management, LLC, RCM, Refco Capital Trading LLC, FXA, Refco Finance Inc., Refco Financial, LLC, Refco Fixed Assets Management, LLC, Refco Global Capital Management LLC, Refco Global Finance Limited, Refco Global Futures, LLC, Refco Global Holdings, LLC, RGL, Refco, Refco Information Services, LLC, Refco Mortgage Securities, LLC, Refco Regulated Companies, LLC and Summit Management, LLC (collectively, the "Initial Debtors") each filed voluntary petitions in the United States Bankruptcy Court for the Southern District of New York seeking reorganization relief under chapter 11 of the Bankruptcy Code. On June 5, 2006, the Company sought chapter 11 protection for three additional subsidiaries and affiliates: Lind-Waldock Securities LLC, Refco Managed Futures, LLC and Westminster-Refco Management LLC (the "Additional Debtors"). The Additional Debtors are guarantors under the Credit Agreement and the Senior Subordinated Notes, are non-operating companies and have been named in the class action lawsuit, *In re Refco, Inc. Securities Litigation*, Case No. 05 Civ. 8626 (GEL) (the "Securities Class Action"), currently pending in United States District Court in the Southern District of New York. From and after their respective petition dates, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. RCM is a debtor in these chapter 11 cases, but not a debtor-in-possession. *See* Section IV.B.5 – "Appointment of RCM Trustee."

### A.        Global Plan Term Sheet and Plan Support Agreement

The Refco Entities, the Committees, the RCM Trustee, those individual customers and creditors of RCM that are or become signatories to the Plan Support Agreement (as defined below) (the "RCM Creditor Parties"), and the individual creditors of the Debtors and Refco, LLC that are or become signatories to the Plan Support Agreement (the "Refco Creditor Parties" and, collectively with the Refco Entities, the Committees, the RCM Trustee and the RCM Creditor Parties, the "Plan Support Parties") have negotiated a global plan term sheet (the "Global Term Sheet"), many of the terms of which are incorporated into the Plan. The same parties also have negotiated a plan support agreement (the "Plan Support Agreement"), to memorialize their support for a global reorganization plan implementing the terms of the Global Term Sheet. The Chapter 7 Trustee also is a party to the Plan Support Agreement, but only with respect to certain specified provisions.

The Plan Support Agreement, including the Global Term Sheet as an attachment, has been executed by the Requisite Parties (as defined below), including RCM Creditor Parties constituting the Super Majority (as defined in the RCM Settlement Agreement), and was filed with the Bankruptcy Court on or about September 15, 2006.

By negotiating and entering into the Plan Support Agreement, the Plan Support Parties have sought to avoid the inevitably costly and time-intensive litigation regarding the RCM Settlement Agreement and other outstanding disputes between and among the parties that otherwise would have consumed the parties' time and attention (see Section II – "Settlements Embodied in the Plan" for a discussion of such disputes). Rather, the Plan Support Parties have sought to focus their collective efforts on the negotiation, confirmation and implementation of a global reorganization plan.

### 1.        *Support of Global Plan*

The Plan Support Agreement provides that if the terms and conditions of the Plan and supporting documents are consistent with the Global Term Sheet, and all other terms and conditions of the Plan Support Agreement have been satisfied or waived, then:

a.        the Debtors and the RCM Trustee and, to the extent that the Creditors' Committee, the Additional Committee or both elect to do so before the hearing before the Bankruptcy Court on the adequacy of the Disclosure Statement, the Creditors' Committee, the Additional Committee, or both will act as Plan Proponents;

# Exhibit 22

***THIS STATEMENT PREPARED PURSUANT TO THE ORDER STAYING "ESTATE PROPERTY ISSUE" PROCEEDINGS***

REFCO INC., ET AL.
STATEMENT OF REFCO CAPITAL MARKETS ("RCM") CLIENT ACCOUNT
AS OF NOVEMBER 18, 2005

Account#    9341  STILTON INTERNATIONAL HOLDINGS

| Type | Long-/Short Position [1] | Cusip | Sec Descr | Hold Factor [2] | Cash/(Cash Due) |
|------|------|------|------|------|------|
|  |  |  | US Dollars |  | $54,000,360.51 |

[1] Position represents face value for bonds and shares for equities. No valuation for these positions is assumed or implied herein.

[2] The Hold Factor represents the percentage of securities held by RCM in relation to the total of all such securities listed in RCM's client accounts. Calculation does not include impact of short positions for each respective security.

Cl. Ex. 164

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -x
In re                                  :        Chapter 11
                                       :
REFCO INC., et al.,                    :        Case No. 05-60006 (RDD)
                                       :
                    Debtors.           :        (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - x

## <u>ORDER STAYING "ESTATE PROPERTY ISSUE" PROCEEDINGS</u>

Upon consideration of the Motion Pursuant To 11 U.S.C. § 105(a) And

Fed. R. Bankr. P. 7001, 7023 And 9014 For Order Establishing Procedures To Govern

Litigation Of Estate Property Issue filed November 8, 2005 (Docket No. 218) (the

"Procedures Motion") of the above-captioned debtors and debtors-in-possession (the

"Debtors") under 11 U.S.C. § 105(a) and Rules 7001, 7023 and 9014 of the Federal

Rules of Bankruptcy Procedure to establish procedures for expedited litigation to

determine common legal and factual issues relating to whether certain property held

by, or on behalf of, Debtor Refco Capital Markets, Ltd. ("RCM") constitutes property

of RCM's bankruptcy estate or property of RCM's clients (the "Estate Property Issue"),

and for a stay of pending and future proceedings and actions which raise or implicate

the Estate Property Issue, and the objections and responses to the Procedures Motion;

and a hearing having been held on November 18, 2005 (the "November 18 Hearing");

and the Court having determined that the interim relief set forth below is in the best

interests of the Debtors, their estates, creditors, and other parties-in-interest and

facilitates the efficient management of the Court's and parties' resources and docket

regarding the Estate Property Issue; and it appearing that proper and adequate notice

has been given under the particular circumstances and that no other or further notice is

necessary; and upon the record herein and after due deliberation and good cause

appearing therefor:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      **Stay Of Proceedings**.  Except as otherwise provided herein, all

pending adversary proceedings, contested matters, and other lawsuits and actions by

any holder of an RCM account which raise or implicate the Estate Property Issue

(collectively, the "Stayed Proceedings"), including, without limitation, the

proceedings listed on Exhibit *A* hereto, are hereby stayed.  Any holder of one or more

accounts at RCM who has not yet commenced any such action or proceeding may, but

is not required to, do so, but such action or proceeding shall be stayed immediately

upon commencement without further notice or order and shall thereafter constitute a

Stayed Proceeding.  This stay shall continue in effect through and including December

8, 2005, and may be extended by the Court.

2.      **Rogers Proceeding**.  Notwithstanding the foregoing, the

parties to Adversary Proceeding No. 05-03064 (RDD) (the "Rogers Proceeding") may

proceed with depositions of fact witnesses to be completed on or before December 8,

2005, unless the parties agree otherwise or the Court so orders.  The scheduling order

entered in the Rogers Proceeding on October 28, 2005 is vacated.  The Court will

2

conduct a status conference in the Rogers Proceeding at the December 8, 2005

omnibus hearing in these cases.

        3.    **VR State Court Action**.  Upon the consent of the plaintiffs in

the lawsuit styled VR Global Partners, L.P., et al., v. Refco Securities, LLC, Case No.

650250/2005, filed in the Supreme Court for the State of New York, New York

County (the "VR State Court Action"), the VR State Court Action is hereby stayed.

Such stay shall be coextensive with the effectiveness of the Second Amended and

Restated Stipulation and Consent Order, Among Other Things, Under 11 U.S.C. §

1107(a), Limiting Activities Of Refco Capital Markets, Ltd., entered on November 18,

2005, i.e., until the earlier of December 8, 2005 or the termination of the Second

Amended and Restated Stipulation and Consent Order, unless such stay is extended in

writing by each of the parties to the VR State Court Action.  Nothing in this order shall

be considered a waiver of any person's rights, claims, remedies or defenses, each of

which is expressly reserved, with respect to the VR State Court Action, including,

without limitation, any issues relating to the automatic stay, jurisdiction, or any

questions of fact or issues of law as to whether the VR State Court Action relates to

these bankruptcy cases.

        4.    **Hearing**.  The Court will hold a hearing and status conference

in respect of the Procedures Motion at the December 8, 2005 omnibus hearing in these

cases, at which the Court will consider, among other things, the continuation of

modification of the stay of proceedings provided in paragraph 1 hereof.

5.   **Disclosures Of RCM Account-Related Information**.  To
facilitate the Court's parties' determination of appropriate procedures to determine the
Estate Property Issue, and any related matters that may be appropriate, and as set forth
on the record at the November 18 Hearing, the Debtors shall provide the information
set forth below in respect of accounts and assets at RCM:

a.   **November 23, 2005 Website Disclosures**.  On or
before November 23, 2005, the Debtors shall post on their website,
www.refcodocket.com (the "Website") a listing of the aggregate market
values of the assets held by or on behalf of RCM as of a specified date on or
after October 17, 2005 (the "Disclosure Date") in each of the following
categories, as well as the locations where, and the names under which, such
assets are held: (i) equity securities; (ii) cash, including U.S. dollars and
foreign currencies; (iii) U.S. government and agency bonds and obligations;
(iv) non-U.S. government and agency bonds and obligations; (v) corporate
bonds and obligations; and (vi) other financial assets (excluding
inter-company obligations owed by RCM affiliates).

b.   **December 5, 2005 Website Disclosures**.  On or before
December 5, 2005, the Debtors shall post on the Website: (i) a listing of the
aggregate market values of the assets shown on RCM's books and records for
all of its clients' accounts together, and not on an account-by-account basis, as
of the Disclosure Date in each of the following categories: (a) equity securities;

4

(b) cash, including U.S. dollars and foreign currencies; (c) U.S. government and agency bonds and obligations; (d) non-U.S. government and agency bonds and obligations; (e) corporate bonds and obligations; and (f) other financial assets; and (ii) inter-company obligations between RCM and its affiliates as of September 30, 2005.

      c.     **Account Statement Disclosures**. On or before December 5, 2005, the Debtors shall send to each of RCM's clients, by first class mail to the address for such client shown on RCM's books and records, a statement of the assets shown on RCM's books and records for each such client's account(s) as of the Disclosure Date as follows: (i) number of shares of equity securities for each issuer thereof; (ii) amount of cash, including U.S. dollars and foreign currencies; (iii) face amount of U.S. government and agency bonds and obligations for each issuer thereof; (iv) face amount of non-U.S. government and agency bonds and obligations for each issuer thereof; (v) face amount of corporate bonds and obligations for each issuer thereof; (vi) quantity of each other asset shown for such account(s); (vii) for securities listed in the account which are publicly traded on any major exchange, the aggregate quantity of such securities held by RCM, and the aggregate quantity of such securities listed in the accounts of all RCM clients; and (viii) for all other securities listed in the account, the quantity of each specific security

listed in the account expressed as a percentage of the quantity of such security listed in the accounts of all RCM clients.[1]

        d.      **RCM Form Agreements**. On or before December 5, 2005, the Debtors shall post on the Website the standard forms of written agreements used by RCM in the ordinary course of its pre-petition business.

        e.      **Designation Of RCM Account Information Witness(es)**. On or before December 5, 2005, the Debtors shall file with the Court and serve on counsel for the Official Committee of Unsecured Creditors, counsel for each party to a Stayed Proceeding, and the Office of the United States Trustee a notice identifying one or more persons knowledgeable and available to provide deposition testimony concerning the processes used to produce the information specified in sub-paragraphs a, b and c above, the accuracy of that information, the available records which document pre- and post-petition transactions and transfers involving RCM assets, RCM's pre-petition ordinary course business practices with respect to RCM's handling of assets deposited or maintained by clients at RCM, RCM's disclosures to clients related to such practices, the standard forms of written agreements used by RCM in the ordinary course of its pre-petition business, and transfers of

---

1 Provided that counsel of record for any of RCM's clients timely provides counsel for RCM with e-mail or fax address, the Debtors shall also send the foregoing information to such via e-mail or fax on such date.

assets between RCM and its affiliates.  At the December 8, 2005 hearing, the Court will determine the procedures to govern such depositions.

         f.     **Additional Filing With The Court**.  Prior to the December 8, 2005 hearing, the Debtors shall file with the Court and serve on counsel for the Official Committee of Unsecured Creditors and the Office of the United States Trustee a notice containing the disclosures specified in sub-paragraphs a and b above.

         g.     **Modifications**.  The Debtors shall use their best efforts to provide in good faith true, complete and accurate information as specified in sub-paragraphs a, b, c, d and e above.  If the Debtors determine in good faith that modification of the foregoing provisions of this order is warranted, the Debtors may apply for relief from this order by written motion on not less than twenty-four hours' prior notice to counsel for each party to a Stayed Proceeding, counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and parties in interest requesting notice in these cases pursuant to Bankruptcy Rule 2002.  If any other party in interest determines in good faith that modification of the foregoing provisions of this order is warranted, such party in interest may apply for relief from this order by written motion on not less than twenty-four hours' prior notice to counsel for the Debtors, counsel for each party to a Stayed Proceeding, counsel for the Official Committee of Unsecured Creditors, the Office of the United States

Trustee, and parties in interest requesting notice in these cases pursuant to

Bankruptcy Rule 2002.

Dated:  New York, New York
        November 28, 2005

                                    _____/s/ Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE

8

# Exhibit 23

3/26/07

Tina L. Brozman (TB-0854)
Sabin Willett (*pro hac vice*)
Jared R. Clark (JC-6512)
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY  10022
Telephone:  (212) 705-7000

Counsel for the Plan Administrator and Chapter 11
Trustee of Refco Capital Markets, Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| REFCO INC., *et al.*, | Case No. 05-60006 (RDD) |
| Debtors. | (Jointly Administered) |

**OBJECTION OF MARC S. KIRSCHNER AS PLAN ADMINISTRATOR AND**
**CHAPTER 11 TRUSTEE OF REFCO CAPITAL MARKETS, LTD. TO PROOF OF**
**CLAIM OF STILTON INTERNATIONAL HOLDINGS LIMITED**

Marc S. Kirschner, as Plan Administrator and Chapter 11 Trustee (the "RCM Trustee")

of Refco Capital Markets, Ltd. ("RCM") hereby files this Objection to Proof of Claim No. 9124,

filed herein by Stilton International Holdings Limited  ("Stilton").  Stilton's Proof of Claim No.

9124 seeks to recover an amount of $54,000,000 in connection with Stilton's account at RCM

("Account 5001P").  The RCM Trustee objects to Stilton's claim pursuant to 11 U.S.C. § 502(d),

because Stilton is obligated to, but has not, returned to RCM a preferential payment from another

Stilton account ("Account 9341") in the amount of $20,000,000 and thus Stilton's claim must be

disallowed.

C9124

KN

Cl. Ex. 165

4740

LITDOCS/673819.1

ll

## Background

1.      On or around July 12, 2006, Stilton filed Proof of Claim No. 9124.  In Stilton's claim, it alleges that Stilton entered into a Foreign Exchange Account Agreement with RCM, which established Account 5001P.  Stilton alleges that as of October 17, 2005 ("Petition Date"), the net value of its position was $54,000,000.

2.      Stilton received a partial distribution of $9,855,000 on or about December 26, 2006 in the First Interim Distribution.[1]  Despite this partial distribution, the RCM Trustee reserved all rights to withhold any subsequent distributions based upon later-filed preference actions.

3.      Within 90 days prior to the Petition Date, on October 12, 2005, RCM transferred to Stilton $20,000,000 from Account 9341 (the "Preferential Transfer").

4.      The RCM Trustee filed a Complaint to Avoid and Recover Preferential Transfer on March 26, 2007 against Stilton to recover the Preferential Transfer.

## Basis for Objection

5.      Pursuant to section 547(b) of the Bankruptcy Code, the RCM Trustee may avoid the Preferential Transfer because:  (a) Stilton was at all material times a creditor of RCM; and (b) the Preferential Transfer (i) was made for the benefit of Stilton on account of an antecedent debt owed by RCM before such Preferential Transfer was made; (ii) was made while RCM was insolvent, (iii) was made on or within 90 days before the Petition Date;  and (iv) enabled Stilton to receive more than it would have received if the Preferential Transfer had not been made, the

---

[1]      *See* Order Granting the Trustee's Motion for an Order . . . Authorizing and Directing First Interim Distribution in Respect of Scheduled/Allowed Claims, in Each Case, Pursuant to the Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries, December 22, 2006.

case were a case under Chapter 7 of the Bankruptcy Code, and Stilton had received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

6.     Pursuant to section 550(a) of the Bankruptcy Code, the RCM Trustee may recover, for the benefit of the RCM estate, the Preferential Transfer (plus interest and costs) because: (a) it is avoidable under section 547 of the Bankruptcy Code; and (b) Stilton is the initial transferee of the Preferential Transfer or the entity for whose benefit it was made, or the immediate or mediate transferee of such initial transferee.

7.     Pursuant to section 502(d) of the Bankruptcy Code, the Court shall disallow any claim of any entity:  (a) from which property is recoverable under section 550; or (b) that is a transferee of a transfer avoidable under section 547 of the Bankruptcy Code, unless such entity or transferee has paid the amount, or turned over any such property, for which such entity or transferee is liable under section 550 of the Bankruptcy Code.  Stilton has not paid the amount of the Preferential Transfer, or turned over any such property, to RCM.

8.     Accordingly, Stilton's Proof of Claim No. 9124 should be disallowed pursuant to section 502(d) of the Bankruptcy Code.

WHEREFORE, Proof of Claim No. 9124, filed by Stilton International Holdings Limited should be disallowed, and the RCM Trustee should be granted such other and further relief as may be just and proper.

LITDOCS/673819.1

Dated: New York, New York
       March 26, 2007

**BINGHAM McCUTCHEN LLP**

By:  /s/ Sabin Willett
    Tina L. Brozman (TB-0854)
    Sabin Willett (*pro hac vice*)
    Jared R. Clark (JC-6512)
    399 Park Avenue
    New York, NY 10022
    (212) 705-7000

Counsel for the Plan Administrator and
Chapter 11 Trustee of Refco Capital
Markets, Ltd.

LITDOCS/673819.1

| REFCO CAPITAL MARKETS, LTD.<br>CUSTOMER CLAIM FORM | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|

**REFCO CAPITAL MARKETS, LTD.**
**CUSTOMER CLAIM FORM**

Specific debtor against which this claim is asserted:

Refco Capital Markets, Ltd.

Name of Creditor:

Stilton International Holdings
Limited

Notices to be sent to:

John R. Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

TEL: (☐☐☐) ☐☐☐ - ☐☐☐☐

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**INSTRUCTIONS**

1.  Carefully read these instructions before completing.

2.  This form should not be used to make a claim for post-petition administrative expense arising after the commencement of the case (10/17/2005). A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

3.  In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions.
    a) Type of Claim – check the box next to the appropriate type of claim
    b) Net Liquidation Value of Account – Enter the value of the securities in the boxes provided. Value must be specified in U.S. dollars.
    c) Social Security/Tax Payer Identification – Enter the last 4 digits of your social security OR tax payer identification number
    d) Signature – sign, date and print your name and title

4.  Mail completed form to:       or      Hand Deliver completed form to:
    United States Bankruptcy Court        United States Bankruptcy Court
    Southern District of New York         Southern District of New York
    Attn: Refco Inc. Claims               Attn: Refco Inc. Claims
        Docketing Center                      Docketing Center
    Bowling Green Station                 One Bowling Green , Room 534
    P.O. Box 5175                         New York, New York 10004 -1408
    New York, New York 10274 -5175

    Form must be received no later than July 17, 2006, at 5:00 pm prevailing Eastern Time. No facsimiles will be accepted. Upon receipt of this claim, the claims agent will mail you an acknowledgement.

---

**1. Type of Claim    (See Addendum)**

☒ Constructive Trust          ☐ Guarantee
☒ Return of Property          ☒ Unsecured Nonpriority Claim

**2. Net Liquidation Value of Account (denomination in US Dollars only):**

U.S. $ ☐☐ 5 4 0 0 0 0 0 0 . 0 0 *

**3. Social Security/Tax Payer Identification Number:**

Last 4 Digits of Your Social Security #: ☐☐☐☐        N/A
                OR

Tax Payer Identification #: ☐☐☐☐☐☐☐☐☐

**4. Signature:**

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach power of attorney, if any).

*Harold R fil*
Signature

| H | A | R | A | L | D |   | M | C | P | I | H | E |   |   |   |
Printed Name

| 0 | 7 | / | 0 | 7 | / | 2 | 0 | 0 | 6 |
Date (mm/dd/yyyy)

| D | I | R | E | C | T | O | R |   |   |
Title

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**THIS SPACE IS FOR COURT USE ONLY**

Claim #9124
USBC SDNY
Refco Inc., et. al.
05-60006-rdd

FILED
U.S. BANKRUPTCY CT.
2006 JUL 12 P 4: ?
S.D. OF N.Y.

POC0005                0001

9124 Y.J.

### Addendum to Proof of Claim

1. Stilton International Holdings ("Stilton") hereby files this Proof of Claim in respect of cash owing to it or held on its behalf by Refco Capital Markets, Ltd. ("RCM"). Copies of documents supporting Stilton's rights and claims against RCM are voluminous and have not been attached, but are available upon request.

2. On October 17, 1997, Stilton, as customer, and CIS Financial Services Inc. ("CISFS"), predecessor to RCM, entered into that certain Foreign Exchange Account Agreement (the "Account Agreement"). The Account Agreement established a foreign exchange trading account, account number 5001P (the "Account), in respect of foreign exchange transactions (the "Transactions"). The contents of the Account at any given time included margin for existing Transactions and/or proceeds of completed Transactions.

3. Pursuant to a March 9, 2000 Addendum to the Account Agreement (the "Addendum"), CISFS confirmed Stilton as the owner of all cash balances, unrealized gains and/or losses and any interest due or credited on the Account and that Stilton's ownership interest in the Account would be indicated through an entry on CISFS's books.

4. On August 31, 2005, upon the sale of CISFS's business to RCM, RCM began to act as broker and custodian to Stilton.

5. On October 18, 2005, at RCM's instruction, Stilton's open foreign exchange positions were liquidated. Stilton has a cash balance in the Account of approximately $54 million (the "Stilton Funds").

6. On November 14, 2005, Stilton commenced an adversary proceeding against RCM, AP. No. 05-03157 (the "Adversary Proceeding"), to recover the Stilton Funds.

The Adversary Proceeding, along with other "estate property" adversary proceedings, has been stayed by order of the Bankruptcy Court.

7.      By this Proof of Claim, Stilton makes claim to all amounts due and owing to it or that become due and owing to it in connection with the Adversary Proceeding and the deposits of cash and cash balances in the Account on October 17, 2005 (the "Petition Date").

8.      At the Petition Date, the net value to Stilton of Stilton's positions was approximately $54,000,000.

9.      Stilton reserves, and does not hereby waive, the right to seek recovery as its assets and not assets of the RCM estate the securities and cash deposited in, identified in or credited to its Account.

10.     Stilton also asserts a contingent claim for all amounts which may have or may hereafter become due and payable to it by RCM under or in connection with the Account.

11.     Stilton reserves the right to replace, amend or supplement this Proof of Claim at any time and in any respect, including, without limitation, for the purpose of (a) setting forth or changing the basis of the claims described herein, (b) providing further description or evidence of such claims and/or (c) including additional claims at law or in equity arising under or relating to the Account.

12.     Notices regarding the Proof of Claim should be sent to:

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Tel.: 212-574-1200
Fax.: 212-480-8421
Attn: John R. Ashmead, Esq.

2

13.    In filing this Proof of Claim, Stilton does not submit itself to the jurisdiction of this Court for any purpose other than with respect to this Proof of Claim, and does not waive its right to seek a jury trial.

SK 25387 0001 684055

# Exhibit 24

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:                                    :        Chapter 11
                                          :
Refco Inc., et al.,                       :        Case No. 05-60006 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

## RCM PLAN ADMINISTRATOR'S NOTICE OF
## THIRD INTERIM DISTRIBUTION OF ADDITIONAL PROPERTY

PLEASE TAKE NOTICE that the Plan Administrator (the "RCM Plan Administrator")

of Refco Capital Markets, Ltd. ("RCM"), a debtor in the above-captioned bankruptcy cases,[1]

previously filed the motion for entry of an order (1) allowing certain claims and classifying

certain claims by agreement, (2) authorizing and directing a third interim distribution in respect

of allowed claims and disputed claims reserves, in each case, pursuant to the Joint Chapter 11

Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries (the "Plan"), and (3)

authorizing the RCM Plan Administrator to make distributions more frequently than quarterly

(the "Third Interim Distribution Motion") [Docket No. 5242].[2]

---

[1] The following entities are Debtors in these chapter 11 cases: Bersec International LLC; Kroeck & Associates, LLC; Lind-Waldock Securities LLC; Marshall Metals, LLC; New Refco Group Ltd., LLC; Refco Administration, LLC; Refco Capital Holdings, LLC; Refco Capital LLC; Refco Capital Management, LLC.; Refco Capital Trading LLC; Refco Finance Inc.; Refco Financial, LLC; Refco Fixed Assets Management, LLC; Refco F/X Associates, LLC; Refco Global Capital Management LLC; Refco Global Finance Limited; Refco Global Futures, LLC; Refco Global Holdings, LLC; Refco Group Ltd., LLC; Refco Inc.; Refco Information Services, LLC; Refco Managed Futures, LLC; Refco Mortgage Securities, LLC; Refco Regulated Companies, LLC; Summit Management, LLC; and Westminster-Refco Management LLC. Refco Capital Markets, Ltd. is a debtor in these chapter 11 cases, but not a debtor-in-possession.

[2] Capitalized terms used herein or in the Exhibits or Annexes to this Notice but not defined herein or therein shall have the meanings ascribed to such terms in the Third Interim Distribution Motion, including by reference to the Plan described therein.

A/72347503.4

Cl. Ex. 166

PLEASE TAKE FURTHER NOTICE that the Court entered an order (the "Third Interim Distribution Order") [Docket No. 5327] on June 6, 2007 granting the Third Interim Distribution Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 1.d. of the Third Interim Distribution Order, the Court ordered that, in respect of each distribution to be made by the RCM Plan Administrator other than a Quarterly Distribution after the third interim distribution, (1) no further order of the Court is required and (2) the RCM Plan Administrator is required to file with the Court and serve on the electronic service list maintained in these cases, no later than three business days in advance of such distribution, a notice (each, a "Required Notice") containing (a) as necessary, a restatement of the claim exhibits attached to the Third Interim Distribution Order showing the results of further claims resolution efforts and (b) a statement of the amounts proposed to be distributed and amounts proposed to be placed into disputed claims reserves, in each case, consistent with the RCM Plan Administrator's practice in connection with the first, second, and third interim distributions.

PLEASE TAKE FURTHER NOTICE that on June 20, 2007, the RCM Plan Administrator filed the Notice of (1) Fourth Interim Distribution of RCM Assets in Place and (2) First Interim Distribution of Additional Property [Docket No. 5452] (the "First Additional Property Notice").

PLEASE TAKE FURTHER NOTICE that on September 12, 2007, the RCM Plan Administrator filed the Notice of (1) Fifth Interim Distribution of RCM Assets in Place and (2) Second Interim Distribution of Additional Property [Docket No. 5852] (the "Second Additional Property Notice").

PLEASE TAKE FURTHER NOTICE that the Contributing Debtors will be receiving approximately $78 million pursuant to the Supplemental Distribution Schedule And Notice Of

2

A/72347503.4

Intent By Albert Togut, As The Chapter 7 Trustee Of Refco, LLC, To Make A Distribution On Account Of Certain Allowed Claims, dated December 14, 2007 [Case No. 05-60134, Docket No. 966], and that as a result, pursuant to the Plan of Reorganization, the RCM Plan Administrator will be receiving approximately $50 million in Additional Property from the Contributing Debtors on or around December 26, 2007.

PLEASE TAKE FURTHER NOTICE that the RCM Plan Administrator intends to make a third interim distribution of Additional Property (the "Third Interim Additional Property Distribution") on or about December 28, 2007[3], (2) this notice is the Required Notice in respect thereof (the "Third Additional Property Interim Distribution Notice"), and (3) attached hereto and incorporated herein are (a) Annex 1, which is a restatement of all claims against RCM that continue to receive distributions[4] or benefit from reserve deposits (i.e., claims which appear on claims Exhibits A1, B1, E1, and E3) and (b) Annex 2, which is a statement of the amounts of Additional Property proposed to be distributed and amounts proposed to be placed into reserves.

---

[3]    On or around the same date, the RCM Plan Administrator also intends to make all appropriate catch-up distributions, as necessary, of Assets in Place and Additional Property to holders of Allowed Class 3 RCM FX/Unsecured Claims and Class 4 RCM Securities Customer Claims.

[4]    Two RCM Securities Customers who have also received distributions from the Contributing Debtors have already been capped at a 100% recovery from prior distributions. Any amounts that would have otherwise been paid to them will be recycled to other RCM Securities Customers in accordance with the RCM Settlement Agreement.

A/72347503.4

Dated: New York, New York
       December 19, 2007

**BINGHAM MCCUTCHEN LLP**

By:  /s/ Mark W. Deveno
     Mark W. Deveno (MD-8708)
     Jeffrey Olinsky (JO-4741)
     399 Park Avenue
     New York, NY 10022
     (212) 705-7000

     Counsel for the RCM Plan Administrator

4

**Annex 1**

A1
Allowed RCM Securities Customer Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION OF ADDITIONAL PROPERTY | | | | |
| Davos International Bank Ltd | 13013 | $9,058,975.00 | Agreed and allowed. | E1 |
| IXIS CORPORATE & INVESTMENT BANK | 11909 | $304,758.19 | Agreed and allowed. | E1 |
| NOMURA INTERNATIONAL PLC | 11906 | $107,254.29 | Agreed and allowed. | E1 |
| YMC Bond Fund | | $2,042,382.00 | Agreed and allowed. | E1 |
| SUBTOTAL: | | $11,413,369.48 | | |
| | | | | |
| IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED | | | | |
| ABADI & CO SECURITES | 9131 | $11,198,081.60 | Agreed and allowed. | |
| ABADI & CO SECURITES | 7381 | $1,308,490.65 | Agreed and allowed. | |
| ABADI & CO SECURITES | 7382 | $5,231,176.04 | Agreed and allowed. | |
| ABADI & CO SECURITES | 7583 | $66,448.66 | Agreed and allowed. | |
| ABADI & CO SECURITES | 7584 | $453,468.90 | Agreed and allowed. | |
| ABADI & CO SECURITES | 7585 | $390,011.00 | Agreed and allowed. | |
| ABADI & CO SECURITES | 9132 | $354,507.00 | Agreed and allowed. | |
| ABADI & CO SECURITES | 9133 | $737,430.00 | Agreed and allowed. | |
| ABADI & CO SECURITES | 9134 | $100,089.90 | Agreed and allowed. | |
| ABADI & CO SECURITES | 9135 | $83,654.80 | Agreed and allowed. | |
| ABADI & CO SECURITES | 9136 | $15,837,437.00 | Agreed and allowed. | |
| ABADI & CO SECURITES | 9894 | $3,238,384.00 | Agreed and allowed. | |
| Actinver Mexico Bond Fund, Inc. | 10415 | $2,137,978.92 | Agreed and allowed. | |
| ACUROB INVESTMENT AG | 13666 | $2,994,187.36 | Agreed and allowed. | |
| AFC ALMIRON | 12147 | $631,883.86 | Agreed and allowed. | |
| ALFREDO SKINNER-KLEE AND ALEXANDRA(SEE NOTES) | 12716 | $455,892.23 | Agreed and allowed. | |
| ALMIRON FINANCE CORP | 12148 | $1,505,617.16 | Agreed and allowed. | |
| ALTERNATIVE INVESTMENTS FUND LTD | 9198 | $17,823,839.11 | Agreed and allowed. | |
| ALTERNATIVE INVESTMENTS FUND LTD | 9199 | $5,998,622.00 | Agreed and allowed. | |
| ALTIMA CAPITAL MANAGEMENT INC | 13881 | $1,129,478.14 | Agreed and allowed. | |
| ANGELOS MICHALOPOULOS - MIROO | 231 | $3,639,593.94 | Agreed and allowed. | |
| ANSELAN S A | 554 | $775,169.00 | Agreed and allowed. | |
| ARACAMBIA ISRAEL LTD | 9737 | $814,551.84 | Agreed and allowed. | |
| ARBAT EQUITY ARBITRAGE FUND LIMITED | 11615 | $19,421,841.00 | Agreed and allowed. | |
| ARCADIA HILL INC | 8436 | $6,555,784.00 | Agreed and allowed. | |
| ATLANTIC GLOBAL COMMON FUND LTD | 296 | $3,143,762.49 | Agreed and allowed. | |
| austral de inversiones | 11708 | $140,000.00 | Agreed and allowed. | |
| AUTOSEVICIO MAYORISTA DIARCO | 8800 | $0.00 | Agreed and allowed. | |
| BAC INTERNATIONAL BANK INC | 11369 | $10,871,589.47 | Agreed and allowed. | |
| BALLERY HOLDINGS LTD | 12712 | $593,140.00 | Agreed and allowed. | |
| BANCAFE INTERNATIONAL BANK LTD | 10132 | $45,834,343.99 | Agreed and allowed. | |
| BANCAFE INTERNATIONAL BANK LTD | 10133 | $173,559.39 | Agreed and allowed. | |
| BANCO AGRICOLA (PANAMA) SA | 10115 | $0.00 | Agreed and allowed. | |
| BANCO AGRICOLA SA | 10114 | $23,289,436.29 | Agreed and allowed. | |
| Banco Continental de Panama, S.A. | 9256 | $5,081,062.71 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO ANTEL | 10469 | $7,785,819.27 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UCJSC | 10369 | $2,367,695.35 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UCJSC | 10370 | $344,049.23 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10371 | $1,115,666.16 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10372 | $2,234,919.16 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10373 | $611,692.50 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10374 | $390,871.80 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10375 | $344,934.76 | Agreed and allowed. | |

A1
Allowed RCM Securities Customer Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Relco Capital Markets, L.TD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10376 | $52,112.50 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10377 | $314,972.61 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10378 | $156,337.50 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10379 | $191,842.69 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10380 | $971,503.98 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10381 | $270,998.65 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10382 | $303,698.75 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10383 | $756,092.13 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10384 | $77,324.53 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10385 | $44,184.84 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10386 | $112,788.88 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10387 | $855,238.63 | Agreed and allowed. | |
| BANCO DE AMERICA CENTRAL S A | 11372 | $5,763,563.02 | Agreed and allowed. | |
| BANCO DE EXPORTACION S A | 11057 | $16,737,000.00 | Agreed and allowed. | |
| BANCO DE HIPOTECARIO DE INVERSION TURISTICA | 11284 | $808,681.00 | Agreed and allowed. | |
| BANCO FEDERAL CA | 11365 | $80,139.54 | Agreed and allowed. | |
| BANCO FINANCIERO DEL PERU | 1783 | $586,559.77 | Agreed and allowed. | |
| BANCO FINANSUR S.A. | 9973 | $60,238.77 | Agreed and allowed. | |
| BANCO FINANSUR S.A./SUNDORA | 9968 | $12,997.00 | Agreed and allowed. | |
| BANCO FINANTIA S.A. | 7574 | $166,500.00 | Agreed and allowed. | |
| BANCO INDUSTRIAL DE VENEZUELA CA | 11250 | $1,226,206.80 | Agreed and allowed. | |
| BANCO REFORMADOR SA | 13000 | $11,277,504.92 | Agreed and allowed. | |
| BANCO SUDAMERICANO | 530 | $2,308,823.88 | Agreed and allowed. | |
| BANCO UNO SA-EL SALVADOR | 13008 | $33,384.57 | Agreed and allowed. | |
| BANCO UNO SA-NICARAGUA | 13004 | $4,447,818.97 | Agreed and allowed. | |
| BANCO UNO SA-PANAMA | 13006 | $241,202.02 | Agreed and allowed. | |
| BANCOLOMBIA (PANAMA) S A | 6401 | $4,944,207.00 | Agreed and allowed. | |
| BANESCO HOLDING CA | 10125 | $59,740,450.18 | Agreed and allowed. | |
| BANEX INTERNATIONAL BANK CORP | 13912 | $10,261,000.00 | Agreed and allowed. | |
| BANVALOR BANCO COMERCIAL (PREVIOUSLY) | 10363 | $703,112.75 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT  (SEE NOTES) | 11465 | $189,575.97 | Agreed and allowed. | |
| BEAR STERNS INVESTMENT (SEE NOTES) | 11466 | $1,003,174.00 | Agreed and allowed. | |
| BEAR STERNS INVESTMENT PRODUCTS INC | 11460 | $43,321,401.00 | Agreed and allowed. | |
| BEAR STERNS INVESTMENT PRODUCTS INC | 11461 | $1,616,543.00 | Agreed and allowed. | |
| BENCORP CASA DE BOLSA CA | 11605 | $18,880,338.81 | Agreed and allowed. | |
| BILSTON INTERNATIONAL INC | 12710 | $841,588.45 | Agreed and allowed. | |
| Birmingham Merchant SA | 12596 | $11,281,953.74 | Agreed and allowed. | |
| BOI BANK CORPORATION | 9982 | $2,150,686.90 | Agreed and allowed. | |
| BOSTON FINANS | 13741 | $56,133.50 | Agreed and allowed. | |
| BROOKE FINANCIAL SERVICES LTD | 11552 | $2,818,197.84 | Agreed and allowed. | |
| Bruno Guazzoni | 12556 | $395,377.26 | Agreed and allowed. | |
| CAPITAL MANAGEMENT SELECT FUND LTD | 9888 | $110,182,444.69 | Agreed and allowed. | |
| CAPITANIA ASSET MANAGEMENT LTD | 469 | $32,445.72 | Agreed and allowed. | |
| CARLOS ALBERTO NAGEL MARKOVIC | 10671 | $33,962.57 | Agreed and allowed. | |
| CARLOS FRADIQUE | 11400 | $4,707,064.70 | Agreed and allowed. | |
| CARLOS FRADIQUE | 11404 | $623,647.19 | Agreed and allowed. | |
| Centras Capital Ltd | 9113 | $902,299.48 | Agreed and allowed. | |
| CHRISTIAN KLOSE PIETERS AND (SEE NOTES) | 13708 | $2,796,344.87 | Agreed and allowed. | |
| CLAU CORPORATION OVERSEAS LTD | 12117 | $1,697,678.11 | Agreed and allowed. | |
| CMA GLOBAL INVESTMENT LTD | 10472 | $800,165.19 | Agreed and allowed. | |
| COBURN INVESTMENTS LTD | 4383 | $222,954.73 | Agreed and allowed. | |
| COLT GLOBAL FUTURES FUND LTD | 10471 | $7,967,683.08 | Agreed and allowed. | |
| CONSULTORA TUDORAS SA | 1041 | $959,169.95 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF AYON INTERNATIONAL LIMITED | 11467 | $187,915.18 | Agreed and allowed. | |
| DANTE CANONICA | 9935 | $330,609.74 | Agreed and allowed. | |
| DANTE CANONICA | 9878 | $190,216.00 | Agreed and allowed. | |

**A1**
Allowed RCM Securities Customer Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|------|--------------|--------------------------------------------------------|-----------|-------------------------------|
| DANTE CANONICA | 9925 | $569,340.00 | Agreed and allowed. | |
| DEPOSITORY INC | 11616 | $41,620.11 | Agreed and allowed. | |
| DEUTSCHE BANK SECURITIES INC | 13832 | $17,261,914.94 | Agreed and allowed. | |
| DOVER COMMODITIES CORP | 9227 | $4,788,179.30 | Agreed and allowed. | |
| DRESDEN DEVELOPMENT INC | 10719 | $4,459,988.60 | Agreed and allowed. | |
| DUFIL INVESTMENT S A | 10279 | $498,523.00 | Agreed and allowed. | |
| ELTON AGGRESSIVE GROWTH FUND LTD | 10476 | $131,251.99 | Agreed and allowed. | |
| ERNESTO RUIZ SINIBALDI | 12714 | $4,166,530.61 | Agreed and allowed. | |
| EXPORTKREDITNAMNDEN | 6750 | $1,075,332.13 | Agreed and allowed. | |
| FELBURY FINANCE LIMITED | 13688 | $2,730,684.00 | Agreed and allowed. | |
| FILARE LIMITED | 7228 | $38,909,169.65 | Agreed and allowed. | |
| FIMEX INTERNATIONAL LIMITED | 5756 | $26,784,598.00 | Agreed and allowed. | |
| FIMEX INTERNATIONAL LIMITED | 9137 | $2,615,588.62 | Agreed and allowed. | |
| FIMEX INTERNATIONAL LIMITED | 9138 | $653,117.82 | Agreed and allowed. | |
| FIMEX INTERNATIONAL LIMITED | 9139 | $33,224.34 | Agreed and allowed. | |
| FINANCIAL SYNERAY INT. INC | 14688 | $472,949.00 | Agreed and allowed. | |
| FONDO COMUN CASA DE BOLSA CA | 10643 | $2,316,285.00 | Agreed and allowed. | |
| GARDEN KING FUND LIMITED | 11611 | $4,045,473.44 | Agreed and allowed. | |
| GESHOA FUND CLASS A | 11442 | $17,326,767.43 | Agreed and allowed. | |
| GESHOA STRUCTURED FINANCE LTD | 14177 | $8,576,246.77 | Agreed and allowed. | |
| GLOBAL MANAGEMENT WORLDWIDE LIMITED | 11668 | $29,343,542.79 | Agreed and allowed. | |
| GLOBAL OPPORTUNITY MGMT. LTD | 10828 | $307,042.11 | Agreed and allowed. | |
| GLOBAL PARTNERS EMERGING MARKETS SA | 8349 | $4,155,604.87 | Agreed and allowed. | |
| GOREY FINANCE INC | 8498 | $1,158,152.89 | Agreed and allowed. | |
| GREGORIO NUMO Y NOEL WERTHEIN S A AS ASSIGNEE | 12315 | $4,211,887.42 | Agreed and allowed. | |
| GRUPO INTERBOLSA SA | 10193 | $1,380,645.34 | Agreed and allowed. | |
| GTC BANK INC | 13277 | $12,339,131.33 | Agreed and allowed. | |
| HAIN CAPITAL HOLDINGS LLC | 82 | $858,014.27 | Agreed and allowed. | |
| HENCORP BECSTONE INTERNATIONAL INC | 13910 | $19,930.42 | Agreed and allowed. | |
| HENCORP BECSTONE INTERNATIONAL INC | 13911 | $103,380.33 | Agreed and allowed. | |
| HEPTAGON FINANCIAL PLANERS LTD | 11553 | $886,196.36 | Agreed and allowed. | |
| HEPTAGON FINANCIAL SERVICES INC | 11554 | $20,090.52 | Agreed and allowed. | |
| HIBERNIA INVEST & FINANCE S A | 719 | $1,063,621.10 | Agreed and allowed. | |
| IDC FINANCIAL SA | 12720 | $22,570,691.54 | Agreed and allowed. | |
| IFIS C/O INVERSIONES FINANCIERAS DEI SUR S A | 8801 | $10,349,750.00 | Agreed and allowed. | |
| INS BANCREDITO VALORES PUESTO DE BOLSA SA | 13966 | $1,442,609.28 | Agreed and allowed. | |
| INTER FINANCIAL SERVICES LTD | 11229 | $153,583,649.00 | Agreed and allowed. | |
| INTERACCIONS CASA DE BOLSA CA | 8057 | $186,946.45 | Agreed and allowed. | |
| INTERMEDIAR VALORES LTDA | 12579 | $21,425.00 | Agreed and allowed. | |
| INTERSEC CASA DE BOLSA C A | 8377 | $989,899.00 | Agreed and allowed. | |
| Invercapital International Ltd. | 13390 | $51,050.50 | Agreed and allowed. | |
| INVERSIONES CONCAMBI | 4713 | $1,367,849.55 | Agreed and allowed. | |
| INVERSIONES Y VALORES UNION S A | 9141 | $14,156,877.00 | Agreed and allowed. | |
| INVESDEX CAPITAL LTD | 9255 | $5,132,463.33 | Agreed and allowed. | |
| INVESTMENT & DEVELOPMENT FINANCE CORP | 12732 | $21,561,943.81 | Agreed and allowed. | |
| IRITH YOSSIFOFF ARDITTI | 651 | $3,773,284.75 | Agreed and allowed. | |
| JAVIER LOPEZ / JULIET JURADO | 10559 | $389,801.00 | Agreed and allowed. | |
| JEFFREY TRADING LTD | 319 | $199,973.47 | Agreed and allowed. | |
| JEFFREY CONYERS | 5621 | $2,629.96 | Agreed and allowed. | |
| JSCB SLAVIANSKY BANK ZAO | 5611 | $5,577,044.75 | Agreed and allowed. | |
| KATHERINE TELIAS & ALEJANDRO JAIME | 12432 | $117,264.01 | Agreed and allowed. | |
| KOSTANTINOS & MARINA GIAVROGLOU | 13760 | $136,790.41 | Agreed and allowed. | |
| LA PRIMERA CASA DE BOLSA CA | 8408 | $2,491,335.66 | Agreed and allowed. | |
| LA PRIMERA CB | 8407 | $909,513.11 | Agreed and allowed. | |
| LATIN AMERICA CONSULTING LTD | 10251 | $1,256,354.01 | Agreed and allowed. | |
| LATINA SEGUROS Y REASEGUROS SA | 11555 | $53,812.36 | Agreed and allowed. | |

A1
Allowed RCM Securities Customer Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| LE ROSE INCORPORATED | 9972 | $474,488.97 | Agreed and allowed. | |
| LUIS POPPER | 2678 | $35,389.86 | Agreed and allowed. | |
| MAKEEV, ANDREY | 550 | $93,883.00 | Agreed and allowed. | |
| MALONE HOLDING INC | 10362 | $32,567.50 | Agreed and allowed. | |
| MAPFRE PERU VIDA | 1840 | $1,050,681.60 | Agreed and allowed. | |
| MARKWOOD INVESTMENTS LTD | 12260 | $152,721,316.31 | Agreed and allowed. | |
| MERCADO DE VALORES DE COSTA RICA PUESTO DE BOLSA S A | 9312 | $1,548,785.11 | Agreed and allowed. | |
| MERCOSUR OPPORTUNITY FUND | 9123 | $1,749,616.39 | Agreed and allowed. | |
| MERIT UNTERNEHMENSBERATUNGSGESELLSCHAFT | 9425 | $62,398.08 | Agreed and allowed. | |
| MIGUEL SAUMA | 11167 | $768,579.13 | Agreed and allowed. | |
| MINUTEMAN INC | 6280 | $707,165.00 | Agreed and allowed. | |
| MISTYRISE INTERNATIONAL LTD | 12265 | $2,112,088.01 | Agreed and allowed. | |
| MIURA FINANCIAL SERVICES | 10079 | $22,971,000.00 | Agreed and allowed. | |
| MR SABBY MIONIS | 10470 | $184,655.37 | Agreed and allowed. | |
| MRS JOSEFINA FRANCO SILLER | 10493 | $19,057,139.17 | Agreed and allowed. | |
| MULTI CREDIT BANK INC | 12290 | $4,877,910.00 | Agreed and allowed. | |
| MULTI FINANZAS COMPANIA FINANCIERA SA | 5856 | $196,489.98 | Agreed and allowed. | |
| MULTIPLICAS CASA DE BOLSA | 10730 | $2,699,077.72 | Agreed and allowed. | |
| NBK INVESTMENT LTD | 10221 | $51,731.17 | Agreed and allowed. | |
| NEW OCEAN CORPORATION | 11040 | $21,968.90 | Agreed and allowed. | |
| NEWCASTLE BUSINESS HOLDING INC | 11619 | $5,528,480.76 | Agreed and allowed. | |
| OLEG ILCHENKO | 3249 | $19,250.96 | Agreed and allowed. | |
| OSLO INTERNATIONAL SA | 12718 | $551,727.01 | Agreed and allowed. | |
| PATON HOLDINGS LTD | 12788 | $20,506,309.00 | Agreed and allowed. | |
| PENDLETON FINANCE S A | 11500 | $349,924.20 | Agreed and allowed. | |
| PLATINUM CAPITAL FUND | 10112 | $4,199,617.66 | Agreed and allowed. | |
| POPULAR VALORES PUESTO DE BOLSA S A | 9311 | $13,100,399.37 | Agreed and allowed. | |
| POWAY INVESTMENT INC | 10118 | $1,290,105.06 | Agreed and allowed. | |
| PREMIER BANK INTERNATIONAL N V | 11287 | $243,696,260.52 | Agreed and allowed. | |
| Quantum Partners LDC | 11562 | $7,165,811.76 | Agreed and allowed. | |
| RALPH HERVARAC INC | 720 | $485,967.64 | Agreed and allowed. | |
| RB SECURITIES LIMITED | 14251 | $65,518,141.82 | Agreed and allowed. | |
| Reserve Invest (Cyprus) Limited | 11392 | $15,907,433.31 | Agreed and allowed. | |
| RIDGEWAY PARTNERS | 10117 | $1,280,444.71 | Agreed and allowed. | |
| ROCKLAND FINANCE LTD | 5157 | $139,681.48 | Agreed and allowed. | |
| ROGERS INTERNATIONAL RAW MATERIALS | 9426 | $75,256,083.00 | Agreed and allowed. | |
| ROGERS RAW MATERIALS FUND LP | 9425 | $287,627,440.00 | Agreed and allowed. | |
| ROVIDA HOLDINGS LTD | 11838 | $31,125,898.46 | Agreed and allowed. | |
| RR INVESTMENT COMPANY LTD | 11837 | $40,893,339.70 | Agreed and allowed. | |
| RUSSIA GROWTH FUND, LTD | 11446 | $4,350,000.00 | Agreed and allowed. | |
| RUSSIAN INVESTORS SECURITIES LIMITED | 12342 | $9,970,505.00 | Agreed and allowed. | |
| SCHICK, ANNE-MARIE | 4502 | $377,039.41 | Agreed and allowed. | |
| SCHILDERSHOVEN AMSTERDAM B V | 81 | $196,760.67 | Agreed and allowed. | |
| SERFINCO/CUSTODY | 10130 | $680,366.09 | Agreed and allowed. | |
| SERVICIOS GENERALES BURSATILES SA DE CV | 11086 | $566,716.53 | Agreed and allowed. | |
| SI-CAPITAL SERVICES LTD | 8036 | $2,163,281.07 | Agreed and allowed. | |
| SPCF Group, LLC as Assignee of Desidero, Luca | 9857 | $603,993.92 | Agreed and allowed. | |
| SPECTRUM FIXED INCOME FUND | 10111 | $989,579.47 | Agreed and allowed. | |
| ST GEORGES BANK AND TRUST COMPANY LTD FSC SA | 12601 | $613,934.00 | Agreed and allowed. | |
| SUD AMERICA DE SEGUROS CA | 11556 | $1,169,250.45 | Agreed and allowed. | |
| SUL AMERICA COMPANIA DE SEGUROS DEL ECUADOR CA | 11551 | $3,395,701.00 | Agreed and allowed. | |
| SUNAIR INC | 13035 | $18,206.00 | Agreed and allowed. | |
| TEEM CAPITAL LTD | 461 | $938,865.95 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11495 | $324,584.72 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11406 | $844,715.05 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11408 | $204,799.91 | Agreed and allowed. | |

Page 4 of 6

A1
Allowed RCM Securities Customer Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| THELEN REID & PRIEST LLP | 11409 | $963,229.73 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11410 | $3,556,601.26 | Agreed and allowed. | |
| THELEN REID & PRIEST LP | 11401 | $275,795.00 | Agreed and allowed. | |
| THELEN REID & PRIEST LP | 11402 | $1,185,264.60 | Agreed and allowed. | |
| THELEN REID & PRIEST LP | 11403 | $0.00 | Agreed and allowed. | |
| TOTAL BANK CURACAO N V | 10249 | $8,389,331.04 | Agreed and allowed. | |
| TRANSCOM BANK (BARBADOS) LTD | 13002 | $1,906,208.17 | Agreed and allowed. | |
| TRANS-EUROPA TRANSLATIONS NETWORK LTD | 8474 | $5,034,292.15 | Agreed and allowed. | |
| TREND BANK LIMITED | 11935 | $66,397.70 | Agreed and allowed. | |
| TURISOL CASA DE CAMBIO CA | 11557 | $329,402.24 | Agreed and allowed. | |
| TWOKAY HOLDING INC | 10617 | $1,001,920.20 | Agreed and allowed. | |
| VALORES OCCIDENTALES INVERSIONES (VOI) FOND | 9980 | $271,109.11 | Agreed and allowed. | |
| VALORES OCCIDENTALES INVERSIONES (VOI) SOC. ADM. DE ENT. DE INV. COL., C.A. | 9979 | $564,985.27 | Agreed and allowed. | |
| VALORES OCCIDENTALES INVERSIONES, C.A. | 9970 | $92,857.79 | Agreed and allowed. | |
| VALORES OCCIDENTALES INVESRSIONES (VOI) FOND | 9981 | $3,600,412.64 | Agreed and allowed. | |
| VICTOR MANUEL HOYOS | 13882 | $34,602.30 | Agreed and allowed. | |
| VITAL ASSET MANAGEMENT LIMITED | 9904 | $46,938.61 | Agreed and allowed. | |
| VR ARGENTINA RECOVERY FUND LTD | 12789 | $116,588,566.86 | Agreed and allowed. | |
| VR CAPITAL GROUP LTD | 12790 | $23,879,434.21 | Agreed and allowed. | |
| VR GLOBAL PARTNERS, L.P. | 12791 | $673,129,227.14 | Agreed and allowed. | |
| WISDOM GLOBAL INVESTMENTS | 12704 | $557,886.30 | Agreed and allowed. | |
| **SUBTOTAL:** | | $2,823,825,913.96 | | |
| **GRAND TOTAL:** | | $2,835,239,283.44 | | |

¹ Because FX customer claims are accorded a different percentage payout under the terms of the RCM Settlement Agreement than securities customer claims, the RCM Settlement Agreement does not provide for netting of such amounts. However, the RCM Trustee has retained $11,619,579.55 of the first proceeds distributed in respect of this claimant's securities customer claim which equals the FX customer account debit balance. The claimant has agreed to such treatment.

In re: Refco Capital Markets, LTD.
Case No. 05-60018

A2
Allowed RCM Securities Customer Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION OF ADDITIONAL PROPERTY** | | | | |
| CAJA DE AHORRO Y SEQURO S.A. | 12090 | $730.00 | Agreed and allowed. | |
| LE ROSE INCORPORATED | 9971 | $194.00 | Agreed and allowed. | |
| SERGEI KHOTIMSKI | 2689 | $7,212.53 | Agreed and allowed. | |
| SOUTH FINANCIAL SERVICES CORP | 11841 | $961.10 | Agreed and allowed. | |
| VIPASA INTERNATIONAL INVESTMENTS CORP | 10131 | $2,739.34 | Agreed and allowed. | |
| **GRAND TOTAL:** | | $11,836.97 | | |

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION OF ADDITIONAL PROPERTY** | | | | |
| COUNTACH INVESTMENT LTD | 14503 | $72,706.15 | Agreed and allowed. | E1 |
| GAIN CAPITAL, INC. | 12385 | $97,598.94 | Agreed and allowed. | E1 |
| GIBBONS, DEL DEO, DOLAN, GRIFFINGER & | 10347 | $29,675.47 | Agreed and allowed. | E1 |
| IXIS CORPORATE & INVESTMENT BANK | 11909 | $4,468,235.81 | Agreed and allowed. | E1 |
| NOMURA INTERNATIONAL PLC | 11906 | $1,299,441.71 | Agreed and allowed. | E1 |
| SOUTH FINANCIAL SERVICES CORP | 11844 | $200,000.00 | Agreed and allowed. | E1 |
| * SPHINX MANAGED FUTURES FUND SPC AND | 11387 | $4,312,945.43 | Agreed and allowed. | E1 |
| * SPHINX MANAGED FUTURES FUND SPC ET AL | 11378 | $10,352,309.92 | Agreed and allowed. | E1 |
| **SUBTOTAL:** | | $20,832,913.43 | | |
| | | | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| ABADI & CO SECURITIES | 9894 | $132,767.00 | Agreed and allowed. | |
| ABBA FUNDS LP A DELAWARE LIMITED PARTNERSHIP | 11709 | $410,732.28 | Agreed and allowed. | |
| ABU DHABI INVESTMENT AUTHORITY | 7210 | $29,918,680.50 | Agreed and allowed. | |
| ACIES CAPITAL AG | 9881 | $177,877.01 | Agreed and allowed. | |
| ADAM WEIS | 11161 | $43,815.51 | Agreed and allowed. | |
| ADAM WEIS | 14418 | $33,463.92 | Agreed and allowed. | |
| ADVANCE CURRENCY MARKETS SA | 4757 | $495,750.01 | Agreed and allowed. | |
| AFFCO INVESTMENTS 2001 LLC | 159 | $201,016.63 | Agreed and allowed. | |
| ALDARRA FUND SPC CLASS A EURO | 11105 | $399,713.47 | Agreed and allowed. | |
| ALFREDO MARTINS GONCALVES | 3481 | $90,258.64 | Agreed and allowed. | |
| ALLIED IRISH BANKS, P L C (F/K/A AIB CAPITLA MARKETS) | 9931 | $2,634,150.19 | Agreed and allowed. | |
| ALPEN AGENCY LIMITED | 8039 | $1,280,832.51 | Agreed and allowed. | |
| ALPEN FUND LTD | 8038 | $5,026,911.19 | Agreed and allowed. | |
| ALPHA INTERACTIVE INC | 275 | $115,848.25 | Agreed and allowed. | |
| * ALPHIX CO LTD | 33 | $760,556.51 | Agreed and allowed. | |
| Alternative Capital Management | 478 | $63,680.21 | Agreed and allowed. | |
| AMERICAN PEGASUS PERPETUAL INCOME NTD PLUS | 10876 | $148,677.52 | Agreed and allowed. | |
| AN INVESTMENTS 2001 LLC | 162 | $0.00 | Agreed and allowed. | |
| ANADOLUBANK A.S. | 12413 | $273,598.32 | Agreed and allowed. | |
| ANBAR INVESTMENTS LLC | 156 | $0.00 | Agreed and allowed. | |
| ANGELOS MICHALOPOULOS - MIROO | 231 | $1,608,486.00 | Agreed and allowed. | |
| ANSELAN S A | 555 | $172,920.00 | Agreed and allowed. | |
| ANTURIUM ADVISORS CORP | 9940 | $291,296.50 | Agreed and allowed. | |
| AQR ABSOLUTE RETURN MASTER ACCOUNT LP | 11907 | $19,383,500.00 | Agreed and allowed. | |
| AQR GLOBAL ASSET ALLOCATION MASTER ACCT LP | 11908 | $8,828,886.64 | Agreed and allowed. | |
| ARBORIA FUND LTD | 32 | $698,503.10 | Agreed and allowed. | |
| ARMAJARO COMMODITIES MASTER FUND LTD | 7575 | $2,946,579.13 | Agreed and allowed. | |
| ASKA FUTURES CO LTD | 6888 | $499,069.30 | Agreed and allowed. | |
| ASTRAL II TRADING LTD | 656 | $1,027,150.83 | Agreed and allowed. | |
| AUDI SARADAR PRIVATE BANK SAL | 5058 | $653,263.37 | Agreed and allowed. | |
| AVRE SOGN ANDERSEN | 7648 | $188,930.53 | Agreed and allowed. | |
| BANCO DE INVESTIMENTO GLOBAL S A | 8 | $199,393.91 | Agreed and allowed. | |

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| BANCO INDUSTRIAL DE VENEZUELA CA | 11250 | $11,128.20 | Agreed and allowed. | |
| BANCO INDUSTRIAL DE VENEZUELA CA | 11251 | $142,244.98 | Agreed and allowed. | |
| BANCO INDUSTRIAL DE VENEZUELA CA | 11252 | $4,601.89 | Agreed and allowed. | |
| BANK OF BEIRUT & THE ARAB COUNTRIES | 12033 | $1,743,831.00 | Agreed and allowed. | |
| BARCLAYS CAPITAL SECURITIES LIMITED | 12370 | $2,334,427.61 | Agreed and allowed. | |
| BARRINGTON FINANCIAL CORP | 10116 | $110,542.00 | Agreed and allowed. | |
| BEAR STEARNS AND CO INC | 8034 | $119,344.00 | Agreed and allowed. | |
| BEAR STEARNS INTERNATIONAL LIMITED | 11434 | $35,202.52 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT (SEE NOTES) | 11433 | $61,158.90 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT (SEE NOTES) | 11463 | $13,865,562.44 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 11464 | $1,040,818.55 | Agreed and allowed. | |
| BECKENHAM TRADING CO INC | 11462 | $6,694,485.39 | Agreed and allowed. | |
| BENJAMIN MITCHELL | 8534 | $110,449.00 | Agreed and allowed. | |
| BERNT SORLI | 522 | $251,271.77 | Agreed and allowed. | |
| Bhana Anjali Himanshu | 7934 | $17,313.24 | Agreed and allowed. | |
| BJORN FINSTAD | 12968 | $17,575.01 | Agreed and allowed. | |
| BJORN HAUGOM | 7927 | $34,056.00 | Agreed and allowed. | |
| BJORN STEINAR GJERSTAD | 7932 | $253,178.50 | Agreed and allowed. | |
| Bo Lim | 7928 | $31,533.65 | Agreed and allowed. | |
| BOI BANK CORPORATION | 8931 | $187,382.53 | Agreed and allowed. | |
| BOLTON INVESTMENT GROUP LP | 9983 | $10,650.00 | Agreed and allowed. | |
| BOLTON INVESTMENT GROUP LP | 11689 | $0.00 | Agreed and allowed. | |
| CANDOLELE COMMERCIAL SA | 11702 | $70,010.00 | Agreed and allowed. | |
| CAPITANIA ASSET MANAGEMENT LTD | 9937 | $243,623.46 | Agreed and allowed. | |
| CAPITANIA ASSET MANAGEMENT LTD | 6738 | $22,363.85 | Agreed and allowed. | |
| CARGILL FINANCIAL SERVICES CORPORATION | 6739 | $16,000.38 | Agreed and allowed. | |
| CARGILL GLOBAL FUNDING PLC | 13090 | $23,358,164.23 | Agreed and allowed. | |
| cargill incorporated | 13091 | $5,825,291.75 | Agreed and allowed. | |
| CARGILL MEAT SOLUTIONS CORPORATION | 13088 | $21,377,793.66 | Agreed and allowed. | |
| CARLOS FRADIQUE | 13092 | $12,997.78 | Agreed and allowed. | |
| CARTERA DE INVERSIONES VENEZOLANAS, C.A. | 11400 | $817,275.17 | Agreed and allowed. | |
| CATAMOUNT DIVERSIFIED MANAGERS FUND II LTD | 9978 | $12,591.00 | Agreed and allowed. | |
| CATOZZI, PAOLO | 9535 | $997,188.68 | Agreed and allowed. | |
| CENTRAL SHOJI CO., LTD | 14396 | $33,328.00 | Agreed and allowed. | |
| CHADWICK FOUNDATION | 11165 | $3,750,086.01 | Agreed and allowed. | |
| CHASEMEX LTD | 9946 | $118,545.67 | Agreed and allowed. | |
| CHEN WAN-PING | 5849 | $35,012.37 | Agreed and allowed. | |
| Chen Wei Xia | 4810 | $49,018.17 | Agreed and allowed. | |
| CHEN, WEN-TE | 5888 | $5,062.97 | Agreed and allowed. | |
| CHIANG YANG-YING | 3185 | $39,078.69 | Agreed and allowed. | |
| CHIANG, SU-CHEN | 8876 | $30,588.44 | Agreed and allowed. | |
| CITY INDEX LTD | 5697 | $15,604.05 | Agreed and allowed. | |
| CLAU CORPORATION OVERSEAS LTD | 44 | $751,767.83 | Agreed and allowed. | |
| CMC INVESTMENTS 2002 LLC | 12119 | $28,338.00 | Agreed and allowed. | |
| COMMONWEALTH BANK OF AUSTRALIA | 178 | $0.00 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC | 6898 | $139,236.28 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC | 5544 | $7,842,900.65 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC | 5545 | $7,968,275.23 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF LCT TRADING LIMITED | 11468 | $597,295.58 | Agreed and allowed. | |

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| CORPOREX INVESTMENT LLC | 10077 | $331,223.00 | Agreed and allowed. | |
| COWAN INVESTMENTS LLC | 151 | $0.00 | Agreed and allowed. | |
| CROSS CURRENCY NORGE | 7919 | $26,720.07 | Agreed and allowed. | |
| CROW TRADING INC | 137 | $18,971.63 | Agreed and allowed. | |
| CSH INVESTMENTS LLC | 173 | $0.00 | Agreed and allowed. | |
| CTS SERIES V LLC | 539 | $12,436.32 | Agreed and allowed. | |
| CUMULUS CURRENCY FUND LIMITED | 434 | $134,253.91 | Agreed and allowed. | |
| DAEWOO AMERICA DEVELOPMENT INC. | 11827 | $372,783.39 | Agreed and allowed. | |
| DAG SEIM | 9781 | $118,692.66 | Agreed and allowed. | |
| DAI WEI | 3939 | $12,175.91 | Agreed and allowed. | |
| DAIICHI COMMODITIES CO LTD | 9793 | $2,709,386.74 | Agreed and allowed. | |
| DANIEL F LAZARIS | 12987 | $378,282.41 | Agreed and allowed. | |
| DANTE CANONICA | 9878 | $141,142.24 | Agreed and allowed. | |
| DANTE CANONICA | 9925 | $32,939.62 | Agreed and allowed. | |
| DANTE CANONICA | 9934 | $179,540.36 | Agreed and allowed. | |
| DANTE MONTALBETTI | 9926 | $40,694.68 | Agreed and allowed. | |
| DAVID WEAVER | 5597 | $7,000.00 | Agreed and allowed. | |
| DE SHAW LAMINAR PORTFOLIOS LLC | 7224 | $3,949,848.10 | Agreed and allowed. | |
| DEBICK PARTNERS LLC | 11897 | $100,510.21 | Agreed and allowed. | |
| DELTA ASIA CREDIT LTD | 142 | $493,465.43 | Agreed and allowed. | |
| DENIZBANK A S | 11194 | $332,743.00 | Agreed and allowed. | |
| DFDD FUND OF FUNDS-RUBICON | 8815 | $126,575.04 | Agreed and allowed. | |
| DIEGO G DYSZEL | 6283 | $33,061.00 | Agreed and allowed. | |
| DJR INVESTMENTS LLC | 168 | $13,301.12 | Agreed and allowed. | |
| DK ACQUISITION PARTNERS LP | 11436 | $1,374,811.78 | Agreed and allowed. | |
| Dmitri Efimov | 6700 | $71,397.57 | Agreed and allowed. | |
| DOMINIQUE MOTTAS | 5943 | $296,772.55 | Agreed and allowed. | |
| donald komonytsky | 13136 | $24,250.97 | Agreed and allowed. | |
| DR HANS ALBRECHT | 1776 | $300,380.26 | Agreed and allowed. | |
| Du Hong Jun | 3111 | $49.47 | Agreed and allowed. | |
| DWT INVESTMENTS LLC | 170 | $0.00 | Agreed and allowed. | |
| DYNATECH INTERNATIONAL CO LTD | 4830 | $0.00 | Agreed and allowed. | |
| EDUARD SARKISYAN | 193 | $205,445.74 | Agreed and allowed. | |
| EGC INVESTMENTS 2001 LLC | 176 | $10,596.88 | Agreed and allowed. | |
| EJW TRADING LLC | 189 | $61,848.95 | Agreed and allowed. | |
| ELENI LIESTAM | 507 | $258,851.30 | Agreed and allowed. | |
| ESPIRITO SANTO FUNDOS DE PENSOES, S A (ESAF) | 7947 | $1,447,915.76 | Agreed and allowed. | |
| ESTH MANAGEMENT INT'L LTD | 674 | $54,029.00 | Agreed and allowed. | |
| EUROPEAN SICAV ALLIANCE-INSULATE | 10468 | $12,996,905.79 | Agreed and allowed. | |
| FABRICA TEXTIL RIOPELE, SA. | 11107 | $204,382.50 | Agreed and allowed. | |
| FABRICA TEXTIL RIOPELE, SA. | 14495 | $10,418.96 | Agreed and allowed. | |
| FELBURY FINANCE LIMITED | 12089 | $262,233.00 | Agreed and allowed. | |
| FERNANDO COBACHO | 4544 | $75,267.49 | Agreed and allowed. | |
| FERREIRA JOINT ACCOUNT | 21 | $449,476.66 | Agreed and allowed. | |
| FINANZIARIA SAMMARINESE SA | 9690 | $205,317.13 | Agreed and allowed. | |
| FINNAVAL MARITIME LIMITED | 9125 | $4,224,254.14 | Agreed and allowed. | |
| FIREDBERG MERCANTILE GROUP | 11118 | $346,139.21 | Agreed and allowed. | |
| FLOWERS FOODS INC | 681 | $1,833,418.06 | Agreed and allowed. | |
| FONDATION AMENA | 9942 | $96,087.97 | Agreed and allowed. | |

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| FOREX CAPITAL MARKETS LLC | | | | |
| FOREX TRADING SA | 9869 | $1,424,378.80 | Agreed and allowed. | |
| FRIEDBERG MERCANTILE GROUP INC | 8592 | $482,849.37 | Agreed and allowed. | |
| GAO NING | 14228 | $346,139.21 | Agreed and allowed. | |
| GAO QUAN | 245 | $18,277.06 | Agreed and allowed. | |
| GARDEN RING FUND LIMITED | 4859 | $1,028.45 | Agreed and allowed. | |
| GEIR LOVIK | 11611 | $5,974,099.58 | Agreed and allowed. | |
| GFI Securities Limited | 7933 | $31,520.23 | Agreed and allowed. | |
| GLOBAL DERIVATIVE TRADING GMBH | 6002 | $313,880.73 | Agreed and allowed. | |
| GLOBAL MANAGEMENT WORLDWIDE LIMITED | 10434 | $1,081,677.90 | Agreed and allowed. | |
| GLOBAL RICH INVESTMENTS LTD | 11608 | $5,488,296.00 | Agreed and allowed. | |
| GLOBALY CORPORATION | 8901 | $99,593.78 | Agreed and allowed. | |
| GN INVESTMENTS 2001 LLC | 10126 | $120,105.00 | Agreed and allowed. | |
| GOLD BLOSSOM EXPLORATION LLC | 163 | $0.00 | Agreed and allowed. | |
| GRAND TRADING LIMITED | 839 | $51,001.64 | Agreed and allowed. | |
| Habibullaah Mohamed Salthan | 7573 | $3,543,331.87 | Agreed and allowed. | |
| HAIN CAPITAL HOLDING LLC | 3276 | $49.98 | Agreed and allowed. | |
| HAIN CAPITAL HOLDINGS LLC | 119 | $2,034,770.24 | Agreed and allowed. | |
| HAIN CAPITAL HOLDINGS LLC | 95 | $358,701.00 | Agreed and allowed. | |
| HAIN CAPITAL HOLDINGS LLC | 122 | $75,671.59 | Agreed and allowed. | |
| HAN MIN FANG | 14322 | $476,198.04 | Agreed and allowed. | |
| HANNE FALLETH | 4701 | $16,060.16 | Agreed and allowed. | |
| Hao Zhen Dong | 7931 | $85,427.57 | Agreed and allowed. | |
| HEIDLER, STEFAN | 11010 | $1,505.30 | Agreed and allowed. | |
| HEPTAGON FINANCIAL PLANNERS LTD | 4059 | $110,173.18 | Agreed and allowed. | |
| HERBERT BLACK | 11425 | $22,920.67 | Agreed and allowed. | |
| HO KWUNG HONG & HO KUANG HUA | 5664 | $33,311.63 | Agreed and allowed. | |
| HONG YING INVESTMENT CO LTD | 3760 | $48,033.82 | Agreed and allowed. | |
| Hoxsin Bussan Co., Ltd. | 3669 | $40,965.03 | Agreed and allowed. | |
| Hsu Chao Tang | 6221 | $863,709.24 | Agreed and allowed. | |
| HSU MI-YING | 2762 | $47,315.91 | Agreed and allowed. | |
| HUANG ZHEN | 4809 | $56,772.33 | Agreed and allowed. | |
| ICP FINANCE LTD (AN ISRAELI COMPANY) | 5562 | $5,614.40 | Agreed and allowed. | |
| IDS MANAGED FUND LLC | 13120 | $91,328.46 | Agreed and allowed. | |
| IDS MANAGED FUTURES II LP | 9352 | $3,267,928.79 | Agreed and allowed. | |
| IDS MANAGED FUTURES LP | 9351 | $1,550,582.38 | Agreed and allowed. | |
| INGEBORH KATHRINE SKOLT | 9350 | $8,326,047.12 | Agreed and allowed. | |
| INTERKAPITAL VRIJEDNOSNI PAPIRI | 7925 | $20,244.30 | Agreed and allowed. | |
| JAN ANDERSEN | 51 | $20,946.38 | Agreed and allowed. | |
| JAN PETTER GUDSESSEN | 7930 | $267,541.97 | Agreed and allowed. | |
| JAN TORJUSSEN | 7938 | $21,882.05 | Agreed and allowed. | |
| JBEJW INVESTMENTS LLC | 7929 | $19,917.90 | Agreed and allowed. | |
| JEAN-FRANCOIS MARCEPOIL | 188 | $97,431.25 | Agreed and allowed. | |
| JEFFERIES & COMPANY INC    (SEE NOTES) | 12493 | $34,109.20 | Agreed and allowed. | |
| JEFFERIES EMPLOYEES OPPORTUNITY FUND LLC | 11455 | $1,600,034.91 | Agreed and allowed. | |
| JEFFERIES PARTNERS OPPORTUNITY FUND II LLC | 11454 | $234,151.00 | Agreed and allowed. | |
| JEFFERIES PARTNERS OPPORTUNITY FUND II LLC | 11453 | $858,553.00 | Agreed and allowed. | |
| JHCBB INVESTMENTS LLC | 11452 | $1,209,780.00 | Agreed and allowed. | |
| JI HONG EN | 186 | $84,956.98 | Agreed and allowed. | |
| | 232 | $16,224.61 | Agreed and allowed. | |

Page 10 of 68

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| JI ZHENG | 3892 | $10,280.92 | Agreed and allowed. | |
| JIAO ZHI YING | 2259 | $0.00 | Agreed and allowed. | |
| JIN CHEN | 4284 | $62,016.42 | Agreed and allowed. | |
| JLS INVESTMENTS 2001 LLC | 153 | $0.00 | Agreed and allowed. | |
| JOSE MANUEL MESQUITA CALDEIRA | 210 | $62,711.50 | Agreed and allowed. | |
| JOSE MARIA GREGORIO | 11019 | $18,070.19 | Agreed and allowed. | |
| JRF INVESTMENTS 2001 LLC | 158 | $0.00 | Agreed and allowed. | |
| JUAN PABLO GONZALEZ - LUZ MARIA GONZALEZ | 8954 | $44,924.75 | Agreed and allowed. | |
| JÜRGEN EPPLE | 3452 | $23,988.38 | Agreed and allowed. | |
| JUST BIRGER NAESS | 7943 | $153,122.49 | Agreed and allowed. | |
| JUST ERIK NAESS | 7588 | $545,249.62 | Agreed and allowed. | |
| JWH GLOBAL TRUST | 9349 | $56,544,205.40 | Agreed and allowed. | |
| KAI BJORLING | 7924 | $59,955.98 | Agreed and allowed. | |
| KAI-YU JIANG | 14393 | $15,111.29 | Agreed and allowed. | |
| KALKHOVEN /PETTIT #2 TRADING PARTNERS LP | 11714 | $0.00 | Agreed and allowed. | |
| KEYWAY INVESTMENTS LTD | 12176 | $68,668.34 | Agreed and allowed. | |
| KINGSTON FUTURES PTY | 8892 | $998,922.63 | Agreed and allowed. | |
| KOON KREEK TRADING LLC | 1662 | $501,976.38 | Agreed and allowed. | |
| KPC CORPORATION | 5887 | $25,309.79 | Agreed and allowed. | |
| KRISTIAN FJELD | 7936 | $195,442.88 | Agreed and allowed. | |
| KRISTIAN STORSTEN | 7937 | $16,191.32 | Agreed and allowed. | |
| KWUNG-HONG HO | 270 | $0.00 | Agreed and allowed. | |
| LA OCCIDENTAL, CASA DE VALORES, C.A. | 9977 | $2,399.00 | Agreed and allowed. | |
| LARRY BAUMAN | 11091 | $43,815.51 | Agreed and allowed. | |
| LASMONT HOLDINGS N.V. | 8725 | $17,758.46 | Agreed and allowed. | |
| LATINA SEGUROS Y REASEGUROS SA | 11424 | $22,440.50 | Agreed and allowed. | |
| LAURELGROVE LTD | 11119 | $11,441.15 | Agreed and allowed. | |
| LE ROSE INCORPORATED | 9974 | $80,190.83 | Agreed and allowed. | |
| LEE CHOU TSUNG | 8857 | $120,872.96 | Agreed and allowed. | |
| LEE, YING, HSUAN | 5692 | $16,960.19 | Agreed and allowed. | |
| LEUTHOLD FUNDS INC | 10891 | $67,855,495.84 | Agreed and allowed. | |
| LEUTHOLD INDUSTRIAL METALS FUND LP | 10892 | $37,889,825.89 | Agreed and allowed. | |
| LI JING YUN | 432 | $18,484.90 | Agreed and allowed. | |
| LI JUNDOING | 5252 | $0.00 | Agreed and allowed. | |
| Li Ke Xiu | 8738 | $0.00 | Agreed and allowed. | |
| LI YU HUI | 1741 | $14,409.46 | Agreed and allowed. | |
| LI ZHEN | 4562 | $0.00 | Agreed and allowed. | |
| LIN CHUN | 12930 | $51,109.79 | Agreed and allowed. | |
| LIN DE XIN | 4579 | $1,976.71 | Agreed and allowed. | |
| LIN FENG | 943 | $18,612.31 | Agreed and allowed. | |
| LIU ZHI JUN | 331 | $0.00 | Agreed and allowed. | |
| LLOYDS TSB BANK PLC | 134 | $161,979.09 | Agreed and allowed. | |
| LOWE, JOHN M | 13064 | $118,783.18 | Agreed and allowed. | |
| LUSKIN STERN & EISLER LLP | 10123 | $199,474.65 | Agreed and allowed. | |
| LYXOR ESTLANDER & RONNLUND LTD | 11636 | $5,029,268.72 | Agreed and allowed. | |
| LYXOR/BEACH DISCRETIONARY FUND LTD | 12303 | $7,696,965.14 | Agreed and allowed. | |
| M BECKMAN LTD | 297 | $29,261.79 | Agreed and allowed. | |
| MAGNUS BRYNILDSEN | 7935 | $17,317.73 | Agreed and allowed. | |
| MAKOR ISSUES & RIGHTS LTD. | 9822 | $1,072,044.83 | Agreed and allowed. | |

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| MANGIN JEROME | 12558 | $229,646.01 | Agreed and allowed. | |
| MARK RUCH | 114 | $100,995.69 | Agreed and allowed. | |
| MARQUETTE PARTNERS LP | 4456 | $345,078.54 | Agreed and allowed. | |
| MATACH 24 LTD | 8321 | $100,013.59 | Agreed and allowed. | |
| MAURICE PAPILLLOUD | 9932 | $679,665.77 | Agreed and allowed. | |
| MERIDIAN IT INC. | 8903391 | $16,055.97 | Agreed and allowed. | |
| MFI GENEVE SA | 12559 | $19,435.92 | Agreed and allowed. | |
| MIURA FINANCIAL SERVICES | 10080 | $0.00 | Agreed and allowed. | |
| MIZAEL VARANDAS/JAYANT KANTELAL | 19 | $54,267.01 | Agreed and allowed. | |
| MORGAN STANLEY MARKET PRODUCTS INC | 11772 | $439,062.50 | Agreed and allowed. | |
| MORGAN STANLEY SENIOR FUNDING INC | 3175 | $1,034,082.50 | Agreed and allowed. | |
| MUHIEDDINE OSMANN CHAIRMAN | 9944 | $1,490,731.38 | Agreed and allowed. | |
| MULTI MANAGER FUTURES LIMITED | 12986 | $1,082,602.10 | Agreed and allowed. | |
| NAMOS CAPITAL INTERNATIONAL LIMITED | 11705 | $1,126,578.00 | Agreed and allowed. | |
| NAOMI TERAO | 1856 | $63,593.25 | Agreed and allowed. | |
| NDC INVESTMENTS LLC | 160 | $11,908.90 | Agreed and allowed. | |
| NEO LEE PING | 2156 | $5,804.30 | Agreed and allowed. | |
| NORTHSTAR FUND LLC | 10845 | $0.00 | Agreed and allowed. | |
| NURIEL MORAG | 369 | $40,526.91 | Agreed and allowed. | |
| NUSRET A HAKER ESQ | 10124 | $124,187.05 | Agreed and allowed. | |
| ODYSSEA FUND BV | 9947 | $315,501.13 | Agreed and allowed. | |
| OKACHI & CO LTD | 110 | $227,795.38 | Agreed and allowed. | |
| OKACHI & CO LTD | 111 | $302,161.63 | Agreed and allowed. | |
| OLEG ILCHENKO | 3249 | $13,229.15 | Agreed and allowed. | |
| OLINDO REIS DE OLICEIRA & CONCALO JOSE ZAMBRANO DE OLIVEIRA | 11108 | $173,245.19 | Agreed and allowed. | |
| PAN TIAN JUAN | 4302 | $10,144.30 | Agreed and allowed. | |
| PARADIGM EQUITIES, LTD. | 13927 | $1,035,445.00 | Agreed and allowed. | |
| PARADIGM GLOBAL FUND I, LTD. | 13925 | $722,913.00 | Agreed and allowed. | |
| PARADIGM PUBLIC FUND, LTD. | 13926 | $88,002.00 | Agreed and allowed. | |
| Parson Inc | 3479 | $50,262.00 | Agreed and allowed. | |
| PCMG TRADING PARTNERS V LP | 9315 | $97,500.00 | Agreed and allowed. | |
| PCMG TRADING PARTNERS XII L P | 12330 | $0.00 | Agreed and allowed. | |
| PCMG TRADING PARTNERS XXIII LP | 11280 | $0.00 | Agreed and allowed. | |
| PER ERIK STROMSO | 7946 | $342,312.09 | Agreed and allowed. | |
| PETER EGIL AARSETH | 7296 | $33,828.33 | Agreed and allowed. | |
| PM PETROMANAGEMENT LIMITED | 9879 | $669,199.83 | Agreed and allowed. | |
| Point Nine Financial Technologies | 13528 | $28,060.00 | Agreed and allowed. | |
| PROVENTURE LTD | 5477 | $102,407.15 | Agreed and allowed. | |
| QU KAI | 874 | $19,838.97 | Agreed and allowed. | |
| QUERCUS INVESTMENTS LTD | 9933 | $5,277,684.36 | Agreed and allowed. | |
| QUICKPOOL LP | 253 | $965,619.14 | Agreed and allowed. | |
| RAMASWAMY LAYOUT | 12908 | $27,583.56 | Agreed and allowed. | |
| RAYMOND | 3121 | $25,990.00 | Agreed and allowed. | |
| REFCO ADVANTAGE MULTI-MANAGER FUND (SEE NOTES) | 9344 | $41,678,077.43 | Agreed and allowed. | |
| REFCO DIVERSIFIED FUTURES (SEE NOTES) | 9454 | $27,222,787.85 | Agreed and allowed. | |
| REINHARD BELTZ | 5282 | $106,777.88 | Agreed and allowed. | |
| RICCOBONI MR.E./LIMONTA MS.M | 14387 | $81,074.00 | Agreed and allowed. | |
| RIETUMU BANKA | 11383 | $118,786.36 | Agreed and allowed. | |
| ROALD GUNDERSEN | 7921 | $18,481.12 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| ROCKLAND FINANCE LTD | 5156 | $71,828.19 | Agreed and allowed. | |
| ROCKY SYSTEMS CORP | 9923 | $486,271.49 | Agreed and allowed. | |
| ROGERS INTERNATIONAL RAW MATERIALS | 9426 | $459,265.00 | Agreed and allowed. | |
| ROGERS RAW MATERIALS FUND LP | 9425 | $9,691,739.00 | Agreed and allowed. | |
| ROY GRONLI | 7944 | $152,934.54 | Agreed and allowed. | |
| RPM RISK & PORTFOLIO MANAGEMENT AB | 9568 | $33,677.21 | Agreed and allowed. | |
| RT INVESTMENTS 2001 LLC | 161 | $0.00 | Agreed and allowed. | |
| RUAN JING JING | 6257 | $19,310.60 | Agreed and allowed. | |
| RUI LI | 5124 | $26,835.51 | Agreed and allowed. | |
| SABRE FUND MANAGEMENT LTD. | 14329 | $63,326.29 | Agreed and allowed. | |
| SAGE FUND LP | 13010 | $1,184,068.04 | Agreed and allowed. | |
| SAM JUUL | 7941 | $153,145.80 | Agreed and allowed. | |
| SAMSTOCK/SZRT LLC | 1702 | $18,115.65 | Agreed and allowed. | |
| SHADOW FINANCIAL SERVICES CORP | 36 | $118,700.00 | Agreed and allowed. | |
| SHU YANG | 552 | $66,922.80 | Agreed and allowed. | |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | 905 | $109,805.00 | Agreed and allowed. | |
| SLAYDEN PARTNERS LLC | 11703 | $0.00 | Agreed and allowed. | |
| SLAYDEN TRADING COMPANY LLC | 11664 | $0.00 | Agreed and allowed. | |
| SLOANE SECURITIES LTD | 9865 | $241,385.59 | Agreed and allowed. | |
| SN INVESTMENTS 2001 LLC | 164 | $0.00 | Agreed and allowed. | |
| SOCIETE BANCAIRE PRIVEE SA | 9941 | $66,393.12 | Agreed and allowed. | |
| SORLI FINANS | 7939 | $66,158.09 | Agreed and allowed. | |
| SORLI FINANS | 7940 | $462,281.67 | Agreed and allowed. | |
| SPCP Group, LLC as Assignee of Gary Steckel | 9856 | $17,331.46 | Agreed and allowed. | |
| SPCP Group, LLC as Assignee of Raso, Guido I | 9858 | $329,640.57 | Agreed and allowed. | |
| SPEED ONE LIMITED | 9939 | $125,868.88 | Agreed and allowed. | |
| SQUIRREL FUNDS LTD-FOREX TRADING | 9680 | $300,400.69 | Agreed and allowed. | |
| STANDARD CHARTERED BANK | 10413 | $129,291.70 | Agreed and allowed. | |
| STARMAKER ASSETS LTD A BVI CORPORATION | 10 | $1,314,803.41 | Agreed and allowed. | |
| STEINAR HANSEN | 7926 | $27,815.24 | Agreed and allowed. | |
| STIER PEDRO & MALENA | 14295 | $200,326.00 | Agreed and allowed. | |
| STRATEGIC INVESTMENT TRIBES FUND LIMITED | 6868 | $1,494,623.29 | Agreed and allowed. | |
| STRATFORD TRADING LLC | 11967 | $1,138,727.89 | Agreed and allowed. | |
| STUART TRADING COMPANY | 10113 | $125,000.00 | Agreed and allowed. | |
| SUI QING | 391 | $10,276.91 | Agreed and allowed. | |
| SUZUKI BANEI | 3702 | $101,938.12 | Agreed and allowed. | |
| SVERRE RUTH | 7942 | $153,145.80 | Agreed and allowed. | |
| Sweeny Holdings | 12767 | $49,352.00 | Agreed and allowed. | |
| SWIX CURRENCY FUND LIMITED | 9938 | $2,473,118.45 | Agreed and allowed. | |
| TANG MING | 418 | $12,323.00 | Agreed and allowed. | |
| TAU 28 FUND LTD | 9420 | $4,238,735.00 | Agreed and allowed. | |
| TAURUS GLOBAL INVESTMENTS LTD | 4499 | $10,166.00 | Agreed and allowed. | |
| TE Grinham Portfolio, Ltd. | 11905 | $24,584,718.28 | Agreed and allowed. | |
| TE Jenkins Portfolio, Ltd. | 11904 | $124,052.52 | Agreed and allowed. | |
| TELESIS IIW LLC | 13916 | $59,944.65 | Agreed and allowed. | |
| THE ALPSTAR FUND LTD | 10477 | $61,166.34 | Agreed and allowed. | |
| THE CAPITAL RETURNS INTERNATIONAL FUND LIMITED | 11437 | $17,542.57 | Agreed and allowed. | |
| THE EVEREST FUND | 653 | $5,546,244.71 | Agreed and allowed. | |
| THE EVEREST FUND | 654 | $1,036,086.95 | Agreed and allowed. | |

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| THE KOSEI SECURITIES CO LTD | 12497 | $46,359.73 | Agreed and allowed. | |
| THE MERRIWELL FUND LP | 13917 | $75,038.00 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11407 | $0.00 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11411 | $98,971.00 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 14105 | $281,268.98 | Agreed and allowed. | |
| Thomas H. Yorke | 9918 | $327,177.13 | Agreed and allowed. | |
| TOKYO FOREX FINANCIAL CO LTD | 8539 | $11,514,726.54 | Agreed and allowed. | |
| TORKEL ERNO | 7945 | $40,949.96 | Agreed and allowed. | |
| TREX CO LTD | 6180 | $347,901.53 | Agreed and allowed. | |
| ² TRIESTER/CORAL ROCK (TRIESTER INTERNATIONAL TRADING CORP) | 9821 | $73,191.17 | Agreed and allowed. | |
| TRIFO INCORPORATED | 79 | $673,626.42 | Agreed and allowed. | |
| UNIBROTHERS LTD | 5926 | $24,206.42 | Agreed and allowed. | |
| UNION BANK FOR SAVING & INVESTMENT | 523 | $2,063,000.00 | Agreed and allowed. | |
| UNION HOLDING COMPANY INC | 14123 | $251,592.96 | Agreed and allowed. | |
| VEDAT BARHA | 9943 | $1,030,168.21 | Agreed and allowed. | |
| Vera Kraker | 11353 | $527,177.13 | Agreed and allowed. | |
| ² VERON ENTERPRISES LTD | 5610 | $912,037.08 | Agreed and allowed. | |
| VIDAR NORDAHL | 7923 | $11,136.18 | Agreed and allowed. | |
| WANG CHUAN RONG | 941 | $18,271.82 | Agreed and allowed. | |
| WANG CHUAN RONG | 942 | $43,498.65 | Agreed and allowed. | |
| WANG JIAN | 419 | $17,834.35 | Agreed and allowed. | |
| WANG LI PING | 4771 | $126,023.30 | Agreed and allowed. | |
| WANG QI ZONG | 261 | $15,140.05 | Agreed and allowed. | |
| WANG QI ZONG | 5209 | $0.00 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES FUND I-B LLC | 11444 | $129,682.56 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES FUND I-C LLC | 11446 | $191,208.10 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES I-B LLC | 11445 | $134,113.89 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES I-C LLC | 11447 | $4,568,401.19 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES I-C LLC | 11449 | $1,718,014.68 | Agreed and allowed. | |
| WAYLAND RECOVERY FUND LLC | 11451 | $652,990.76 | Agreed and allowed. | |
| WAYZATA RECOVERY FUND LLC | 11448 | $335,861.10 | Agreed and allowed. | |
| WEI RAN LI | 313 | $11,246.47 | Agreed and allowed. | |
| WEI RAN LI | 314 | $9,125.06 | Agreed and allowed. | |
| WELLDAY INVESTMENTS SA | 9880 | $196,984.46 | Agreed and allowed. | |
| WHITESIDE INVESTMENTS LLC | 187 | $109,450.96 | Agreed and allowed. | |
| WINDSOR BROKERS LTD | 3675 | $304,740.62 | Agreed and allowed. | |
| WINTERBOTHAM TRUST CO LTD | 10431 | $550,735.00 | Agreed and allowed. | |
| WU HONG YING | 932 | $13,812.84 | Agreed and allowed. | |
| WU PEIMING | 1476 | $49.73 | Agreed and allowed. | |
| WWW FUNDS LTD | 229 | $72,367.46 | Agreed and allowed. | |
| XIAO GUOPING | 527 | $0.00 | Agreed and allowed. | |
| XIE GONG FU | 4615 | $2,805.56 | Agreed and allowed. | |
| XING JIAN CAI | 2026 | $17,094.58 | Agreed and allowed. | |
| XING JIAN CAI | 4425 | $12,052.49 | Agreed and allowed. | |
| XU BIN | 3916 | $20,990.96 | Agreed and allowed. | |
| XU JIANG | 3651 | $19,998.75 | Agreed and allowed. | |
| XU XIAO LAN | 4323 | $48.79 | Agreed and allowed. | |
| YAMAZEN SHOJI CO LTD | 8540 | $788,987.14 | Agreed and allowed. | |
| YIN YONG | 611 | $47,686.96 | Agreed and allowed. | |

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| YING ZHAO | 3442 | $0.00 | Agreed and allowed. | |
| YIT CORPORATION | 4924 | $31,089.94 | Agreed and allowed. | |
| * YU BING HUI | 5280 | $20,079.83 | Agreed and allowed. | |
| YU HUA WU | 677 | $78.33 | Agreed and allowed. | |
| Yu Xiao | 274 | $14,380.25 | Agreed and allowed. | |
| Yu Xiao Jing | 4772 | $0.00 | Agreed and allowed. | |
| YUTAKA SHOJI CO LTD | 11164 | $5,735,664.83 | Agreed and allowed. | |
| ZENTRUM LTD | 13012 | $69,357.95 | Agreed and allowed. | |
| ZHANG JIA XIN | 693 | $15,127.92 | Agreed and allowed. | |
| ZHANG JINFENG | 5297 | $12,258.04 | Agreed and allowed. | |
| ZHANG SHEN SHEN | 4567 | $4,336.78 | Agreed and allowed. | |
| ZHANG XIU JUAN | 2158 | $12,753.08 | Agreed and allowed. | |
| ZHANG ZHONG ZHI | 3921 | $10,111.28 | Agreed and allowed. | |
| ZHENG XIU | 1657 | $10,243.51 | Agreed and allowed. | |
| ZHENG YUE YUN | 4586 | $95.11 | Agreed and allowed. | |
| ZHOU DONG CHENG | 668 | $19,848.04 | Agreed and allowed. | |
| ZHOU YING QUAN | 709 | $71,716.96 | Agreed and allowed. | |
| ZHU BI JUN | 660 | $1,144.90 | Agreed and allowed. | |
| ZHU MIAO YING | 1775 | $11,758.65 | Agreed and allowed. | |
| **SUBTOTAL:** | | $613,899,822.45 | | |
| **GRAND TOTAL:** | | $634,732,735.88 | | |

[1] By separate stipulation, Alphix receives all distributions through September 18, 2007 and has waived any future distributions and all litigation trust interests.

[2] $10,000 of allowed amount treated with priority status.

* Claimant did not provide the RCM Plan Administrator with an executed RCM Related Claim Subordination Form, and therefore is not eligible to receive certain Additional Property.

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**B2**
**Allowed RCM FX/Unsecured Claims with Respect to Convenience Class**
**(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION OF ADDITIONAL PROPERTY** | | | | |
| FOREX TRADING, LLC | 9140 | $3,290.87 | Agreed and allowed. | NONE |
| SUBTOTAL: | | $3,290.87 | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| ACAJOUX INVESTMENTS LLC | 149 | $2,610.72 | Agreed and allowed. | |
| ACAJOUX TRADING LLC | 150 | $2,611.28 | Agreed and allowed. | |
| ACJOUX EQUITIES LLC | 148 | $2,620.26 | Agreed and allowed. | |
| ADRIAN NG KHENG KIAT | 7339 | $1,242.30 | Agreed and allowed. | |
| AN HONG LIANG | 375 | $343.30 | Agreed and allowed. | |
| ANG CHEE CHUNG | 6437 | $647.43 | Agreed and allowed. | |
| ASBJØRN RINGSTAD | 11005 | $2,080.00 | Agreed and allowed. | |
| ASHISH J KASHYAP | 6832 | $2,140.00 | Agreed and allowed. | |
| ATTN: LI LI | 337 | $99.16 | Agreed and allowed. | |
| BAI HAO RAN | 6235 | $768.19 | Agreed and allowed. | |
| BANQUE DE COMMERCE ET DE PLACEMENTS SA | 5104 | $10,000.00 | Agreed and allowed. | |
| BAO ZHENG FENG | 4612 | $1,430.00 | Agreed and allowed. | |
| BARTELS, JOHN & DIERDRE/LU | 227 | $245.78 | Agreed and allowed. | |
| BEN QI | 2356 | $749.98 | Agreed and allowed. | |
| BIAN HUI JUAN | 6938 | $2,712.39 | Agreed and allowed. | |
| BIAN ZHI PING | 1647 | $2,578.70 | Agreed and allowed. | |
| BIOTRIAL INTERNATIONAL | 224 | $167.97 | Agreed and allowed. | |
| BO AN | 1932 | $171.75 | Agreed and allowed. | |
| Bo Lim/Coral Rock | 11080 | $313.23 | Agreed and allowed. | |
| BOLSA Y BANCA S.A. | 12580 | $5,787.51 | Agreed and allowed. | |
| CAI HONG SHENG | 931 | $7,204.88 | Agreed and allowed. | |
| CAI MING YA | 2144 | $70.00 | Agreed and allowed. | |
| CAI NAI XIN | 687 | $526.01 | Agreed and allowed. | |
| CAI YONG GANG | 3856 | $98.56 | Agreed and allowed. | |
| CAI YU QUAN | 1053 | $1,092.75 | Agreed and allowed. | |
| CAI YUE HUA | 1373 | $5,023.10 | Agreed and allowed. | |
| CAIBING | 415 | $78.81 | Agreed and allowed. | |
| CAMBIO AMERICA SACT | 358 | $7,516.00 | Agreed and allowed. | |
| CAO HENG TAO | 6241 | $4,035.41 | Agreed and allowed. | |
| CAO HONG YU | 3873 | $1,856.65 | Agreed and allowed. | |
| CAO XING FU | 319 | $535.24 | Agreed and allowed. | |
| CAO YAN QIU | 573 | $589.77 | Agreed and allowed. | |
| CAO YE | 3941 | $7,394.09 | Agreed and allowed. | |
| CAO YE | 3942 | $2,040.00 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| CAO YIN HUA | 2647 | $1,267.91 | Agreed and allowed. | |
| CAO ZHEN ZHI | 1412 | $1,081.22 | Agreed and allowed. | |
| CARTERA DE INVERSIONES PETROLERAS I, C.A. | 9976 | $8,299.00 | Agreed and allowed. | |
| CARTERA DE INVERSIONES PETROLERAS II, C.A. | 9975 | $1,093.00 | Agreed and allowed. | |
| CCP TRADING LLC | 152 | $1,514.61 | Agreed and allowed. | |
| CEN LING | 4852 | $98.27 | Agreed and allowed. | |
| CENTRAL COOPERATIVE BANK PLC | 203 | $10,000.00 | Agreed and allowed. | |
| CENTURY ENGINEERING CORP | 7413 | $2,735.60 | Agreed and allowed. | |
| CHANG CHEN CHEN | 455 | $4,131.12 | Agreed and allowed. | |
| CHANG JOE LAN | 508 | $998.30 | Agreed and allowed. | |
| CHANG KUO LIANG | 8863 | $5,042.73 | Agreed and allowed. | |
| CHANG LIREN | 5255 | $99.00 | Agreed and allowed. | |
| CHANG MIN YU | 8887 | $1,360.09 | Agreed and allowed. | |
| CHANG MO LEE        (SEE NOTES) | 11828 | $5,720.25 | Agreed and allowed. | |
| CHANG SHIOU SHIN | 8865 | $194.11 | Agreed and allowed. | |
| CHANG YI RONG | 2090 | $2,000.00 | Agreed and allowed. | |
| CHANG YI YIN | 247 | $9,215.60 | Agreed and allowed. | |
| CHARRY EFFENDY | 4698 | $752.94 | Agreed and allowed. | |
| CHEANG KUM SOON | 5147 | $4,779.22 | Agreed and allowed. | |
| CHEN AI PING | 3917 | $101.77 | Agreed and allowed. | |
| CHEN CHAO YANG | 8889 | $697.90 | Agreed and allowed. | |
| CHEN CHING CHUAN | 8878 | $4,293.77 | Agreed and allowed. | |
| CHEN CHING LUNG - CHEN CHIN HUEI | 8853 | $3,688.36 | Agreed and allowed. | |
| CHEN CHUNG WU | 8879 | $9,523.12 | Agreed and allowed. | |
| CHEN DE LIAN | 3884 | $1,240.36 | Agreed and allowed. | |
| CHEN DE QING | 6020 | $49.74 | Agreed and allowed. | |
| CHEN GAOPENG | 1472 | $49.07 | Agreed and allowed. | |
| CHEN GUANG SHUN | 431 | $778.18 | Agreed and allowed. | |
| CHEN GUO YIN | 4095 | $438.06 | Agreed and allowed. | |
| CHEN HONG HUA | 5820 | $1,180.85 | Agreed and allowed. | |
| CHEN HUA | 2487 | $1,577.20 | Agreed and allowed. | |
| CHEN HUI FEN | 3861 | $3,152.66 | Agreed and allowed. | |
| CHEN JIAN GE | 6036 | $3,370.92 | Agreed and allowed. | |
| CHEN JIAN GUANG | 4569 | $2,998.51 | Agreed and allowed. | |
| CHEN JING | 4880 | $80.66 | Agreed and allowed. | |
| CHEN JIUNN JIIN | 8881 | $199.26 | Agreed and allowed. | |
| CHEN LI MIN | 5210 | $2,857.89 | Agreed and allowed. | |
| CHEN LIAN XING | 769 | $49.94 | Agreed and allowed. | |
| CHEN LIE SHUEH | 3230 | $605.69 | Agreed and allowed. | |
| CHEN LING TA | 8882 | $6,313.55 | Agreed and allowed. | |
| CHEN MEI YING | 6348 | $48.89 | Agreed and allowed. | |
| CHEN MING YU | 6031 | $3,791.42 | Agreed and allowed. | |
| CHEN PEI-YU | 751 | $795.34 | Agreed and allowed. | |
| CHEN PI YUN | 8860 | $1,512.88 | Agreed and allowed. | |
| CHEN QI | 6027 | $1,181.76 | Agreed and allowed. | |
| CHEN QI | 6028 | $2,022.63 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| CHEN RUI YUN | 4600 | $842.20 | Agreed and allowed. | |
| CHEN RUIFEN | 3907 | $1,328.20 | Agreed and allowed. | |
| CHEN SHAO DONG | 935 | $198.13 | Agreed and allowed. | |
| CHEN SHOW JY | 8874 | $197.57 | Agreed and allowed. | |
| CHEN SHU JIA | 5652 | $1,373.20 | Agreed and allowed. | |
| CHEN SHU QUAN | 3875 | $1,915.48 | Agreed and allowed. | |
| CHEN SU CHEN | 8870 | $510.00 | Agreed and allowed. | |
| CHEN WEI | 2089 | $866.80 | Agreed and allowed. | |
| CHEN WEN DE | 6074 | $47.96 | Agreed and allowed. | |
| CHEN XIAO CONG | 2145 | $85.00 | Agreed and allowed. | |
| CHEN XIAO DONG | 3057 | $98.74 | Agreed and allowed. | |
| CHEN XU CHENG | 3665 | $526.24 | Agreed and allowed. | |
| CHEN YA MING | 4884 | $498.15 | Agreed and allowed. | |
| CHEN YI-NING | 388 | $3,362.06 | Agreed and allowed. | |
| CHEN YONG | 2511 | $570.00 | Agreed and allowed. | |
| CHEN YU CHEN | 9019 | $3,000.08 | Agreed and allowed. | |
| CHEN YU ZHANG | 3568 | $197.12 | Agreed and allowed. | |
| CHEN YUAN GING | 3034 | $762.91 | Agreed and allowed. | |
| CHEN ZHAO WEI | 1258 | $380.32 | Agreed and allowed. | |
| CHEN ZHI JIAN | 7283 | $1,403.02 | Agreed and allowed. | |
| CHEN ZHI RONG | 12652 | $199.04 | Agreed and allowed. | |
| CHEN ZI LI | 7281 | $514.19 | Agreed and allowed. | |
| CHENG XIANG MEI | 6935 | $1,766.12 | Agreed and allowed. | |
| CHENG YU FEN | 8872 | $627.32 | Agreed and allowed. | |
| CHENGYUDONG | 4008 | $857.21 | Agreed and allowed. | |
| CHI YUAN JUN | 12532 | $1,003.23 | Agreed and allowed. | |
| CHIANG WEN TZUNG | 8875 | $2,975.98 | Agreed and allowed. | |
| CHIU YU CHU | 8858 | $198.99 | Agreed and allowed. | |
| CHU YAN | 1017 | $684.16 | Agreed and allowed. | |
| CHUA GUAT NGOR SALLY | 348 | $4,065.75 | Agreed and allowed. | |
| CHUA SOON LEE | 2149 | $3,970.44 | Agreed and allowed. | |
| CHUNG CHU HUA | 8885 | $1,313.22 | Agreed and allowed. | |
| CI SHAO RU | 2142 | $180.00 | Agreed and allowed. | |
| CUI HUI | 685 | $618.43 | Agreed and allowed. | |
| CUI YING YU | 6417 | $975.56 | Agreed and allowed. | |
| CUI YU HUA | 6067 | $9,969.05 | Agreed and allowed. | |
| DAI BIN | 351 | $292.56 | Agreed and allowed. | |
| DAI SHAO MIN | 4596 | $954.82 | Agreed and allowed. | |
| Dai Wei | 3938 | $1,166.80 | Agreed and allowed. | |
| DAI XIAO CHUN | 7317 | $2,398.81 | Agreed and allowed. | |
| DDW TRADING LLC | 181 | $738.57 | Agreed and allowed. | |
| DENG BING HUI | 635 | $2,236.65 | Agreed and allowed. | |
| DENG JING BO | 6025 | $923.37 | Agreed and allowed. | |
| DENG LEI | 3013 | $1,169.37 | Agreed and allowed. | |
| DENG WEN YA | 4601 | $1,700.00 | Agreed and allowed. | |
| DENG XIAN QI | 6255 | $7,467.27 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| DENG ZHI MIN | 4840 | $40.44 | Agreed and allowed. | |
| DENG ZHI MIN | 4841 | $149.32 | Agreed and allowed. | |
| DING DE LIANG | 3046 | $361.04 | Agreed and allowed. | |
| DING JIANQING | 4885 | $344.26 | Agreed and allowed. | |
| DING QIANG | 3930 | $1,030.51 | Agreed and allowed. | |
| DONG AI JIN | 933 | $525.57 | Agreed and allowed. | |
| DONG JIE | 4602 | $2,226.76 | Agreed and allowed. | |
| DONG SHENG LU | 14504 | $2,453.85 | Agreed and allowed. | |
| DONG WEN JUN | 2350 | $802.93 | Agreed and allowed. | |
| DONG WEN YONG | 2466 | $398.22 | Agreed and allowed. | |
| DONG XIONG JIAN | 344 | $1,430.28 | Agreed and allowed. | |
| DR ALEX KUAN | 1837 | $2,055.81 | Agreed and allowed. | |
| DUAN MEI JUAN | 6078 | $475.61 | Agreed and allowed. | |
| DUAN XIAOXIONG | 3882 | $142.23 | Agreed and allowed. | |
| DUAN XIAOXIONG | 3883 | $4,049.44 | Agreed and allowed. | |
| EGIL MELKEVIK | 7922 | $6,487.37 | Agreed and allowed. | |
| ENG CHOON KIAT | 2155 | $296.33 | Agreed and allowed. | |
| EUROPA INVESTMENTS LLC | 169 | $2,507.90 | Agreed and allowed. | |
| FAN CHENGYI | 12565 | $498.75 | Agreed and allowed. | |
| FAN KAI | 4842 | $800.52 | Agreed and allowed. | |
| FAN RONG MENG | 6252 | $504.00 | Agreed and allowed. | |
| FAN XIU LAN | 3664 | $2,595.86 | Agreed and allowed. | |
| FAN YAO ZHONG | 869 | $49.16 | Agreed and allowed. | |
| FANG JIAN | 468 | $290.47 | Agreed and allowed. | |
| FANG JUN | 243 | $1,579.06 | Agreed and allowed. | |
| FENG CHAO | 2995 | $874.82 | Agreed and allowed. | |
| FENG GANG | 1001 | $1,504.43 | Agreed and allowed. | |
| FENG HAI YANG/WANGAN | 6250 | $1,004.23 | Agreed and allowed. | |
| FENG JIAN CHUN | 280 | $351.91 | Agreed and allowed. | |
| FENG LI XIA | 5458 | $2,577.73 | Agreed and allowed. | |
| FENG LIANG | 408 | $4,980.39 | Agreed and allowed. | |
| FENG NING | 2567 | $970.47 | Agreed and allowed. | |
| FENG SHU YONG | 6194 | $706.20 | Agreed and allowed. | |
| FENG SHUANG | 792 | $458.08 | Agreed and allowed. | |
| FENG TIANHAN | 1039 | $8,808.93 | Agreed and allowed. | |
| FENG XIAO MEI | 4017 | $9,862.81 | Agreed and allowed. | |
| FERNANDO TANTULAGE | 364 | $10,000.00 | Agreed and allowed. | |
| FIMAT USA LLC | 14453 | $10,000.00 | Agreed and allowed. | |
| FIRST INVESTMENT BANK | 300 | $2,548.36 | Agreed and allowed. | |
| FLO-TECH | 641 | $1,710.86 | Agreed and allowed. | |
| FRODE BAKKETUN | 7920 | $4,598.16 | Agreed and allowed. | |
| GAN YUN QUAN | 5725 | $1,540.64 | Agreed and allowed. | |
| GANG LI | 6247 | $1,153.18 | Agreed and allowed. | |
| GAO BIN | 804 | $138.32 | Agreed and allowed. | |
| GAO GAI RU | 3074 | $99.82 | Agreed and allowed. | |
| GAO GAI RU | 4876 | $99.00 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| GAO GUAN | 823 | $1,028.45 | Agreed and allowed. | |
| GAO HAITAO | 3902 | $115.15 | Agreed and allowed. | |
| GAO YONG | 339 | $199.40 | Agreed and allowed. | |
| GAO ZHANYI (ACCOUNT 08099135) | 6442 | $505.62 | Agreed and allowed. | |
| GEORGE KARAGEORGIOU | 6717 | $417.00 | Agreed and allowed. | |
| GONG GUANG SHENG | 2729 | $295.69 | Agreed and allowed. | |
| GONG HUIPING | 3052 | $185.60 | Agreed and allowed. | |
| GONG ZHI HONG | 4898 | $403.80 | Agreed and allowed. | |
| GT INVESTMENTS 2001 LLC | 155 | $6,477.44 | Agreed and allowed. | |
| GU FENG | 1591 | $7,198.31 | Agreed and allowed. | |
| GU MENG BING | 354 | $1,975.07 | Agreed and allowed. | |
| GUO FENG | 4864 | $192.13 | Agreed and allowed. | |
| GUO HAI TAO | 621 | $308.80 | Agreed and allowed. | |
| GUO HONGGANG | 922 | $2,116.09 | Agreed and allowed. | |
| GUO JIE | 3421 | $1,006.56 | Agreed and allowed. | |
| GUO RUO TAO | 356 | $49.94 | Agreed and allowed. | |
| GUO SHANG FENG | 8174 | $2,249.21 | Agreed and allowed. | |
| GUO SHANG FENG | 8175 | $752.35 | Agreed and allowed. | |
| GUO XIAO SHUANG | 367 | $1,086.01 | Agreed and allowed. | |
| GUO YAN JUAN | 285 | $7,423.20 | Agreed and allowed. | |
| GUO YU PING | 440 | $5,133.86 | Agreed and allowed. | |
| GUO YUJIE | 5106 | $936.00 | Agreed and allowed. | |
| GUO YUZHEN | 5107 | $314.70 | Agreed and allowed. | |
| GURUNATH V BICHU | 13735 | $2,000.00 | Agreed and allowed. | |
| HAI TAO GAO | 2236 | $109.15 | Agreed and allowed. | |
| HAN CHUN YING | 390 | $1,068.50 | Agreed and allowed. | |
| HAN FANG | 4873 | $322.85 | Agreed and allowed. | |
| HAN ZHENGSHUN & TAN XIU LING | 3867 | $926.13 | Agreed and allowed. | |
| HAO WANG | 3927 | $8,110.61 | Agreed and allowed. | |
| HAO ZHI GANG | 359 | $1,675.53 | Agreed and allowed. | |
| HE DONG ZHOU | 362 | $1,003.05 | Agreed and allowed. | |
| He Guang Yuan | 8735 | $5,680.82 | Agreed and allowed. | |
| He Guang Yuan | 8736 | $5,309.18 | Agreed and allowed. | |
| HE GUO ZHU | 8737 | $371.64 | Agreed and allowed. | |
| HE MIN | 519 | $302.30 | Agreed and allowed. | |
| HE QIAO NAN | 801 | $3,334.73 | Agreed and allowed. | |
| HE SHI HAN | 462 | $49.50 | Agreed and allowed. | |
| HE SONGYI | 1512 | $870.62 | Agreed and allowed. | |
| HE WEN HUI | 658 | $761.41 | Agreed and allowed. | |
| HE XUAN | 491 | $1,195.11 | Agreed and allowed. | |
| HE YONG JUN & YANG QING | 4124 | $101.49 | Agreed and allowed. | |
| HE YUAN LU | 3870 | $2,229.31 | Agreed and allowed. | |
| HE ZHI | 5267 | $199.11 | Agreed and allowed. | |
| HE ZHI JUN | 5261 | $134.47 | Agreed and allowed. | |
| HEADLY, NICHOLAS L. | 4170 | $743.52 | Agreed and allowed. | |
| | 8818 | $2,254.17 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| HITESH S/O NAVINCHANDRA | 211 | $6,591.48 | Agreed and allowed. | |
| HO LIN HSIU YING | 3540 | $7,281.17 | Agreed and allowed. | |
| HO, HSIEN-FENG | 4203 | $992.90 | Agreed and allowed. | |
| HONG GANG | 6996 | $660.69 | Agreed and allowed. | |
| HONG HUI LIN | 310 | $100.31 | Agreed and allowed. | |
| HONG LI YI | 920 | $978.28 | Agreed and allowed. | |
| HONG YAN QU | 312 | $211.70 | Agreed and allowed. | |
| HONG YAN QU | 317 | $1,025.69 | Agreed and allowed. | |
| HOU AI MIN | 579 | $49.00 | Agreed and allowed. | |
| HOU JUN | 4624 | $803.54 | Agreed and allowed. | |
| HOU WEIWEI | 5284 | $1,469.36 | Agreed and allowed. | |
| HSIAO WEN AN | 2800 | $560.98 | Agreed and allowed. | |
| HSIEH LU SU CHEN | 8888 | $2,520.18 | Agreed and allowed. | |
| HSIEH SHU CHEN | 3682 | $498.75 | Agreed and allowed. | |
| HSIEH, PI-HSIA | 8856 | $894.77 | Agreed and allowed. | |
| HSIEH, YI-LING | 8864 | $2,817.90 | Agreed and allowed. | |
| HSU HSIU FENG | 8869 | $506.68 | Agreed and allowed. | |
| HSU MEI SHU | 3186 | $10,000.00 | Agreed and allowed. | |
| HU BAO FA | 1669 | $113.83 | Agreed and allowed. | |
| HU GUO SHANG | 6026 | $850.55 | Agreed and allowed. | |
| HU HAOCHEN | 5951 | $5,977.21 | Agreed and allowed. | |
| HU JIAN | 1386 | $573.25 | Agreed and allowed. | |
| HU JIE | 548 | $3,483.88 | Agreed and allowed. | |
| HU JING | 806 | $4,884.71 | Agreed and allowed. | |
| HU SHU FEN | 291 | $887.32 | Agreed and allowed. | |
| HUANG CHONG MIN | 239 | $1,822.19 | Agreed and allowed. | |
| HUANG CHUN LAN | 4588 | $427.96 | Agreed and allowed. | |
| HUANG DE LI | 1916 | $137.00 | Agreed and allowed. | |
| HUANG FA KAI | 374 | $989.77 | Agreed and allowed. | |
| HUANG GUO WEI | 690 | $909.00 | Agreed and allowed. | |
| HUANG HONG GUO | 6814 | $99.88 | Agreed and allowed. | |
| Huang Jia Hao | 7345 | $524.90 | Agreed and allowed. | |
| HUANG JIAN | 479 | $451.11 | Agreed and allowed. | |
| HUANG JIAN CHUAN | 4861 | $450.00 | Agreed and allowed. | |
| HUANG JIANYIN | 322 | $197.39 | Agreed and allowed. | |
| HUANG JIANYIN | 335 | $49.08 | Agreed and allowed. | |
| HUANG KE QUAN | 6011 | $975.00 | Agreed and allowed. | |
| HUANG KUO JUNG | 8884 | $89.74 | Agreed and allowed. | |
| HUANG LING LING | 4581 | $4,600.00 | Agreed and allowed. | |
| HUANG NONG XIAN | 3879 | $518.84 | Agreed and allowed. | |
| HUANG QIANXIN HEYUAN LU | 11029 | $3,789.91 | Agreed and allowed. | |
| HUANG QING SHUI | 2148 | $49.50 | Agreed and allowed. | |
| HUANG SHENG | 790 | $49.20 | Agreed and allowed. | |
| HUANG TAO | 6038 | $561.74 | Agreed and allowed. | |
| HUANG TU YI | 914 | $80.00 | Agreed and allowed. | |
| HUANG WEI KUN | 4608 | $2,204.36 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| HUANG WEIDONG | 1002 | $2,089.93 | Agreed and allowed. | |
| HUANG YU CHAN | 808 | $697.06 | Agreed and allowed. | |
| HUANG YUCHAN | 3918 | $697.06 | Agreed and allowed. | |
| HUANG ZHENG ZHONG | 927 | $3,875.16 | Agreed and allowed. | |
| HUI XU | 3511 | $2,005.77 | Agreed and allowed. | |
| I CHUN FU | 4573 | $515.94 | Agreed and allowed. | |
| JEAN-BAPTISTE BAEZNER | 2798 | $515.94 | Agreed and allowed. | |
| JEI WEI BING | 4507 | $1,789.99 | Agreed and allowed. | |
| JHT INVESTMENTS LLC | 3853 | $98.00 | Agreed and allowed. | |
| JI CHUAN DONG | 154 | $6,503.91 | Agreed and allowed. | |
| JI FENG | 3051 | $1,006.84 | Agreed and allowed. | |
| JI JIN | 341 | $291.48 | Agreed and allowed. | |
| JI KAN | 789 | $196.30 | Agreed and allowed. | |
| JI WEI BING | 3888 | $99.72 | Agreed and allowed. | |
| Ji Xu | 4870 | $98.00 | Agreed and allowed. | |
| JI ZHENG | 4531 | $2,318.51 | Agreed and allowed. | |
| JIA QIANG SHI | 3893 | $513.39 | Agreed and allowed. | |
| Jia YAN | 268 | $187.01 | Agreed and allowed. | |
| JIAO ZHI YING | 9847 | $802.11 | Agreed and allowed. | |
| JIAN LU | 1895 | $1,137.83 | Agreed and allowed. | |
| JIAN MEI XIONG | 3778 | $345.13 | Agreed and allowed. | |
| jiang bo | 4807 | $325.79 | Agreed and allowed. | |
| JIANG JIAN BO | 413 | $2,259.09 | Agreed and allowed. | |
| JIANG KAI DE | 4573 | $199.12 | Agreed and allowed. | |
| JIANG PIN | 4576 | $155.50 | Agreed and allowed. | |
| Jiang Quan | 4670 | $6,066.12 | Agreed and allowed. | |
| JIANG SHI JUN | 3928 | $128.60 | Agreed and allowed. | |
| JIANG SHU YING | 1506 | $49.89 | Agreed and allowed. | |
| JIANG SHUANG SHENG | 6244 | $2,750.57 | Agreed and allowed. | |
| JIANG XIN RONG | 2062 | $1,733.26 | Agreed and allowed. | |
| JIANG YAN SONG | 235 | $248.00 | Agreed and allowed. | |
| JIANG YE FEI | 387 | $4,300.00 | Agreed and allowed. | |
| JIANG YONG | 4862 | $500.00 | Agreed and allowed. | |
| JIANG ZHONG JIAN | 2280 | $420.01 | Agreed and allowed. | |
| JIAO JIAN | 453 | $1,310.28 | Agreed and allowed. | |
| JIAO XIAO XIA | 1656 | $124.56 | Agreed and allowed. | |
| JIE DONG | 3058 | $490.40 | Agreed and allowed. | |
| JIE YUAN | 6900 | $490.56 | Agreed and allowed. | |
| JIN JI SHAN | 2755 | $1,342.93 | Agreed and allowed. | |
| JIN NAN | 518 | $1,346.20 | Agreed and allowed. | |
| JIN PENG | 5263 | $2,271.21 | Agreed and allowed. | |
| JIN QIANG | 585 | $99.43 | Agreed and allowed. | |
| JIN SHAN | 1006 | $1,434.36 | Agreed and allowed. | |
| JIN SHENG | 12478 | $3,240.59 | Agreed and allowed. | |
| JIN YI | 6035 | $990.88 | Agreed and allowed. | |
| JIN YONG JI | 4879 | $46.00 | Agreed and allowed. | |
| | | $893.36 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| JIN YUE YING | 584 | $4,900.63 | Agreed and allowed. | |
| JING PING BEI | 447 | $1,102.62 | Agreed and allowed. | |
| JING PING BEI | 448 | $546.38 | Agreed and allowed. | |
| Jiri Misek | 6185 | $10,000.00 | Agreed and allowed. | |
| JL FOREX INTERNATIONAL LTD | 5681 | $2,109.12 | Agreed and allowed. | |
| JU LEI | 5651 | $199.63 | Agreed and allowed. | |
| JU TING TING | 10860 | $9,988.00 | Agreed and allowed. | |
| JU XIAO BIN | 3936 | $7,020.00 | Agreed and allowed. | |
| KAI YUN YANG | 454 | $7,288.71 | Agreed and allowed. | |
| KAMLESH KAYANTILAL SHAH | 13944 | $2,377.88 | Agreed and allowed. | |
| KANG YONG QIANG | 3848 | $111.50 | Agreed and allowed. | |
| KANG YONG QIANG | 3849 | $1,316.94 | Agreed and allowed. | |
| KE PAN ZHANG | 600 | $154.03 | Agreed and allowed. | |
| KE QUAN LIN | 12663 | $2,098.12 | Agreed and allowed. | |
| KE SHAN QIN | 2234 | $1,356.74 | Agreed and allowed. | |
| KE WEI | 3039 | $267.25 | Agreed and allowed. | |
| KE XIN | 321 | $828.55 | Agreed and allowed. | |
| KOH KIM EE | 2150 | $49.74 | Agreed and allowed. | |
| KONG HUI | 5436 | $2,557.21 | Agreed and allowed. | |
| KONG JIAN | 1654 | $2,704.05 | Agreed and allowed. | |
| KONG YI JIANG | 797 | $4,698.59 | Agreed and allowed. | |
| KUO FU LUNG | 8851 | $2,081.08 | Agreed and allowed. | |
| LA PRIMERA CAPITAL MARKETS 1 | 8406 | $4,472.00 | Agreed and allowed. | |
| LA PRIMERA CAPITAL-BRADY/OPT | 8405 | $2,289.00 | Agreed and allowed. | |
| LAI QING SHENG | 10885 | $210.15 | Agreed and allowed. | |
| LAI XIANG QUN | 604 | $1,062.56 | Agreed and allowed. | |
| LAN HUANG | 5561 | $1,530.19 | Agreed and allowed. | |
| LAN JING PING | 3068 | $474.34 | Agreed and allowed. | |
| LANWENBIN | 781 | $6,120.29 | Agreed and allowed. | |
| LARGE ASSET MANAGEMENT SA | 9936 | $7,777.46 | Agreed and allowed. | |
| LAW TRADING LLC | 182 | $581.65 | Agreed and allowed. | |
| LAWRENCE PHILLIPS | 12969 | $2,160.00 | Agreed and allowed. | |
| LE NANCING | 626 | $3,856.43 | Agreed and allowed. | |
| LE ZE FANG | 3929 | $199.60 | Agreed and allowed. | |
| Lee Yin San | 6284 | $2,383.00 | Agreed and allowed. | |
| LEI FENG | 494 | $3,568.30 | Agreed and allowed. | |
| LF INVESTMENTS 2002 LLC | 180 | $1,089.27 | Agreed and allowed. | |
| LI AN TAO | 592 | $48.10 | Agreed and allowed. | |
| LI BAO CAI | 1646 | $498.43 | Agreed and allowed. | |
| LI BING | 1243 | $1,147.69 | Agreed and allowed. | |
| LI BING | 4280 | $1,147.69 | Agreed and allowed. | |
| LI DAO LUN | 612 | $1,922.40 | Agreed and allowed. | |
| LI DAO PING | 811 | $199.03 | Agreed and allowed. | |
| LI FENG | 4867 | $1,765.10 | Agreed and allowed. | |
| LI FULI | 5285 | $893.72 | Agreed and allowed. | |
| LI GUAN SONG | 3056 | $99.11 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| LI HANG QI HUICHENG | 402 | $468.00 | Agreed and allowed. | |
| LI HONG | 680 | $2,001.41 | Agreed and allowed. | |
| Li Hong Lun | 6296 | $1,824.12 | Agreed and allowed. | |
| LI HUA | 3668 | $481.54 | Agreed and allowed. | |
| LI HUI | 3681 | $1,010.10 | Agreed and allowed. | |
| LI HUI CHUAN | 4035 | $6,163.80 | Agreed and allowed. | |
| LI HUI HAI | 1511 | $49.84 | Agreed and allowed. | |
| LI JIAN HAI | 2143 | $53.00 | Agreed and allowed. | |
| LI JIN BAO | 3931 | $3,677.52 | Agreed and allowed. | |
| LI JIN MEI | 4614 | $3,385.25 | Agreed and allowed. | |
| LI JING BANG | 6243 | $917.19 | Agreed and allowed. | |
| LI JUN DONG | 988 | $99.00 | Agreed and allowed. | |
| Li Ke Xiu | 8739 | $8,914.45 | Agreed and allowed. | |
| Li Ke Xiu | 8741 | $7,537.42 | Agreed and allowed. | |
| LI LAN | 4319 | $1,061.63 | Agreed and allowed. | |
| LI LIAN SHENG | 482 | $998.75 | Agreed and allowed. | |
| LI MING | 1652 | $860.00 | Agreed and allowed. | |
| LI MU YAN | 3065 | $8,067.00 | Agreed and allowed. | |
| LI NA | 2860 | $1,922.75 | Agreed and allowed. | |
| Li Ning | 5135 | $1,309.60 | Agreed and allowed. | |
| LI QI | 678 | $205.44 | Agreed and allowed. | |
| LI QI | 679 | $2,779.13 | Agreed and allowed. | |
| LI QIN WEI | 638 | $305.57 | Agreed and allowed. | |
| LI QING YU | 4303 | $1,948.51 | Agreed and allowed. | |
| LI SHU FEN | 3042 | $253.20 | Agreed and allowed. | |
| LI SUPING | 3260 | $99.00 | Agreed and allowed. | |
| LI SUZHEN | 2941 | $3,053.67 | Agreed and allowed. | |
| LI TANG FENG | 684 | $482.00 | Agreed and allowed. | |
| LI TIAN HONG | 3923 | $1,222.23 | Agreed and allowed. | |
| LI WEN | 3889 | $166.00 | Agreed and allowed. | |
| LI XIAO | 338 | $1,768.00 | Agreed and allowed. | |
| LI XIAO TU | 441 | $396.03 | Agreed and allowed. | |
| LI YA DONG | 353 | $1,102.94 | Agreed and allowed. | |
| LI YAN | 230 | $4,170.60 | Agreed and allowed. | |
| LI YAN | 752 | $9,800.00 | Agreed and allowed. | |
| LI YAN | 2060 | $1,083.27 | Agreed and allowed. | |
| LI YAN | 5258 | $330.24 | Agreed and allowed. | |
| LI YI MING | 12516 | $2,912.24 | Agreed and allowed. | |
| LI YONG FU | 401 | $3,985.39 | Agreed and allowed. | |
| LI YONG HONG | 9598 | $200.08 | Agreed and allowed. | |
| LI YONG PENG | 1784 | $49.90 | Agreed and allowed. | |
| LI YU | 6501 | $99.77 | Agreed and allowed. | |
| Li Yuan Hui | 371 | $1,260.89 | Agreed and allowed. | |
| LI YUANHUI | 6431 | $3,893.55 | Agreed and allowed. | |
| LI YUE WEI | 664 | $4,331.72 | Agreed and allowed. | |
| | 4290 | $1,049.31 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| Li Yun | 5766 | $892.14 | Agreed and allowed. | |
| LI ZHOUHUA | 442 | $99.43 | Agreed and allowed. | |
| LI ZHU LONG | 336 | $2,415.14 | Agreed and allowed. | |
| LI ZONG QIN | 4582 | $940.83 | Agreed and allowed. | |
| LIAN MEI LING | 8868 | $1,153.15 | Agreed and allowed. | |
| LIANG HUI YI | 470 | $2,495.50 | Agreed and allowed. | |
| LIANG JIAN YE | 688 | $531.15 | Agreed and allowed. | |
| LIANG MIN | 3048 | $1,768.95 | Agreed and allowed. | |
| LIANG QING DE | 1514 | $1,151.54 | Agreed and allowed. | |
| LIANG XIAO YUN | 333 | $2,109.01 | Agreed and allowed. | |
| LIANG YU FENG | 608 | $412.00 | Agreed and allowed. | |
| LIANG YU FENG | 12535 | $412.00 | Agreed and allowed. | |
| LIAO JUAN MIN | 4174 | $1,104.95 | Agreed and allowed. | |
| LIAO JUN SHAN | 1104 | $2,157.61 | Agreed and allowed. | |
| LIAO MEI CHU | 303 | $990.11 | Agreed and allowed. | |
| LIAO XI CUI | 4583 | $318.90 | Agreed and allowed. | |
| LJEN CHEN FENG | 3076 | $22.68 | Agreed and allowed. | |
| LIM CHEE MEI KAREN MARIE | 278 | $1,370.66 | Agreed and allowed. | |
| LIN A LONG | 3352 | $8,870.40 | Agreed and allowed. | |
| LIN BIN | 463 | $1,544.61 | Agreed and allowed. | |
| LIN CHING-YI | 4046 | $1,990.99 | Agreed and allowed. | |
| LIN DIFEI | 324 | $522.75 | Agreed and allowed. | |
| LIN GUO ZAI | 386 | $2,226.80 | Agreed and allowed. | |
| LIN HAI OU | 4572 | $992.30 | Agreed and allowed. | |
| LIN HAI YAN | 4610 | $4,369.87 | Agreed and allowed. | |
| LIN HONG | 1374 | $533.55 | Agreed and allowed. | |
| LIN HONG HUI | 309 | $5,074.16 | Agreed and allowed. | |
| Lin Hong Wei | 4349 | $5,798.34 | Agreed and allowed. | |
| LIN HUI CHIN | 8877 | $4,761.77 | Agreed and allowed. | |
| LIN KUN CHENG | 2795 | $6,478.75 | Agreed and allowed. | |
| LIN LI XIN | 3932 | $8,452.56 | Agreed and allowed. | |
| LIN LIANG GENG | 4611 | $4,481.40 | Agreed and allowed. | |
| LIN QI JIANG | 2537 | $658.53 | Agreed and allowed. | |
| LIN SHAO JIN | 411 | $941.93 | Agreed and allowed. | |
| LIN SHU TING | 8861 | $317.97 | Agreed and allowed. | |
| LIN XIAO HONG | 412 | $652.36 | Agreed and allowed. | |
| LIN XIONG BIN | 936 | $973.61 | Agreed and allowed. | |
| LIN XU TIAN | 4428 | $6,068.70 | Agreed and allowed. | |
| LIN YAN XIONG | 669 | $168.46 | Agreed and allowed. | |
| LIN YING | 3347 | $9,841.07 | Agreed and allowed. | |
| LIN YONG QING | 930 | $9,705.46 | Agreed and allowed. | |
| LIN YUEH-KU | 750 | $10,000.00 | Agreed and allowed. | |
| LIN ZHENG AI | 3043 | $156.21 | Agreed and allowed. | |
| LIN ZHI HAO | 4043 | $530.40 | Agreed and allowed. | |
| LIN ZONG HUAI | 397 | $694.32 | Agreed and allowed. | |
| LIN ZONG HUAI | 398 | $663.51 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| LING HONG ZHANG | 2091 | $800.34 | Agreed and allowed. | |
| LING WEI | 5008 | $1,440.41 | Agreed and allowed. | |
| LINK FAMILY INVESTMENTS LLC | 179 | $289.63 | Agreed and allowed. | |
| LIQUIDITY SOLUTIONS | 197 | $5,170.62 | Agreed and allowed. | |
| LIU BING | 429 | $2,821.71 | Agreed and allowed. | |
| LIU BING | 747 | $7,887.86 | Agreed and allowed. | |
| LIU CHAO LAN | 8886 | $110.72 | Agreed and allowed. | |
| LIU DONG MEI | 682 | $1,512.69 | Agreed and allowed. | |
| LIU FENG | 3924 | $1,617.94 | Agreed and allowed. | |
| LIU FENG CHENG | 4866 | $104.45 | Agreed and allowed. | |
| LIU FU YING | 3071 | $367.26 | Agreed and allowed. | |
| LIU GE | 3878 | $2,302.54 | Agreed and allowed. | |
| LIU GUAN | 404 | $1,033.43 | Agreed and allowed. | |
| LIU HAI YING | 776 | $214.92 | Agreed and allowed. | |
| LIU HSIU YING | 8883 | $76.08 | Agreed and allowed. | |
| LIU JIAN | 1635 | $492.80 | Agreed and allowed. | |
| LIU JIE | 4860 | $600.49 | Agreed and allowed. | |
| LIU JUN MEI | 446 | $49.05 | Agreed and allowed. | |
| LIU LIU | 315 | $129.67 | Agreed and allowed. | |
| LIU MEI | 3047 | $1,394.08 | Agreed and allowed. | |
| LIU MEI FANG | 2996 | $2,000.00 | Agreed and allowed. | |
| LIU MIAOJING | 6017 | $49.71 | Agreed and allowed. | |
| Liu Min Ming | 3877 | $1,924.87 | Agreed and allowed. | |
| LIU QING | 3865 | $49.16 | Agreed and allowed. | |
| LIU REN BEI | 768 | $169.10 | Agreed and allowed. | |
| LIU SHU CHUAN | 8859 | $2,239.30 | Agreed and allowed. | |
| LIU SHU HSIU | 8871 | $442.00 | Agreed and allowed. | |
| Liu Shu Ping | 4126 | $3,209.33 | Agreed and allowed. | |
| LIU WEI | 3792 | $903.00 | Agreed and allowed. | |
| LIU WEI HONG | 2854 | $2,323.94 | Agreed and allowed. | |
| LIU WEI HUA | 873 | $3,773.88 | Agreed and allowed. | |
| LIU XIAN LEI | 5222 | $1,180.32 | Agreed and allowed. | |
| Liu Xiu Min | 3890 | $2,620.00 | Agreed and allowed. | |
| LIU YAN XIONG | 670 | $220.43 | Agreed and allowed. | |
| LIU YANG LIN | 5451 | $100.00 | Agreed and allowed. | |
| LIU YI | 5743 | $155.72 | Agreed and allowed. | |
| LIU YU | 256 | $371.00 | Agreed and allowed. | |
| LIU YU HUA | 787 | $1,118.70 | Agreed and allowed. | |
| LIU YU HUA | 4883 | $1,112.70 | Agreed and allowed. | |
| LIU YUE BIAO | 5298 | $933.50 | Agreed and allowed. | |
| LIU ZHAO FENG | 9017 | $801.18 | Agreed and allowed. | |
| LIU ZIYANG | 3858 | $49.02 | Agreed and allowed. | |
| LO, LI-CHUAN | 8866 | $1,689.59 | Agreed and allowed. | |
| LONG JIE CHEN | 4090 | $820.14 | Agreed and allowed. | |
| LU FENGGEN | 330 | $198.00 | Agreed and allowed. | |
| LU GUO HUA | 3933 | $4,782.38 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| LU HUI MING | 767 | $6,838.36 | Agreed and allowed. | |
| LU MI | 6462 | $566.86 | Agreed and allowed. | |
| LU XIAN | 910 | $49.56 | Agreed and allowed. | |
| LU XIAO LAN | 968 | $151.49 | Agreed and allowed. | |
| LU XUE GANG | 6021 | $111.63 | Agreed and allowed. | |
| LU YI | 7289 | $4,030.00 | Agreed and allowed. | |
| LU YI-MING | 3543 | $7,637.28 | Agreed and allowed. | |
| LU YING | 3897 | $99.33 | Agreed and allowed. | |
| LU YUN LONG | 1645 | $780.08 | Agreed and allowed. | |
| LU ZHAO HAI | 4287 | $411.98 | Agreed and allowed. | |
| Lu Zhao Hai | 4288 | $456.24 | Agreed and allowed. | |
| LUO GUO HUA | 710 | $4,782.38 | Agreed and allowed. | |
| LUO JIE | 399 | $99.66 | Agreed and allowed. | |
| LUO WEI | 6345 | $4,571.65 | Agreed and allowed. | |
| LUO XIAO HANG | 3847 | $1,292.08 | Agreed and allowed. | |
| LUO XIAO HONG | 659 | $198.81 | Agreed and allowed. | |
| LV CHAO ZONG | 2874 | $6,269.41 | Agreed and allowed. | |
| LV JUN | 6794 | $609.46 | Agreed and allowed. | |
| LV WEI XING | 7320 | $1,083.60 | Agreed and allowed. | |
| LV YA ZHEN | 891 | $99.76 | Agreed and allowed. | |
| M S HABIBULLAAH | 4003 | $4,750.00 | Agreed and allowed. | |
| MA DEYI | 5100 | $1,785.58 | Agreed and allowed. | |
| MA JUN | 2141 | $160.68 | Agreed and allowed. | |
| MA JUN JIE | 368 | $1,083.48 | Agreed and allowed. | |
| MA YUE | 488 | $1,895.00 | Agreed and allowed. | |
| MA YUQI | 4495 | $2,777.58 | Agreed and allowed. | |
| MAI RUI HE | 3860 | $745.98 | Agreed and allowed. | |
| MAKMUR CHANDRA | 1026 | $1,198.74 | Agreed and allowed. | |
| MAO YU HONG | 3862 | $3,669.42 | Agreed and allowed. | |
| MARK JULIAN LOWE | 11706 | $3,648.67 | Agreed and allowed. | |
| MENG QIANG | 909 | $316.00 | Agreed and allowed. | |
| MENG YONG (ACCOUNT NUMBER 08095397) | 6623 | $1,888.86 | Agreed and allowed. | |
| MIAO CHANG QING | 901 | $180.84 | Agreed and allowed. | |
| MIAO JIAN JEN | 3880 | $2,016.96 | Agreed and allowed. | |
| MIAO YU LIN | 763 | $100.00 | Agreed and allowed. | |
| MIDWOOD SECURITIES | 427 | $6,319.34 | Agreed and allowed. | |
| MIN LIU | 308 | $49.78 | Agreed and allowed. | |
| MIN LIU | 311 | $2,200.59 | Agreed and allowed. | |
| MING YEH CHUNG | 3683 | $2,842.42 | Agreed and allowed. | |
| MKW TRADING LLC | 183 | $2,375.54 | Agreed and allowed. | |
| MR JIA YING JIE | 648 | $1,044.79 | Agreed and allowed. | |
| MR JIA YINGJIE | 649 | $1,608.83 | Agreed and allowed. | |
| MR LIM KAY SOON | 228 | $1,537.17 | Agreed and allowed. | |
| NEFTEPROM BANK | 542 | $75.94 | Agreed and allowed. | |
| NG CHUAN WEE | 2152 | $7,115.57 | Agreed and allowed. | |
| NG KUAN LUEN | 2151 | $2,277.61 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| NG TIN SENG | 452 | $9,834.58 | Agreed and allowed. | |
| NI HUI HUA | 906 | $1,363.70 | Agreed and allowed. | |
| NI HUI YUN | 675 | $9,780.62 | Agreed and allowed. | |
| NI HUI YUN | 676 | $49.92 | Agreed and allowed. | |
| NI LING FENG | 1234 | $229.75 | Agreed and allowed. | |
| NI QING LING | 4201 | $1,053.65 | Agreed and allowed. | |
| NI YAN E | 2153 | $270.27 | Agreed and allowed. | |
| NICHOLAS TAN SI HAN | 279 | $450.00 | Agreed and allowed. | |
| NIE LIN | 1625 | $101.11 | Agreed and allowed. | |
| NING JIAN LI | 605 | $1,003.74 | Agreed and allowed. | |
| NING YAN XIA | 989 | $340.00 | Agreed and allowed. | |
| NIU JIN GUI | 606 | $86.60 | Agreed and allowed. | |
| NOMOS DISCRETIONARY FX CLEAR | 8817 | $194.30 | Agreed and allowed. | |
| NOMOS FX CLEAR (CAPITAL PARTNERS) | 8819 | $31.20 | Agreed and allowed. | |
| NOMOS MARK UP FX CLEAR | 8816 | $7,807.05 | Agreed and allowed. | |
| PAN DONG | 6245 | $2,940.00 | Agreed and allowed. | |
| PAN JIN HU | 4584 | $128.74 | Agreed and allowed. | |
| PAN JIN WU | 4603 | $99.31 | Agreed and allowed. | |
| PAN JU ZHEN | 3914 | $4,075.42 | Agreed and allowed. | |
| PAN JUN | 9807 | $948.17 | Agreed and allowed. | |
| PAN LI QIN | 4607 | $2,055.72 | Agreed and allowed. | |
| PAN MING MING | 497 | $336.83 | Agreed and allowed. | |
| PAN XI NAN | 3777 | $5,025.10 | Agreed and allowed. | |
| PAN YONG QUAN | 3896 | $123.91 | Agreed and allowed. | |
| PAN YONGCHAI | 4289 | $6,302.75 | Agreed and allowed. | |
| PAN YU | 5337 | $319.29 | Agreed and allowed. | |
| PENG AI DONG | 299 | $3,000.00 | Agreed and allowed. | |
| PENG GUO FU | 1597 | $1,857.63 | Agreed and allowed. | |
| PENG LI-FANG | 8850 | $4,366.73 | Agreed and allowed. | |
| PENG PEI XIA | 1513 | $145.23 | Agreed and allowed. | |
| PENG PEL XIA | 3895 | $508.73 | Agreed and allowed. | |
| PENG TIAN CHI | 327 | $1,044.00 | Agreed and allowed. | |
| PENG YU YUAN | 8873 | $2,294.02 | Agreed and allowed. | |
| PENG ZIMING | 471 | $1,161.59 | Agreed and allowed. | |
| QI JIAN FEI | 2140 | $101.99 | Agreed and allowed. | |
| QI JIAN JIN | 3852 | $5,538.95 | Agreed and allowed. | |
| QI JIANFEI | 3898 | $101.99 | Agreed and allowed. | |
| QI LIMING | 3909 | $6,356.53 | Agreed and allowed. | |
| QI WEI DONG | 2548 | $50.56 | Agreed and allowed. | |
| QI XING | 1651 | $498.85 | Agreed and allowed. | |
| QIAN HENG | 4578 | $8,536.87 | Agreed and allowed. | |
| QIAN WEI KANG | 2534 | $289.69 | Agreed and allowed. | |
| QIAN XIANG HONG | 4609 | $2,771.65 | Agreed and allowed. | |
| QIAN XIANG RU | 4597 | $134.05 | Agreed and allowed. | |
| QIAN ZHIQIANG | 4469 | $1,014.17 | Agreed and allowed. | |
| Qian, xiaomu | 5542 | $960.13 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD,
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| QIAO YONG PING | 9055 | $2,000.00 | Agred and allowed. | |
| QIAO ZHEN LI | 735 | $3,411.07 | Agred and allowed. | |
| QING JIA TAN | 6254 | $77.90 | Agred and allowed. | |
| QIU YUANWU | 3919 | $1,831.34 | Agred and allowed. | |
| Qu Ning | 3799 | $303.68 | Agred and allowed. | |
| QU ZHE | 1639 | $801.20 | Agred and allowed. | |
| QU ZHENJIANG | 3874 | $312.47 | Agred and allowed. | |
| RAVENSMOY LTD | 147 | $6,280.47 | Agred and allowed. | |
| REFCO SPHINX MANAGED FUTURES (SEE NOTES) | 9482 | $10,000.00 | Agred and allowed. | |
| REN GANG | 394 | $3,716.08 | Agred and allowed. | |
| REN GANG | 4532 | $4,469.36 | Agred and allowed. | |
| REN LING | 6032 | $1,626.51 | Agred and allowed. | |
| REN SHU SHENG | 450 | $70.93 | Agred and allowed. | |
| REN TIAN YI | 3049 | $99.88 | Agred and allowed. | |
| RGC INVESTMENTS LLC | 174 | $2,088.08 | Agred and allowed. | |
| RGW INVESTMENTS LLC | 177 | $230.22 | Agred and allowed. | |
| RIGAS, ROSEMARIE | 251 | $160.63 | Agred and allowed. | |
| RJC INVESTMENTS LLC | 175 | $2,081.82 | Agred and allowed. | |
| RJS INVESTMENTS LLC | 166 | $2,193.50 | Agred and allowed. | |
| RM INVESTMENTS 2001 LLC | 171 | $9,182.07 | Agred and allowed. | |
| RONG YA LI | 6505 | $1,716.00 | Agred and allowed. | |
| RUAN CHENG BIN | 439 | $498.23 | Agred and allowed. | |
| SEREPTA CORP | 456 | $904.93 | Agred and allowed. | |
| SHA HUA | 360 | $836.90 | Agred and allowed. | |
| SHAN QING PING | 3876 | $500.00 | Agred and allowed. | |
| SHANXI DELI FINANCIAL SERVICE CO HUANG | 2310 | $168.60 | Agred and allowed. | |
| SHAO YAN | 396 | $541.16 | Agred and allowed. | |
| SHE XIU ZHEN | 884 | $589.42 | Agred and allowed. | |
| Sheila Agnes W Koh | 8946 | $2,424.66 | Agred and allowed. | |
| SHEN JIAN | 6024 | $526.50 | Agred and allowed. | |
| SHEN JUN MIN | 4125 | $7,222.40 | Agred and allowed. | |
| Shen Qing Yan | 5197 | $5,507.30 | Agred and allowed. | |
| SHEN XIAO XIONG | 3937 | $1,202.50 | Agred and allowed. | |
| SHENG MAIXING | 5519 | $1,110.03 | Agred and allowed. | |
| SHENG ZHI PENG | 403 | $998.06 | Agred and allowed. | |
| SHI DIANLI | 3059 | $2,062.97 | Agred and allowed. | |
| SHI GAO WEI | 615 | $103.05 | Agred and allowed. | |
| SHI HAIFENG | 240 | $5,095.74 | Agred and allowed. | |
| SHI JUN SHENG | 6936 | $1,366.01 | Agred and allowed. | |
| SHI WEI DONG | 4213 | $324.21 | Agred and allowed. | |
| SHI XIANG DONG | 1676 | $9,869.68 | Agred and allowed. | |
| Shi Zhi Yong | 5118 | $1,532.06 | Agred and allowed. | |
| SI QUIN | 923 | $1,202.02 | Agred and allowed. | |
| SIGMA DELPHI LTD | 3022 | $995.47 | Agred and allowed. | |
| SIM HONG YAM | 2157 | $49.98 | Agred and allowed. | |
| SIOK SIAN TING | 6012 | $199.02 | Agred and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| SJD INVESTMENTS LLC | 165 | $2,097.43 | Agreed and allowed. | |
| SM INVESTMENTS 2001 LLC | 172 | $8,538.53 | Agreed and allowed. | |
| SNOWBALL MULTI MANAGER FX FUND SPC | 9481 | $2,592.51 | Agreed and allowed. | |
| SONG BAO ZHU | 4855 | $1,397.91 | Agreed and allowed. | |
| SONG HAI JIANG | 3063 | $731.34 | Agreed and allowed. | |
| SONG KUN | 3054 | $352.15 | Agreed and allowed. | |
| SONG YU PING | 4598 | $955.56 | Agreed and allowed. | |
| SU GUANG SHENG | 4121 | $5,962.10 | Agreed and allowed. | |
| SU PIAO MEI | 784 | $580.40 | Agreed and allowed. | |
| SU YU HUAN | 5712 | $7,104.03 | Agreed and allowed. | |
| SUI RONG HU | 7130 | $1,973.58 | Agreed and allowed. | |
| SUMIT BAGADIA | 13943 | $2,007.58 | Agreed and allowed. | |
| SUN GUANG XIU | 6251 | $150.00 | Agreed and allowed. | |
| SUN JIONG | 3066 | $307.35 | Agreed and allowed. | |
| SUN LI WEI | 1648 | $2,091.04 | Agreed and allowed. | |
| SUN MING | 531 | $1,137.31 | Agreed and allowed. | |
| SUN QIANG | 726 | $284.57 | Agreed and allowed. | |
| SUN WEI JIE | 6615 | $9,629.12 | Agreed and allowed. | |
| SUN WEN LI | 325 | $48.23 | Agreed and allowed. | |
| SUN XIA | 3899 | $835.63 | Agreed and allowed. | |
| SUN XIAO | 6240 | $5,071.42 | Agreed and allowed. | |
| SUN YI | 1448 | $948.63 | Agreed and allowed. | |
| SUN YU | 4877 | $171.81 | Agreed and allowed. | |
| SUN YU ZHEN | 1644 | $3,713.45 | Agreed and allowed. | |
| SUN ZAI PING | 1642 | $1,010.00 | Agreed and allowed. | |
| SUN ZHI WEN | 2294 | $341.51 | Agreed and allowed. | |
| SUN ZHI WEN | 2363 | $46.73 | Agreed and allowed. | |
| SURESH HIREMATH | 14223 | $5,426.00 | Agreed and allowed. | |
| SURU | 7014 | $366.47 | Agreed and allowed. | |
| TAB INVESTMENTS 2001 LLC | 167 | $4,438.69 | Agreed and allowed. | |
| TAN TZE LEONG, RAYMOND | 258 | $4,421.69 | Agreed and allowed. | |
| Tan Yuan Ying | 5336 | $1,639.15 | Agreed and allowed. | |
| TAN YUN | 7119 | $8,005.51 | Agreed and allowed. | |
| TANG MIN ZHAO | 2760 | $5,045.78 | Agreed and allowed. | |
| TANG XI TONG | 1505 | $490.00 | Agreed and allowed. | |
| TANG YAN SONG | 469 | $1,854.28 | Agreed and allowed. | |
| TANG YEW MENG | 347 | $207.14 | Agreed and allowed. | |
| TANG ZHENMIN | 5341 | $1,500.49 | Agreed and allowed. | |
| TAO XIA | 904 | $755.33 | Agreed and allowed. | |
| TEE KIM CHING | 11004 | $939.20 | Agreed and allowed. | |
| THE CLEARING CORPORATION | 12905 | $1,185.90 | Agreed and allowed. | |
| THE DIVERSIFIED GROUP INCORPORATED | 191 | $402.59 | Agreed and allowed. | |
| THIES INVESTMENTS 2002 LLC | 185 | $2,039.69 | Agreed and allowed. | |
| TI WEI BING | 2136 | $98.00 | Agreed and allowed. | |
| TIAN JUN | 405 | $739.76 | Agreed and allowed. | |
| TIAN MING JIE | 3680 | $725.26 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| TIAN WEN LING | 4881 | $391.62 | Agreed and allowed. | |
| TONG YI CHANG | 9581 | $771.00 | Agreed and allowed. | |
| TSAI CHING YAO | 8890 | $1,594.31 | Agreed and allowed. | |
| TSAI LAN FANG | 2797 | $2,611.54 | Agreed and allowed. | |
| TSENG HSIEN YING | 8891 | $1,539.15 | Agreed and allowed. | |
| TSUI PAK LAM | 2481 | $2,226.87 | Agreed and allowed. | |
| TSUI PAK LAM | 6504 | $1,858.34 | Agreed and allowed. | |
| TUDORFOX LTD | 11830 | $5,720.25 | Agreed and allowed. | |
| UNITED STATES BANKRUPTCY COURT | 6436 | $2,915.39 | Agreed and allowed. | |
| VALORES OCCIDENTALES INVERSIONES, C.A. | 9969 | $4,454.00 | Agreed and allowed. | |
| VONA LIMITED | 8724 | $10,000.00 | Agreed and allowed. | |
| WAN XIN | 937 | $49.47 | Agreed and allowed. | |
| WANG  WANG CHUN JUNG | 8854 | $2,830.16 | Agreed and allowed. | |
| WANG BAO XING | 994 | $101.00 | Agreed and allowed. | |
| WANG BIN | 6351 | $319.34 | Agreed and allowed. | |
| WANG BIN QI | 2753 | $1,676.00 | Agreed and allowed. | |
| WANG BO | 5487 | $572.85 | Agreed and allowed. | |
| WANG CAI LING | 1641 | $942.83 | Agreed and allowed. | |
| WANG CHEN JUAN | 1232 | $690.70 | Agreed and allowed. | |
| WANG DA XIN | 1640 | $486.10 | Agreed and allowed. | |
| WANG GENG | 1880 | $700.23 | Agreed and allowed. | |
| WANG GUI LAN | 6015 | $1,380.47 | Agreed and allowed. | |
| WANG GUO LIANG | 917 | $903.97 | Agreed and allowed. | |
| Wang Hai Lian | 4253 | $59.49 | Agreed and allowed. | |
| WANG HUA LI | 3864 | $629.18 | Agreed and allowed. | |
| WANG HUI TAN | 283 | $389.71 | Agreed and allowed. | |
| WANG JIAN | 4888 | $312.56 | Agreed and allowed. | |
| WANG JING | 234 | $1,466.48 | Agreed and allowed. | |
| WANG JUN | 1655 | $591.18 | Agreed and allowed. | |
| WANG JUXING | 4304 | $9,097.20 | Agreed and allowed. | |
| WANG LEI | 5382 | $981.00 | Agreed and allowed. | |
| WANG LI | 2132 | $49.00 | Agreed and allowed. | |
| WANG LI MIN | 594 | $885.38 | Agreed and allowed. | |
| WANG MENG | 372 | $987.56 | Agreed and allowed. | |
| WANG MIN | 3868 | $286.38 | Agreed and allowed. | |
| WANG MIN CHIH | 8852 | $592.95 | Agreed and allowed. | |
| WANG MING JEN | 3181 | $2,480.14 | Agreed and allowed. | |
| WANG MING WEI | 6253 | $98.26 | Agreed and allowed. | |
| WANG PEI YAN | 6238 | $49.31 | Agreed and allowed. | |
| WANG QI ZONG | 262 | $3,471.45 | Agreed and allowed. | |
| WANG QIANG | 919 | $439.03 | Agreed and allowed. | |
| WANG RANG | 1631 | $975.62 | Agreed and allowed. | |
| WANG RUI QING | 6030 | $49.00 | Agreed and allowed. | |
| WANG RUI XIA | 4536 | $1,578.69 | Agreed and allowed. | |
| WANG SHENG LI | 938 | $49.33 | Agreed and allowed. | |
| WANG TONG | 6014 | $3,722.52 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| WANG WEIXING | 1003 | $2,976.26 | Agreed and allowed. | |
| WANG WEN MIAN | 799 | $6,963.61 | Agreed and allowed. | |
| WANG XIANG ZHEN | 407 | $492.74 | Agreed and allowed. | |
| WANG XIANGLU | 996 | $573.17 | Agreed and allowed. | |
| WANG XIANGLU | 5260 | $573.17 | Agreed and allowed. | |
| WANG XIAO DONG | 3901 | $806.79 | Agreed and allowed. | |
| WANG XIAO FEI | 3887 | $1,167.31 | Agreed and allowed. | |
| WANG XIAO HAN | 3881 | $49.30 | Agreed and allowed. | |
| WANG XIAO ZHI | 3667 | $1,028.88 | Agreed and allowed. | |
| WANG YA PING | 1634 | $1,730.90 | Agreed and allowed. | |
| WANG YA RONG | 607 | $406.58 | Agreed and allowed. | |
| WANG YAN | 380 | $49.07 | Agreed and allowed. | |
| WANG YAO | 276 | $6,445.96 | Agreed and allowed. | |
| WANG YAOLIN | 6023 | $2,596.90 | Agreed and allowed. | |
| WANG YI | 4863 | $49.85 | Agreed and allowed. | |
| WANG YING | 5484 | $887.02 | Agreed and allowed. | |
| WANG YING HUI | 577 | $367.01 | Agreed and allowed. | |
| WANG YONG | 3859 | $580.00 | Agreed and allowed. | |
| WANG YONG DING | 4858 | $5,980.47 | Agreed and allowed. | |
| WANG YONGFENG | 4577 | $8,179.38 | Agreed and allowed. | |
| WANG YU | 5101 | $1,283.03 | Agreed and allowed. | |
| WANG YU HUA | 9647 | $101.20 | Agreed and allowed. | |
| WANG ZE HAN | 3920 | $280.00 | Agreed and allowed. | |
| WANG ZHOUHANG | 1503 | $95.50 | Agreed and allowed. | |
| WANG ZUO WEI | 6191 | $1,044.79 | Agreed and allowed. | |
| WEI GUO ZHAO | 3912 | $475.00 | Agreed and allowed. | |
| WEI JIE | 242 | $1,190.40 | Agreed and allowed. | |
| WEI KAI | 2079 | $5,326.06 | Agreed and allowed. | |
| WEI LIU | 4227 | $1,531.44 | Agreed and allowed. | |
| WEI XIN DING | 567 | $1,196.87 | Agreed and allowed. | |
| WEI XIU BIN | 5289 | $967.54 | Agreed and allowed. | |
| WEN SHANG SHI | 3067 | $1,813.15 | Agreed and allowed. | |
| WEN XIU YIN | 4595 | $591.70 | Agreed and allowed. | |
| WENG XILE | 4854 | $99.40 | Agreed and allowed. | |
| WFT INVESTMENTS LLC | 3078 | $668.48 | Agreed and allowed. | |
| WILLY HAMRE | 157 | $5,249.31 | Agreed and allowed. | |
| WLSKE INVESTMENTS LLC | 6815 | $9,420.70 | Agreed and allowed. | |
| WONG LEE CHAN | 184 | $4,359.99 | Agreed and allowed. | |
| WU DI AN | 346 | $1,845.43 | Agreed and allowed. | |
| WU FENG LAN | 265 | $45.78 | Agreed and allowed. | |
| WU GUO HUA | 3072 | $96.34 | Agreed and allowed. | |
| WU HAO | 4593 | $999.74 | Agreed and allowed. | |
| WU HAO | 2450 | $999.84 | Agreed and allowed. | |
| WU JIN YU | 2451 | $993.70 | Agreed and allowed. | |
| WU JIAYI | 2792 | $4,731.00 | Agreed and allowed. | |
| | 2147 | $985.00 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| WU QING | 361 | $1,602.56 | Agreed and allowed. | |
| WU SHI GAO | 4591 | $45.95 | Agreed and allowed. | |
| WU TIE SHENG | 633 | $682.00 | Agreed and allowed. | |
| WU WU YANG | 3044 | $993.30 | Agreed and allowed. | |
| WU XIA JUN | 746 | $1,056.43 | Agreed and allowed. | |
| WU XIAO YANG | 4566 | $227.08 | Agreed and allowed. | |
| WU XIAO YUE | 770 | $49.50 | Agreed and allowed. | |
| WU YI KUN | 389 | $6,838.32 | Agreed and allowed. | |
| WU YING | 558 | $391.05 | Agreed and allowed. | |
| WUU WEN LOONG EDMUND | 517 | $154.00 | Agreed and allowed. | |
| XI HUI HONG | 6547 | $1,264.19 | Agreed and allowed. | |
| Xi Hui Ping | 6545 | $98.20 | Agreed and allowed. | |
| Xi Wei Qin | 6546 | $99.36 | Agreed and allowed. | |
| XIA WEI | 4875 | $99.64 | Agreed and allowed. | |
| XIAN WEN ZENG | 485 | $510.00 | Agreed and allowed. | |
| XIANG CHANG QING | 6029 | $303.76 | Agreed and allowed. | |
| XIAO BO | 4568 | $202.44 | Agreed and allowed. | |
| XIAO FEI WANG | 791 | $1,167.31 | Agreed and allowed. | |
| XIAO MIN ZHANG | 2734 | $8,736.79 | Agreed and allowed. | |
| XIAO WENJIN | 1671 | $1,112.86 | Agreed and allowed. | |
| XIE DAO ZHOU | 4599 | $1,142.07 | Agreed and allowed. | |
| XIE JIAN WEN | 505 | $1,824.90 | Agreed and allowed. | |
| XIE JIN LIN | 754 | $587.27 | Agreed and allowed. | |
| XIE WEI CHENG | 4574 | $116.97 | Agreed and allowed. | |
| XIN YE | 570 | $2,240.80 | Agreed and allowed. | |
| XING qin | 6622 | $587.73 | Agreed and allowed. | |
| XINGANG MAO | 5730 | $1,669.39 | Agreed and allowed. | |
| XIONG XIAO GANG | 3934 | $1,691.43 | Agreed and allowed. | |
| Xu Bei | 4726 | $9,030.81 | Agreed and allowed. | |
| XU CHUN FANG | 5301 | $2,227.10 | Agreed and allowed. | |
| XU CU YIN | 370 | $623.31 | Agreed and allowed. | |
| XU DAN | 320 | $1,795.68 | Agreed and allowed. | |
| Xu Dong | 6548 | $4,956.66 | Agreed and allowed. | |
| XU JIAN JIANG | 2083 | $986.67 | Agreed and allowed. | |
| XU JIE HUA | 624 | $4,638.33 | Agreed and allowed. | |
| XU LEI | 12569 | $1,831.96 | Agreed and allowed. | |
| XU SHENG | 5429 | $334.00 | Agreed and allowed. | |
| XU SHENG HU | 1633 | $484.41 | Agreed and allowed. | |
| XU XIAO LAN | 3906 | $987.19 | Agreed and allowed. | |
| XU XIAO LAN | 3911 | $229.18 | Agreed and allowed. | |
| XU YAN LIANG | 1653 | $490.73 | Agreed and allowed. | |
| XU YU | 3850 | $1,207.25 | Agreed and allowed. | |
| XU YUN | 466 | $1,033.13 | Agreed and allowed. | |
| XU ZHEYUN | 233 | $6,589.83 | Agreed and allowed. | |
| XU ZHI HONG | 416 | $315.25 | Agreed and allowed. | |
| XUE FENG WU | 5699 | $484.41 | Agreed and allowed. | |

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| XUE JIA JIA | 3905 | $8,405.48 | Agreed and allowed. | |
| XUE LI XING | 329 | $430.72 | Agreed and allowed. | |
| XUE ZHEN XUN | 509 | $152.48 | Agreed and allowed. | |
| XUN GUANG TAO | 6466 | $1,603.59 | Agreed and allowed. | |
| YAM, MAN-CHING | 3350 | $6,939.43 | Agreed and allowed. | |
| YAN CHU | 5290 | $684.16 | Agreed and allowed. | |
| YAN DONG GEORGE GUO | 5731 | $4,405.73 | Agreed and allowed. | |
| YAN HE YING | 467 | $8,664.80 | Agreed and allowed. | |
| YAN JI QING | 2411 | $3,300.30 | Agreed and allowed. | |
| YAN MING | 563 | $3,685.91 | Agreed and allowed. | |
| YAN MING | 580 | $395.02 | Agreed and allowed. | |
| YAN MING LANG | 4305 | $8,526.68 | Agreed and allowed. | |
| YAN SHENG LIANG | 381 | $145.20 | Agreed and allowed. | |
| YAN WEI | 655 | $1,041.12 | Agreed and allowed. | |
| YANG CHA | 4587 | $1,998.50 | Agreed and allowed. | |
| YANG DE FENG | 3437 | $199.33 | Agreed and allowed. | |
| YANG HAI ZHOU | 340 | $627.82 | Agreed and allowed. | |
| YANG HONG | 357 | $650.25 | Agreed and allowed. | |
| YANG HONG BO | 4400 | $497.66 | Agreed and allowed. | |
| Yang Jing Wei | 9755 | $3,728.44 | Agreed and allowed. | |
| YANG JUN | 289 | $348.81 | Agreed and allowed. | |
| YANG KE | 9634 | $185.36 | Agreed and allowed. | |
| YANG LI ZHEN | 1636 | $499.85 | Agreed and allowed. | |
| YANG LIANG | 5146 | $2,238.63 | Agreed and allowed. | |
| YANG MING YING | 6233 | $8,801.16 | Agreed and allowed. | |
| YANG MOU MING | 940 | $8,352.74 | Agreed and allowed. | |
| YANG SUI | 515 | $2,003.62 | Agreed and allowed. | |
| YANG TA HO | 5205 | $198.70 | Agreed and allowed. | |
| YANG TAO | 7365 | $960.03 | Agreed and allowed. | |
| YANG XIAO HONG | 689 | $1,567.44 | Agreed and allowed. | |
| YANG YA LONG | 1637 | $491.00 | Agreed and allowed. | |
| YANG YI XIA | 3857 | $518.87 | Agreed and allowed. | |
| YANG YIN PING | 939 | $199.82 | Agreed and allowed. | |
| YANG YONG | 967 | $49.82 | Agreed and allowed. | |
| YANG YU JING | 6034 | $48.02 | Agreed and allowed. | |
| YANG YU XIANG | 3454 | $313.49 | Agreed and allowed. | |
| YANG YU XIANG | 3455 | $421.35 | Agreed and allowed. | |
| YANG YUNG KUEI | 3035 | $2,603.30 | Agreed and allowed. | |
| YAO HUAN FENG | 326 | $999.46 | Agreed and allowed. | |
| YAO JIN FENG | 3033 | $494.98 | Agreed and allowed. | |
| YAO XIANNAN | 773 | $49.85 | Agreed and allowed. | |
| YAO XUE YUAN | 6248 | $774.27 | Agreed and allowed. | |
| YAO ZHI TU | 2536 | $1,182.50 | Agreed and allowed. | |
| YAO ZONG DE | 4594 | $49.94 | Agreed and allowed. | |
| YE HAI | 2546 | $396.55 | Agreed and allowed. | |
| YE JIN CUN | 4571 | $1,417.50 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| YE PING | 7318 | $3,094.33 | Agreed and allowed. | |
| YE SHENG | 4606 | $99.84 | Agreed and allowed. | |
| YE WAN QING | 665 | $995.30 | Agreed and allowed. | |
| YE XIN | 6237 | $2,240.80 | Agreed and allowed. | |
| YE XIN FANG | 4570 | $5,374.66 | Agreed and allowed. | |
| YE XIN MING | 4616 | $99.04 | Agreed and allowed. | |
| YE YONG LI | 5208 | $1,041.81 | Agreed and allowed. | |
| YE YONG QING | 4580 | $4,730.12 | Agreed and allowed. | |
| YE ZHENG JING | 7316 | $2,880.00 | Agreed and allowed. | |
| YEN YU HSIEN | 2796 | $5,202.75 | Agreed and allowed. | |
| YI MING | 1504 | $496.69 | Agreed and allowed. | |
| YI-LI HUANG & SHU-CHEN HO | 1327 | $2,915.39 | Agreed and allowed. | |
| Yin Bo | 5734 | $1,007.08 | Agreed and allowed. | |
| YIN HONG DA | 6019 | $603.56 | Agreed and allowed. | |
| YIN HUA PIAO | 5287 | $1,400.42 | Agreed and allowed. | |
| YIN JIAN GUO | 1643 | $4,000.00 | Agreed and allowed. | |
| YING WU ZHONG | 9622 | $5,641.83 | Agreed and allowed. | |
| YING ZHU ZHENG | 4700 | $7,600.20 | Agreed and allowed. | |
| YINHUA HOU | 384 | $974.28 | Agreed and allowed. | |
| YONG JUN HE YANG QING | 593 | $516.76 | Agreed and allowed. | |
| YONGTAO WU | 6313 | $1,488.99 | Agreed and allowed. | |
| YONGTAO WU | 6314 | $10,000.00 | Agreed and allowed. | |
| YOU CHENG DENG | 3740 | $156.55 | Agreed and allowed. | |
| YOU JIN YUAN | 3910 | $700.55 | Agreed and allowed. | |
| YOU JU GUI | 1650 | $3,175.40 | Agreed and allowed. | |
| YOU LI MIN | 4589 | $443.27 | Agreed and allowed. | |
| YOU ZHI LIE | 7319 | $967.28 | Agreed and allowed. | |
| YU DONG TING | 290 | $199.61 | Agreed and allowed. | |
| YU FENG | 8612 | $1,094.74 | Agreed and allowed. | |
| YU GUANG ZHAO | 2235 | $432.93 | Agreed and allowed. | |
| YU GUO QING | 6830 | $826.22 | Agreed and allowed. | |
| YU HAI LONG | 1011 | $99.00 | Agreed and allowed. | |
| YU HUA HUANG | 1738 | $6,095.13 | Agreed and allowed. | |
| YU JUN | 2063 | $705.00 | Agreed and allowed. | |
| YU RONG ZHONG | 250 | $496.49 | Agreed and allowed. | |
| YU SUN | 3073 | $171.81 | Agreed and allowed. | |
| YU WANG | 1236 | $5,872.53 | Agreed and allowed. | |
| YU XIAO CHUAN | 393 | $49.30 | Agreed and allowed. | |
| YU XIAO CHUAN | 395 | $486.78 | Agreed and allowed. | |
| YU, JUI-CHU | 8855 | $3,400.22 | Agreed and allowed. | |
| YUANHUI LI | 663 | $10,000.00 | Agreed and allowed. | |
| YUE GUI LI | 837 | $49.86 | Agreed and allowed. | |
| YUN LI | 2444 | $892.14 | Agreed and allowed. | |
| ZENG BAI CHUN | 6937 | $1,677.00 | Agreed and allowed. | |
| ZENG BU GUANG | 4592 | $10,000.00 | Agreed and allowed. | |
| ZENG GUANG TONG | 3894 | $3,475.90 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| ZENG YI JIONG | 4613 | $100.73 | Agreed and allowed. | |
| ZHA TONG LIN | 807 | $4,679.58 | Agreed and allowed. | |
| Zhang Bing He | 6070 | $1,646.74 | Agreed and allowed. | |
| ZHANG BO | 1821 | $2,000.00 | Agreed and allowed. | |
| ZHANG CHAO | 3854 | $147.35 | Agreed and allowed. | |
| ZHANG CHAOLIN | 4853 | $5,029.33 | Agreed and allowed. | |
| ZHANG CHENG | 4565 | $999.63 | Agreed and allowed. | |
| ZHANG CHUNMING | 3851 | $421.65 | Agreed and allowed. | |
| ZHANG DE LONG | 3038 | $725.38 | Agreed and allowed. | |
| ZHANG HENG HUA | 3926 | $48.12 | Agreed and allowed. | |
| ZHANG JIAN MIN | 392 | $147.50 | Agreed and allowed. | |
| ZHANG JING QIU | 14225 | $689.00 | Agreed and allowed. | |
| ZHANG JING WEN | 3070 | $610.40 | Agreed and allowed. | |
| ZHANG JUN | 3908 | $2,047.89 | Agreed and allowed. | |
| ZHANG JUN | 9808 | $2,467.58 | Agreed and allowed. | |
| ZHANG KE PAN | 3915 | $354.03 | Agreed and allowed. | |
| ZHANG LEI | 990 | $98.00 | Agreed and allowed. | |
| ZHANG LEI | 3863 | $1,100.78 | Agreed and allowed. | |
| ZHANG LEI | 3872 | $2,340.80 | Agreed and allowed. | |
| ZHANG LI LI | 2757 | $1,000.00 | Agreed and allowed. | |
| ZHANG LIE | 349 | $4,453.20 | Agreed and allowed. | |
| ZHANG LIKAI | 305 | $948.26 | Agreed and allowed. | |
| ZHANG MING LIANG | 4851 | $348.80 | Agreed and allowed. | |
| ZHANG PEI JUN | 2384 | $1,813.17 | Agreed and allowed. | |
| ZHANG PING | 4774 | $2,962.59 | Agreed and allowed. | |
| ZHANG QI | 987 | $98.00 | Agreed and allowed. | |
| ZHANG QING RONG | 4872 | $1,908.91 | Agreed and allowed. | |
| ZHANG RONG XIU | 5266 | $4,972.32 | Agreed and allowed. | |
| ZHANG SHU E | 1630 | $49.96 | Agreed and allowed. | |
| ZHANG TAO | 12469 | $138.34 | Agreed and allowed. | |
| ZHANG WEI | 2139 | $494.38 | Agreed and allowed. | |
| ZHANG WEI | 2274 | $2,226.87 | Agreed and allowed. | |
| ZHANG WEI | 2281 | $398.22 | Agreed and allowed. | |
| ZHANG WEI | 3913 | $494.38 | Agreed and allowed. | |
| ZHANG WEN JUN | 4202 | $7,815.69 | Agreed and allowed. | |
| ZHANG WEN QIANG | 334 | $1,995.00 | Agreed and allowed. | |
| ZHANG XIANG | 3252 | $7,584.99 | Agreed and allowed. | |
| ZHANG XIN BING | 385 | $674.51 | Agreed and allowed. | |
| ZHANG XIU JUAN | 2019 | $500.00 | Agreed and allowed. | |
| ZHANG XIU LI | 3281 | $117.00 | Agreed and allowed. | |
| ZHANG YA QIN | 3869 | $1,827.24 | Agreed and allowed. | |
| ZHANG YI | 559 | $207.16 | Agreed and allowed. | |
| ZHANG YI | 805 | $3,795.78 | Agreed and allowed. | |
| ZHANG YI MIN | 3855 | $49.53 | Agreed and allowed. | |
| ZHANG YONG TAO | 764 | $100.00 | Agreed and allowed. | |
| ZHANG YOU WEI | 928 | $773.68 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| ZHANG YOU WEI | 929 | $1,547.20 | Agreed and allowed. | |
| ZHANG YUAN | 426 | $442.85 | Agreed and allowed. | |
| Zhang Yue Hua | 3891 | $2,184.97 | Agreed and allowed. | |
| Zhang Zhe Ning | 5275 | $927.52 | Agreed and allowed. | |
| Zhang Zhe Ning | 5276 | $0.00 | Agreed and allowed. | |
| ZHANG ZHIHONG | 3214 | $398.71 | Agreed and allowed. | |
| ZHAO BAOTONG | 6190 | $1,608.83 | Agreed and allowed. | |
| ZHAO CAI PING | 4590 | $479.11 | Agreed and allowed. | |
| ZHAO GANG | 1619 | $1,471.33 | Agreed and allowed. | |
| ZHAO GUANG YU | 3903 | $432.93 | Agreed and allowed. | |
| ZHAO GUI YUN | 820 | $433.37 | Agreed and allowed. | |
| ZHAO HUI LU | 5682 | $913.29 | Agreed and allowed. | |
| ZHAO HUI LU | 5683 | $7,941.56 | Agreed and allowed. | |
| ZHAO JUN PING | 382 | $345.51 | Agreed and allowed. | |
| ZHAO MIAO | 6022 | $3,603.87 | Agreed and allowed. | |
| ZHAO QIAN | 4886 | $527.62 | Agreed and allowed. | |
| ZHAO QIANG | 2061 | $149.29 | Agreed and allowed. | |
| ZHAO TING LE | 6016 | $2,001.76 | Agreed and allowed. | |
| ZHAO WEI | 379 | $492.03 | Agreed and allowed. | |
| ZHAO XI YAN | 3060 | $136.39 | Agreed and allowed. | |
| ZHAO YI | 9052 | $49.28 | Agreed and allowed. | |
| ZHAO YONG | 4856 | $4,256.33 | Agreed and allowed. | |
| ZHEN GUANG TONG | 4604 | $1,794.84 | Agreed and allowed. | |
| ZHEN PING JIN | 316 | $209.41 | Agreed and allowed. | |
| ZHENG CHENG WEI | 3053 | $245.27 | Agreed and allowed. | |
| ZHENG FANG | 4865 | $320.88 | Agreed and allowed. | |
| ZHENG FENG | 944 | $9,101.65 | Agreed and allowed. | |
| Zheng Fengwei | 6414 | $303.42 | Agreed and allowed. | |
| ZHENG HUA WEI | 3061 | $49.81 | Agreed and allowed. | |
| ZHENG MIAO | 5684 | $3,187.97 | Agreed and allowed. | |
| ZHENG QI SONG | 3064 | $50.42 | Agreed and allowed. | |
| ZHENG WEN HUA | 1225 | $812.21 | Agreed and allowed. | |
| ZHENG XIU ZHEN | 6033 | $167.07 | Agreed and allowed. | |
| ZHENG YUAN CHENG | 4605 | $1,999.57 | Agreed and allowed. | |
| ZHENG YUE YUN | 4585 | $95.11 | Agreed and allowed. | |
| ZHENG ZHI BIN | 5152 | $1,465.35 | Agreed and allowed. | |
| ZHENG ZHI GANG | 3871 | $912.87 | Agreed and allowed. | |
| ZHENG ZHONG | 556 | $9,695.31 | Agreed and allowed. | |
| ZHENG ZHONG | 557 | $4,677.41 | Agreed and allowed. | |
| ZHENG ZHONG | 4646 | $4,999.26 | Agreed and allowed. | |
| ZHI HAO | 4821 | $2,170.00 | Agreed and allowed. | |
| ZHI WEI WANG | 4804 | $471.26 | Agreed and allowed. | |
| ZHONG SHENG LIU | 6234 | $1,435.14 | Agreed and allowed. | |
| ZHONG SHENG MING | 543 | $49.40 | Agreed and allowed. | |
| ZHOU AI QING | 1649 | $3,846.32 | Agreed and allowed. | |
| ZHOU DONG CHENG | 9093 | $4,340.36 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| ZHOU DONG HONG | 3666 | $171.01 | Agreed and allowed. | |
| ZHOU HAI ZHONG | 6037 | $49.50 | Agreed and allowed. | |
| ZHOU HUA LI | 5288 | $99.43 | Agreed and allowed. | |
| ZHOU JIAN | 328 | $96.05 | Agreed and allowed. | |
| ZHOU JING | 889 | $3,891.01 | Agreed and allowed. | |
| ZHOU JING WEN | 819 | $532.94 | Agreed and allowed. | |
| ZHOU LI QUAN | 1241 | $509.79 | Agreed and allowed. | |
| ZHOU LI QUAN | 1242 | $58.53 | Agreed and allowed. | |
| ZHOU LIANG GAO | 12906 | $457.83 | Agreed and allowed. | |
| ZHOU MING | 475 | $49.42 | Agreed and allowed. | |
| ZHOU PING | 4887 | $305.28 | Agreed and allowed. | |
| Zhou Qi Cheng | 6239 | $2,792.54 | Agreed and allowed. | |
| ZHOU SHI LIN | 6616 | $272.77 | Agreed and allowed. | |
| ZHOU WEN LI | 4344 | $675.20 | Agreed and allowed. | |
| ZHOU WEN YI | 435 | $420.94 | Agreed and allowed. | |
| ZHOU XIN | 400 | $1,481.92 | Agreed and allowed. | |
| ZHOU YONG JUN | 3925 | $2,021.20 | Agreed and allowed. | |
| Zhou You | 6242 | $757.49 | Agreed and allowed. | |
| ZHOU YUN | 445 | $726.34 | Agreed and allowed. | |
| ZHU AI PING | 3040 | $98.14 | Agreed and allowed. | |
| ZHU DAN | 2990 | $2,379.79 | Agreed and allowed. | |
| ZHU FENG PING | 6939 | $1,830.50 | Agreed and allowed. | |
| ZHU GUANG RONG | 498 | $200.26 | Agreed and allowed. | |
| ZHU HAI PING | 4869 | $2,229.42 | Agreed and allowed. | |
| ZHU HUI MING | 4127 | $604.95 | Agreed and allowed. | |
| ZHU MIAO YING | 1773 | $9,125.15 | Agreed and allowed. | |
| ZHU TONG | 2873 | $8,959.90 | Agreed and allowed. | |
| ZHU WEI | 318 | $1,100.54 | Agreed and allowed. | |
| ZHU WEIDONG | 3605 | $744.78 | Agreed and allowed. | |
| ZHU WEN JING | 4905 | $1,017.16 | Agreed and allowed. | |
| ZHU XU DONG | 1036 | $251.24 | Agreed and allowed. | |
| ZHU XUE HONG | 872 | $128.19 | Agreed and allowed. | |
| ZHU YUN FANG | 428 | $1,000.00 | Agreed and allowed. | |
| ZHU ZHENG XIN | 2670 | $1,001.42 | Agreed and allowed. | |
| ZHU ZHI QIN | 913 | $49.37 | Agreed and allowed. | |
| ZHUANG PIN | 3900 | $99.09 | Agreed and allowed. | |
| ZONG FENG KE | 2527 | $5,349.73 | Agreed and allowed. | |
| ZOU PENG | 6249 | $214.43 | Agreed and allowed. | |
| ZUJIAN WANG | 496 | $2,019.73 | Agreed and allowed. | |
| ZUJIAN WANG & HE JIANG | 495 | $49.75 | Agreed and allowed. | |
| SUBTOTAL: | | $1,991,113.15 | | |
| GRAND TOTAL: | | $1,994,404.02 | | |

CI
Related Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re:  Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Filed Claim Total | Primary Claim | Treatment | Previous Exhibit, If Modified |
|------|-------------|------------------|---------------|-----------|------------------------------|

**IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED**

| Name | Claim Number | Filed Claim Total | Primary Claim | Treatment |
|------|-------------|------------------|---------------|-----------|
| ACUROB INVESTMENT AG | 11861 | $0.00 | 13666 | Classify as Class 8 Related Claim against RCM |
| ALFREDO SKINNER-KLEE AND ALEXANDRA(SEE  NOTES) | 12717 | $0.00 | 12716 | Classify as Class 8 Related Claim against RCM |
| ALMIRON FINANCE CORP AFC ALMIRON | 12146 | $0.00 | 12147 | Classify as Class 8 Related Claim against RCM |
| ALTERNATIVE INVESTMENTS FUND LTD | 9197 | $0.00 | 9199 | Classify as Class 8 Related Claim against RCM |
| ALTIMA CAPITAL MANAGEMENT INC | 13880 | $0.00 | 13881 | Classify as Class 8 Related Claim against RCM |
| ARBAT EQUITY ARBITRAGE FUND LIMITED | 11613 | $19,421,841.00 | 11615 | Classify as Class 8 Related Claim against RCM |
| ARCADIA HILL INC | 8414 | $0.00 | 8436 | Classify as Class 8 Related Claim against RCM |
| ARCADIA HILL INC | 8435 | $0.00 | 8436 | Classify as Class 8 Related Claim against RCM |
| BAC INTERNATIONAL BANK INC | 11367 | $0.00 | 11369 | Classify as Class 8 Related Claim against RCM |
| BALLERY HOLDINGS LTD | 12713 | $0.00 | 12712 | Classify as Class 8 Related Claim against RCM |
| BANCO DE AMERICA CENTRAL S A | 11370 | $0.00 | 11372 | Classify as Class 8 Related Claim against RCM |
| BANCO DE HIPOTECARIO DE INVERSION(SEE NOTES) | 11373 | $0.00 | 11284 | Classify as Class 8 Related Claim against RCM |
| BANCO REFORMADOR SA | 13001 | $0.00 | 13000 | Classify as Class 8 Related Claim against RCM |
| BANCO UNO SA-EL SALVADOR | 13009 | $0.00 | 13008 | Classify as Class 8 Related Claim against RCM |
| BANCO UNO SA-NICARAGUA | 13005 | $0.00 | 13004 | Classify as Class 8 Related Claim against RCM |
| BANCO UNO SA-PANAMA | 13007 | $0.00 | 13006 | Classify as Class 8 Related Claim against RCM |
| BANESCO HOLDING CA (SEE NOTES) | 10532 | $0.00 | 10125 | Classify as Class 8 Related Claim against RCM |
| BILSTON INTERNATIONAL INC | 12711 | $0.00 | 12710 | Classify as Class 8 Related Claim against RCM |
| BRADLEY C REIFLER | 12232 | $0.00 | 14124 | Classify as Class 8 Related Claim against RCM |
| CAPITAL MANAGEMENT SELECT FUND LTD | 9889 | $116,271,904.69 | 9888 | Classify as Class 8 Related Claim against RCM |
| CARLOS ALBERTO NAGEL MARKOVIC | 10672 | $0.00 | 10671 | Classify as Class 8 Related Claim against RCM |
| CHRISTIAN KLOSE PIETERS AND (SEE NOTES) | 12709 | $0.00 | 12708 | Classify as Class 8 Related Claim against RCM |
| CLAU CORPORATION OVERSEAS LTD | 12118 | $0.00 | 12117 | Classify as Class 8 Related Claim against RCM |
| CREATIVE FINANCE LIMITED | 10139 | $0.00 | 10136 | Classify as Class 8 Related Claim against RCM |
| DEPOSITORY INC | 11618 | $69,877.93 | 11616 | Classify as Class 8 Related Claim against RCM |
| DERSDEN DEVELOPMENT INC | 10718 | $0.00 | 10719 | Classify as Class 8 Related Claim against RCM |
| DOVER COMMODITIES CORPORATION | 9226 | $0.00 | 9227 | Classify as Class 8 Related Claim against RCM |
| DUFIL INVESTMENT S A | 10280 | $0.00 | 10279 | Classify as Class 8 Related Claim against RCM |
| ERNESTO RUIZ SINIBALDI | 12715 | $0.00 | 12714 | Classify as Class 8 Related Claim against RCM |
| FONDO COMUN CASA DE BOLSA CA | 10644 | $0.00 | 10643 | Classify as Class 8 Related Claim against RCM |
| GARDEN RING FUND LIMITED | 11614 | $9,991,727.09 | 11611 | Classify as Class 8 Related Claim against RCM |
| GLOBAL MANAGEMENT WORLDWIDE LIMITED | 11609 | $35,264,313.00 | 11608 | Classify as Class 8 Related Claim against RCM |
| GLOBAL PARTNERS EMERGING MARKETS SA | 8347 | $0.00 | 8349 | Classify as Class 8 Related Claim against RCM |
| GOREY FINANCE INC | 8499 | $0.00 | 8498 | Classify as Class 8 Related Claim against RCM |
| GRUPO INTERBOLSA SA | 10192 | $0.00 | 10193 | Classify as Class 8 Related Claim against RCM |
| GTC BANK INC | 13275 | $12,339,131.33 | 13277 | Classify as Class 8 Related Claim against RCM |
| IDC FINANCIAL SA | 12721 | $0.00 | 12720 | Classify as Class 8 Related Claim against RCM |
| INS BANCREDITO VALORES PUESTO DE BOLSA SA | 13879 | $0.00 | 5045 | Classify as Class 8 Related Claim against RCM |
| INTER FINANCIAL SERVICES LTD | 11228 | $154,818,649.00 | 11229 | Classify as Class 8 Related Claim against RCM |
| INVERSIONES Y VALORES UNION SA | 9142 | $0.00 | 9141 | Classify as Class 8 Related Claim against RCM |
| INVESDEX CAPITAL LTD | 9254 | $0.00 | 9255 | Classify as Class 8 Related Claim against RCM |
| INVESTMENT & DEVELOPMENT FINANCE CORP | 12723 | $0.00 | 12722 | Classify as Class 8 Related Claim against RCM |

C1
Related Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Filed Claim Total | Primary Claim | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| JAVIER LOPEZ / JULIET JURADO | | | | | |
| KEYWAY INVESTMENTS LTD | 10560 | $0.00 | 10559 | Classify as Class 8 Related Claim against RCM | |
| LA PRIMERA CASA DE BOLSA C A (SEE NOTES) | 12175 | $0.00 | 12716 | Classify as Class 8 Related Claim against RCM | |
| LATIN AMERICA CONSULTING LTD | 8404 | $0.00 | 8405 | Classify as Class 8 Related Claim against RCM | |
| LEBO CAPITAL MANAGEMENT LLC | 10252 | $0.00 | 10251 | Classify as Class 8 Related Claim against RCM | |
| MARKWOOD INVESTMENTS LTD | 12287 | $0.00 | 12289 | Classify as Class 8 Related Claim against RCM | |
| MIGUEL SAUMA | 12259 | $0.00 | 12260 | Classify as Class 8 Related Claim against RCM | |
| MISTYRISE INTERNATIONAL | 11166 | $0.00 | 11167 | Classify as Class 8 Related Claim against RCM | |
| MULTI CREDIT BANK INC | 10588 | $0.00 | 12205 | Classify as Class 8 Related Claim against RCM | |
| MULTIPLICAS CASA DE BOLSA | 8463 | $0.00 | 12290 | Classify as Class 8 Related Claim against RCM | |
| NBK INVESTMENT LTD | 10729 | $0.00 | 10730 | Classify as Class 8 Related Claim against RCM | |
| NEWCASTLE BUSINESS HOLDING INC | 10220 | $0.00 | 10221 | Classify as Class 8 Related Claim against RCM | |
| OSLO INTERNATIONAL SA | 11621 | $5,328,480.26 | 11619 | Classify as Class 8 Related Claim against RCM | |
| PATON HOLDINGS LTD | 12719 | $0.00 | 12718 | Classify as Class 8 Related Claim against RCM | |
| PLAINTIFF CLASS IN (SEE NOTES) | 12792 | $0.00 | 12788 | Classify as Class 8 Related Claim against RCM | |
| PREMIER BANK INTERNATIONAL N V | 10334 | $2,000,000,000.00 | | Classify as Class 8 Related Claim against RCM | |
| RB SECURITIES LIMITED | 11285 | $243,696,260.52 | 11287 | Classify as Class 8 Related Claim against RCM | |
| RUSSIA GROWTH FUND, LTD | 11331 | $63,541,275.00 | 14251 | Classify as Class 8 Related Claim against RCM | |
| RUSSIAN INVESTORS SECURITIES | 11438 | $3,000,000.00 | 11440 | Classify as Class 8 Related Claim against RCM | |
| SAEED ABDULRAHMAN ALQANTANI | 11607 | $9,920,505.00 | 12342 | Classify as Class 8 Related Claim against RCM | |
| SERVICIOS GENERALES BURSATILES SA DE CV | 11414 | $5,864,557.97 | 13992 | Classify as Class 8 Related Claim against RCM | |
| TOTAL BANK CURACAO N V | 13907 | $575,717.18 | 11086 | Classify as Class 8 Related Claim against RCM | |
| TRANSCOM BANK (BARBADOS) LTD | 10248 | $0.00 | 10249 | Classify as Class 8 Related Claim against RCM | |
| TRANS-EUROPA TRANSLATIONS NETWORK LTD | 13003 | $0.00 | 13002 | Classify as Class 8 Related Claim against RCM | |
| TWOKAY HOLDING INC | 8471 | $0.00 | 8474 | Classify as Class 8 Related Claim against RCM | |
| TWOKAY HOLDING INC | 10641 | $0.00 | 10617 | Classify as Class 8 Related Claim against RCM | |
| UNION HOLDING COMPANY INC | 10634 | $0.00 | 10617 | Classify as Class 8 Related Claim against RCM | |
| VICTOR MANUEL HOYOS | 10531 | $0.00 | 14123 | Classify as Class 8 Related Claim against RCM | |
| VR ARGENTINA RECOVERY FUND LTD | 13913 | $0.00 | 13882 | Classify as Class 8 Related Claim against RCM | |
| VR CAPITAL GROUP LTD | 12793 | $0.00 | 12789 | Classify as Class 8 Related Claim against RCM | |
| VR GLOBAL PARTNERS LP | 12794 | $0.00 | 12790 | Classify as Class 8 Related Claim against RCM | |
| WISDOM GLOBAL INVESTMENTS | 12795 | $0.00 | 12791 | Classify as Class 8 Related Claim against RCM | |
| | 12203 | $0.00 | 12204 | Classify as Class 8 Related Claim against RCM | |
| GRAND TOTAL: | | $2,680,104,239.97 | | | |

In re: Refco Capital Markets, LTD,
Case No. 05-60018

C1
Claims Subject to Prior Books and Records Objections
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Proposed Remaining Claim Total | Omnibus Objection | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED | | | | | | |
| ABADI & CO SECURITIES | 7576 | $1,310,224.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 7577 | $5,235,364.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 7578 | $67,245.33 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 7579 | $394,035.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 7580 | $508,518.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9126 | $354,507.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9127 | $842,603.94 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9128 | $100,969.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9129 | $83,634.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9130 | $17,605,874.50 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ADRIAN KILLAM KILLAM FAMILY(SEE NOTES) | 13363 | $1,183,520.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| AFFCO LLC   (SEE NOTES) | 13169 | $10,766,746.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| ALTAMONTE SA | 214 | $182,229.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ARACAMBA ISRAEL LTD | 13698 | $414,551.84 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CAO YIN HUA | 2754 | $1,267.91 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CATAMOUNT DIVERSIFIED MANAGERS FUND II LTD | 9545 | $997,186.66 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CHAND N GUPTA ET AL | 13381 | $6,431,105.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| CHARLES AND JANICE WOOD | 13469 | $26,899.02 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| CHEN WEI XIA | 332 | $3,062.97 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CTS SERIES VI LLC | 540 | $12,436.52 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| CUI HUI | 4806 | $618.43 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| DANIEL KIRSTEIN | 13121 | $100,190.09 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| DAVID KILLAM, KILLAM FAMILY TRADING PARTNERS LP | 13176 | $1,183,520.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| DAVID T HOLLAND ET AL | 13178 | $1,183,066.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| DE SHAW LAMINAR PORTFOLIOS LLC | 7229 | $3,984,647.17 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| DFD DIVERSIFIED TRUST I | 192 | $1,040,816.55 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| DONG AI JIN | 934 | $1,635.27 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| DONG WEN JUN | 6418 | $803.93 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| DR HANS ALBRECHT | 5364 | $589,653.18 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| EDWARD A IMKO | 11068 | $60,000.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| EDWARD A IMKO | 11070 | $60,000.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| EDWARD G CAPUTO AND EGC TRADING LLC | 13179 | $1,575,915.50 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| ENG CHOON KIAT | 2154 | $296.33 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| EUROPEAN SICAV ALLIANCE-INSULATE | 10464 | $12,996,097.32 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| feng jian chun | 373 | $551.91 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| FENG XIAO MEI | 4537 | $9,962.43 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| FINANZIARIA SAMMARINESE SA | 9989 | $205,317.13 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| GALT FUND LTD | 3965 | $24,000.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| GARY & GROSSINGER LAUREN GROSSINGER THE GG AUTO TRUST | 13164 | $1,550,828.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| GARY JACOBS JANET JACOBS (SEE NOTES) | 13182 | $650,000.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| GARY WENDT A PARTNER IN WENDT TRADING PARTNERS LP ROSEMARIE WENDT | 13170 | $1,361,803.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| GESVALORES SA COMISIONISTA DE | 6863 | $202,717.20 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | 5600 | $951,118.86 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| GU FENG | 4307 | $7,159.31 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| GUO JIE | 6905 | $1,006.56 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| HAO KE AI | 14443 | $5,120.35 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| HARRIS NA | 13357 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| HE XUAN | 4123 | $760.93 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| HERBERT BLACK | 11000 | $34,245.92 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| HSU JIA LING | 6312 | $10,000.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| HU SHU FEN | 9033 | $887.32 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| HUANG CHONG MIN | 387 | $1,822.19 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| INTERACTIVE DATA CORPORATION | 13214 | $114,049.82 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| JACKSON TRADERS CORPORATION, ACCT # F4303 | 8712 | $66,745.35 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

C2
Claims Subject to Prior Books and Records Objections
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Proposed Remaining Claim Total | Omnibus Objection | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| JAI N GUPTA ET AL | 13167 | $7,231,880.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| JAMES B ROGERS JR | 9384 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| JAMES SLEVIN  (see notes) | 13171 | $1,062,000.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| JBW TRADING LLC | 190 | $61,848.95 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| jean-francois marcepoil | 4970 | $240,355.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JEFFREY CONYERS | 5620 | $18,000.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| JI CHUAN DONG | 1239 | $1,006.84 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JI JIN | 4582 | $196.30 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JIANG YAN SONG | 323 | $4,300.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JIN YONG JI | 5821 | $493.36 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JL FOREX INTERNATIONAL LTD | 5665 | $2,109.12 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JOHN T MCNICHLOAS,   JTM TRADING LLC | 13173 | $421,778.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| JOSEPH I CRAWFORD,   JIC TRADING LLC | 13174 | $140,334.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| KE XIN | 3062 | $624.55 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| KWUNG-HONG HO | 3077 | $86,853.62 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| LAWRENCE R GOULD SUZANNE G GOULD AND THE SGG AUTO TRUST | 13165 | $1,557,313.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| LI NA | 4163 | $1,922.75 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LI XIAO TU | 3055 | $396.03 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LI YAN | 376 | $4,170.60 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LI YONG HONG | 3069 | $49.90 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LI YONG PENG | 6590 | $4,115.44 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| LIANG XIAO YUN | 3050 | $2,109.01 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIN LI XIN | 3935 | $6,452.56 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIU BING | 430 | $2,821.71 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIU FU YING | 4874 | $367.26 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIU GUAN | 4104 | $1,033.43 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LONG JIE CHEN | 1043 | $49.67 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LONG JIE CHEN | 1044 | $770.47 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LU YI MING | 6366 | $7,637.78 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LUO GUO HUA | 2134 | $4,782.38 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LUO WEI | 13601 | $4,571.65 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LUO XIAO HANG | 1672 | $1,292.06 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| MA JUN | 47 | $6,627.14 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| MA JUN | 48 | $1,694.66 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| Makoto Kanata | 644 | $0.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Michael Ruggiero | 11465 | $21,362.54 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| MIGUEL SAUMA | 11166 | $0.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| MISTYRISE INTERNATIONAL | 10587 | $2,164,607.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objecti-a | |
| MORGAN ET AL | 13187 | $4,536,619.12 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| MULTI CREDIT BANK, INC | 8464 | $4,633,216.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| NELSON D CIVELLO | 13189 | $246,638.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| NIKKO FUTURES FUND | 10416 | $1,355,107.71 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| NKB INVESTMENT LTD | 11366 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| OKACHI & CO LTD | 84 | $302,161.63 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| PAN JU ZHEN | 4671 | $4,075.43 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| PCMG TRADING PARTNERS VI LP | 5944 | $20,058.16 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| PCMG TRADING PARTNERS XXIII LP | 11255 | $43,738.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| PEDRO E BARRIOS & MARISA CORREA | 10436 | $30,378.26 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| PENG GUO FU | 13671 | $1,857.63 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| QU ZHE | 4345 | $881.20 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| RADCLIFFE KILLAM KILLAM FAMILY TRADING PARTNERS LP | 13184 | $1,163,520.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| RAM N GUPTA ET AL | 13166 | $6,431,144.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| RAYMOND | 6498 | $25,990.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| REAGAN M CRAWFORD  (SEE NOTES) | 13172 | $1,714,000.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| REGINA INVESTMENTS | 5161 | $146,000.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| RICHARD W SNYDER ET AL | 13180 | $713,050.15 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |

In re: Refco Capital Markets, LTD.,
Case No. 05--60018

C2
Claims Subject to Prior Books and Records Objections
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Proposed Remaining Claim Total | Omnibus Objection | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| ROBERT L KING, DIANE M KING, | 13175 | $2,176,820.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| RON TSCHETTER | 13168 | $652,977.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| RONALD L O'KELLEY | 12036 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| SAGE FUND LP | 3980 | $1,184,068.04 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SAGE FUND LP | 3981 | $1,184,068.04 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SCOTT A SCHOEN | 12005 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| SCOTT L JAECKEL | 12004 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| SCOTT SCHILLER CAROLINE G SCHILLER | 13166 | $1,687,837.30 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| SEDONA TRADING LLC' | 4330 | $45,191.18 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| SEDONA TRADING LLC | 4332 | $45,191.18 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| SHARON GROSSINGER | 13163 | $1,866,390.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| SHI HAIFENG | 547 | $5,995.74 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SJ MORTIMER LLC' | 12988 | $36,615.95 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SPCP Group, LLC as Assignee of Swix Currency Fund, Ltd. | 12694 | $2,473,119.45 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| STECHLER ET AL | 13166 | $2,376,277.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| STEVEN M AND FRANCES Q DISTEFANO | 216 | $31,225.43 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| STEVEN R PERLES; STEVEN R PERLES PC' | 13177 | $2,183,000.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| TANG MIN ZHAO | 7306 | $5,045.76 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| THE IRWIN GROSSINGER TRUST | 13162 | $1,527,969.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| THE KOSEI SECURITIES CO LTD | 50 | $46,359.73 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| THELEN REID & PRIEST LP | 11399 | $263,409.39 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| THOMAS H LEE | 11381 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| Thomas H. Yorke | 11525 | $160,374.13 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| TRACY DILEO MICHAEL DILEO KILLAM FAMILY TRADING PARTNERS LP | 13185 | $1,183,520.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| VICTOR & PEGGY FINK | 490 | $100,897.15 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| VIPASA INTERNATIONAL INVESTMENTS CORP | 10134 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| WALTER GOTTLIEB AND MARIELA CUESTAS | 10365 | $21,829.05 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| WALTER THOMAS PRICE | 10473 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| Wang Bin Qi | 11000 | $1,676.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WANG JUN | 1632 | $25,293.23 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WANG YAN | 867 | $49.07 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WAYLAND DISTRESSED OPPORTUNITIES I-B LLC | 11450 | $134,113.39 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WINCHESTER PRESERVATION LLC' | 13411 | $23,906,364.93 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WORLDPARK LTD | 11829 | $372,867.54 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WU FENG LAN | 8178 | $96.34 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WU HAO | 3999 | $999.84 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WU HAO | 4000 | $993.70 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| YAN DONG GEORGE GUO | 5702 | $4,405.73 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| YAN SHENG LIANG | 666 | $145.20 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| YANG HU | 699 | $49.93 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| YU CHUN LIN | 6959 | $63,878.87 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| YU CHUN LIN | 6960 | $80.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| YU GUO QING | 7280 | $626.22 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG JING WEN | 4868 | $610.40 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Zhang Lu | 4850 | $4,455.20 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG WEI | 57 | $289.08 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| ZHANG WEI | 58 | $2,295.18 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | |
| ZHANG WEI | 6470 | $398.22 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG WEI | 6475 | $2,276.67 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG WEN JUN | 3342 | $7,815.69 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Zhang Yue Hua | 4696 | $2,184.97 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG ZHE MING | 2277 | $0.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO CHENG | 5838 | $713.65 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO CHENG | 6991 | $726.65 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO HUI LU | 5686 | $913.29 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO HUI LU | 5687 | $7,941.56 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |

In re: Refco Capital Markets, L.TD,
Case No. 05-60018

C2
Claims Subject to Prior Books and Records Objections
(For Purposes of 3rd Interim Distribution of Additional Property - REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Proposed Remaining Claim Total | Omnibus Objection | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| ZHAO JUN PING | 868 | $345.51 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHENG MIAO | 5668 | $3,187.97 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHOU LI QUAN | 3036 | $509.79 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHOU LI QUAN | 3037 | $58.53 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Zhao Ying Quan | 198 | $71,716.96 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHU MIAO YING | 3353 | $9,125.15 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHU WENJING | 295 | $1,047.16 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZONG FENG KE | 4777 | $5,349.73 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| **GRAND TOTAL:** | | $153,379,504.83 | $0.00 | | | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

C3
Claims Withdrawn, Addressed in the Plan of Reorganization or by Other Court Order
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION OF ADDITIONAL PROPERTY** | | | | |
| SPHINX LTD ET AL | 11375 | $0.00 | Agreed and allowed. | E1 |
| SPHINX MANAGED FUTURES FUND SPC ET AL | 11384 | $0.00 | Agreed and allowed. | E1 |
| JSCB METALLINVESTBANK | 10887 | $73,873.02 | Agreed and allowed. | E1 |
| **SUBTOTAL:** | | $73,873.02 | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| LEAD PLAINTIFFS RH CAPITAL ASSOC LLC | 13079 | $0.00 | Expunged pursuant to separate court order. | |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC | 13083 | $17,648,885.00 | Expunged pursuant to separate court order. | |
| DAVID WEAVER | 5832 | $0.00 | Expunged pursuant to separate court order. | |
| LIVING WATER FUND LP A DELAWARE LIMITED PARTNERSHIP | 10495 | $0.00 | Expunged pursuant to separate court order. | |
| ¹ PLUSFUNDS GROUP INC | 11289 | $7,000,000.00 | Expunged pursuant to separate court order. | |
| RB SECURITIES LIMITED | 14251 | $1,850,843.26 | Expunged pursuant to separate court order. | |
| ABBA FUND LLC A DELAWARE LIMITED PARTNERSHIP | 11710 | $577,952.00 | Expunged pursuant to separate court order. | |
| ALBERT TOGUT AS CHAPTER 7 TRUSTEE OF REFCO LLC | 11314 | $373,418.00 | Expunged pursuant to separate court order. | |
| ARMAND MARQUIS | 1368 | $0.00 | Expunged pursuant to separate court order. | |
| BANK OF AMERICA NA (SEE NOTES) | 9990 | $642,000,000.00 | Expunged pursuant to separate court order. | |
| BAWAG P S K BANK (SEE NOTES) | 13605 | $2,673,000.00 | Expunged pursuant to separate court order. | |
| BAWAG P S K BANK (SEE NOTES) | 13606 | $50,000,000.00 | Expunged pursuant to separate court order. | |
| BAWAG P S K BANK (SEE NOTES) | 13641 | $2,673,000.00 | Expunged pursuant to separate court order. | |
| BAWAG P S K BANK (SEE NOTES) | 13642 | $50,000,000.00 | Expunged pursuant to separate court order. | |
| BAWAG PSK BANK (SEE NOTES) | 13631 | $0.00 | Expunged pursuant to separate court order. | |
| BAWAG PSK BANK (SEE NOTES) | 13667 | $0.00 | Expunged pursuant to separate court order. | |
| CARGILL INVESTOR SERVICES INC | 13089 | $5,752,468.52 | Expunged pursuant to separate court order. | |
| GLOBAL MACRO FUND LIMITED | 12080 | $40,384,865.70 | Expunged pursuant to separate court order. | |
| HSBC BANK USA NATIONAL ASSOCIATION | 10135 | $939,474.72 | Expunged pursuant to separate court order. | |
| JP MORGAN CHASE BANK NA | 4796 | $101,547,404.02 | Expunged pursuant to separate court order. | |
| KALKHOVEN PETTIT TRADING PARTNERS LP | 11707 | $35,982.39 | Expunged pursuant to separate court order. | |
| MAKOR ISSUES & RIGHTS LTD | 14452 | $1,072,044.83 | Expunged pursuant to separate court order. | |
| NORTH HILLS LLP | 11563 | $7,844,218.04 | Expunged pursuant to separate court order. | |
| NORTH HILLS MANAGEMENT LLC | 225 | $7,720,246.79 | Expunged pursuant to separate court order. | |
| OFI PALMARES (F/K/A OFIVALMO PALMARES) | 12054 | $12,943,387.65 | Expunged pursuant to separate court order. | |
| REFCO SINGAPORE PTE LTD | 12984 | $32,071,944.83 | Expunged pursuant to separate court order. | |
| REFCO TRADING SERVICES LLC | 11735 | $0.00 | Expunged pursuant to separate court order. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

C3
Claims Withdrawn, Addressed in the Plan of Reorganization or by Other Court Order
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| SAVINGS BANK OF THE RUSSIAN FEDERATION | 11886 | $0.00 | Expunged pursuant to separate court order. | |
| SPHINX MANAGED FUTURES INDEX FUND LP | 13256 | $39,005,537.00 | Expunged pursuant to separate court order. | |
| ST GEORGES BANK AND TRUST COMPANY INC | 12602 | $3,258,742.00 | Expunged pursuant to separate court order. | |
| ST GEORGES BANK AND TRUST COMPANY LTD | 12600 | $295,564.63 | Expunged pursuant to separate court order. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | 10082 | $397,413,324.50 | Expunged pursuant to separate court order. | |
| WILLIAM T ESREY | 9313 | $0.00 | Expunged pursuant to separate court order. | |
| WILLIAM T ESREY TRADING PARTNERS LP | 9314 | $297,886.70 | Expunged pursuant to separate court order. | |
| WINCHESTER PRESERVATION LLC | 11983 | $23,908,364.93 | Expunged pursuant to separate court order. | |
| WINTON CAPITAL MANGEMENT LTD | 9317 | $0.00 | Expunged pursuant to separate court order. | |
| **SUBTOTAL:** | | $1,449,288,555.51 | | |
| **GRAND TOTAL:** | | $1,449,362,428.53 | | |

[1] By separate stipulation, PlusFunds received $171,000 from the RCM Plan Administrator in full satisfaction of its claims against all Debtors in these cases

D1
**Expunge Claims as Inconsistent with Debtor's Books and Records**
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

| Name | Claim Number | Filed Claim Total | Modified Claim Total | Treatment | Previous Exhibit, if Modified |
|------|-------------|-------------------|----------------------|-----------|-------------------------------|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| ADVANCE CURRENCY MARKETS SA | 4756 | $637,700.39 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ALCOR LP | 10916 | $101,925.46 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ALEX PATERNOTTE | 10919 | $100,590.47 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ALLEN GOODMAN | 10474 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ANDERSON, JOHN M | 473 | $6,226.71 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Arie Filhaber | 661 | $37,682.39 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| BANK FRICK & CO AG | 10433 | $5,189,428.52 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| BEELAND MANAGEMENT GROUP LLC | 10475 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Brian Cumming | 282 | $3,492.74 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| COREY A WISHNIA | 9868 | $3,975.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| CORNELIUS VERSENDAAL TRUST | 3416 | $19,320.43 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| DAVID S AND MARLA T OROS | 11045 | $5,507,624.89 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| DAVID V HARKINS | 11585 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| EUGENE L. GOODWIN | 10913 | $101,263.10 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| FX TRADING LLC | 7225 | $250,111.57 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| GAURANG BHATT | 1692 | $2,785.48 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| GFS FOREX & FUTURES INC | 6289 | $500,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Gianni Platz | 6896 | $86,012.65 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| GILBERT B ESCOBAR | 241 | $10,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| HIEU VO | 459 | $14,854.61 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| HIGHLAND CRUSADER OFFSHORE PARTNERS LP | 11038 | $20,000,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| IGOR J BORMACHENKO | 506 | $50,241.48 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| IRA FBO RALPH A MACDONALD | 9867 | $13,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ITAMAR FILHABER | 662 | $492.15 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| JAY DORMAN | 12886 | $300.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| JIANG MZI BAO | 298 | $65,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| JONATHAN MILLER | 10911 | $353,259.90 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| KEVIN J TOOMEY | 9673 | $14,400.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Keytrading LLC | 11388 | $825,930.18 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| KITTY CHENG + STEPHEN CHENG JT TEN | 13738 | $37,179.90 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| LASALLE BROKERAGE AG ZURICH SWITZERLAND | 4951 | $18,014.51 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| LEBO CAPITAL MANAGEMENT LLC | 12289 | $174,329.78 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| LEO R BREITMAN | 11591 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Li Ke Xiu | 8740 | $1,196.88 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Li Ke Xiu | 8742 | $188.67 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| LUSIA GALAV | 10920 | $100,339.97 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MANUEL OCHOA | 226 | $20,171.73 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MAREK LAGA | 264 | $2,920.83 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MARK AND LESLIE FARRAR | 10909 | $453,702.55 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Mary Coogan | 1734 | $500.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MASONIC MEDICAL | 11787 | $3,600,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MERRILL LYNCH INTERNATIONAL ET AL | 13023 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MERRILL LYNCH INTERNATIONAL ET AL | 13052 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MICHAEL WILLNER | 12006 | $7,942,226.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MILLENIUM TRUST CO LLC | 10914 | $101,263.10 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |

D1
Expunge Claims as Inconsistent with Debtor's Books and Records
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Filed Claim Total | Modified Claim Total | Treatment | Previous Exhibit, If Modified |
|------|--------------|-------------------|----------------------|-----------|------------------------------|
| MORTEN SORENSEN | 267 | $4,144.04 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| NADER KAZEROUNI | 7305 | $2,250.95 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| NATHAN GANTCHER | 11577 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| NIGN YANXIA | 5259 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PANAMAX CAPITAL MANAGEMENT INC | 12880 | $14,746.71 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PATRICIA A WILLIAMS | 12523 | $363.52 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PATRICIA L TAN | 2680 | $4,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PAUL O WEBB | 10915 | $101,873.67 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Paul Wang | 530 | $100.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PINNACLE PEAKS CAPITAL LLC | 238 | $7,511.61 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| RANDY JULIAN @ | 2191 | $10,708.95 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| RANDY JULIAN @ IRA | 2190 | $4,062.95 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| REGINA INVESTMENTS | 4535 | $146,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ROBERT BARTELL III | 13743 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ROBERT V PRICE | 12928 | $5,700.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ROBERTO SANCHEZ CANTILLANO | 1815 | $4,956.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Ronald A Bernstein | 10497 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| SEUNG HEE DURKIN | 10912 | $124,896.68 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| SPHINX MANAGED FUTURES/ BEACH | 1777 | $183,954.77 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Stockgroup Media | 11117 | $2,040.75 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| SUZANN K GEFFEN | 10910 | $401,023.82 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| SYDNEY R KNAFEL | 11926 | $10,105,304.54 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS G DUST | 10908 | $501,376.50 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS H LEE EQUITY (CAYMAN) FUND V LP | 11596 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS H LEE EQUITY FUND V LP | 11599 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS H LEE EQUITY FUND V LP | 11602 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS H LEE PARALLEL FUND V LP | 11593 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Tommy Hiett | 266 | $246.07 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| TRADING TECHNOLOGIES INTERNATIONAL INC | 10784 | $38,850,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| TRUSTEES OF MASONIC HALL & ASYLUM FUND ET AL | 13229 | $34,860,937.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| TSAI, TSAI-YUN | 8867 | $577.03 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| TSUNG HAN TSAI | 8880 | $1,996.63 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| VAN L AULD | 433 | $372.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| VICTOR FINK | 10918 | $100,897.15 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| **GRAND TOTAL:** | | $131,787,693.38 | $0.00 | | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**D2**
**Late Filed Claims**
**(For Purposes of 3rd Interim Distribution of Additional Property– REVISED December 19, 2007)**

| Name | Claim Number | Filed Claim Total | Date Stamp on Proof of Claim | Modified Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | | |
| BREAKWATER TRADING LLC | 14144 | $551,735.71 | 9/26/2006 | $0.00 | Expunge as late filed. | |
| COMPANIA DE PROFESIONALES DE B | 13340 | $24,633.51 | 7/19/2006 | $0.00 | Expunge as late filed. | |
| HUANG XI CHANG | 13979 | $551.60 | 8/16/2006 | $0.00 | Expunge as late filed. | |
| JIANG XUE SONG | 13866 | $692.48 | 8/9/2006 | $0.00 | Expunge as late filed. | |
| LI YI CHENG | 13400 | $1,256.47 | 7/31/2006 | $0.00 | Expunge as late filed. | |
| MOUSTAKAS MELETIOS & STYLIANI (MOUSTAKA) | 13828 | $780.19 | 7/19/2006 | $0.00 | Expunge as late filed. | |
| PENG GUO FU | 13960 | $1,857.63 | 8/9/2006 | $0.00 | Expunge as late filed. | |
| PIAO YIN HUA | 13633 | $1,400.42 | 8/9/2006 | $0.00 | Expunge as late filed. | |
| TAO XIA | 13360 | $755.33 | 7/20/2006 | $0.00 | Expunge as late filed. | |
| ZHANG QI | 13632 | $198.87 | 8/9/2006 | $0.00 | Expunge as late filed. | |
| **GRAND TOTAL:** | | $583,862.21 | | $0.00 | | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED | | | | | | |
| AMERICAN PEGASUS PERPETUAL INCOME NTD PLUS | 14253 | $149,914.48 | 10876 | $149,914.48 | Expunge as duplicative, amended or superceded. | E1 |
| ANNE MARIE SCHICK | 423 | $0.00 | 4502 | $672,054.84 | Expunge as duplicative, amended or superceded. | |
| Arboria Fund, Ltd | 12415 | $900,000.00 | 32 | $900,000.00 | Expunge as duplicative, amended or superceded. | |
| BAI HAO RAN | | | | | | |
| BANCO REFORMADOR SA | 565 | $778.19 | 6235 | $768.19 | Expunge as duplicative, amended or superceded. | |
| BANCO UNO SA - EL SALVADOR | 12995 | $0.00 | 13001 | $0.00 | Expunge as duplicative, amended or superceded. | |
| BANCO UNO SA - NICARAGUA | 12999 | $0.00 | 13008 | $0.00 | Expunge as duplicative, amended or superceded. | |
| BANCO UNO SA - PANAMA | 12998 | $0.00 | 13004 | $0.00 | Expunge as duplicative, amended or superceded. | |
| Bancolombia (Panama), S.A. | 12997 | $0.00 | 13006 | $0.00 | Expunge as duplicative, amended or superceded. | |
| BANCOVAL SA | 14197 | $4,952,829.00 | 6401 | $4,952,829.90 | Expunge as duplicative, amended or superceded. | |
| BARRINGTON FINANCIAL CORP | 11911 | $2,999,112.63 | 11910 | $2,999,112.63 | Expunge as duplicative, amended or superceded. | |
| BAYERISCHE HYPO-UND VEREINSBANK AG | 8035 | $119,344.00 | 8034 | $119,344.00 | Expunge as duplicative, amended or superceded. | |
| BECKENHAM TRADING CO IN | 10764 | $534,570.49 | 10782 | $534,570.49 | Expunge as duplicative, amended or superceded. | |
| BOSTON FINANS AS | 8542 | $250,000.00 | 8534 | $250,000.00 | Expunge as duplicative, amended or superceded. | |
| CAI YONG GANG | 14243 | $121,088.94 | 13741 | $0.00 | Expunge as duplicative, amended or superceded. | E1 |
| CAO HENG TAO | 765 | $98.56 | 3856 | $98.56 | Expunge as duplicative, amended or superceded. | |
| CAO HONG YU | 571 | $4,035.41 | 6241 | $4,035.41 | Expunge as duplicative, amended or superceded. | |
| CAO YAN QIU | 601 | $1,099.06 | 3873 | $1,856.65 | Expunge as duplicative, amended or superceded. | |
| CAO YE | 6236 | $589.77 | 573 | $589.77 | Expunge as duplicative, amended or superceded. | |
| CAO YE | 925 | $2,040.00 | 3942 | $2,040.00 | Expunge as duplicative, amended or superceded. | |
| CAPITAL RETURN INTERNATIONAL FUND LTD | 926 | $7,394.09 | 3941 | $7,394.09 | Expunge as duplicative, amended or superceded. | |
| CATOZZI, PAOLO | 61 | $2,724,811.90 | 11436 | $1,374,811.78 | Expunge as duplicative, amended or superceded. | |
| CEN, LING | 14388 | $23,328.00 | 14396 | $23,328.00 | Expunge as duplicative, amended or superceded. | E1 |
| CHANG LIREN | 800 | $98.27 | 4852 | $98.27 | Expunge as duplicative, amended or superceded. | |
| CHEN AI PING | 992 | $98.00 | 5255 | $99.00 | Expunge as duplicative, amended or superceded. | |
| CHEN DE LIAN | 912 | $101.77 | 3917 | $101.77 | Expunge as duplicative, amended or superceded. | |
| CHEN HUI FEN | 780 | $1,240.36 | 3884 | $1,240.36 | Expunge as duplicative, amended or superceded. | |
| CHEN JIAN GE | 816 | $3,152.66 | 3861 | $3,152.66 | Expunge as duplicative, amended or superceded. | |
| CHEN JING | 406 | $2,808.36 | 6036 | $3,370.92 | Expunge as duplicative, amended or superceded. | |
| CHEN RUI FEN | 779 | $80.66 | 4889 | $80.66 | Expunge as duplicative, amended or superceded. | |
| CHEN SHU QUAN | 2233 | $1,328.20 | 3907 | $1,328.20 | Expunge as duplicative, amended or superceded. | |
| CHEN WAN PING | 775 | $1,915.48 | 3875 | $1,915.48 | Expunge as duplicative, amended or superceded. | |
| CHEN WEN TE | 2067 | $43,207.95 | 4810 | $98,036.34 | Expunge as duplicative, amended or superceded. | |
| CHEN XU CHENG | 2084 | $78,157.38 | 3185 | $45,354.53 | Expunge as duplicative, amended or superceded. | |
| CHEN YA MING | 1613 | $526.24 | 3665 | $526.24 | Expunge as duplicative, amended or superceded. | |
| CHEN ZHAO WEI | 788 | $498.15 | 4884 | $498.15 | Expunge as duplicative, amended or superceded. | |
| CHEN ZHI JIAN | 5092 | $190.16 | 1258 | $380.32 | Expunge as duplicative, amended or superceded. | |
| CHEN ZHI RONG | 703 | $0.00 | 7283 | $1,403.02 | Expunge as duplicative, amended or superceded. | |
| CHEN ZI LI | 753 | $0.00 | 12662 | $199.04 | Expunge as duplicative, amended or superceded. | |
| CHIANG, SU-CHEN | 7282 | $49.72 | 7281 | $514.19 | Expunge as duplicative, amended or superceded. | |
| CORPOREX INVESTMENT LLC | 1387 | $15,604.05 | 5697 | $15,604.05 | Expunge as duplicative, amended or superceded. | |
| CUI YING YU | 10076 | $331,223.00 | 10077 | $331,223.00 | Expunge as duplicative, amended or superceded. | |
| DAI WEI | 2349 | $975.56 | 6417 | $975.56 | Expunge as duplicative, amended or superceded. | |
| DAI WEI | 2228 | $1,166.80 | 3938 | $1,166.80 | Expunge as duplicative, amended or superceded. | |
| DAVID KACOWICZ AND DANIEL HAYMAN | 2229 | $12,175.91 | 3939 | $12,175.91 | Expunge as duplicative, amended or superceded. | |
| DENG JING BO | 10366 | $24,570.29 | 10367 | $24,394.00 | Expunge as duplicative, amended or superceded. | E2 |
| | 566 | $922.49 | 6025 | $923.37 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| DENG LEI | 273 | $1,169.37 | 3013 | $1,169.37 | Expunge as duplicative, amended or superceded. | |
| DENG XIAN QI | 778 | $7,467.27 | 6255 | $7,467.27 | Expunge as duplicative, amended or superceded. | |
| DENIZBANK A S | 14359 | $332,743.00 | 11194 | $332,743.00 | Expunge as duplicative, amended or superceded. | E1 |
| DEUTSCHE BANK SECURITIES INC | 12032 | $22,731,737.92 | 13832 | $22,731,737.92 | Expunge as duplicative, amended or superceded. | |
| DING QIANG | 581 | $1,030.51 | 3930 | $1,030.51 | Expunge as duplicative, amended or superceded. | |
| DING, JIAN QING | 798 | $344.26 | 4885 | $344.26 | Expunge as duplicative, amended or superceded. | |
| DUAN XIAOXIONG | 782 | $142.23 | 3882 | $142.23 | Expunge as duplicative, amended or superceded. | |
| DUAN XIAOXIONG | 783 | $4,049.44 | 3883 | $4,049.44 | Expunge as duplicative, amended or superceded. | |
| FAN KAI | 544 | $800.52 | 4842 | $800.52 | Expunge as duplicative, amended or superceded. | |
| FENG GANG | 14389 | $1,504.43 | 1001 | $1,504.43 | Expunge as duplicative, amended or superceded. | E1 |
| FENG HAI YANG | 617 | $1,004.23 | 6250 | $1,004.23 | Expunge as duplicative, amended or superceded. | |
| Filare limited | 14327 | $0.00 | 7228 | $38,331,141.08 | Expunge as duplicative, amended or superceded. | E1 |
| GANG LI | 918 | $1,153.18 | 6247 | $1,153.18 | Expunge as duplicative, amended or superceded. | |
| GARY STECKEL | 60 | $19,648.05 | 9856 | $17,331.46 | Expunge as duplicative, amended or superceded. | |
| GEORGE KARAGEORGIOU | 6714 | $417.00 | 6717 | $417.00 | Expunge as duplicative, amended or superceded. | |
| GESHOA STRUCTURED FINANCE LTD | 11443 | $9,561,708.00 | 14177 | $10,134,755.47 | Expunge as duplicative, amended or superceded. | |
| GESVALORES S.A COMSIONISTA DE | 6684 | $202,717.20 | 6863 | $202,717.20 | Expunge as duplicative, amended or superceded. | |
| GONG ZHIHONG | 437 | $403.80 | 4898 | $403.80 | Expunge as duplicative, amended or superceded. | |
| GTC BANK INC | 13274 | $0.00 | 13276 | $0.00 | Expunge as duplicative, amended or superceded. | |
| GTC BANK INC | 13276 | $0.00 | 13277 | $12,339,131.33 | Expunge as duplicative, amended or superceded. | |
| GUO FENG | 774 | $192.13 | 4864 | $192.13 | Expunge as duplicative, amended or superceded. | |
| GUO HONGGANG | 3885 | $1,814.89 | 922 | $2,116.09 | Expunge as duplicative, amended or superceded. | |
| GUO JIE | 7115 | $1,006.56 | 3421 | $1,006.56 | Expunge as duplicative, amended or superceded. | |
| GUO SHANG FENG | 516 | $2,333.75 | 8174 | $2,249.21 | Expunge as duplicative, amended or superceded. | |
| GUO SHANG FENG | 1275 | $578.49 | 8175 | $752.35 | Expunge as duplicative, amended or superceded. | |
| HAN FANG | 2227 | $322.85 | 4873 | $322.85 | Expunge as duplicative, amended or superceded. | |
| HAN MING FANG | 1280 | $16,060.16 | 4701 | $16,060.16 | Expunge as duplicative, amended or superceded. | |
| HAN ZHENG SHUN TAN XIU LING | 591 | $926.13 | 3867 | $926.13 | Expunge as duplicative, amended or superceded. | |
| HAO WANG | 814 | $8,110.61 | 3927 | $8,110.61 | Expunge as duplicative, amended or superceded. | |
| HAO ZHEN DONG | 363 | $21,288.92 | 11010 | $21,288.92 | Expunge as duplicative, amended or superceded. | |
| HE XUAN | 748 | $101.49 | 4124 | $101.49 | Expunge as duplicative, amended or superceded. | |
| HE YUAN LU | 11026 | $199.11 | 5267 | $199.11 | Expunge as duplicative, amended or superceded. | |
| HE ZHI | 991 | $134.47 | 5261 | $134.47 | Expunge as duplicative, amended or superceded. | |
| HONG LI YI | 6246 | $870.86 | 920 | $978.28 | Expunge as duplicative, amended or superceded. | |
| HONG WEI LIN | 881 | $5,798.34 | 4349 | $5,798.34 | Expunge as duplicative, amended or superceded. | |
| HOU WEI WEI | 451 | $1,469.36 | 5284 | $1,469.36 | Expunge as duplicative, amended or superceded. | |
| HOXSIN BUSSAN CO LTD | 101 | $866,477.20 | 6221 | $863,709.24 | Expunge as duplicative, amended or superceded. | |
| HSU CHAO TANG | 2088 | $47,315.91 | 2762 | $47,315.91 | Expunge as duplicative, amended or superceded. | |
| HSU CHAO TANG | 5307 | $47,315.91 | 2762 | $47,315.91 | Expunge as duplicative, amended or superceded. | |
| HSU MI-YING | 2066 | $56,772.33 | 4809 | $129,496.98 | Expunge as duplicative, amended or superceded. | |
| HUANG JIA HAO | 755 | $524.90 | 7345 | $524.90 | Expunge as duplicative, amended or superceded. | |
| HUANG JIANCHUAN | 576 | $450.00 | 4861 | $450.00 | Expunge as duplicative, amended or superceded. | |
| HUANG NONG XIAN | 924 | $518.84 | 3879 | $518.84 | Expunge as duplicative, amended or superceded. | |
| HUANG QIANDIN HEYUAN LU | 5292 | $3,771.01 | 11029 | $3,771.01 | Expunge as duplicative, amended or superceded. | |
| HUANG WEIDONG | 14390 | $2,089.93 | 1002 | $2,089.93 | Expunge as duplicative, amended or superceded. | E1 |
| INS BANCREDITO VALORES PUESTO DE BOLSA S A | 5045 | $1,481,233.27 | 13906 | $1,481,233.27 | Expunge as duplicative, amended or superceded. | |
| IXIS CORPORATE & INVESTMENT BANK | 14126 | $4,672,994.00 | 11909 | $4,672,994.00 | Expunge as duplicative, amended or superceded. | |
| JI KAN | 414 | $99.72 | 3888 | $99.72 | Expunge as duplicative, amended or superceded. | |

D3
Duplicate and Amended/Superceded Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| JIANG QUAN | | | | | | |
| JIANG SHUANG SHENG | 603 | $128.60 | 3928 | $128.60 | Expunge as duplicative, amended or superceded. | |
| JIANG YONG | 620 | $1,733.26 | 6244 | $1,733.26 | Expunge as duplicative, amended or superceded. | |
| JIN CHEN | 796 | $420.01 | 4862 | $420.01 | Expunge as duplicative, amended or superceded. | |
| JIN JI SHAN | 1385 | $65,174.10 | 4284 | $65,174.10 | Expunge as duplicative, amended or superceded. | |
| JIN PENG | 639 | $1,346.20 | 2755 | $1,346.20 | Expunge as duplicative, amended or superceded. | |
| JIN SHAN | 993 | $99.43 | 5263 | $99.43 | Expunge as duplicative, amended or superceded. | |
| JIN YONG JI | 2733 | $3,240.59 | 1006 | $3,240.59 | Expunge as duplicative, amended or superceded. | |
| JU LEI | 771 | $893.36 | 4879 | $893.36 | Expunge as duplicative, amended or superceded. | |
| JU XIAO BIN | 1132 | $0.00 | 5651 | $199.60 | Expunge as duplicative, amended or superceded. | |
| KANG YONG QIANG | 602 | $7,020.00 | 3936 | $7,020.00 | Expunge as duplicative, amended or superceded. | |
| KANG YONG QIANG | 1620 | $111.50 | 3848 | $111.50 | Expunge as duplicative, amended or superceded. | |
| KONG HUI | 1621 | $1,216.94 | 3849 | $1,216.94 | Expunge as duplicative, amended or superceded. | |
| LAWRENCE ROEDL | 1388 | $2,557.21 | 5436 | $2,557.21 | Expunge as duplicative, amended or superceded. | |
| LE ZE FANG | 14332 | $41,376.26 | 700040 | $41,376.00 | Expunge as duplicative, amended or superceded. | |
| LEE, YING-HSUAN | 589 | $199.60 | 3929 | $199.60 | Expunge as duplicative, amended or superceded. | E1 |
| LI FENG | 2085 | $16,960.19 | 5692 | $20,912.83 | Expunge as duplicative, amended or superceded. | |
| LI FULI | 795 | $1,765.10 | 4867 | $1,765.10 | Expunge as duplicative, amended or superceded. | |
| LI HUA | 449 | $893.72 | 5285 | $893.72 | Expunge as duplicative, amended or superceded. | |
| LI HUI | 1616 | $481.54 | 3668 | $481.54 | Expunge as duplicative, amended or superceded. | |
| LI JIN BAO | 1614 | $1,010.10 | 3681 | $1,010.10 | Expunge as duplicative, amended or superceded. | |
| LI NING | 595 | $3,677.52 | 3931 | $3,677.52 | Expunge as duplicative, amended or superceded. | |
| LI SUPING | 4629 | $1,309.60 | 5135 | $1,309.60 | Expunge as duplicative, amended or superceded. | |
| LI TIAN HONG | 5262 | $0.00 | 3260 | $99.00 | Expunge as duplicative, amended or superceded. | |
| LI WEN | 1509 | $1,222.23 | 3923 | $1,222.23 | Expunge as duplicative, amended or superceded. | |
| LI YAN | 911 | $166.00 | 3889 | $166.00 | Expunge as duplicative, amended or superceded. | |
| LI YONG FU | 995 | $330.24 | 5258 | $330.24 | Expunge as duplicative, amended or superceded. | |
| LIAO JUAN MIN | 702 | $0.00 | 9598 | $200.08 | Expunge as duplicative, amended or superceded. | |
| LIN A LONG | 465 | $1,104.95 | 4174 | $1,104.95 | Expunge as duplicative, amended or superceded. | |
| LIN XU TIAN | 1772 | $8,870.40 | 3352 | $8,870.40 | Expunge as duplicative, amended or superceded. | |
| LIN YING | 1281 | $6,068.70 | 4428 | $6,068.70 | Expunge as duplicative, amended or superceded. | |
| LIN ZHI HAO | 1774 | $9,841.07 | 3347 | $9,841.07 | Expunge as duplicative, amended or superceded. | |
| Liu Bing | 3314 | $530.40 | 4043 | $530.40 | Expunge as duplicative, amended or superceded. | |
| LIU FENG | 3904 | $9,148.97 | 747 | $7,887.86 | Expunge as duplicative, amended or superceded. | |
| LIU FENG CHENG | 2241 | $1,617.94 | 3924 | $1,617.94 | Expunge as duplicative, amended or superceded. | |
| LIU GE | 609 | $104.45 | 4866 | $104.45 | Expunge as duplicative, amended or superceded. | |
| LIU JIE | 2138 | $2,302.54 | 3878 | $2,302.54 | Expunge as duplicative, amended or superceded. | |
| LIU MIN MING | 803 | $600.49 | 4860 | $600.49 | Expunge as duplicative, amended or superceded. | |
| LIU QING | 590 | $1,924.87 | 3877 | $1,924.87 | Expunge as duplicative, amended or superceded. | |
| LIU SHU PING | 596 | $49.16 | 3865 | $49.16 | Expunge as duplicative, amended or superceded. | |
| LIU SHU PING | 409 | $3,209.33 | 4126 | $3,209.33 | Expunge as duplicative, amended or superceded. | |
| LIU SHU PING | 422 | $3,209.33 | 4126 | $3,209.33 | Expunge as duplicative, amended or superceded. | |
| LIU WEI HUA | 481 | $3,209.33 | 4126 | $3,209.33 | Expunge as duplicative, amended or superceded. | |
| LIU XIU MIN | 5184 | $2,881.19 | 873 | $3,773.88 | Expunge as duplicative, amended or superceded. | |
| LIU YI | 588 | $2,620.00 | 3890 | $2,620.00 | Expunge as duplicative, amended or superceded. | |
| LIU ZHAO FENG | 695 | $155.72 | 5743 | $155.72 | Expunge as duplicative, amended or superceded. | |
| LIU ZIYANG | 6923 | $1,602.32 | 9017 | $801.18 | Expunge as duplicative, amended or superceded. | |
| LIVING WATER FUND LP A DELAWARE LIMITED PARTNERSHIP | 916 | $49.02 | 3858 | $49.02 | Expunge as duplicative, amended or superceded. | |
| | 10496 | $2,505,670.00 | 10495 | $1,453,670.00 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| LU YING | 815 | $99.33 | 3897 | $99.33 | Expunge as duplicative, amended or superceded. | |
| LU ZHAO HAI | 4294 | $456.24 | 4288 | $456.24 | Expunge as duplicative, amended or superceded. | |
| LU ZHAO HAI | 4295 | $411.98 | 4287 | $411.98 | Expunge as duplicative, amended or superceded. | |
| LUO XIAO HANG | 583 | $1,292.08 | 3847 | $1,292.08 | Expunge as duplicative, amended or superceded. | |
| MAI RUI HE | 915 | $745.98 | 3860 | $745.98 | Expunge as duplicative, amended or superceded. | |
| MAO YU HONG | 575 | $3,669.42 | 3862 | $3,669.42 | Expunge as duplicative, amended or superceded. | |
| MENG YONG | 2059 | $1,888.86 | 6623 | $1,888.86 | Expunge as duplicative, amended or superceded. | |
| MIAO JIAN FEN | 1508 | $2,016.96 | 3880 | $2,016.96 | Expunge as duplicative, amended or superceded. | |
| NKB INVESTMENTS LTD | 116 | $26,826,222.59 | 9131 | $11,303,265.51 | Expunge as duplicative, amended or superceded. | |
| NOMURA INTERNATIONAL PLC | 14125 | $1,406,696.00 | 11996 | $1,406,696.00 | Expunge as duplicative, amended or superceded. | |
| NORTHSTAR FUND LLC | 10846 | $1,023,688.02 | 10845 | $1,023,688.02 | Expunge as duplicative, amended or superceded. | |
| PAN DONG | 378 | $2,940.00 | 6245 | $2,940.00 | Expunge as duplicative, amended or superceded. | |
| PAN JU ZHEN | 582 | $4,075.42 | 3914 | $4,075.42 | Expunge as duplicative, amended or superceded. | |
| PAN YONG QUAN | 785 | $123.91 | 3896 | $123.91 | Expunge as duplicative, amended or superceded. | |
| PAN YU | 11027 | $319.29 | 5337 | $319.29 | Expunge as duplicative, amended or superceded. | |
| PLATINUM CAPITAL FUND | 14366 | $0.00 | 10112 | $4,359,293.39 | Expunge as duplicative, amended or superceded. | E1 |
| POWAY INVESTMENTS INC | 14369 | $0.00 | 10118 | $1,234,382.72 | Expunge as duplicative, amended or superceded. | E1 |
| QI JIAN JIN | 1622 | $5,538.95 | 3852 | $5,538.95 | Expunge as duplicative, amended or superceded. | |
| QI LI MING | 2232 | $6,356.53 | 3509 | $6,356.53 | Expunge as duplicative, amended or superceded. | |
| QIAN ZHI QIANG | 277 | $1,014.17 | 4469 | $1,014.17 | Expunge as duplicative, amended or superceded. | |
| QIU YUAN WU | 809 | $1,831.34 | 3919 | $1,831.34 | Expunge as duplicative, amended or superceded. | |
| QU NING | 696 | $303.68 | 3799 | $303.68 | Expunge as duplicative, amended or superceded. | |
| REN GANG | 443 | $4,469.36 | 4532 | $4,469.36 | Expunge as duplicative, amended or superceded. | |
| RIDGEWAY PARTNERS | 14368 | $0.00 | 10117 | $1,246,712.69 | Expunge as duplicative, amended or superceded. | E1 |
| RPM RISK & PORTFOLIO MANAGEMENT AB | 9555 | $33,677.21 | 9568 | $33,677.21 | Expunge as duplicative, amended or superceded. | |
| RUAN JING JING | 568 | $20,000.00 | 6257 | $20,000.00 | Expunge as duplicative, amended or superceded. | |
| RUAN JING JING | 698 | $20,000.00 | 6257 | $20,000.00 | Expunge as duplicative, amended or superceded. | |
| RUI LI | 502 | $26,835.51 | 5124 | $26,835.51 | Expunge as duplicative, amended or superceded. | |
| RW EDWARDS | 14384 | $97,425.06 | 14329 | $97,425.06 | Expunge as duplicative, amended or superceded. | E1 |
| SAEED ABDULRAHMAN ALQAHTANI | 11571 | $5,864,557.97 | 11415 | $5,864,557.97 | Expunge as duplicative, amended or superceded. | |
| SCHICK ANNE MARIE | 5819 | $0.00 | 4502 | $672,054.84 | Expunge as duplicative, amended or superceded. | |
| SHEN JUN MIN | 410 | $7,222.40 | 4125 | $7,222.40 | Expunge as duplicative, amended or superceded. | |
| SHEN JUN MIN | 421 | $7,222.40 | 4125 | $7,222.40 | Expunge as duplicative, amended or superceded. | |
| SHEN JUN MIN | 444 | $7,222.40 | 4125 | $7,222.40 | Expunge as duplicative, amended or superceded. | |
| SHEN JUN MIN | 480 | $7,222.40 | 4125 | $7,222.40 | Expunge as duplicative, amended or superceded. | |
| SHEN QING YAN | 286 | $5,507.30 | 5197 | $5,507.30 | Expunge as duplicative, amended or superceded. | |
| SHEN XIAO XIONG | 616 | $1,202.50 | 3917 | $1,202.50 | Expunge as duplicative, amended or superceded. | |
| SHI GAO WEI | 4857 | $103.00 | 645 | $103.05 | Expunge as duplicative, amended or superceded. | |
| SHI ZHI YONG | 1244 | $1,532.06 | 5118 | $1,532.06 | Expunge as duplicative, amended or superceded. | |
| SONG BAO ZHU | 614 | $1,397.91 | 4855 | $1,397.91 | Expunge as duplicative, amended or superceded. | |
| SOUTH FINANCIAL SERVICES CORP | 11842 | $961.10 | 11841 | $961.10 | Expunge as duplicative, amended or superceded. | |
| SU GUANG SHENG | 749 | $5,962.10 | 4121 | $5,962.10 | Expunge as duplicative, amended or superceded. | |
| SU YU HUAN | 569 | $7,104.03 | 5712 | $7,104.03 | Expunge as duplicative, amended or superceded. | |
| SUR RONG HU | 464 | $1,973.58 | 7130 | $1,973.58 | Expunge as duplicative, amended or superceded. | |
| SUN GUANG XIU | 610 | $150.00 | 6251 | $150.00 | Expunge as duplicative, amended or superceded. | |
| SUN WEI JIE | 1628 | $9,629.12 | 6615 | $9,629.12 | Expunge as duplicative, amended or superceded. | |
| SUN XIAO | 892 | $5,071.42 | 6240 | $5,071.42 | Expunge as duplicative, amended or superceded. | |
| TAN YUN | 352 | $8,005.51 | 7119 | $8,005.51 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| TANG ZHENMIN | 4186 | $1,500.49 | 5341 | $1,500.49 | Expunge as duplicative, amended or superceded. | |
| TIAN MING JIE | 1617 | $725.26 | 3680 | $725.26 | Expunge as duplicative, amended or superceded. | |
| TIAN WENLING | 772 | $391.62 | 4881 | $391.62 | Expunge as duplicative, amended or superceded. | |
| TRANSCOM BANK (BARBADOS) LTD | 12996 | $0.00 | 13912 | $10,676,536.47 | Expunge as duplicative, amended or superceded. | |
| WANG BAOXING | 5256 | $100.04 | 994 | $101.00 | Expunge as duplicative, amended or superceded. | |
| WANG HAI LIAN | 345 | $59.49 | 4253 | $59.49 | Expunge as duplicative, amended or superceded. | |
| WANG HUA LI | 597 | $629.18 | 3864 | $629.18 | Expunge as duplicative, amended or superceded. | |
| WANG JUXING | 1005 | $9,097.20 | 4304 | $9,097.20 | Expunge as duplicative, amended or superceded. | |
| Wang Li Min | 3866 | $1,770.76 | 594 | $885.38 | Expunge as duplicative, amended or superceded. | |
| WANG LI PING | 871 | $126,023.30 | 4771 | $126,023.30 | Expunge as duplicative, amended or superceded. | |
| WANG MIN | 598 | $286.38 | 3868 | $286.38 | Expunge as duplicative, amended or superceded. | |
| WANG PEI YAN | 574 | $49.31 | 6238 | $49.31 | Expunge as duplicative, amended or superceded. | |
| WANG WEIXING | 14391 | $2,976.26 | 1003 | $2,976.26 | Expunge as duplicative, amended or superceded. | |
| WANG XIAO DONG | 1626 | $99.71 | 3901 | $806.79 | Expunge as duplicative, amended or superceded. | E1 |
| WANG XIAO HAN | 564 | $49.30 | 3381 | $49.30 | Expunge as duplicative, amended or superceded. | |
| WANG XIAO ZHI | 1615 | $1,028.88 | 3667 | $1,028.88 | Expunge as duplicative, amended or superceded. | |
| WANG YAO LIA | 766 | $49.85 | 4863 | $49.85 | Expunge as duplicative, amended or superceded. | |
| WANG YING HUI | 921 | $580.00 | 3859 | $580.00 | Expunge as duplicative, amended or superceded. | |
| WANG YONG | 813 | $5,980.47 | 4858 | $5,980.47 | Expunge as duplicative, amended or superceded. | |
| WANG YONGFENG | 1004 | $1,283.03 | 5101 | $1,283.03 | Expunge as duplicative, amended or superceded. | |
| WANG YU HUA | 2133 | $285.00 | 3920 | $280.00 | Expunge as duplicative, amended or superceded. | |
| WEI KAI | 2462 | $1,531.44 | 4227 | $1,531.44 | Expunge as duplicative, amended or superceded. | |
| WEI XIA | 3075 | $99.54 | 4875 | $99.64 | Expunge as duplicative, amended or superceded. | |
| WEI XIN DING | 1016 | $967.54 | 5289 | $967.54 | Expunge as duplicative, amended or superceded. | |
| WEN XIU YIN | 812 | $99.40 | 4854 | $99.40 | Expunge as duplicative, amended or superceded. | |
| WINTERBOTHAM TRUST CO LTD | 10352 | $550,735.00 | 10431 | $550,735.00 | Expunge as duplicative, amended or superceded. | |
| WU HAO | 292 | $993.70 | 2451 | $993.70 | Expunge as duplicative, amended or superceded. | |
| WU HAO | 294 | $999.84 | 2450 | $999.84 | Expunge as duplicative, amended or superceded. | |
| XI HUI HONG | 4183 | $0.00 | 6547 | $1,264.19 | Expunge as duplicative, amended or superceded. | |
| XI HUI HONG | 6013 | $1,264.19 | 6547 | $1,264.19 | Expunge as duplicative, amended or superceded. | |
| XI HUI PING | 4181 | $98.20 | 6545 | $98.20 | Expunge as duplicative, amended or superceded. | |
| XI HUI PING | 6010 | $98.20 | 6545 | $98.20 | Expunge as duplicative, amended or superceded. | |
| XI WEI QIN | 2655 | $99.36 | 6546 | $99.36 | Expunge as duplicative, amended or superceded. | |
| XI WEI QIN | 6018 | $99.36 | 6546 | $99.36 | Expunge as duplicative, amended or superceded. | |
| XING JIAN CAI | 2025 | $12,052.49 | 4425 | $12,052.49 | Expunge as duplicative, amended or superceded. | |
| XING JIAN CAI | 4424 | $18,298.06 | 2026 | $18,248.06 | Expunge as duplicative, amended or superceded. | |
| XINGANG MAO | 355 | $1,669.39 | 5730 | $1,669.39 | Expunge as duplicative, amended or superceded. | |
| XIONG XIAO GANG | 622 | $1,691.43 | 3934 | $1,691.43 | Expunge as duplicative, amended or superceded. | |
| XU BEI | 640 | $9,030.81 | 4726 | $9,030.81 | Expunge as duplicative, amended or superceded. | |
| XU BEI | 3045 | $9,030.81 | 4726 | $9,030.81 | Expunge as duplicative, amended or superceded. | |
| XU BIN | 613 | $20,990.56 | 3916 | $20,990.56 | Expunge as duplicative, amended or superceded. | |
| XU DONG | 343 | $4,956.66 | 6548 | $4,956.66 | Expunge as duplicative, amended or superceded. | |
| XU JIANG | 236 | $19,998.75 | 3651 | $19,998.75 | Expunge as duplicative, amended or superceded. | |
| XU YU | 2137 | $1,207.25 | 3850 | $1,207.25 | Expunge as duplicative, amended or superceded. | |
| XUE JIA JIA | 2231 | $8,405.48 | 3905 | $8,405.48 | Expunge as duplicative, amended or superceded. | |
| XUE JIA JIA | 2463 | $8,405.48 | 3905 | $8,405.48 | Expunge as duplicative, amended or superceded. | |
| XUN GUANG TAO | 1389 | $1,603.59 | 6466 | $1,603.59 | Expunge as duplicative, amended or superceded. | |
| YANG JING WEI | 3180 | $3,728.44 | 9755 | $3,728.44 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, L.TD.,
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| YANG MING YING | 562 | $8,801.16 | 6233 | $8,801.16 | Expunge as duplicative, amended or superceded. | |
| YANG SUI | 5903 | $1,940.29 | 515 | $2,003.62 | Expunge as duplicative, amended or superceded. | |
| YANG YI XIA | 817 | $518.87 | 3857 | $518.87 | Expunge as duplicative, amended or superceded. | |
| YAO XIANNAN | 3886 | $99.70 | 773 | $49.85 | Expunge as duplicative, amended or superceded. | |
| YAO XUE YUAN | 619 | $774.27 | 6248 | $774.27 | Expunge as duplicative, amended or superceded. | |
| YE YONG LI | 263 | $1,043.81 | 5208 | $1,043.81 | Expunge as duplicative, amended or superceded. | |
| YIN BO | 2072 | $1,616.24 | 5734 | $1,007.08 | Expunge as duplicative, amended or superceded. | |
| YING ZHU ZHENG | 1739 | $7,600.20 | 4700 | $7,600.20 | Expunge as duplicative, amended or superceded. | |
| YU BINGHUI | 999 | $20,079.83 | 5280 | $20,079.83 | Expunge as duplicative, amended or superceded. | |
| YU GUO QING | 6962 | $826.22 | 6830 | $826.22 | Expunge as duplicative, amended or superceded. | |
| YU HAI LONG | 5257 | $0.00 | 1011 | $99.00 | Expunge as duplicative, amended or superceded. | |
| YU HUA HUANG | 4423 | $6,095.15 | 1738 | $6,095.13 | Expunge as duplicative, amended or superceded. | |
| YU XIAO JING | 870 | $38,776.69 | 4772 | $38,776.69 | Expunge as duplicative, amended or superceded. | |
| ZENG GUANG YONG | 1624 | $3,475.90 | 3804 | $3,475.90 | Expunge as duplicative, amended or superceded. | |
| ZHANG BING HE | 2998 | $1,646.74 | 6670 | $1,646.74 | Expunge as duplicative, amended or superceded. | |
| ZHANG CHAO | 822 | $99.61 | 3854 | $147.35 | Expunge as duplicative, amended or superceded. | |
| ZHANG CHAOLIN | 578 | $5,029.33 | 4853 | $5,029.33 | Expunge as duplicative, amended or superceded. | |
| ZHANG CHUN MING | 2135 | $421.65 | 3851 | $421.65 | Expunge as duplicative, amended or superceded. | |
| ZHANG HONG HUA | 1507 | $48.12 | 3926 | $48.12 | Expunge as duplicative, amended or superceded. | |
| ZHANG JINFENG | 1000 | $12,258.04 | 5297 | $12,258.04 | Expunge as duplicative, amended or superceded. | |
| ZHANG LEI | 572 | $1,100.78 | 3863 | $1,100.78 | Expunge as duplicative, amended or superceded. | |
| ZHANG LEI | 1510 | $2,340.80 | 3872 | $2,340.80 | Expunge as duplicative, amended or superceded. | |
| ZHANG LEI | 5254 | $0.00 | 990 | $98.00 | Expunge as duplicative, amended or superceded. | |
| ZHANG QI | 5253 | $0.00 | 987 | $98.00 | Expunge as duplicative, amended or superceded. | |
| ZHANG QING RONG | 2226 | $1,908.91 | 4872 | $1,908.91 | Expunge as duplicative, amended or superceded. | |
| ZHANG RONG XIU | 11028 | $4,972.32 | 5266 | $4,972.32 | Expunge as duplicative, amended or superceded. | |
| ZHANG WEN JUN | 692 | $7,815.69 | 4202 | $7,815.69 | Expunge as duplicative, amended or superceded. | |
| ZHANG WEN JUN | 1375 | $7,815.69 | 4202 | $7,815.69 | Expunge as duplicative, amended or superceded. | |
| ZHANG WEN JUN | 3041 | $7,815.69 | 4202 | $7,815.69 | Expunge as duplicative, amended or superceded. | |
| ZHANG YA QIN | 1618 | $1,827.24 | 3869 | $1,827.24 | Expunge as duplicative, amended or superceded. | |
| ZHANG YIM MIN | 821 | $49.06 | 3855 | $49.53 | Expunge as duplicative, amended or superceded. | |
| ZHANG YUE HUA | 1623 | $2,184.97 | 3891 | $2,184.97 | Expunge as duplicative, amended or superceded. | |
| ZHANG ZHE NING | 997 | $787.61 | 5275 | $927.52 | Expunge as duplicative, amended or superceded. | |
| ZHANG ZHE NING | 998 | $927.52 | 5275 | $927.52 | Expunge as duplicative, amended or superceded. | |
| ZHANG ZHONG ZHI | 777 | $10,111.28 | 3921 | $10,111.28 | Expunge as duplicative, amended or superceded. | |
| ZHAO CHENG | 5759 | $713.65 | 6991 | $726.65 | Expunge as duplicative, amended or superceded. | |
| ZHAO CHENG | 6301 | $726.65 | 6991 | $726.65 | Expunge as duplicative, amended or superceded. | |
| ZHAO QIAN | 810 | $527.62 | 4886 | $527.62 | Expunge as duplicative, amended or superceded. | |
| ZHAO YONG | 818 | $4,256.33 | 4856 | $4,256.33 | Expunge as duplicative, amended or superceded. | |
| ZHENG FANG | 786 | $320.88 | 4865 | $320.88 | Expunge as duplicative, amended or superceded. | |
| ZHENG ZHI GANG | 599 | $912.87 | 3871 | $912.87 | Expunge as duplicative, amended or superceded. | |
| ZHENG ZHONG | 4634 | $4,999.26 | 4646 | $4,999.26 | Expunge as duplicative, amended or superceded. | |
| ZHOU DONG HONG | 2544 | $171.01 | 3666 | $171.01 | Expunge as duplicative, amended or superceded. | |
| ZHOU PING | 794 | $51.88 | 4887 | $305.28 | Expunge as duplicative, amended or superceded. | |
| ZHOU QI CHENG | 560 | $2,792.54 | 6239 | $2,792.54 | Expunge as duplicative, amended or superceded. | |
| ZHOU SHI LIN | 1224 | $272.77 | 6616 | $272.77 | Expunge as duplicative, amended or superceded. | |
| ZHOU WEN LI | 1638 | $0.00 | 4344 | $675.20 | Expunge as duplicative, amended or superceded. | |
| ZHOU YONG JUN | 2230 | $2,021.20 | 3925 | $2,021.20 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|------|---|---|---|---|---|---|
| ZHOU YOU | 561 | $757.49 | 6242 | $757.49 | Expunge as duplicative, amended or superceded. | |
| ZHU HAI PING | 586 | $2,229.42 | 4869 | $2,229.42 | Expunge as duplicative, amended or superceded. | |
| ZHU WEN JING | 2449 | $1,017.16 | 4905 | $1,017.16 | Expunge as duplicative, amended or superceded. | |
| ZHUANG PIN | 793 | $99.09 | 3900 | $99.09 | Expunge as duplicative, amended or superceded. | |
| ZOU PENG | 618 | $214.43 | 6249 | $214.43 | Expunge as duplicative, amended or superceded. | |
| **GRAND TOTAL:** | | $82,555,560.50 | | $135,164,630.75 | | |

E1
Claims Not Addressed by This Motion
(For Purposes of 3rd Interim Distribution of Additional Property - REVISED December 19, 2007)

In re: Refco Capital Markets, LTD.
Case No. 05-60018

| Name | Claim Number | Filed Claim Total | Type of Claim | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| BANCOVAL SA | 11910 | $175,507.03 | SC | Subject to separate objection | |
| GESVALORES S.A COMISIONISTA DE | 6684 | $202,717.20 | SC | Subject to separate objection | |
| Minglewood Investments, LLC | 1679 | $2,796,619.00 | SC | Subject to separate objection | |
| **SUBTOTAL:** | | $3,174,843.23 | | | |
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION OF ADDITIONAL PROPERTY** | | | | | |
| FOREX CAPITAL MANAGEMENT | 12466 | $27,289.72 | FX | Subject to separate objection | |
| **SUBTOTAL:** | | $27,289.72 | | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| BANCOVAL SA | 11910 | $2,823,605.60 | FX | Subject to separate objection | |
| BRADLEY C REIFLER | 14124 | $5,879,838.55 | FX | Subject to separate objection | |
| DEUTSCHE BANK AG | 11253 | $10,651,194.68 | FX | Subject to separate objection | |
| * GRANT THORNTON LLP | 11536 | $3,042,804.23 | FX | Subject to separate objection | |
| REIFLER CAPITAL ADVISORS | 11125 | $323,581.29 | FX | Subject to separate objection | |
| 1* TONE N GRANT | 10479 | $0.00 | | Subject to separate objection | |
| 1* TONE N GRANT | 10491 | $0.00 | | Subject to separate objection | |
| **SUBTOTAL:** | | $22,701,024.33 | | | |
| **GRAND TOTAL:** | | $25,903,157.28 | | | |

NOTE:  For purposes of calculation of reserves, claims on this exhibit have been denoted to reflect whether a contribution will be made to the RCM Disputed Claims Reserve at the Securities Customer Distribution Percentage ("SC") or the FX/Unsecured Distribution Percentage ("FX").

1  Filed claim amount estimated at $0 for allowance, reserve and distribution purposes, by agreement with creditor.
*  Claimant did not provide the RCM Plan Administrator with an executed RCM Related Claim Subordination Form, and therefore is not eligible to receive certain Additional Property.

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

E2
FXA Claims Asserted Against RCM
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| ADVANTAGE GFC | 255 | $510,080.71 | Subject to pending reclassification and disposition as FXA creditor. | |
| ALEKSANDAR LUCIC | 4838 | $167.91 | Subject to pending reclassification and disposition as FXA creditor. | |
| alon mirkin | 1704 | $206,220.77 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL | 13870 | $101,925.46 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE | 216 | $50,104.30 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE | 718 | $62,045.42 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE FOR | 143 | $24,387.54 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE FOR ARNAUD KARSENTI | 215 | $102,409.73 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE FOR RODNEY WERNER | 144 | $23,143.31 | Subject to pending reclassification and disposition as FXA creditor. | |
| CATHERINE COURTNEY DAWSON | 4110 | $30,829.32 | Subject to pending reclassification and disposition as FXA creditor. | |
| CHARLES DAWSON | 4106 | $8,064.98 | Subject to pending reclassification and disposition as FXA creditor. | |
| Christopher Drozjock | 12731 | $2,883.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| DANIEL KACZKA AND LILIANA BERGER | 10440 | $23,474.94 | Subject to pending reclassification and disposition as FXA creditor. | |
| DONG JINAN | 1240 | $755.97 | Subject to pending reclassification and disposition as FXA creditor. | |
| EMERGING STRATEGIES FUND LP | 7232 | $921,252.22 | Subject to pending reclassification and disposition as FXA creditor. | |
| FREDERICK JAY YAFFE | 504 | $5,278.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| GERALD N GILBERG | 4109 | $55,881.02 | Subject to pending reclassification and disposition as FXA creditor. | |
| HAIN CAPITAL HOLDINGS LLC | 95 | $852,559.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| HAIN CAPITAL HOLDINGS LLC | 123 | $547,781.49 | Subject to pending reclassification and disposition as FXA creditor. | |
| HUGO AREZO AND VERONICA ALOY | 10436 | $15,107.51 | Subject to pending reclassification and disposition as FXA creditor. | |
| JACKSON TRADERS CORPORATION | 4914 | $66,745.35 | Subject to pending reclassification and disposition as FXA creditor. | |
| JAMES KOLSRUD | 6607 | $20,150.49 | Subject to pending reclassification and disposition as FXA creditor. | |
| JAMES M MAYER | 9661 | $9,553.17 | Subject to pending reclassification and disposition as FXA creditor. | |
| Jeffrey Wischhover | 1107 | $22,810.76 | Subject to pending reclassification and disposition as FXA creditor. | |
| JOE JURIC | 1377 | $64,021.91 | Subject to pending reclassification and disposition as FXA creditor. | |
| JOHN ENG | 13938 | $44,366.70 | Subject to pending reclassification and disposition as FXA creditor. | |
| JOHN HULLS | 5975 | $10,682.80 | Subject to pending reclassification and disposition as FXA creditor. | |
| KWAME J CAMPOS RODRIGUEZ | 9753 | $228.63 | Subject to pending reclassification and disposition as FXA creditor. | |
| LAURA ELIZABETH HARPER | 3730 | $8,064.98 | Subject to pending reclassification and disposition as FXA creditor. | |
| MARIJAN KOREN | 342 | $13,662.15 | Subject to pending reclassification and disposition as FXA creditor. | |
| MARY JEAN MILES | 4048 | $8,064.98 | Subject to pending reclassification and disposition as FXA creditor. | |
| MELISSA PAIGE DAWSON | 3755 | $8,064.98 | Subject to pending reclassification and disposition as FXA creditor. | |
| MICHAEL ANTHONY MONG | 10917 | $100,611.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| NICHOLAS KREEKON | 424 | $12,868.39 | Subject to pending reclassification and disposition as FXA creditor. | |
| PLATINUM CONTINENTAL LTD | 6440 | $404,692.80 | Subject to pending reclassification and disposition as FXA creditor. | |
| ROMAN SOKALSKI | 2681 | $50,000.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| SCOTT TWEEDY | 237 | $10,000.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| SHAFFER PARTNERS LP | 2555 | $206,489.13 | Subject to pending reclassification and disposition as FXA creditor. | |
| STANLEY KORN | 743 | $8,685.58 | Subject to pending reclassification and disposition as FXA creditor. | |
| STEPHAN DE KWIATKOWSKI | 9924 | $1,465,875.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| STEVE MILLER | 1811 | $25,000.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| STEVEN L GASTON | 14032 | $100.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| THOMAS K JUDD | 306 | $17,288.42 | Subject to pending reclassification and disposition as FXA creditor. | |

In re: Refco Capital Markets, LTD,
Case No. 05-60018

E2
FXA Claims Asserted Against RCM
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|------|--------------|-------------------|-----------|-------------------------------|
| VICTOR FINK | 499 | $100,897.15 | Subject to pending reclassification and disposition as FXA creditor. | |
| GRAND TOTAL: | | $6,231,343.05 | | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

E3
Claims Subject to Preference Recovery Actions
(For Purposes of 3rd Interim Distribution of Additional Property- REVISED December 19, 2007)

| Name | Claim Number | Filed Claim Total or Amount Previously Agreed and Allowed | Type of Claim | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| BAYERISCHE HYPO-UND VEREINSBANK AG | 10782 | $534,570.49 | FX | Distribution withheld pending resolution of preference recovery action. | |
| COSMOREX LTD | 10138 | $105,859,964.00 | FX | Distribution withheld pending resolution of preference recovery action. | |
| CREATIVE FINANCE LIMITED | 10136 | $4,235,972.00 | FX | Distribution withheld pending resolution of preference recovery action. | |
| CREATIVE FINANCE LIMITED | 10137 | $65,445,343.00 | FX | Distribution withheld pending resolution of preference recovery action. | |
| NIKKO FUTURES FUND | 10015 | $1,335,107.69 | FX | Distribution withheld pending resolution of preference recovery action. | |
| STILTON INTERNATIONAL HOLDINGS LIMITED | 9124 | $54,000,000.00 | FX | Distribution withheld pending resolution of preference recovery action. | |
| **GRAND TOTAL:** | | $231,421,957.18 | | | |

**Annex 2**

1.    <u>Introduction</u>.  To date, the RCM Plan Administrator has made six interim distributions from Assets in Place and two interim distributions from Additional Property.  In sum, the six interim distributions from Assets in Place aggregate to recoveries of $2.168 billion or 76.61% to holders of Allowed RCM Securities Customer Claims and $150.12 million or 24.49% to holders of Allowed RCM FX/Unsecured Claims.  The first two interim distributions from Additional Property resulted in recoveries of $344.68 million or 12.17% to holders of Allowed RCM Securities Customer Claims and $76.01 million or 12.20% to holders of Allowed RCM FX/Unsecured Claims.[1]  In each case, appropriate amounts were placed into reserves on account of disputed claims.  The RCM Plan Administrator now intends to either distribute to the claimants listed on <u>Exhibits A1</u> and <u>B1</u> of <u>Annex 1</u>, or reserve in cash in the RCM Disputed Claims Reserve for Disputed RCM Claims, a total of approximately $78 million out of RCM's Additional Property.

2.    <u>Deductions from and Additions to Available Cash</u>. From the aggregate available cash, as required by the Plan, the RCM Settlement Agreement, and other Court orders, the RCM Plan Administrator will also maintain, replenish or adjust reserves previously established.

---

[1]    In certain limited cases, in accordance with applicable Plan elections, a portion of the distributions that otherwise would have been available to certain claimants has been (and will continue to be) redirected to BAWAG or otherwise recycled to other holders of allowed claims in accordance with the Plan.

3.     <u>Assumptions for Calculation of Reserves</u>.  To calculate disputed claims reserves, the RCM Plan Administrator has assumed that claims ultimately will be allowed in the sum of (a) the agreed claims shown on <u>Exhibits A1</u> and <u>B1</u> of <u>Annex 1</u> and (b) the filed claims shown on <u>Exhibits E1</u> and <u>E3</u> of <u>Annex 1</u> (the "<u>High Case Claims</u>").  In the business judgment of the RCM Plan Administrator, all reserves are adequate to assure that sufficient cash will be available ultimately to pay all allowed claims.

4.     <u>Allocation of Additional Property Proceeds to RCM Securities Customer Claims and RCM FX/Unsecured Claims</u>.  Upon receipt, proceeds of Additional Property are to be distributed to RCM creditors pursuant to a complex waterfall formula which is set forth in the RCM Settlement Agreement.  Reference is hereby made to the RCM Settlement Agreement, the terms of which govern in the event of any conflict between such terms and this <u>Annex 2</u>.  In summary, however, the RCM Plan Administrator is required to apply the proceeds of Additional Property: *first* as needed, to certain administrative and priority claims, *second* the next $150 million, Pro Rata to holders of allowed RCM Securities Customer Claims on account of their Implied Deficiency Claims and holders of allowed RCM FX/Unsecured Claims (subject to adjustment on account of certain administrative and priority claims advanced out of Assets in Place otherwise allocated to holders of RCM Securities Customer Claims), *third* to holders of allowed RCM Securities Customer Claims until the Risk Return Amount and the Advance Amount have been paid, *fourth* in payment of True-up Distributions and *thereafter* Pro Rata. Three exhibits annexed hereto summarize the details of the calculations under this complex waterfall: <u>Exhibit A</u> sets forth the calculation of total RCM Assets in Place and Customer Property at December 15, 2006 and sets forth the details of the calculation of Implied Deficiency Claims and Pro Rata Shares; <u>Exhibit B</u> sets forth the calculation of the Advance Amount and the

Risk Return Amount; and Exhibit C demonstrates how all three distributions of Additional Property, totaling $534.07 million, will have been allocated as between RCM FX/Unsecured Claims and RCM Securities Customer Claims under the RCM Settlement Agreement, including the repayment of the Advance Amount and the Risk Return Amount. The initial distribution of Additional Property satisfied the Advance Amount and Risk Return Amount as described in Exhibit C. Pursuant to the Plan, by the date of the Third Interim Additional Property Distribution, the RCM Plan Administrator will have received $493.6 million of Additional Property from the Contributing Debtors, $385.9 million of which was received prior to the date of the First Interim Additional Property Distribution, an additional $39.1 million of which was received by the date of the Second Interim Additional Property Distribution, and $68.6 million of which will have been received by the date of the Third Interim Additional Property Distribution. RCM has also received Additional Property from other sources totaling approximately $40.4 million, $14.1 million of which was received prior to the date of the First Interim Additional Property Distribution, an additional $21.9 million of which was received by the date of the Second Interim Additional Property Distribution, and an additional $4.4 million of which will have been received by the date of the Third Interim Additional Property Distribution. As a result of the $73 million of Additional Property received by the RCM Plan Administrator since the date of the Second Interim Additional Property Distribution, as well as $5 million of Additional Property which had previously been reserved for unresolved claims (which have subsequently been resolved), $78 million is now available for the distribution (or appropriate amounts being placed in reserves). This amount is first allocated to RCM Securities Customer Claims and RCM FX/Unsecured Claims by the Pro Rata Shares in Exhibit A (i.e., 45.33% to RCM Securities Customer Claims and 54.67% to RCM FX/Unsecured Claims)[2]. For purposes of calculating this

---

[2]    In calculating the initial Pro Rata Shares, the RCM Plan Administrator estimated that the total amount of

distribution's percentage dividend to holders of allowed RCM Securities Customer Claims, the amount of Additional Property available for distribution to holders of allowed RCM Securities Customer Claims is divided by the sum of the High Case Claims that are RCM Securities Customer Claims.  For purposes of calculating this distribution's percentage dividend to holders of allowed RCM FX/Unsecured Claims, the amount of Additional Property available for distribution to holders of RCM FX/Unsecured Claims is divided by the High Case Claims that are RCM FX/Unsecured Claims.  Based on these calculations, the RCM Plan Administrator estimates that there are sufficient funds for distribution from Additional Property of (a) a dividend in respect of all allowed RCM Securities Customer Claims of 1.37% and (b) a dividend in respect of all allowed RCM FX/Unsecured Claims of 4.79%.  Of course, since not all claims are agreed, not all available dollars will be distributed, and instead the RCM Plan Administrator may make a ratable deposit of cash into the RCM Disputed Claims Reserve on account of such unresolved claims.

　　　　　7.　　　<u>Cumulative Effect of Amounts to be Distributed or Placed into Reserves</u>. Together with the first, second, third, fourth, fifth and sixth interim distributions from Assets in Place and the first and second distribution from Additional Property, the current distribution from Additional Property will result in holders of allowed RCM Securities Customers Claims receiving approximately 90.15% of allowed claims and holders of allowed RCM FX/Unsecured Claims receiving approximately 41.48% of allowed claims.  Reserves will be adjusted and

---

Allowed RCM Securities Customer Claims would be $2,835,000,000 and that the total amount of Allowed RCM FX/Unsecured Claims would be $900,000,000.  Accordingly, under the First and Second Interim Distributions of Additional Property, Allowed Class 4 RCM Securities Customer Claims and Allowed Class 3 RCM FX/Unsecured Claims received 44.93% and 55.07% of Additional Property, respectively. Section 6(d) of the RCM Settlement Agreement requires subsequent distributions of Additional Property to be applied as True-Up distributions and thereafter Pro Rata.  The Pro-Rata Shares are now being "trued-up" to reflect updated estimates of claims.  For purposes of this Third Interim Distribution of Additional Property, in calculating the revised "trued-up" Pro Rata Shares, the RCM Plan Administrator now estimates that the total amount of Allowed RCM Securities Customer Claims will be $2,837,000,000 and that the total amount of Allowed RCM FX/Unsecured Claims will be $888,000,000.

4

maintained accordingly.    Amounts to be distributed are allocated among holders of allowed

RCM Securities Customers Claims and holders of allowed RCM FX/Unsecured Claims as

provided in the RCM Settlement Agreement.    These amounts have been determined by the RCM

Plan Administrator in his business judgment based on the above-provided analysis.[3]

---

[3]    The Contributing Debtors had originally estimated in the disclosure statement to the Plan that RCM would recover approximately $460 million on its claims against the Contributing Debtors.  Based on RCM's receipt of additional proceeds from the BAWAG settlement and other recoveries, it is now estimated that the original $460 million estimate will be exceeded by an amount in the range of $75 to $100 million.  The exact amount cannot be determined at this time and is dependent upon a number of factors.

**EXHIBIT A**

**Calculations of Implied Deficiency Claims
and Pro Rata Shares under
RCM Settlement Agreement**

| | |
|---|---|
| Assets in Place at 12/15/06 [1] | $2,499,399,679 |
| Minus: Recoveries per Section 14(b)(A) and 14(b)(D) of the RCM Settlement Agreement and Secured Claims | 308,641,467 |
| Customer Property at 12/15/06 | $2,190,758,212 |
| | |
| Estimated Allowed Securities Customer Claims [2] | $2,837,000,000 |
| Plus: Administrative and Priority Claims Paid from Assets in Place Pursuant to Section 8(b) of the RCM Settlement Agreement | 90,000,719 |
| | |
| Gross Securities Customer Claims | 2,927,000,719 |
| | |
| Minus: Customer Property at 12/15/06 | 2,190,758,212 |
| | |
| Estimated Implied Securities Customer Deficiency Claims | $736,242,507 |
| | |
| Plus: Estimated Allowed FX/General Unsecured Claims [3] | 888,000,000 |
| | |
| Total Estimated Implied Securities Deficiency Claims and FX/General Unsecured Claims | $1,624,242,507 |
| | |
| Pro Rata Shares of Total Estimated Claims Pursuant to Section 8(a) of the RCM Settlement Agreement: [4] | |
| Securities Customers | 45.33% |
| | |
| FX/General Unsecured | 54.67% |

(1)  Determined 15 days before the initial distribution pursuant to Section 8(c) of the RCM Settlement Agreement.

(2)  Estimated based on most current information. To date $2,835,240,000 of Securities Customer Claims have been allowed; reserves for disputed Securities Customer Claims aggregate $3.17 million.

(3)  Estimated based on most current information. To date $634,730,000 of FX/General Unsecured Claims have been allowed; reserves for disputed FX/General Unsecured Claims aggregate $254.15 million.

(4)  Under the First and Second Interim Distributions of Additional Property, Securities Customers and FX/General Unsecured Claims received 44.93% and 55.07% of Additional Property, respectively. In accordance with Section 8(a) of the RCM Settlement Agreement, the Pro-Rata Shares are being Trued-up to reflect updated estimates of claims.

**EXHIBIT B**

### Calculations of Advance Amount
### and Risk Return Amount

## I. Calculation Of Amounts Advanced To FX/General Unsecured Claimants

| | |
|---|---|
| Total FX/General Unsecured Distributions Pursuant Section 5(B) | $221,000,000 |
| Minus Agreed FX/General Unsecured Property, Including Interest Pursuant to Section 14(b)(A) | 100,992,219 |
| Total Advance Amount | $120,007,781 |

## II. Calculation Of Interest Earned On Disputed Claim Reserve To Credit Against Risk Return Amount [1]

| | 1st Distribution | 2nd Distribution | 3rd Distribution | Additional Property Distribution |
|---|---|---|---|---|
| Distribution Date | 12/28/2006 | 3/29/2007 | 6/7/2007 | 6/25/2007 |
| Total Amount Held by RCM for Benefit of FX/General Unsecured Claims | $100,992,219 | $98,490,497 | $53,294,412 | $36,788,880 |
| Days | 13 | 91 | 70 | 18 |
| Interest Earned On Reserves at 4.74% | 170,497 | 1,163,915 | 484,468 | 85,995 |
| Advance Amount | 120,007,781 | | | |
| Total Distributed To FX/General Unsecured Claimants | (122,680,000) | (46,360,000) | (16,990,000) | |
| Total Amounts Held In Reserve | $98,490,497 | $53,294,412 | $36,788,880 | $36,874,875 |

## III. Calculation Of Total Advance Amount Plus Risk Return Amount

| | | |
|---|---|---|
| Advance Amount | $120,007,781 | |
| Initial Distribution Date | 12/28/2006 | |
| Estimated Distribution Of Additional Property | 6/25/2007 | |
| Days For Interest Calculation | 179 | |
| Risk Return Amount On Advance Amount At 12%, Pursuant To 6(c)(I) | 7,062,376 | $7,062,376 |
| | | (1,904,875) |
| Advance Amount Plus Risk Return Amount | 127,070,157 | $5,157,501 |
| Total Interest Earned On Disputed Claim Reserve To Credit Against Risk Return Amount | $(1,904,875) | |
| Advance Amount Plus Risk Return Amount, Net Of Interest Credit On Disputed Claim Reserve | $125,165,282 | |

(1)     Under Section 5(b) of the RCM Settlement Agreement a fixed sum of $221 million was allocated to holders of RCM FX/Unsecured Claims from Assets in Place. That sum included the Advance Amount. Pursuant to Sections 10(b) and 10(c) of the RCM Settlement Agreement, the RCM Trustee (and subsequently the RCM Plan Administrator) established appropriate reserves for disputed claims, including disputed claims of holders of RCM FX/Unsecured Claims otherwise entitled to share in the $221 million sum.

Funds in the disputed RCM FX/Unsecured Claims reserve earn interest for the benefit of holders of allowed RCM Securities Customer Claims as derived from Assets in Place. Interest also accrues for the benefit of holders of allowed Securities Customer Claims on the Advance Amount in the form of the Risk Return Amount. However, Section 6(c) of the RCM Settlement Agreement did not specifically describe whether the Risk Return Amount also accrues on the funds in the disputed RCM FX/Unsecured Claims reserve attributable to the Advance Amount.

The RCM Plan Administrator has determined that interest accrues on the funds in the disputed RCM FX/Unsecured Claims reserve attributable to the Advance Amount, but the RCM Plan Administrator has also determined to credit against the Risk Return Amount the interest earned on funds in the disputed RCM FX/Unsecured Claims reserve. The RCM Plan Administrator has done so to avoid the unfair result of the interest earned on the funds in the reserve being for the benefit of holders of allowed RCM Securities Customer Claims while the holders of allowed RCM Securities Customer Claims also receive the full Risk Return Amount. The credit reduces the Risk Return Amount to holders of allowed RCM Securities Customer Claims, in effect giving the benefit of the interest earned on the funds in the reserve to the holders of allowed RCM FX/Unsecured Claims.

**EXHIBIT C**

### Calculation of Pro Rata Distribution
### of $536.07 Million of Additional Property
### Under Section 6(b) of the Agreement [1]

## Calculation Of Initial Pro Rata Distribution Of Additional Property:

|  | Total | Securities Customer Allocation | FX/General Unsecured Allocation |
|---|---|---|---|
| Initial Pro Rata Allocation Section 6(b) | $150,000,000 | | |
| Administrative Claims in Excess Of $60 Million Section 6(b) | (30,000,719) | $30,000,719 | |
| Applicable Proceeds for Initial Allocation | $119,999,281 | $119,999,281 | $119,999,281 |
| Pro Rata Shares Pursuant to Section 8(a) | | 45.33% | 54.67% |
| Distribution of Initial Amount, Pursuant to Section 6(b) | $119,999,281 | $54,395,674 | $65,603,607 |

## Application of Remaining Proceeds To Advance Repayment:

|  | Total | Securities Customer Allocation | FX/General Unsecured Allocation |
|---|---|---|---|
| Additional Property for Allocation | $534,070,000 | | |
| Minus: Distribution of Initial Amount | (150,000,000) | | |
| Remaining Additional Property, Subject to Advance Repayment | $384,070,000 | | |
| Pro Rata Shares Pursuant to Section 8(a) | | 45.33% | 54.67% |
| Gross Allocation of Remaining Additional Property [2] | $384,070,000 | $174,098,931 | $209,971,069 |
| Risk Return Amount, net of Interest Earned on Disputed Claim Reserve Through 6/25/2007 | | | 5,157,501 |
| FX/General Unsecured Allocation Applied To Interest Repayment | | 5,157,501 | (5,157,501) |
| Advance Amount (Principal) | | | 120,007,781 |
| FX/General Unsecured Allocation Applied To Advance Amount Repayment | | 120,007,781 | (120,007,781) |
| Remaining Additional Property Distributed, After Advance Amount Repayment | $384,070,000 | $299,264,213 | $84,805,787 |

## Total Of Additional Property Received From Contributing Debtors

|  | Total | Securities Customer Allocation | FX/General Unsecured Allocation |
|---|---|---|---|
|  | $534,070,000 | $383,660,606 | $150,409,394 |

(1)    Under the RCM Settlement Agreement, the RCM Plan Administrator made the First and Second Distribution of Additional Property, totaling approximately $456.07 million in accordance with the RCM Administrator's June 2007 estimate of Allowed Securities Customer and FX/General Unsecured Claims.  In accordance with the RCM Settlement, the RCM Administrator has updated these Estimates.  This Exhibit shows how the $534.07 million of Additional Property would be allocated as required under the RCM Settlement Agreement between holders of allowed RCM Securities Customer Claims and holders of allowed RCM FX/Unsecured Claims. Therefore, the Third Interim Distribution of Additional Property will True-up the amounts payable to Allowed Securities Customer and FX/General Unsecured Claims based on the revised calculation, less amounts paid to date.

(2)    After the initial allocation of the first $150 million of Additional Property, the entire Risk Return Amount and Advance Amount were paid out of the next $137,678,465 that would otherwise have been distributed to the holders of allowed RCM FX/Unsecured Claims.  This occurred in the First Distribution of Additional Property.

# Exhibit 25

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
Refco Inc., et al.,                       :    Case No. 05-60006 (RDD)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF RCM PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER
(1) ALLOWING CERTAIN CLAIMS AND CLASSIFYING CERTAIN CLAIMS BY
AGREEMENT, (2) AUTHORIZING AND DIRECTING THIRD INTERIM
DISTRIBUTION IN RESPECT OF ALLOWED CLAIMS AND DISPUTED CLAIMS
RESERVES, IN EACH CASE, PURSUANT TO THE JOINT CHAPTER 11 PLAN OF
REFCO INC. AND CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES, AND
(3) AUTHORIZING THE RCM PLAN ADMINISTRATOR TO MAKE DISTRIBUTIONS
MORE FREQUENTLY THAN QUARTERLY**

PLEASE    TAKE    NOTICE    THAT    the    Plan    Administrator    (the    "RCM    Plan

Administrator") of Refco Capital Markets, Ltd. ("RCM"), a debtor in the above-captioned

bankruptcy cases,[1] filed the motion for entry of an order (1) allowing certain claims and

classifying certain claims by agreement, (2) authorizing and directing a third interim distribution

in respect of allowed claims and disputed claims reserves, in each case, pursuant to the Joint

Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries, and (3)

---

[1]    The following entities are Debtors in these chapter 11 cases: Bersec International LLC; Kroeck &
Associates, LLC; Lind-Waldock Securities LLC; Marshall Metals, LLC; New Refco Group Ltd., LLC;
Refco Administration, LLC; Refco Capital Holdings, LLC; Refco Capital LLC; Refco Capital
Management, LLC.; Refco Capital Trading LLC; Refco Finance Inc.; Refco Financial, LLC; Refco Fixed
Assets Management, LLC; Refco F/X Associates, LLC; Refco Global Capital Management LLC; Refco
Global Finance Limited; Refco Global Futures, LLC; Refco Global Holdings, LLC; Refco Group Ltd.,
LLC; Refco Inc.; Refco Information Services, LLC; Refco Managed Futures, LLC; Refco Mortgage
Securities, LLC; Refco Regulated Companies, LLC; Summit Management, LLC; and Westminster-Refco
Management LLC.  Refco Capital Markets, Ltd. is a debtor in these chapter 11 cases, but not a debtor-in-
possession.

Cl. Ex. 167

authorizing the RCM Plan Administrator to make distributions more frequently than quarterly, all as more particularly set forth below (the "Motion").

PLEASE TAKE FURHER NOTICE that a hearing (the "Hearing") to consider the relief requested in the Motion has been scheduled for 10:00 a.m. Eastern Time on June 6, 2007 before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 610, New York, New York, 10004-1408.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules and the local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"); (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) by all other parties in interest; (d) be submitted in hard copy form to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004; and (e) be served upon the following parties: (i) counsel for the RCM Plan Administrator, Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022-4689 (Att'n: Tina L. Brozman, Esq. and Timothy B. DeSieno, Esq.) and (ii) the Office of the United States Trustee, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Andrew D. Velez-Rivera, Esq.), in each case so as to be **received no later than 4:00 p.m. (Eastern Time) on May 30, 2007 (the "Response Deadline").**

2

PLEASE TAKE FURTHER NOTICE that only the responses made in writing and timely filed and received by the Response Deadline will be considered by the Bankruptcy Court at the Hearing and that if no responses to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated:  New York, New York
        May 18, 2007

                           **BINGHAM MCCUTCHEN LLP**


                    By:  _/s/Timothy B. DeSieno_____
                         Tina L. Brozman (TB-0854)
                         Timothy B. DeSieno (TD-4313)
                         399 Park Avenue
                         New York, NY 10022
                         (212) 705-7000

                         Counsel for the RCM Plan Administrator

**Hearing Date: June 6, 2007 at 10:00 a.m.**
**Response Deadline: May 30, 2007 at 4:00 p.m.**

Tina L. Brozman (TB-0854)
Timothy B. DeSieno (TD-4816)
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7000

Counsel for the Plan Administrator
of Refco Capital Markets, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re                                                        : Chapter 11 Case
                                                             : No. 05-60006 (RDD)
REFCO INC., et al.,                                          : (Jointly Administered)
                                                             :
        Debtors.                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

### RCM PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER (1) ALLOWING CERTAIN CLAIMS AND CLASSIFYING CERTAIN CLAIMS BY AGREEMENT, (2) AUTHORIZING AND DIRECTING THIRD INTERIM DISTRIBUTION IN RESPECT OF ALLOWED CLAIMS AND DISPUTED CLAIMS RESERVES, IN EACH CASE, PURSUANT TO THE JOINT CHAPTER 11 PLAN OF REFCO INC. AND CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES, AND (3) AUTHORIZING THE RCM PLAN ADMINISTRATOR TO MAKE DISTRIBUTIONS MORE FREQUENTLY THAN QUARTERLY

Pursuant to 11 U.S.C. §§ 105, 502 and 1142 of the United States Bankruptcy Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 3007, 3020(d), and 3021, Marc S. Kirschner, as Plan Administrator (the "RCM Plan Administrator") of Refco Capital Markets, Ltd. ("RCM"), by and through his undersigned counsel, hereby moves (this "Motion") for entry of an order (the "Proposed Order") (1) allowing certain claims and classifying certain claims by agreement, (2)

authorizing and directing a third interim distribution in respect of allowed claims and disputed claims reserves, in each case, on or about June 8, 2007 (the "Third Interim Distribution Date") and pursuant to the Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries (the "Plan"), and (3) authorizing the RCM Plan Administrator to make distributions more frequently than quarterly, all as more particularly set forth below.

The RCM Plan Administrator expects to receive substantial funds as partial payment on the global intercompany settlement with the Contributing Debtors. Should these funds be received on or about June 6, 2007, they will be included in the third interim distribution. Should such funds be received thereafter, however, the RCM Plan Administrator expects to distribute them as soon as possible after receipt.

By this motion, the RCM Plan Administrator does not hereby newly object to any claim filed against RCM. Rather, any claims to which the RCM Plan Administrator has objected, or to which he intends to object, are the subject of separate pleadings that have been, or will be, filed with this Court.

In support of this Motion, the RCM Plan Administrator respectfully represents as follows:

## **JURISDICTION**

1.     This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.   Venue is proper under 28 U.S.C. §§ 1408 and 1409.   This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

2

## BACKGROUND

2.      On October 17, 2005 (the "Petition Date"), Refco Inc. and several of its affiliates, including RCM (collectively, the "Debtors"), filed voluntary petitions in this Court for relief under chapter 11 of title 11 of the Bankruptcy Code.[1]

3.      By its Order entered March 27, 2006, this Court established July 17, 2006 as the last date on which any person might file a proof a claim with respect to any prepetition claim asserted against any of the Debtors, including RCM.  As required by the Court and applicable law, the Debtors served notice thereof on all known creditors and published the bar date widely.

4.      On September 14, 2006, the chapter 11 Trustee of Refco Capital Markets, Ltd. (the "RCM Trustee"), together with Refco Inc. and its affiliated debtors in possession, filed an earlier version of the Plan (which was subsequently amended to become the Plan) and a disclosure statement concerning the Plan (as thereafter amended, the "Disclosure Statement").

5.      By its Order entered October 20, 2006, this Court approved the Disclosure Statement.  By a further Order entered October 20, 2006, this Court scheduled the hearing on confirmation of the Plan for December 15, 2006.

6.      On November 17, 2006, the RCM Trustee filed that certain Motion for Entry of an Order (1) Allowing Certain Claims, Partially Allowing Certain Claims, Disallowing Certain Claims, and Classifying Claims, (2) Authorizing and Directing the Netting of Certain Claims, (3) Specifying the Estimated Amount of Certain Disputed Claims for Purposes of Disputed Claims Reserves, (4) Authorizing and Directing the

---

[1]     Debtors Lind-Waldock Securities LLC, Refco Managed Futures, LLC and Westminster-Refco Management LLC filed chapter 11 petitions on June 5, 2006.  Furthermore, related entity Refco Commodity Management, Inc. ("RCMI") filed a chapter 11 petition on October 16, 2006.

Establishment of Disputed Claims Reserves, and (5) Authorizing and Directing a First Interim Distribution in respect of Allowed Claims, in each Case, Pursuant to the Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries (the "Initial Distribution Motion").[2]

7.     On December 15, 2006, this Court entered an order (the "Confirmation Order") confirming the Plan. The Plan became effective on December 26, 2006 (the "Effective Date"). The Plan expressly incorporates a settlement agreement (the "RCM Settlement Agreement") by and among the RCM Trustee and various customers and creditors of RCM, which includes an agreement on the allocation of the proceeds of the assets in the RCM estate. See the Plan, section 5.20.

8.     The RCM Settlement Agreement established two primary sources of recovery for RCM creditors: "Assets in Place" and "Additional Property" (both as defined in the RCM Settlement Agreement). As set forth in greater detail in the RCM Settlement Agreement, the Assets in Place for distribution purposes consist primarily of cash, securities and certain other assets held by RCM as of December 15, 2007. As of such time, the Assets in Place had a value of approximately $2.5 billion. The Additional Property consists mainly of claims held by RCM against other Debtors and third parties. The claims against the other Debtors, pursuant to the settlements embodied in the Plan, will be resolved with a payment to RCM in the amount originally estimated of approximately $460 million (subject to adjustment as set forth in the Plan and likely to be higher) and a transfer to RCM of certain other Debtor property. Potential recoveries

---

[2]    The Initial Distribution Motion contains a more detailed description of the claims asserted against RCM, the RCM Settlement Agreement that formed the basis for the Plan, and the Plan provisions that regulate the administration of claims against RCM. Reference is made to the Initial Distribution Motion for such background, which is not repeated herein. Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Initial Distribution Motion or the RCM Settlement Agreement.

4

against third parties, other than RCM preference claims, will be conveyed to litigation trusts. To date, distributions to RCM creditors have solely come from Assets in Place.

9. On December 22, 2006, the Court entered an Order (the "Initial Distribution Order") granting the Initial Distribution Motion.

10. Over the course of several days commencing December 27, 2006, the RCM Plan Administrator made the distributions proposed in the Initial Distribution Motion. Specifically, the RCM Plan Administrator (a) distributed $1,364,710,000 to holders of RCM Securities Customer Claims and RCM Securities Customer Convenience Claims, (b) distributed $121,560,000 to holders of RCM FX/General Unsecured Claims and RCM FX/General Unsecured Convenience Claims, and (c) placed approximately $383,000,000 in cash and securities (which had been valued at 75% of their estimated market value) into the RCM Disputed Claims Reserve.

11. On February 16, 2007, the RCM Plan Administrator filed that certain RCM Plan Administrator's Motion For Entry of Order (1) Allowing Certain Claims, Disallowing Certain Claims, and Classifying Certain Claims and (2) Authorizing and Directing Second Interim Distribution In Respect of Allowed Claims and Disputed Claims Reserves, In Each Case, Pursuant to the Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries (the "Second Distribution Motion").

12. On March 26, 2007, the RCM Plan Administrator filed that certain Omnibus Motion for Entry of an Order Disallowing Certain Claims (the "RCM Books and Records Motion"). The RCM Books and Records Motion sought to expunge certain claims filed against RCM which were inconsistent with RCM's books and records.

13.    On March 28, 2007, the Court entered an order (the "Second Distribution Order") granting the Second Distribution Motion. The Exhibits attached to the Second Distribution Order listed further claim resolutions achieved by the RCM Plan Administrator and his advisers after entry of the First Distribution Order under the heading "Supplemental Claims Added for Purposes of Second Interim Distribution." Additionally, Exhibits A3 and B3 (partially allowing certain claims) were eliminated by the Second Distribution Motion, as claims in such Exhibits were resolved. Further, an Exhibit was added to the Second Distribution Order that was not included in the First Distribution Order: Exhibit E3 to the Second Distribution Order lists claims whose holders are the subject of preference recovery actions brought by the RCM Plan Administrator, and which claims are therefore objectionable pursuant to Bankruptcy Code section 502(d). With respect to the claimants listed on Exhibit E3 of the Second Distribution Order, the RCM Plan Administrator exercised the rights reserved to the RCM Plan Administrator in paragraph 12 of the Initial Distribution Order, including the RCM Plan Administrator's rights to cease further distributions to any such creditor, among other things. The RCM Plan Administrator also reserved his rights in respect of any distributions already made to any claimant listed on Exhibit E3.

14.    On or around March 30, 2007, the RCM Plan Administrator made the distributions proposed in the Second Distribution Motion. Specifically, the RCM Plan Administrator (a) distributed $381,850,000 to holders of RCM Securities Customer Claims and RCM Securities Customer Convenience Claims and (b) distributed $46,320,000 to holders of RCM FX/General Unsecured Claims and RCM FX/General Unsecured Convenience Claims, and (c) placed approximately $101,860,000 in cash and

6

securities (which had been valued at 75% of their estimated market value) into the RCM Disputed Claims Reserve.

15.    Through the first and the second interim distributions, the RCM Plan Administrator has (a) distributed $1,746,560,000 to holders of RCM Securities Customer Claims and RCM Securities Customer Convenience Claims, (b) distributed $167,880,000 to holders of RCM FX/General Unsecured Claims and RCM FX/General Unsecured Convenience Claims, and (c) by the return date of this Motion will have approximately $92,780,000 in cash in the RCM Disputed Claims Reserve.

16.    Since March 28, 2007, the RCM Plan Administrator has continued to sell additional securities in the RCM portfolio and has collected for the RCM estate additional interest, dividends, and securities redemption proceeds.  By the time of the hearing on this Motion, the RCM Plan Administrator expects that substantially all of the securities in the RCM Portfolio will have been sold or written down to a nominal amount.

17.    Also since March 28, 2007, the RCM Plan Administrator has continued vigorously his efforts to resolve disputed claims, and this claims resolution work still continues.

18.    On May 4, 2007, the Court entered an order granting the RCM Books and Records Motion (the "RCM Books and Records Order") with respect to all claims listed on Exhibit F to the RCM Books and Records Order.

19.    As a result of these efforts, the RCM Plan Administrator is now prepared to allow an additional approximately $191,000 of RCM Securities Customer Claims and an additional approximately $61,638,000 of RCM FX/Unsecured Claims.  These newly allowed claims, and other claims which have been added, are shown on Exhibits A1, B1,

7

and <u>B2</u> hereto under the headings "Supplemental Claims Added for Purposes of Third Interim Distribution". Claims have been added to three additional Exhibits: each of Exhibits <u>C2</u>, <u>C3</u> and <u>E1</u> contains the same heading ("Supplemental Claims Added for Purposes of Third Interim Distribution") for claims that in each case have been added to such Exhibit as a result of the RCM Plan Administrator's further claims resolution work, as described in greater detail below.[3]

20.     By this Motion, the RCM Plan Administrator seeks entry of the Proposed Order (a) ruling on the allowance of claims and amending and restating Exhibits <u>A1</u>, <u>A2</u>, <u>B1</u>, <u>B2</u>, <u>C1</u>, <u>C2</u>, <u>C3</u>, <u>D1</u>, <u>D2</u>, <u>D3</u>, <u>E1</u>, <u>E2</u> and <u>E3</u> to the Second Distribution Order, to reflect the newly allowed claims and other results of claims resolution work[4], (b) authorizing and directing him to make distributions and fund reserves on the Third Interim Distribution Date and (c) authorizing and directing him to make distributions and fund reserves in the future on a periodic basis more frequently than once per quarter, without further relief from this Court, as he deems in his business judgment appropriate. In the third interim distribution, (x) holders whose claims have been previously allowed by the First or Second Distribution Order, or by separate Court order, will receive an additional distribution on their claims on the Third Distribution Date and (y) holders whose claims are newly allowed, if the Proposed Order is entered, will receive on the Third Interim Distribution Date a distribution that is the percentage equivalent of that

---

[3] The RCM Plan Administrator provides <u>Exhibit C2</u>, <u>C3</u> and <u>E1</u> for informational purposes only. By this motion the RCM Plan Administrator does <u>not</u> object to any claim on any of such Exhibits. The purpose of each of such Exhibits is, and has always been, solely for informational purposes, and no objection to any such claim is made hereby.

[4] As the RCM Plan Administrator is not objecting to claims pursuant to this Motion, the only Exhibits to which claims are hereby added are those which reflect new allowance of claims (except for newly added claims on Exhibits <u>C2</u>, <u>C3</u> and <u>E1</u>, which are discussed supra in footnote 3). The remaining Exhibits have only changed if creditors named thereon have been removed and now placed on a different Exhibit to reflect their new allowance.

ACTIVE/71291225.14

previously paid to holders of previously allowed claims of the same class *plus* the third distribution on their claims. The RCM Plan Administrator seeks authority and direction to take these steps as part of RCM's implementation of the Plan and the RCM Settlement Agreement.

21.     As a result of additional securities sales and redemptions, the receipt of interest and dividends, as well as receipt of cash from previous deposits into the RCM Disputed Claims Reserve, which has been re-calculated to reflect the work described above, and reductions of other reserves to reflect current circumstances, the RCM Plan Administrator projects that in the third interim distribution, from Assets in Place, he will be able to make an additional distribution to holders of allowed RCM Securities Customer Claims of approximately 2.93% of the allowed claims and an additional distribution to holders of allowed RCM FX/Unsecured Claims of approximately 0.48% of allowed claims. This will result in total distributions from Assets in Place (aggregated with all prior distributions) of 64.61% on allowed RCM Securities Customer Claims and 23.66% on allowed RCM FX/Unsecured Claims.[5]

## PROPOSED TREATMENT OF CLAIMS FILED AGAINST RCM

22.     The Exhibits attached to the Proposed Order list all of the proofs of claim filed against RCM which are the subject of this Motion.[6] Below is a description of the Exhibits, the means for calculation of the amounts shown thereon, and the proposed treatment for claims on each Exhibit, including claims allowance, claims estimations,

---

[5]     As noted above, if substantial funds are received from the Contributing Debtors as Additional Property as partial payment on the global intercompany settlement, the third interim distribution will be substantially augmented. If received after June 8, 2007, such funds will be distributed as soon as practicable after receipt. See further details and related qualifications in the section entitled "Funding of Disputed Claims and Other Reserves" below.

[6]     For the avoidance of doubt, in the case of any single proof of claim asserted against multiple debtors (for instance, with case number references such as 006, 018), the RCM Plan Administrator seeks the relief herein solely with respect to the claim against RCM.

9

distributions, and disputed claims reserves. Additions to each of the Exhibits, as well as claims that have moved from one Exhibit to a new Exhibit, as set forth in connection with the Third Distribution Order, are listed under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution." For the sake of completeness, the claims that remain on an exhibit from either the First or Second Distribution Order are listed under either the heading "In Accordance with the Treatment Ordered December 21, 2006" or "Supplemental Claims Added for Purposes of Second Interim Distribution," as appropriate.

23.     By this Motion, the RCM Plan Administrator seeks only to note additional claims resolutions which are favorable to, and which are agreed upon by, each individual creditor of RCM whose claim is being effected. By this Motion, the RCM Plan Administrator does not hereby newly object to any claim filed against RCM. Rather, any claims to which the RCM Plan Administrator has objected, or intends to object to, are the subject of separate pleadings that have been, or will be, filed with this Court.

24.     Claims identified under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit A1 are to be classified as RCM Securities Customer Claims (in whole or at least in part). In turn, claims listed under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit B1 are to be classified as RCM FX/Unsecured Claims (in whole or at least in part). Claims added to Exhibits A1 and B1 have been moved from Exhibit E1 or may have been newly added to the Exhibits altogether, as the case may be, as a consequence of ongoing claims resolution discussions and agreements with creditors and the RCM Plan Administrator's ongoing due diligence and review of all claims filed against the

RCM estate. Other claims have been so added due to the migration of certain claims that were filed against other Debtor estates, but which the RCM Plan Administrator, working jointly with the plan administrator of reorganized Refco Inc. and certain of its subsidiaries and affiliates (the "Refco Plan Administrator," and together with the RCM Plan Administrator, the "Plan Administrators"), has determined are claims that properly belong at the RCM estate.[7]

25.    As set forth in the Initial Distribution Motion, certain claims were determined to fall within "convenience" classes, as contemplated by the Plan. RCM Securities Customer Convenience Claims and RCM FX/Unsecured Convenience Claims classes are listed on Exhibits A2 and B2 to the Initial Distribution Order, respectively. By this Motion, certain claims are to be added to Exhibit B2 under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution."[8]

26.    As set forth in the Initial Distribution Motion, a number of claimants asserted claims against RCM in the nature of fraud, piercing the corporate veil, alter ego, domination, constructive trust, or other equitable principles -- asserting such claims by proofs of claim independent from the proofs of claim filed by such parties in respect of non-fraud claims against their primary debtor obligor. Pursuant to the terms of the Plan,

---

[7] The claims that were filed against Debtor estates other than RCM and that the RCM Plan Administrator proposes to accept and administer at the RCM estate on Exhibit B1 to the Proposed Order are the same as those claims listed on Exhibit D to the proposed order in respect of the Plan Administrators' Fourteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5135].

[8] Certain of the claims that appear of Exhibit B2 were filed against another Debtor. The RCM Plan Administrator, working jointly with the Refco Plan Administrator, has determined that those certain claims should be migrated to, and administered at, the RCM estate. The claims that were filed against Debtor estates other than RCM and that the RCM Plan Administrator proposes to accept and administer at the RCM estate on Exhibit B2 to the Proposed Order are the same as those claims listed on Exhibit E to the proposed order in respect of the Plan Administrators' Fourteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5135].

these claims are to be treated as Related Claims, which are subordinated to other claims against RCM under the Plan. These claims were identified on Exhibit C1 to the Initial Distribution Order. No claims are added to Exhibit C1 by this Motion.

27.    As set forth in the Initial Distribution Motion, a number of claims filed against RCM are already the subject of a pending objection. These claims were identified on Exhibit C2 to the Initial Distribution Order. Certain claims are added to Exhibit C2 by this Motion under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution," but such claims are listed on Exhibit C2 by the RCM Plan Administrator solely for informational purposes, and no objection to any such claim is made hereby.

28.    As set forth in the Initial Distribution Motion, a number of claims are either dealt with under the Plan other than through payment by RCM (e.g., the bank debt, the bond debt, and intercompany claims against RCM), or have been withdrawn or deemed withdrawn pursuant to separate Court order. These claims were identified on Exhibit C3 to the Initial Distribution Order. Certain claims are added to Exhibit C3 by this Motion under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution," but such claims are listed on Exhibit C3 by the RCM Plan Administrator solely for informational purposes, and no objection to any such claim is made hereby.

29.    As set forth in the Initial Distribution Motion, the RCM Trustee objected to the claims identified on Exhibits D1, D2, and D3 to the Initial Distribution Order. These Exhibits encompassed, respectively, (a) claims to be expunged as inconsistent with RCM's books and records, (b) late filed claims to be expunged, and (c) claims to be

expunged as duplicates of other claims or claims that have been amended or superseded by the claimant. No claims are added to Exhibits D1, D2, or D3 by this Motion.

30.    As set forth in the Initial Distribution Motion, claims initially identified on Exhibit E1 to the Initial Distribution Order were claims that did not fit within the categories described above and which the RCM Plan Administrator was continuing to review and analyze, as to which the RCM Plan Administrator was proposing no distribution at the time, but for which appropriate reserves were being maintained. Certain claims are added to Exhibit E1 by this Motion under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" with respect to RCM Securities Customer Claims and under the heading  "Supplemental Claims Added for Purposes of Third Interim Distribution" with respect to RCM FX/Unsecured Claims. Although no objection to any such claim is made hereby, for purposes of this Motion, claims on Exhibit E1 remain disputed and are fully reserved for.[9]

31.    As set forth in the Initial Distribution Motion, claims initially identified on Exhibit E2 to the Initial Distribution Order were claims that were filed against RCM, but which, pending final review and approval by the Refco Plan Administrator, were to be migrated to the estate of Refco F/X Associates, LLC ("FXA"). These claims were to be moved to FXA based on the Plan Administrators' further diligence indicating that the claims were properly against FXA and not RCM, and should receive no distribution from RCM. [10]  No claims are added to Exhibit E2 by this Motion. The claims listed on Exhibit

---

[9]  Under the Plan, the last day to file objections to claims is 90 days after the Effective Date. Pursuant to that certain Order Extending Claims Objection Deadline, dated April 12, 2007 [Docket No. 4936], the RCM Plan Administrator has until May 25, 2007 to file objections to claims. The RCM Plan Administrator reserves all rights to object to any claims, including any claims filed against RCM which are not currently listed anywhere on the Exhibits, on any grounds.
[10]  On May 14, 2007, the Plan Administrators filed that certain Plan Administrators' Omnibus Motion for Entry of an Order Reclassifying Certain Claims, Allowing Certain Claims, Partially Allowing Certain

13

E2 are listed by the RCM Plan Administrator solely for informational purposes, and no objection to any such claim is made hereby.

32.    As set forth in the Second Distribution Motion, a new Exhibit E3 was created, which lists claims whose holders are the subject of preference recovery actions brought by the RCM Plan Administrator, and which claims are therefore objectionable pursuant to Bankruptcy Code section 502(d). Certain of the claims on Exhibit E3 were previously on other exhibits and may have received earlier distributions. No claims are added to Exhibit E3 by this Motion.

33.    By this Motion, the RCM Plan Administrator seeks entry of the Proposed Order authorizing and directing the following treatment for the claims set forth on Exhibits A1, B1, B2, C2, C3 and E1:

> Exhibit A1 - Allowance and Distributions with respect to Ascertained Amounts of Agreed RCM Securities Customer Claims. The RCM Plan Administrator proposes that (1) each claim contained under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit A1 be allowed in the amount set forth under the heading "Resulting RCM Securities Customer Claim" and (2) each claim contained on Exhibit A1 receive a cash distribution on the Third Interim Distribution Date in an amount which, when combined with the distribution, if any, made in respect of such claim as part of each prior distribution pursuant to the Plan, is equal to such "Resulting RCM Securities Customer Claim" amount *multiplied by* a percentage to be determined by the RCM Plan Administrator on or prior to the Third Interim Distribution Date which represents the portion of RCM Securities Customer Claims that the RCM Plan Administrator believes is prudent to pay through the Third Interim Distribution Date after taking into account the amount of cash available for such distribution and after setting appropriate reserves for disputed claims (the "Securities Customer Aggregate Distribution Percentage").

> Exhibit B1 - Allowance and Distributions with respect to Ascertained Amounts of Agreed RCM FX/Unsecured Claims. The RCM Plan Administrator proposes that (1) each claim contained under the heading

---

Claims, and Disallowing and Expunging Certain Claims Against Refco F/X Associates LLC (the "FXA Motion"). The hearing date for the FXA Motion is June 28, 2007.

"Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit B1 be allowed in the amount set forth under the heading "Resulting RCM FX/Unsecured Claim" and (2) each claim contained on Exhibit B1 receive a cash distribution on the Third Interim Distribution Date in an amount which, when combined with the distribution, if any, made in respect of such claim as part of each prior distribution pursuant to the Plan, is equal to such "Resulting RCM FX/Unsecured Claim" amount *multiplied by* a percentage to be determined by the RCM Plan Administrator on or prior to the Third Interim Distribution Date which represents the portion of RCM FX/Unsecured Claims that the RCM Plan Administrator believes is prudent to pay through the Third Interim Distribution Date after taking into account the amount of cash available for such distribution and after setting appropriate reserves for disputed claims (the "FX/Unsecured Aggregate Distribution Percentage").

Exhibit B2 - Allowance and Distributions with respect to Convenience Class FX/Unsecured Claims (subject to $10,000 Cap). The RCM Plan Administrator proposes that each claim set forth under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit B2 (1) be allowed in the amount set forth under the heading "Resulting RCM FX/Unsecured Claim" and (2) receive a cash distribution on the Third Interim Distribution Date in an amount which is equal to such "Resulting RCM FX/Unsecured Claim" amount *multiplied by* 60%.[11]

Exhibit C2 - Claims To Be Expunged pursuant to Already Pending Motion. The RCM Plan Administrator proposes that, consistent with the request that each such claim under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution Motion" be disallowed and expunged as set forth in the applicable objections, (1) each such claim be estimated at zero and (2) no cash contribution be made to the RCM Disputed Claims Reserve on account of any such claim.

Exhibit C3 - Claims Withdrawn, Addressed in the Plan of Reorganization or by Other Court Order. The RCM Plan Administrator proposes that, consistent with the fact that each such claim under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution Motion" has been withdrawn or otherwise addressed in the Plan or by other Court order so that each such claim no longer exists, (1) each such claim be estimated at zero and (2) no cash contribution be made to the RCM Disputed Claims Reserve on account of any such claim.

Exhibit E1 - Claims Not Addressed by this Motion. (a) The RCM Plan Administrator proposes that with respect to each claim listed under the heading "Supplemental Claims Added for Purposes of Third Interim

---

[11] This treatment will pertain to any holder of an RCM FX/Unsecured Claim who later voluntarily agrees to convert its claim to an RCM FX/Unsecured Convenience Claim

ACTIVE/71291225.14

Distribution" with respect to RCM Securities Customer Claims, (1) each such claim be considered disputed and allowance of each such claim be deferred at this time, and (2) a cash contribution be made to the RCM Disputed Claims Reserve on account of each such claim consistent with treatment of such claim as an RCM Securities Customer Claim in the amount set forth with respect to such claim under the subheading "Filed Claim Total." The RCM Plan Administrator proposes that with respect to each claim listed under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" with respect to RCM FX/Unsecured Claims, (1) each such claim be considered disputed and allowance of each such claim be deferred at this time, and (2) a cash contribution be made to the RCM Disputed Claims Reserve on account of each such claim consistent with treatment of such claim as an RCM FX/Unsecured Claim in the amount set forth with respect to such claim under the subheading "Filed Claim Total."

34.    Consistent with the Plan, the RCM Plan Administrator requests that the Proposed Order, including its allowance, disallowance, estimation, reserves and distribution provisions, expressly be made binding upon any chapter 7 trustee that is appointed after any conversion of RCM's case to subchapter III of chapter 7 of the Bankruptcy Code.

## FUNDING OF DISPUTED CLAIMS AND OTHER RESERVES

35.    Introduction. In this Motion, based on current estimates and assuming the relief sought herein is granted, the RCM Plan Administrator seeks authorization (a) to distribute approximately $100,230,000 in additional cash to the claimants listed on Exhibits A1, A2, B1, and B2 and (b) to reserve approximately $92,780,000 in cash in the RCM Disputed Claims Reserve, in each case, out of RCM's Assets in Place. Together with the first and second distributions, these third distributions will result in holders of allowed RCM Securities Customers Claims receiving out of RCM's Assets in Place approximately 64.61% of allowed claims and holders of allowed RCM FX/Unsecured Claims receiving out of RCM's Assets in Place approximately 23.66% of allowed claims.

16

Amounts to be distributed will be allocated among RCM Securities Customers Claims and RCM FX/Unsecured Claims as provided in the RCM Settlement Agreement. The foregoing amounts have been determined by the RCM Plan Administrator in his business judgment based on the following analysis.

36.    <u>Forecasted Assets</u>. In establishing the amounts to be distributed and reserved, the RCM Plan Administrator estimates that, at the Third Interim Distribution Date, the RCM estate will consist of approximately $456,840,000 in cash generated from RCM's Assets in Place. The RCM Plan Administrator expects to receive substantial funds as partial payment on the global intercompany settlement with the Contributing Debtors, which funds will be Additional Property. Should these funds be received on or about June 6, 2007, they will be included in the third interim distribution. Should such funds be received thereafter, however, the RCM Plan Administrator expects to distribute them (including making a deposit into the Disputed Claims Reserve) as soon as possible after receipt.

37.    <u>Deductions from and Additions to Available Cash</u>. From the aggregate available cash, as required by the Plan, the RCM Settlement Agreement, and other Court orders, the RCM Plan Administrator will also maintain, replenish or adjust reserves previously established. In the case of deposits previously made into the RCM Disputed Claims Reserve on account of claims that have been moved from <u>Exhibit E1</u> since the Second Interim Distribution Date, the RCM Plan Administrator will withdraw such funds, making them available for this and future distributions.

38.    <u>Assumptions for Calculation of Reserves</u>. To calculate disputed claims reserves, the RCM Plan Administrator has assumed that claims ultimately will be allowed

17

in the sum of (a) the agreed claims shown on Exhibits A1 and B1 and (b) the filed claims shown on Exhibits E1 and E3 (the "High Case Claims"). The RCM Plan Administrator previously requested (and obtained authority for) zero reserves for claims shown on Exhibits C1, C2, C3, D1, D2, D3, and E2 to the Initial Distribution Order and the Second Distribution Order, and the RCM Plan Administrator hereby requests zero reserves for claims listed on such exhibits under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution," to the extent applicable. Pursuant to the Initial Distribution Order, for purposes of the distributions approved thereby, the RCM Plan Administrator grossed-up (a) the amount of High Case Claims that are RCM Securities Customer Claims by $75 million and (b) the amount of High Case Claims that are RCM FX/Unsecured Claims by $125 million. Pursuant to the Second Distribution Order, for purposes of the distributions approved thereby, the RCM Plan Administrator grossed up High Case Claims for these categories by $75 million and $75 million respectively. For purposes of the distributions proposed in this Motion, and based on current circumstances, the RCM Plan Administrator is adjusting these gross-up amounts to $5 million (the "RCM Securities Customer Claims Gross-up") and $25 million (the "RCM FX/Unsecured Claims Gross-up") respectively. In the business judgment of the RCM Plan Administrator, these adjusted gross-ups will be more than adequate to assure that sufficient cash will be available ultimately to pay all allowed claims.

39.    Allocation of RCM's Assets in Place to RCM Securities Customer Claims and RCM FX/Unsecured Claims. The aggregate cash available for the third interim distribution will be allocated as between RCM Securities Customer Claims and RCM FX/Unsecured Claims pursuant to the terms of the RCM Settlement Agreement. For

18

purposes of calculating the third interim distribution's percentage dividend to holders of allowed RCM Securities Customer Claims, the amount of cash available for the third interim distribution to holders of RCM Securities Customer Claims is divided by the sum of (a) the High Case Claims that are RCM Securities Customer Claims *plus* (b) the RCM Securities Customer Claims Gross-up.  For purposes of calculating the third interim distribution's percentage dividend to holders of allowed RCM FX/Unsecured Claims, the amount of cash available for the third interim distribution to holders of RCM FX/Unsecured Claims is divided by the sum of (a) the High Case Claims that are RCM FX/Unsecured Claims *plus* (b) the RCM FX/Unsecured Claims Gross-up.  Based on these calculations, assuming that the RCM Securities Customer Claims Gross-up and the RCM FX/Unsecured Claims Gross-up will be adequate, and other than claims in convenience classes (described in the Initial Distribution Motion), the RCM Plan Administrator estimates that there are sufficient funds for distribution of (a) a third interim dividend in respect of all allowed RCM Securities Customer Claims of 2.93% (for an aggregate dividend to such claims to date of 64.61%) and (b) a third interim dividend in respect of all RCM FX/Unsecured Claims of 0.48% (for an aggregate dividend to such claims to date of 23.66%).  Of course, since not all claims are agreed, not all available dollars will be distributed, and instead the RCM Plan Administrator will make a ratable deposit of cash into the RCM Disputed Claims Reserve.[12]

40.    <u>Allocation of Additional Property Proceeds to RCM Securities Customer Claims and RCM FX/Unsecured Claims</u>.  Upon receipt, proceeds of Additional Property are to be distributed to RCM creditors pursuant to a complex waterfall formula which is

---

[12] The percentages set forth in this paragraph are for illustrative purposes only, and the actual percentages may vary based on the outcome of claims resolution and other matters after the date hereof; this also applies to illustrations in paragraphs 21, 35, 38 and 40.

19

set forth in the RCM Settlement Agreement. Reference is hereby made to the RCM Settlement Agreement, the terms of which govern in the event of any conflict between such terms and this Motion. In summary, however, the RCM Plan Administrator is required to apply the proceeds of Additional Property: *first* as needed, to certain administrative and priority claims, *second* the next $150 million, Pro Rata to holders of allowed RCM Securities Customer Claims on account of their Implied Deficiency Claims and holders of allowed RCM FX/Unsecured Claims (subject to adjustment on account of certain administrative and priority claims advanced out of Assets in Place otherwise allocated to holders of RCM Securities Customer Claims), *third* to holders of allowed RCM Securities Customer Claims in payment of the Risk Return Amount and the Advance Amount, and *fourth* in payment of True-up Distributions and thereafter Pro Rata.[13] The RCM Plan Administrator is in the process of reviewing these calculations with his financial advisors, his counsel, and the Plan Committee. Prior to the date of the hearing on this Motion and, in any event, in advance of any distribution of Additional Property proceeds, the RCM Plan Administrator will file with the Court a more detailed and specific distribution forecast and explanation of this calculation.

41.    <u>Revised Estimations by the Time of the Hearing</u>.    The estimated distributions and reserve deposits set forth herein will likely change as the hearing on the Motion approaches, it becomes clearer what the Assets in Place will be on the Third Interim Distribution Date, the RCM Plan Administrator has had more time to seek to resolve disputed claims, the RCM Plan Administrator and customers and creditors pursue

---

[13] Pursuant to the Plan, an RCM creditor is entitled to receive its allocable share of the RCM Cash Distribution, among other things, which is a part of the payment from the Contributing Debtors to RCM in the global intercompany settlement, only if such creditor has complied with certain provisions of the Plan, including (i) the confirmation of the subordination of its RCM Related Claim against the Contributing Debtors and (ii) its election to receive a portion of the RCM BAWAG proceeds.

20

claims litigation before the Court, and the amount and timing of the receipt of Additional Property by RCM becomes known.  At or before the time of the hearing on the Motion, the RCM Plan Administrator will submit a notice containing the then-most-current estimates of these subjects, and updating this section of this Motion.

## REQUEST FOR AUTHORITY TO MAKE DISTRIBUTIONS OTHER THAN QUARTERLY

42.    To date, the RCM Plan Administrator has been requesting this Court's permission, the Court having granted each such request, to make quarterly distributions out of RCM's Assets in Place to Holders of Allowed RCM Securities Customer Claims or Allowed RCM FX/Unsecured Claims.

43.    As noted above, should the RCM Plan Administrator receive a substantial sum of money from the Contributing Debtors under the global intercompany claims settlement as Additional Property after June 6, 2007, the RCM Plan Administrator wishes to distribute such monies, consistent with the Plan's requirements, to the Holders of Allowed RCM Securities Customer Claims and Allowed RCM FX/Unsecured Claims as quickly as reasonably practicable, without waiting until the next Quarterly Distribution Date (as such term is defined in the Plan) to do so.[14]

44.    It is undoubtedly in the interest of RCM, the RCM estate and the creditors of RCM to authorize the RCM Plan Administrator to distribute monies that come in to

---

[14]    To the extent funds from the Contributing Debtors have not been received by the RCM Plan Administrator at or about the June 6 hearing date, the RCM Plan Administrator will make a distribution on or around June 8, 2007 solely in respect of the remaining Assets in Place, to the extent such monies are readily distributable and not subject to the RCM Disputed Claims Reserve (as such term is defined in the Plan), and will distribute funds to be received on the global intercompany claims settlement as Additional Property  as soon as practicable after receipt.  Should the RCM Plan Administrator receive the funds from the global intercompany settlement at or about June 6, he will seek to include such funds in the distribution to be made on or around June 8, 2007.

21

the RCM estate, including Additional Property from the global settlement, at any such time as he may, in exercising his sound business judgment, deem appropriate.

45.    Pursuant to certain provisions of the Plan, including, *inter alia*, Sections 6.8 and 8.3, the RCM Plan Administrator is authorized to make distributions to each Holder of an Allowed RCM Securities Customer Claim or Allowed RCM FX/Unsecured Claim and to make deposits into the RCM Disputed Claims Reserve.

46.    Moreover, pursuant to certain provisions of the RCM Settlement Agreement, including, *inter alia*, Section 10(c), the RCM Plan Administrator is authorized to make distributions "at such times and in such amounts . . . as he deems appropriate and has otherwise determined to be consistent with his fiduciary duties."

47.    As set forth above, the RCM Plan Administrator believes that he is authorized to make distributions to Holders of Allowed RCM Securities Customer Claims or Allowed RCM FX/Unsecured Claims, and deposits into the RCM Disputed Claims Reserve, at any such time as he may deem appropriate.[15]

48.    However, in an abundance of caution, the RCM Plan Administrator hereby requests that he be allowed to make distributions to Holders of Allowed RCM Securities Customer Claims and Allowed RCM FX/Unsecured Claims (including, without limitation, the funds to be received under the global intercompany settlement as Additional Property) and to make deposits into the RCM Disputed Claims Reserve at any time in the future as he deems appropriate in his exercising his sound business judgment and consistent with the RCM Settlement Agreement, without the need for further relief from the Court.

---

[15] To the extent that Section 10(c), or any other provision of the RCM Settlement Agreement, appears to be contradicted by, or inconsistent with, any provision of the Plan, Section 12.15 of the Plan provides that no Plan provision shall in any way affect the terms or effectiveness of the RCM Settlement Agreement.

ACTIVE/71291225.14

## RESERVATION OF RIGHTS

49.    The RCM Plan Administrator expressly reserves the right to amend, modify or supplement the objections asserted and to file additional objections to the RCM Proofs of Claim or any other claims (filed or not) which may be asserted against RCM.    Should one or more of the grounds of objection be dismissed, the RCM Plan Administrator reserves the right to object on any other grounds that the RCM Plan Administrator identifies.    In addition, the RCM Plan Administrator reserves the right to seek further reduction of any claim to the extent such claim has been paid.

50.    Further, the RCM Plan Administrator and the Litigation Trust reserve all rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any holder of an RCM FX/Unsecured Claim, and neither this Motion nor the payment of a distribution to a party shall constitute a waiver of the RCM Plan Administrator's rights either to withhold amounts owed in respect of such Avoidance Actions from any distributions in respect of claim amounts Allowed by this Motion, or later, after a distribution, to seek remedies against the recipient thereof in respect of Avoidance Actions.    *See, e.g., Rhythms NetConnections Inc. v. Cisco Sys. Inc. (In re Rhythms NetConnections Inc.)*, 300 B.R. 404 (Bankr. S.D.N.Y. 2003).

51.    Similarly, while the RCM Plan Administrator has conducted diligence of cross-margin relationships and referenced certain corresponding reductions from claim amounts herein, the RCM Plan Administrator reserves all rights with respect to any other claims that RCM may have related to cross margin relationships he may discover at a

later date (the "Additional Cross Margin Claims").[16]    Neither this Motion nor the payment of a distribution to a party shall constitute a waiver of the RCM Plan Administrator's rights either to withhold amounts owed in respect of such Additional Cross Margin Claims from any distributions in respect claim amounts Allowed by this Motion, or later, after a distribution, to seek remedies against the recipient thereof in respect of Additional Cross Margin Claims.

## FURTHER INFORMATION

52.    Questions about the Motion or requests for additional information about the proposed disposition of claims hereunder should be directed to the RCM Plan Administrator's counsel by e-mail to jeffrey.olinsky@bingham.com, by telephone to Jeffrey Olinsky at (212) 705-7672, or in writing to Bingham McCutchen LLP, 399 Park Avenue, New York, NY 10022 (Att'n: Jeffrey Olinsky, Esq.).    Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their claims.

## NOTICE

53.    Notice of this Motion has been given to the United States Trustee, the affected claimants, and those persons who filed a notice of appearance in these cases. The RCM Plan Administrator submits that such notice is sufficient under the circumstances and requests that the Bankruptcy Court find that no other or further notice of the relief requested herein is required.

---

[16]    Pursuant to the Initial Distribution Order, the RCM Plan Administrator obtained authority to net claims totaling roughly $312 million through cross margining relationships.  The RCM Plan Administrator believes there may be additional debit balances accounts at RCM for which the RCM Plan Administrator may later pursue cross margin related relief.

ACTIVE/71291225.14

## MEMORANDUM OF LAW

54.    Because the relevant authorities in support of the requested relief are cited in this Motion, the Initial Distribution Motion, and/or the RCM Trustee's Omnibus Reply to Objections to the Initial Motion filed on December 20, 2006, the RCM Plan Administrator requests that the requirement of service and filing of a separate memorandum of law under Local Bankruptcy Rule 9013-1(b) be deemed satisfied by this Motion.

55.    No previous request for the relief requested herein has been made to this Court or any other court.

ACTIVE/71291225.14

## CONCLUSION

56.     **WHEREFORE**, the RCM Plan Administrator respectfully requests that the Court (a) enter the Proposed Order (1) allowing certain claims and classifying certain claims by agreement, (2) authorizing and directing a third interim distribution in respect of allowed claims and disputed claims reserves and (3) authorizing the RCM Plan Administrator to make distributions more frequently than quarterly.

Dated:     May 18, 2007
           New York, New York

                             **BINGHAM MCCUTCHEN LLP**

                    By:   /s/Timothy B. DeSieno
                          Tina L. Brozman (TB-0854)
                          Timothy B. DeSieno (TD-4313)
                          399 Park Avenue
                          New York, NY 10022
                          (212) 705-7000

                          Counsel for the Plan Administrator
                          of Refco Capital Markets, Ltd.

ACTIVE/71291225.14

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
                                                        :
In re:                                                  :
                                                        :    Chapter 11 Case
REFCO INC., et al.,                                     :    No. 05-60006 (RDD)
                                                        :    (Jointly Administered)
                                Debtors.                :
                                                        :
------------------------------------------------------- x
```

### DECLARATION OF JASON MUSKOVICH IN SUPPORT OF RCM PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER (1) ALLOWING CERTAIN CLAIMS AND CLASSIFYING CERTAIN CLAIMS BY AGREEMENT, (2) AUTHORIZING AND DIRECTING THIRD INTERIM DISTRIBUTION IN RESPECT OF ALLOWED CLAIMS AND DISPUTED CLAIMS RESERVES, IN EACH CASE, PURSUANT TO THE JOINT CHAPTER 11 PLAN OF REFCO INC. AND CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES, AND (3) AUTHORIZING THE RCM PLAN ADMINISTRATOR TO MAKE DISTRIBUTIONS MORE FREQUENTLY THAN QUARTERLY

I, Jason Muskovich, hereby declare that to the best of my knowledge, information and belief the following is true:

1.     I am the individual designated by Marc S. Kirschner (the "RCM Plan Adminsitrator"), in his capacity as Plan Administrator of Refco Capital Markets, Ltd. ("RCM"), one of the debtors in the above-captioned cases,[1] to reconcile the proofs of claim filed in the RCM chapter 11 case.

2.     I submit this declaration (the "Declaration") in support of the RCM Plan Administrator's Motion for Entry of an Order (1) allowing certain claims and classifying certain

---

[1] The debtors and debtors in possession in the above-captioned cases are: Bersec International LLC; Kroeck & Associates, LLC; Lind-Waldock Securities LLC; Marshall Metals, LLC; New Refco Group Ltd., LLC; Refco Administration, LLC; Refco Capital Holdings, LLC; Refco Capital LLC; Refco Capital Management, LLC.; Refco Capital Trading LLC; Refco Finance Inc.; Refco Financial, LLC; Refco Fixed Assets Management, LLC; Refco F/X Associates, LLC; Refco Global Capital Management LLC; Refco Global Finance Limited; Refco Global Futures, LLC; Refco Global Holdings, LLC; Refco Group Ltd., LLC; Refco Inc.; Refco Information Services, LLC; Refco Managed Futures, LLC; Refco Mortgage Securities, LLC; Refco Regulated Companies, LLC; Summit Management, LLC; and Westminster-Refco Management LLC.  Refco Capital Markets, Ltd. is a debtor in these chapter 11 cases, but not a debtor-in-possession.

claims by agreement, (2) authorizing and directing a third interim distribution in respect of

allowed claims and disputed claims reserves, in each case, pursuant to the Joint Chapter 11 Plan

of Refco Inc. and Certain of its Direct and Indirect Subsidiaries, and (3) authorizing the RCM

Plan Administrator to make distributions more frequently than quarterly, all as more particularly

set forth below (the "Motion").[2]  In particular, I submit this Declaration with respect to the

claims identified in Exhibits A1, B1, B2, C2, C3 and E1 as Supplemental Claims Added for

Third Distribution (the "Identified Claims") to the Motion.  I make this Declaration on the basis

of my review of RCM's books and records (the "Books and Records") and the Proofs of Claim

(as defined below) relating to the Identified Claims, together with any supporting or related

documentation.

      3.      To date, holders of claims (the "Claimants") have filed over 2,300 proofs of claim

in the RCM bankruptcy case (the "Proofs of Claim").

      4.      I have been personally involved in the review of each of the Proofs of Claim and

the RCM Plan Administrator's extensive efforts in reconciling the claims asserted by Claimants

with the Books and Records.  In this regard, I and personnel working under my direction (a)

participated in the review of the claims and identified those claims that potentially should be

allowed or disallowed, (b) participated in an analysis of values of securities applicable to certain

claims, (c) participated in an analysis of cross margining and netting relationships applicable to

RCM accounts, and (d) read the Motion and the Proposed Order with respect to the Motion.

Accordingly, I am familiar with the information contained therein.  During the claims

reconciliation process, in the event there was uncertainty as to the legal validity of a claim, I

consulted with and followed the advice of counsel.

      5.      Based on these efforts, the RCM Plan Administrator and I have determined that:

---

[2] Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

a.      the Identified Claims set forth on <u>Exhibit A1</u> to the Motion are valid RCM

Securities Customer Claims, consistent with RCM's Books and Records, and

should be allowed in the full amount set forth in the exhibit;

b.      the Identified Claims set forth on <u>Exhibit B1</u> to the Motion are valid RCM

FX/Unsecured Claims, consistent with RCM's Books and Records, and should be

allowed in the full amount set forth in the exhibit;

c.      the Identified Claims set forth on <u>Exhibit B2</u> to the Motion are valid RCM

FX/Unsecured Claims and should be allowed in an amount not to exceed $10,000;

d.      the Identified Claims set forth on <u>Exhibit C2</u> are claims that are the subject

of a previously filed claims objection, as set forth in the exhibit;

e.      the Identified Claims set forth on <u>Exhibit C3</u> are claims that either have

been withdrawn by the claimant, have been addressed pursuant to separate Court

order, or appear to have treatment set forth in the Plan that would obviate the need

for distributions by RCM in respect of such claims; and

f.      the Identified Claims set forth on <u>Exhibit E1</u> are claims for which

treatment has not yet been determined and no treatment of such claims is sought

by the Motion, other than in respect of reserves.

## **CONCLUSION**

6.     I believe that each of the Identified Claims is appropriately the subject of this Motion.  Accordingly I believe that the RCM Plan Administrator should be granted the relief requested in the Motion with respect to the Identified Claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2007.

   /s/ Jason Muskovich
Jason Muskovich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                            :

In re                           :           Chapter 11

                            :

Refco Inc., et al.,            :           Case No. 05-60006 (RDD)

                            :

           Debtors.        :           (Jointly Administered)

                            :

-------------------------------------------------------- x

**ORDER GRANTING RCM PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER (1) ALLOWING CERTAIN CLAIMS AND CLASSIFYING CERTAIN CLAIMS BY AGREEMENT, (2) AUTHORIZING AND DIRECTING THIRD INTERIM DISTRIBUTION IN RESPECT OF ALLOWED CLAIMS AND DISPUTED CLAIMS RESERVES, IN EACH CASE, PURSUANT TO THE JOINT CHAPTER 11 PLAN OF REFCO INC. AND CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES, AND (3) AUTHORIZING THE RCM PLAN ADMINISTRATOR TO MAKE DISTRIBUTIONS <u>MORE FREQUENTLY THAN QUARTERLY</u>**

       This matter came before the Court for hearing on June 6, 2007, upon the Motion of Marc

S. Kirschner, as Plan Administrator (the "<u>RCM Plan Administrator</u>") for Refco Capital Markets,

Ltd. ("<u>RCM</u>"), for entry of an order (1) allowing certain claims and classifying certain claims by

agreement, (2) authorizing and directing a third interim distribution in respect of allowed claims

and disputed claims reserves, in each case, pursuant to the Joint Chapter 11 Plan of Refco Inc.

and Certain of its Direct and Indirect Subsidiaries, and (3) authorizing the RCM Plan

Administrator to make distributions more frequently than quarterly, all as more particularly set

forth below (the "<u>Motion</u>").[1]   The Court having considered the Motion, the pleadings and

declaration filed with respect thereto, the claims listed on Exhibits A1, A2, B1, B2, C1, C2, C3,

D1, D2, D3, E1, E2 and E3 hereto, and the statements of counsel; and it appearing that the relief

requested in the Motion is in the best interests of the RCM Estate, its creditors and other parties-

in-interest; and after due deliberation and cause appearing therefor;

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

THE COURT HEREBY MAKES THE FOLLOWING FINDINGS:

A.    **Jurisdiction and Venue.**  This Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue of these cases and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

B.    **Statutory predicates.**  The statutory predicates for the relief sought in the Motion are 11 U.S.C. §§ 105, 502 and 1142 and Federal Rules of Bankruptcy Procedure 3007, 3020(d), and 3021.

C.    **Notice.**  As evidenced by the affidavits of service filed with this Court: (i) due, adequate and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code, the Bankruptcy Rules and other orders of this Court; (ii) each Holder of a claim listed on an Exhibit hereto that is different than the Exhibit upon which such Holder's claim was previously listed on the Initial Distribution Order (a) was properly and timely served with a copy of the Motion (which includes notice of the response deadline thereto), a personalized notice of the proposed treatment of such Holder's claim(s), the Proposed Order (without Exhibits) and the declaration of Jason Muskovich in support of the Motion, (b) was made aware of such proposed treatment either through communication from the RCM Plan Administrator or his counsel, or (c) was made aware of such proposed treatment by virtue of pleadings filed in respect of objections to such Holder's claim, in each case except for certain instances where the RCM Plan Administrator opted to improve the treatment accorded a given Holder's claim by providing a reserve for it when none was previously provided or required, and (iii) no other or further notice of the Motion is or shall be required.

D.    **Business Justification.**  The RCM Plan Administrator has demonstrated both (i) good, sufficient and sound business purpose and justification and (ii) compelling circumstances,

for the relief requested herein.  Section 6.2 of the Plan requires that distributions be made on the Effective Date or as soon as practicable thereafter.  Moreover, the Plan and the Settlement Agreement Approval Order each require reserves to be established to ensure that sufficient funds will be available to make required distributions under the Plan.  In order to effect an expedited resolution of the RCM Case and a timely distribution to RCM customers and creditors in accordance with the Plan, while ensuring adequate reserves for future distributions, the RCM Plan Administrator has proposed a mechanism that will maximize distributions to holders of Allowed Claims while ensuring an adequate reserve for remaining claims. Such mechanism is both appropriate and necessary to the timely implementation of the Plan and constitutes a good faith exercise of the sound business judgment of the RCM Plan Administrator.

E.      **Securities Customer Valuation/Netting Process; FX/Unsecured Customer Netting Process; Calculation of "Resulting RCM Securities Customer Claim".**    The Securities Customer Valuation/Netting Process and the FX/Unsecured Customer Netting Process each constitute reasonable and appropriate processes for establishing amounts to be netted or set off against claims, and the amount of each claim proposed to be Allowed as set forth in the Motion is proper.

NOW, THEREFORE, IT IS ORDERED THAT:

1.      **Motion is Granted / Approval.**  The Motion is GRANTED in its entirety as requested.  Pursuant to Bankruptcy Code sections 105, 502, and 1142 and Federal Rules of Bankruptcy Procedure 3007, 3020(d), and 3021, (1) the RCM Plan Administrator is authorized to establish and modify the RCM Reserve as set forth below, and (2) the claims set forth in the Exhibits hereto under the heading Supplemental Claims Added for Purposes of Third Interim

Distribution shall be Allowed, and shall receive a Distribution, in accordance with the treatment proposed in such Exhibits and as more fully set forth below. Specifically:

a. **Allowance of Claims.** As set forth below, Claims set forth on the attached Exhibits under the heading Supplemental Claims Added for Purposes of Third Interim Distribution are Allowed, as requested in the Motion.

b. **Netting of Claims.** The RCM Plan Administrator is authorized and directed to effectuate netting and cross-margining arrangements on the terms and conditions set forth in the Initial Distribution Motion.

c. **Disputed Claims Reserves.** The RCM Plan Administrator is authorized and directed to fund the Disputed Claims Reserve on the terms and conditions set forth in the Motion.

d. **Third Interim Distribution and Subsequent Distributions More Frequently than Quarterly.** The RCM Plan Administrator is authorized and directed to make the distributions to claims on the terms and conditions set forth below as requested in the Motion

2. **RCM Disputed Claims Reserve.** The RCM Disputed Claims Reserve applicable to the third distribution to creditors of RCM authorized by this Order shall be the RCM Disputed Claims Reserve as outlined in the Motion. The RCM Plan Administrator is authorized, from time to time, to modify the RCM Disputed Claims Reserve in an amount sufficient, in his reasonable business judgment, in consultation with Alix Partners and his other advisors, to reserve adequate assets to satisfy Allowed Claims against RCM. The RCM Plan Administrator shall file a notice with the Court notifying the Court of any such modification to the RCM Disputed Claims Reserve.

3. **Treatment of Claims.** The claims listed on the Exhibits hereto shall be allowed, accorded a Distribution and subject to establishment of reserves, as the case may be, as set forth below:

a. Exhibit A1 - Allowance and Distributions with respect to Ascertained Amounts of Agreed RCM Securities Customer Claims. With respect to

the claims listed on Exhibit A1: (1) each claim contained under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit A1 shall be allowed in the amount set forth under the heading "Resulting RCM Securities Customer Claim" and (2) each claim contained on Exhibit A1 shall receive a cash distribution on the Third Interim Distribution Date in an amount which, when combined with the distribution, if any, made in respect of such claim as part of each prior distribution pursuant to the Plan, is equal to such "Resulting RCM Securities Customer Claim" amount *multiplied by* a percentage to be determined by the RCM Plan Administrator on or prior to the Third Interim Distribution Date which represents the portion of RCM Securities Customer Claims that the RCM Plan Administrator believes is prudent to pay through the Third Interim Distribution Date after taking into account the amount of cash available for such distribution and after setting appropriate reserves for disputed claims (the "Securities Customer Aggregate Distribution Percentage").

b.    Exhibit B1 - Allowance and Distributions with respect to Ascertained Amounts of Agreed RCM FX/Unsecured Claims.  With respect to the claims listed on Exhibit B1: (1) each claim contained under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit B1 shall be allowed in the amount set forth under the heading "Resulting RCM FX/Unsecured Claim" and (2) each claim contained on Exhibit B1 shall receive a cash distribution on the Third Interim Distribution Date in an amount which, when combined with the distribution, if any, made in respect of such claim as part of each prior distribution pursuant to the Plan, is equal to such "Resulting RCM FX/Unsecured Claim" amount *multiplied by* a percentage to be determined by the RCM Plan Administrator on or prior to the Third Interim Distribution Date which represents the portion of RCM FX/Unsecured Claims that the RCM Plan Administrator believes is prudent to pay through the Third Interim Distribution Date after taking into account the amount of cash available for such distribution and after setting appropriate reserves for disputed claims (the "FX/Unsecured Aggregate Distribution Percentage").

c.    Exhibit B2 - Allowance and Distributions with respect to Convenience Class FX/Unsecured Claims (subject to $10,000 Cap).  With respect to the claims listed on Exhibit B2, each claim set forth under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit B2 shall (1) be allowed in the amount set forth under the heading "Resulting RCM FX/Unsecured Claim" and (2) receive a cash distribution on the Third Interim Distribution Date in an amount which is

equal to such "Resulting RCM FX/Unsecured Claim" amount *multiplied by 60%.*[2]

d.  <u>Exhibit C2 - Claims Subject to Prior Books and Records Objection.</u> With respect to the claims listed on Exhibit C2 under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution": (1) each such claim has previously been disallowed and expunged as set forth in the applicable objections, (2) each such claim shall be estimated at zero, and (3) no cash contribution shall be made to the RCM Disputed Claims Reserve on account of any such claim.

e.  <u>Exhibit C3 - Claims To Be Addressed by Plan or Withdrawn.</u> With respect to the claims listed on Exhibit C3 and given that RCM is not required to make any distribution on account of such claims under the Plan, no cash contribution shall be made to the RCM Disputed Claims Reserve on account of any such claim under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution".

f.  <u>Exhibit E1 - Other Claims under Continued Review.</u> With respect to the claims listed on Exhibit E1, each claim set forth under the heading "Supplemental Claims Added for Purposes of Third Interim Distribution" on Exhibit E1: (1) allowance of each such claim shall be deferred at this time and (2) a cash contribution shall be made to the RCM Disputed Claims Reserve on account of such claim in an amount which, when combined with the contribution (or distribution, in the case of any claim that has been added to Exhibit E1 after the Effective Date), if any, made in respect of such claim as part of each prior distribution pursuant to the Plan, is equal to (A) in the case of any such claim that is denoted on Exhibit E1 as an RCM Securities Customer Claim, the Securities Customer Aggregate Distribution Percentage *multiplied by* the amount set forth on Exhibit E1 under the heading "Filed Claim Total", and (B) in the case of any such claim that is denoted on Exhibit E1 as an RCM FX/Unsecured Claim, the FX/Unsecured Aggregate Distribution Percentage *multiplied by* the amount set forth on Exhibit E1 under the heading "Filed Claim Total".

4.  **Binding on Chapter 7 Trustee.** In the event the RCM bankruptcy case is at any time converted to a liquidating case under chapter 7 of the Bankruptcy Code, all the terms, conditions and other provisions approved by this Order shall, in all events, be final, valid, binding and enforceable upon any trustee appointed in such chapter 7 case, the holders of Claims

---

[2] This treatment will pertain to any holder of an RCM FX/Unsecured Claim who later voluntarily agrees to convert its claim to an RCM FX/Unsecured Convenience Claim.

against RCM, and all other parties in interest in the Cases and such chapter 7 case regardless of such conversion.

5. **Distributions.**  Notwithstanding anything herein to the contrary, the RCM Plan Administrator shall not be required to make any Distribution in respect of a Claim unless and until the RCM Plan Administrator is reasonably satisfied that he possesses all appropriate payee information (including information related to transfers) in respect of such Claim.

6. **Authorization to Perform All Necessary Acts.**  The RCM Plan Administrator is authorized to perform all of his obligations, take whatever actions necessary, and issue, execute, and deliver whatever documents may be necessary or appropriate to implement and effectuate the provisions of this Order.

7. **Retention of Rights – Further Objections.**  The RCM Plan Administrator, and any successor in interest to the RCM Plan Administrator, including, without limitation, any successor trustee and any chapter 7 trustee appointed upon the conversion of the RCM bankruptcy case to one under chapter 7 of the Bankruptcy Code shall retain all rights:  (1) to amend, modify or supplement the objections asserted in respect of claims and to file additional objections to the RCM Proofs of Claim or any other claims (filed or not) which may be asserted against RCM; (2)  with respect to any grounds of objection in respect of claims that have been dismissed, to object on any other grounds that the RCM Plan Administrator identifies; and (3) to seek further reduction of any claim to the extent such claim has been paid.

8. **Retention of Rights – Avoidance Actions.**  The RCM Plan Administrator, and any successor in interest to the RCM Plan Administrator, including, without limitation, any successor trustee and any chapter 7 trustee appointed upon the conversion of the RCM bankruptcy case to one under chapter 7 of the Bankruptcy Code shall, notwithstanding any

7

distribution or other action hereunder, retain all rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any claimant, and this Order shall not constitute a waiver of, nor shall it otherwise impair or diminish, the RCM Plan Administrator's rights to pursue such Avoidance Actions and/or to withhold amounts owed in respect of such Avoidance Actions from any distributions in respect of claim amounts Allowed by this Order.

9.    **Retention of Rights – Additional Cross-Margin Claims.**    The RCM Plan Administrator, and any successor in interest to the RCM Plan Administrator, including, without limitation any successor trustee and any chapter 7 trustee appointed upon the conversion of the RCM bankruptcy case to one under chapter 7 of the Bankruptcy Code shall, notwithstanding any distribution or other action hereunder, retain all rights with respect to any other claims that RCM may have related to cross margin relationships discovered at a later date (the "Additional Cross Margin Claims") and this Order shall not constitute a waiver of, nor shall it otherwise impair or diminish, the RCM Plan Administrator's rights to pursue such Additional Cross Margin Claims and/or to withhold amounts owed in respect of such Additional Cross Margin Claims from any distributions in respect claim amounts Allowed by this Order.

10.    **Form of Personalized Notice Approved.**    The form of personalized notice, attached hereto as Exhibit F, which was sent to each Holder of a claim listed on an Exhibit hereto that is different than the Exhibit upon which such Holder's claim was previously listed on the Initial Distribution Order, is hereby approved.

11.    **Separate Contested Matters.**    Each claim and the requests for relief by the RCM Plan Administrator with respect thereto set forth in the Motion constitute a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This Order shall be deemed a separate Order

8

with respect to each such claim. Any stay of this Order shall apply only to the contested matter which involves such claim and shall not act to stay the applicability or finality of this Order with respect to any other claim or contested matter covered hereby.

12.     **Retention of Jurisdiction.** This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

13.     **No Further Order.** No further orders of this Court are necessary to effectuate the terms set forth herein.

14.     **Satisfaction of Local Rule 9013-1(b).** The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: June __, 2007
     New York, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

In re: Refco Capital Markets, LTD.
Case No. 05-60018

AI
Allowed RCM Securities Customer Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION** | | | | |
| austral de inversiones | 11708 | $140,000.00 | Agreed and allowed. | EI |
| Invercapital International Ltd. | 13390 | $51,050.50 | Agreed and allowed. | EI |
| **SUBTOTAL:** | | $191,050.50 | | |
| | | | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| ABADI & CO SECURITES | 9131 | $11,198,081.00 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 7581 | $1,308,490.65 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 7582 | $5,231,176.04 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 7583 | $66,448.66 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 7584 | $453,468.00 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 7585 | $390,011.00 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 9132 | $354,507.00 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 9133 | $737,430.00 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 9134 | $100,989.00 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 9135 | $83,654.80 | Agreed and allowed. | |
| ABADI & CO SECURITIES | 9136 | $15,837,437.00 | Agreed and allowed. | |
| Actinver Mexico Bond Fund, Inc. | 9894 | $3,238,384.00 | Agreed and allowed. | |
| ACUROB INVESTMENT AG | 10415 | $2,137,978.92 | Agreed and allowed. | |
| AFC ALMIRON | 13666 | $2,994,187.50 | Agreed and allowed. | |
| ALFREDO SKINNER-KLEE AND ALEXANDRA(SEE NOTES) | 12147 | $631,883.86 | Agreed and allowed. | |
| ALMIRON FINANCE CORP | 12716 | $455,892.23 | Agreed and allowed. | |
| ALTERNATIVE INVESTMENTS FUND LTD | 12148 | $1,505,617.16 | Agreed and allowed. | |
| ALTERNATIVE INVESTMENTS FUND LTD | 9198 | $17,823,839.11 | Agreed and allowed. | |
| ALTIMA CAPITAL MANAGEMENT INC | 9199 | $5,998,622.00 | Agreed and allowed. | |
| ANGELOS MICHALOPOULOS - MIROO | 13881 | $1,129,478.14 | Agreed and allowed. | |
| ANSELAN S A | 231 | $3,639,593.94 | Agreed and allowed. | |
| ARACAMBA ISRAEL LTD | 554 | $775,169.00 | Agreed and allowed. | |
| ARBAT EQUITY ARBITRAGE FUND LIMITED | 9737 | $814,551.84 | Agreed and allowed. | |
| ARCADIA HILL INC | 11615 | $19,421,841.00 | Agreed and allowed. | |
| ATLANTIC GLOBAL COMMON FUND LTD | 8436 | $6,555,784.00 | Agreed and allowed. | |
| AUTOSEVICIO MAYORISTA DIARCO | 296 | $2,143,762.49 | Agreed and allowed. | |
| BAC INTERNATIONAL BANK INC | 8800 | $0.00 | Agreed and allowed. | |
| BALLERY HOLDINGS LTD | 11369 | $10,871,580.47 | Agreed and allowed. | |
| BANCAFE INTERNATIONAL BANK LTD | 12712 | $593,140.00 | Agreed and allowed. | |
| BANCAFE INTERNATIONAL BANK LTD | 10132 | $45,834,343.99 | Agreed and allowed. | |
| BANCO AGRICOLA (PANAMA) SA | 10133 | $173,559.39 | Agreed and allowed. | |
| BANCO AGRICOLA SA | 10115 | $0.00 | Agreed and allowed. | |
| Banco Continental de Panama, S.A. | 10114 | $22,289,426.29 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO ANTEL | 9256 | $5,081,962.71 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UCJSC | 10469 | $7,785,819.27 | Agreed and allowed. | |
| | 10369 | $2,367,695.35 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

A1
Allowed RCM Securities Customer Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| BANCO CUSCATLAN FIDUCIARIO UCJSC | 10370 | $344,049.23 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10371 | $1,115,666.16 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10372 | $2,234,919.16 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10373 | $611,692.50 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10374 | $390,871.80 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10375 | $344,934.76 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10376 | $52,112.50 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10377 | $314,972.61 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10378 | $156,337.50 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10379 | $191,842.69 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10380 | $971,503.98 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10381 | $270,998.65 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10382 | $103,698.75 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10383 | $756,002.12 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10384 | $77,324.55 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10385 | $44,184.84 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10386 | $112,788.88 | Agreed and allowed. | |
| BANCO CUSCATLAN FIDUCIARIO UJMD | 10387 | $855,238.63 | Agreed and allowed. | |
| BANCO DE AMERICA CENTRAL S A | 11372 | $5,763,565.02 | Agreed and allowed. | |
| BANCO DE EXPORTACION S A | 11037 | $16,737,000.00 | Agreed and allowed. | |
| BANCO DE HIPOTECARIO DE INVERSION TURISTICA | 11284 | $808,681.00 | Agreed and allowed. | |
| BANCO FEDERAL CA | 11365 | $80,139.54 | Agreed and allowed. | |
| BANCO FINANCIERO DEL PERU | 1783 | $586,559.77 | Agreed and allowed. | |
| BANCO FINANSUR S.A. | 9973 | $602,238.77 | Agreed and allowed. | |
| BANCO FINANSUR S.A./SUNDORA | 9968 | $12,907.00 | Agreed and allowed. | |
| BANCO FINANTIA S A | 7574 | $166,500.00 | Agreed and allowed. | |
| BANCO INDUSTRIAL DE VENEZUELA CA | 11250 | $1,220,206.30 | Agreed and allowed. | |
| BANCO REFORMADOR SA | 13000 | $11,277,504.92 | Agreed and allowed. | |
| BANCO SUDAMERICANO | 520 | $2,308,823.88 | Agreed and allowed. | |
| BANCO UNO SA-EL SALVADOR | 13008 | $33,384.57 | Agreed and allowed. | |
| BANCO UNO SA-NICARAGUA | 13004 | $4,447,818.97 | Agreed and allowed. | |
| BANCO UNO SA-PANAMA | 13006 | $241,202.02 | Agreed and allowed. | |
| BANCOLOMBIA (PANAMA) S A | 6401 | $4,944,207.00 | Agreed and allowed. | |
| BANESCO HOLDING CA | 10125 | $50,740,450.18 | Agreed and allowed. | |
| BANEX INTERNATIONAL BANK CORP | 13912 | $10,261,000.00 | Agreed and allowed. | |
| BANVALOR BANCO COMERCIAL (PREVIOUSLY | 10363 | $703,112.75 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT (SEE NOTES) | 11465 | $189,575.97 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT (SEE NOTES) | 11466 | $1,003,174.00 | Agreed and allowed. | |
| BEAR STERNS INVESTMENT PRODUCTS INC | 11460 | $43,321,401.00 | Agreed and allowed. | |
| BEAR STERNS INVESTMENT PRODUCTS INC | 11461 | $1,616,343.00 | Agreed and allowed. | |
| BENCORP CASA DE BOLSA CA | 11605 | $18,880,338.81 | Agreed and allowed. | |
| BILSTON INTERNATIONAL INC | 12710 | $841,588.45 | Agreed and allowed. | |
| Birmingham Merchant SA | 12596 | $11,281,953.74 | Agreed and allowed. | |
| BOI BANK CORPORATION | 9982 | $2,150,686.90 | Agreed and allowed. | |
| BOSTON FINANS | 13741 | $56,133.50 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

A1
Allowed RCM Securities Customer Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|------|--------------|---------------------------------------------------------|-----------|-------------------------------|
| BROOKE FINANCIAL SERVICES LTD | 11552 | $2,818,197.84 | Agreed and allowed. | |
| Bruno Guazzoni | 12556 | $395,377.26 | Agreed and allowed. | |
| CAPITAL MANAGEMENT SELECT FUND LTD | 9888 | $110,182,444.69 | Agreed and allowed. | |
| CAPITANIA ASSET MANAGEMENT LTD | 460 | $32,445.72 | Agreed and allowed. | |
| CARLOS ALBERTO NAGEL MARKOVIC | 10671 | $33,962.57 | Agreed and allowed. | |
| CARLOS FRADIQUE | 11400 | $4,707,064.70 | Agreed and allowed. | |
| CARLOS FRADIQUE | 11404 | $622,647.19 | Agreed and allowed. | |
| Centras Capital Ltd | 9113 | $902,299.48 | Agreed and allowed. | |
| CHRISTIAN KLOSE PIETERS AND (SEE NOTES) | 12708 | $2,796,244.87 | Agreed and allowed. | |
| CLAU CORPORATION OVERSEAS LTD | 12117 | $1,697,678.11 | Agreed and allowed. | |
| CMA GLOBAL INVESTMENT LTD | 10472 | $800,165.19 | Agreed and allowed. | |
| COBURN INVESTMENTS LTD | 4383 | $222,954.73 | Agreed and allowed. | |
| COLT GLOBAL FUTURES FUND LTD | 10471 | $7,967,683.08 | Agreed and allowed. | |
| CONSULTORA TUDORAS SA | 1041 | $959,169.95 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ATON INTERNATIONAL LIMITED | 11467 | $187,915.18 | Agreed and allowed. | |
| DANTE CANONICA | 9878 | $199,216.00 | Agreed and allowed. | |
| DANTE CANONICA | 9925 | $569,340.00 | Agreed and allowed. | |
| Davos International Bank Ltd | 13013 | $8,356,055.87 | Agreed and allowed. | |
| DEPOSITORY INC | 11616 | $41,620.11 | Agreed and allowed. | |
| DEUTSCHE BANK SECURITIES INC | 13832 | $17,261,914.94 | Agreed and allowed. | |
| DOVER COMMODITIES CORP | 9227 | $4,788,179.30 | Agreed and allowed. | |
| DRESDEN DEVELOPMENT INC | 10719 | $4,459,988.60 | Agreed and allowed. | |
| DUFIL INVESTMENT S A | 10279 | $498,523.00 | Agreed and allowed. | |
| ELTON AGGRESSIVE GROWTH FUND LTD | 10476 | $121,251.59 | Agreed and allowed. | |
| ERNESTO RUIZ SINIBALDI | 12714 | $4,160,530.61 | Agreed and allowed. | |
| EXPORTKREDITNAMNDEN | 6750 | $1,075,332.13 | Agreed and allowed. | |
| FELBURY FINANCE LIMITED | 12088 | $2,730,684.00 | Agreed and allowed. | |
| FILARE LIMITED | 7228 | $38,909,169.65 | Agreed and allowed. | |
| FIMEX INTERNATIONAL LIMITED | 5750 | $26,784,598.00 | Agreed and allowed. | |
| FIMEX INTERNATIONAL LIMITED | 9137 | $2,615,588.02 | Agreed and allowed. | |
| FIMEX INTERNATIONAL LIMITED | 9138 | $653,112.82 | Agreed and allowed. | |
| FIMEX INTERNATIONAL LIMITED | 9139 | $33,224.34 | Agreed and allowed. | |
| FINANCIAL SYNERAY INT. INC | 14088 | $472,949.00 | Agreed and allowed. | |
| FONDO COMUN CASA DE BOLSA CA | 10643 | $2,316,285.00 | Agreed and allowed. | |
| GARDEN RING FUND LIMITED | 11611 | $4,045,473.44 | Agreed and allowed. | |
| GESHOA FUND CLASS A | 11442 | $17,326,707.43 | Agreed and allowed. | |
| GESHOA STRUCTURED FINANCE LTD | 14177 | $8,576,246.77 | Agreed and allowed. | |
| GLOBAL MANAGEMENT WORLDWIDE LIMITED | 11608 | $29,543,542.79 | Agreed and allowed. | |
| GLOBAL OPPORTUNITY MGMT. LTD | 10828 | $307,042.11 | Agreed and allowed. | |
| GLOBAL PARTNERS EMERGING MARKETS SA | 8349 | $4,155,604.87 | Agreed and allowed. | |
| GOREY FINANCE INC | 8498 | $1,158,152.89 | Agreed and allowed. | |
| GREGORIO NUMO Y NOEL WERTHEIN S A AS ASSIGNEE | 12315 | $4,211,887.42 | Agreed and allowed. | |
| GRUPO INTERBOLSA SA | 10193 | $11,580,645.34 | Agreed and allowed. | |
| GTC BANK INC | 13277 | $12,339,131.33 | Agreed and allowed. | |
| HAIN CAPITAL HOLDINGS LLC | 82 | $858,014.27 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

A1
Allowed RCM Securities Customer Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| HENCORP BECSTONE INTERNATIONAL INC | 13910 | $19,930.42 | Agreed and allowed. | |
| HENCORP BECSTONE INTERNATIONAL INC | 13911 | $103,380.33 | Agreed and allowed. | |
| HEPTAGON FINANCIAL PLANNERS LTD | 11553 | $886,196.36 | Agreed and allowed. | |
| HEPTAGON FINANCIAL SERVICES INC | 11554 | $20,090.52 | Agreed and allowed. | |
| HIBERNIA INVEST & FINANCE S A | 719 | $1,003,621.10 | Agreed and allowed. | |
| IDC FINANCIAL SA | 12720 | $22,570,691.54 | Agreed and allowed. | |
| IFIS C/O INVERSIONES FINANCIERAS DEI SUR S A | 8801 | $10,349,750.00 | Agreed and allowed. | |
| INS BANCREDITO VALORES PUESTO DE BOLSA SA | 13906 | $1,442,609.28 | Agreed and allowed. | |
| INTER FINANCIAL SERVICES LTD | 11229 | $153,585,649.00 | Agreed and allowed. | |
| INTERACCIONS CASA DE BOLSA CA | 8037 | $186,946.45 | Agreed and allowed. | |
| INTERMEDIAR VALORES LTDA | 12579 | $21,425.00 | Agreed and allowed. | |
| INTERSEC CASA DE BOLSA C A | 8377 | $989,899.00 | Agreed and allowed. | |
| INVERSIONES CONCAMBI | 4713 | $1,367,849.55 | Agreed and allowed. | |
| INVERSIONES Y VALORES UNION S A | 9141 | $14,156,877.00 | Agreed and allowed. | |
| INVESDEX CAPITAL LTD | 9255 | $5,132,463.33 | Agreed and allowed. | |
| INVESTMENT & DEVELOPMENT FINANCE CORP | 12722 | $21,561,943.81 | Agreed and allowed. | |
| IRITH YOSSIFOFF ARDITTI | 651 | $3,773,284.75 | Agreed and allowed. | |
| JAVIER LOPEZ / JULIET JURADO | 10559 | $389,801.00 | Agreed and allowed. | |
| JEFFERY TRADING LTD | 219 | $199,973.47 | Agreed and allowed. | |
| JEFFREY CONYERS | 5621 | $2,629.96 | Agreed and allowed. | |
| JSCB SLAVIANSKY BANK ZAO | 5611 | $5,577,044.75 | Agreed and allowed. | |
| KATHERINE TELIAS & ALEJANDRO JAIME | 12432 | $117,264.01 | Agreed and allowed. | |
| KOSTANTINOS & MARINA GIAVROGLOU | 13700 | $126,790.41 | Agreed and allowed. | |
| LA PRIMERA CASA DE BOLSA CA | 8408 | $2,491,335.66 | Agreed and allowed. | |
| LA PRIMERA CB | 8407 | $969,513.11 | Agreed and allowed. | |
| LATIN AMERICA CONSULTING LTD | 10251 | $1,256,354.01 | Agreed and allowed. | |
| LATINA SEGUROS Y REASEGUROS SA | 11555 | $53,812.96 | Agreed and allowed. | |
| LE ROSE INCORPORATED | 9972 | $474,488.97 | Agreed and allowed. | |
| LUIS POPPER | 2678 | $35,389.86 | Agreed and allowed. | |
| MAKEEV, ANDREY | 550 | $93,883.00 | Agreed and allowed. | |
| MALONE HOLDING INC | 10362 | $32,567.50 | Agreed and allowed. | |
| MAPFRE PERU VIDA | 1840 | $1,050,681.00 | Agreed and allowed. | |
| MARKWOOD INVESTMENTS LTD | 12260 | $152,721,316.31 | Agreed and allowed. | |
| MERCADO DE VALORES DE COSTA RICA PUESTO DE BOLSA S A | 9312 | $1,548,285.11 | Agreed and allowed. | |
| MERCOSUR OPPORTUNITY FUND | 9123 | $1,749,616.39 | Agreed and allowed. | |
| MERIT UNTERNEHMENSBERATUNGSGESELLSCHAFT | 9422 | $62,398.08 | Agreed and allowed. | |
| MIGUEL SAUMA | 11167 | $768,579.13 | Agreed and allowed. | |
| MINUTEMAN INC | 6280 | $707,165.00 | Agreed and allowed. | |
| MISTYRISE INTERNATIONAL LTD | 12205 | $2,112,088.01 | Agreed and allowed. | |
| MIURA FINANCIAL SERVICES | 10079 | $22,971,000.00 | Agreed and allowed. | |
| MR SABBY MIONIS | 10470 | $184,653.37 | Agreed and allowed. | |
| MRS JOSEFINA FRANCO SILLER | 10493 | $19,037,139.17 | Agreed and allowed. | |
| MULTI CREDIT BANK INC | 12290 | $4,877,910.00 | Agreed and allowed. | |
| MULTI FINANZAS COMPANIA FINANCIERA SA | 5856 | $196,489.98 | Agreed and allowed. | |
| MULTIPLICAS CASA DE BOLSA | 10730 | $2,699,077.72 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

A1
Allowed RCM Securities Customer Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| NBK INVESTMENT LTD | 10221 | $51,731.17 | Agreed and allowed. | |
| NEW OCEAN CORPORATION | 11040 | $21,968.90 | Agreed and allowed. | |
| NEWCASTLE BUSINESS HOLDING INC | 11619 | $5,328,480.26 | Agreed and allowed. | |
| OLEG ILCHENKO | 3249 | $19,350.96 | Agreed and allowed. | |
| OSLO INTERNATIONAL SA | 12718 | $551,727.01 | Agreed and allowed. | |
| PATON HOLDINGS LTD | 12788 | $20,506,209.00 | Agreed and allowed. | |
| PENDLETON FINANCE S A | 11500 | $249,924.20 | Agreed and allowed. | |
| PLATINUM CAPITAL FUND | 10112 | $4,199,617.66 | Agreed and allowed. | |
| POPULAR VALORES PUESTO DE BOLSA S A | 9311 | $13,100,399.37 | Agreed and allowed. | |
| POWAY INVESTMENT INC | 10118 | $1,290,105.06 | Agreed and allowed. | |
| PREMIER BANK INTERNATIONAL N V | 11287 | $243,696,260.52 | Agreed and allowed. | |
| Quantum Partners LDC | 11562 | $7,165,811.76 | Agreed and allowed. | |
| RALPH HERVARAC INC | 720 | $485,967.64 | Agreed and allowed. | |
| RB SECURITIES LIMITED | 14251 | $65,518,141.82 | Agreed and allowed. | |
| Reserve Invest (Cyprus) Limited | 11392 | $15,907,433.31 | Agreed and allowed. | |
| RIDGEWAY PARTNERS | 10117 | $1,280,444.71 | Agreed and allowed. | |
| ROCKLAND FINANCE LTD | 5157 | $139,681.48 | Agreed and allowed. | |
| ROGERS INTERNATIONAL RAW MATERIALS | 9426 | $75,256,083.00 | Agreed and allowed. | |
| ROGERS RAW MATERIALS FUND LP | 9425 | $287,627,440.00 | Agreed and allowed. | |
| ROVIDA HOLDINGS LTD | 11838 | $31,125,898.46 | Agreed and allowed. | |
| RR INVESTMENT COMPANY LTD | 11837 | $40,893,320.20 | Agreed and allowed. | |
| RUSSIA GROWTH FUND, LTD | 11440 | $4,350,000.00 | Agreed and allowed. | |
| RUSSIAN INVESTORS SECURITIES LIMITED | 12342 | $9,920,505.00 | Agreed and allowed. | |
| SCHICK, ANNE-MARIE | 4502 | $377,030.41 | Agreed and allowed. | |
| SCHILDERSHOVEN AMSTERDAM B V | 81 | $190,760.67 | Agreed and allowed. | |
| SERFINCO/CUSTODY | 10130 | $680,366.09 | Agreed and allowed. | |
| SERVICIOS GENERALES BURSATILES SA DE CV | 11086 | $566,716.53 | Agreed and allowed. | |
| SL CAPITAL SERVICES LTD | 8036 | $2,163,281.07 | Agreed and allowed. | |
| SPCP Group, LLC as Assignee of Desidero, Luca | 9857 | $603,993.92 | Agreed and allowed. | |
| SPECTRUM FIXED INCOME FUND | 10111 | $989,579.47 | Agreed and allowed. | |
| ST GEORGES BANK AND TRUST COMPANY LTD PSC SA | 12601 | $613,934.00 | Agreed and allowed. | |
| SUD AMERICA DE SEGUROS CA | 11556 | $1,169,250.45 | Agreed and allowed. | |
| SUL AMERICA COMPANIA DE SEGUROS DEL ECUADOR CA | 11551 | $3,395,701.00 | Agreed and allowed. | |
| SUNAIR INC | 12035 | $18,206.00 | Agreed and allowed. | |
| TEEM CAPITAL LTD | 461 | $938,865.95 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11405 | $324,584.72 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11406 | $844,715.05 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11408 | $294,799.59 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11409 | $963,229.73 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11410 | $3,556,601.26 | Agreed and allowed. | |
| THELEN REID & PRIEST LP | 11401 | $275,795.00 | Agreed and allowed. | |
| THELEN REID & PRIEST LP | 11402 | $1,185,264.60 | Agreed and allowed. | |
| THELEN REID & PRIEST LP | 11403 | $0.00 | Agreed and allowed. | |
| TOTAL BANK CURACAO N V | 10249 | $8,389,331.04 | Agreed and allowed. | |
| TRANSCOM BANK (BARBADOS) LTD | 13002 | $1,906,208.17 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

A1
Allowed RCM Securities Customer Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| TRANS-EUROPA TRANSLATIONS NETWORK LTD | 8474 | $5,934,292.15 | Agred and allowed. | |
| TREND BANK LIMITED | 11935 | $66,397.70 | Agred and allowed. | |
| TURISOL CASA DE CAMBIO CA | 11557 | $329,402.24 | Agred and allowed. | |
| TWOKAY HOLDING INC | 10617 | $1,001,920.20 | Agred and allowed. | |
| VALORES OCCIDENTALES INVERSIONES (VOI) FOND | 9980 | $271,109.11 | Agred and allowed. | |
| VALORES OCCIDENTALES INVERSIONES (VOI) SOC. ADM. DE ENT. DE INV. COL., C.A. | 9979 | $564,985.27 | Agred and allowed. | |
| VALORES OCCIDENTALES INVERSIONES, C.A. | 9970 | $92,857.79 | Agred and allowed. | |
| VALORES OCCIDENTALES INVESRSIONES (VOI) FOND | 9981 | $3,600,412.64 | Agred and allowed. | |
| VICTOR MANUEL HOYOS | 13882 | $34,602.30 | Agred and allowed. | |
| VITAL ASSET MANAGEMENT LIMITED | 9604 | $46,938.61 | Agred and allowed. | |
| VR ARGENTINA RECOVERY FUND LTD | 12789 | $116,588,566.86 | Agred and allowed. | |
| VR CAPITAL GROUP LTD | 12790 | $23,879,434.21 | Agred and allowed. | |
| VR GLOBAL PARTNERS, L.P. | 12791 | $627,129,227.14 | Agred and allowed. | |
| WISDOM GLOBAL INVESTMENTS | 12204 | $557,886.50 | Agred and allowed. | |
| SUBTOTAL: | | $2,831,640,309.59 | | |

1 Because FX customer claims are accorded a different percentage payout under the terms of the RCM Settlement Agreement than securities customer claims, the RCM Settlement Agreement does not provide for netting of such amounts. However, the RCM Trustee has retained $11,619,579.55 of the first proceeds distributed in respect of this claimant's securities customer claim which equals the FX customer account debit balance. The claimant has agreed to such treatment.

| GRAND TOTAL: | $2,831,831,360.09 |
|---|---|

In re: Refco Capital Markets, LTD.
Case No. 05-60018

A2
Allowed RCM Securities Customer Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM Securities Customer Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| CAJA DE AHORRO Y SEQURO S.A. | 12090 | $730.00 | Agreed and allowed. | |
| LE ROSE INCORPORATED | 9971 | $194.00 | Agreed and allowed. | |
| SERGEI KHOTIMSKI | 2689 | $7,212.53 | Agreed and allowed. | |
| SOUTH FINANCIAL SERVICES CORP | 11841 | $961.10 | Agreed and allowed. | |
| VIPASA INTERNATIONAL INVESTMENTS CORP | 10131 | $2,739.34 | Agreed and allowed. | |
| **GRAND TOTAL:** | | **$11,836.97** | | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**B1**
**Allowed RCM FX/Unsecured Claims**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION** | | | | |
| ABBA FUNDS LP A DELAWARE LIMITED PARTNERSHIP | 11709 | $410,732.28 | Allowed pending Order approving separate stipulation. | E3 |
| ADAM WEIS | 14418 | $33,463.92 | Agreed and allowed. | E1 |
| BECKENHAM TRADING CO INC | 8534 | $110,449.00 | Agreed and allowed. | E1 |
| CARGILL FINANCIAL SERVICES CORPORATION | 13090 | $23,358,164.23 | Agreed and allowed. | E1 |
| CARGILL GLOBAL FUNDING PLC | 13091 | $5,825,291.75 | Agreed and allowed. | E1 |
| cargill incorporated | 13088 | $21,377,793.66 | Agreed and allowed. | E1 |
| CARGILL MEAT SOLUTIONS CORPORATION | 13092 | $12,997.78 | Agreed and allowed. | E1 |
| CATOZZI, PAOLO | 14396 | $23,328.00 | Agreed and allowed. | NONE |
| CHASEMEX LTD | 5849 | $35,012.37 | Agreed and allowed. | NONE |
| CHEN WAN-PING | 4810 | $49,018.17 | Agreed and allowed. | B1 |
| CROW TRADING INC | 137 | $18,971.63 | Agreed and allowed. | NONE |
| FOREX CAPITAL MARKETS LLC | 9869 | $1,424,378.80 | Agreed and allowed. | E1 |
| FRIEDBERG MERCANTILE GROUP INC | 14228 | $346,139.21 | Agreed and allowed. | NONE |
| GLOBAL RICH INVESTMENTS LTD | 8901 | $99,593.78 | Agreed and allowed. | E1 |
| HAIN CAPITAL HOLDINGS LLC | 14322 | $476,198.04 | Agreed and allowed. | NONE |
| JOSE MARIA GREGORIO | 11019 | $18,070.19 | Agreed and allowed. | B1 |
| KAI-YU JIANG | 14393 | $15,111.29 | Agreed and allowed. | NONE |
| LASMONT HOLDINGS N.V. | 8725 | $17,758.46 | Agreed and allowed. | NONC |
| LOWE, JOHN M | 13064 | $118,783.18 | Agreed and allowed. | NONE |
| MAKOR ISSUES & RIGHTS LTD. | 9822 | $1,072,044.83 | Agreed and allowed. | E1 |
| MARK RUCH | 114 | $100,995.69 | Agreed and allowed. | NONE |
| MORGAN STANLEY SENIOR FUNDING INC | 3175 | $1,034,082.50 | Agreed and allowed. | E1 |
| PCMG TRADING PARTNERS V LP | 9315 | $97,500.00 | Agreed and allowed. | E1 |
| QUERCUS INVESTMENTS LTD | 9933 | $5,277,684.36 | Allowed pending Order approving separate stipulation. | E1 |
| RICCOBONI MR.E/LIMONTA MS.M | 14387 | $81,074.00 | Agreed and allowed. | NONE |
| TRIESTER/CORAL ROCK (TRIESTER INTERNATIONAL TRADING CORP) | 9821 | $73,191.17 | Agreed and allowed. | NONE |
| UNIBROTHERS LTD | 5926 | $24,206.42 | Agreed and allowed. | NONE |
| ZENTRUM LTD | 13012 | $69,357.95 | Agreed and allowed. | NONE |
| **SUBTOTAL:** | | **$61,601,392.66** | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| ABADI & CO SECURITIES | 9894 | $132,767.00 | Agreed and allowed. | |
| ABU DHABI INVESTMENT AUTHORITY | 7210 | $29,918,680.50 | Agreed and allowed. | |
| ACIES CAPITAL AG | 9881 | $177,877.01 | Agreed and allowed. | |
| ADAM WEIS | 11161 | $43,815.51 | Agreed and allowed. | |
| ADVANCE CURRENCY MARKETS SA | 4757 | $495,750.01 | Agreed and allowed. | |
| AFFCO INVESTMENTS 2001 LLC | 159 | $201,016.63 | Agreed and allowed. | |
| ALDARRA FUND SPC CLASS A EURO | 11105 | $399,713.47 | Agreed and allowed. | |
| ALFREDO MARTINS GONCALVES | 3481 | $90,258.64 | Agreed and allowed. | |
| ALLIED IRISH BANKS, P L C (F/K/A AIB CAPITLA MARKETS) | 9931 | $2,634,150.19 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| ALPEN AGENCY LIMITED | 8039 | $1,280,832.51 | Agreed and allowed. | |
| ALPEN FUND LTD | 8038 | $5,026,911.19 | Agreed and allowed. | |
| ALPHA INTERACTIVE INC | 275 | $115,848.25 | Agreed and allowed. | |
| Alternative Capital Management | 478 | $63,680.21 | Agreed and allowed. | |
| AMERICAN PEGASUS PERPETUAL INCOME NTD PLUS | 10876 | $148,677.52 | Agreed and allowed. | |
| AN INVESTMENTS 2001 LLC | 162 | $0.00 | Agreed and allowed. | |
| ANADOLUBANK A.S. | 12413 | $273,598.32 | Agreed and allowed. | |
| ANBAR INVESTMENTS LLC | 156 | $0.00 | Agreed and allowed. | |
| ANGELOS MICHALOPOULOS - MIROO | 231 | $1,608,486.00 | Agreed and allowed. | |
| ANSELAN S A | 555 | $172,920.00 | Agreed and allowed. | |
| ANTURIUM ADVISORS CORP | 9940 | $291,296.50 | Agreed and allowed. | |
| AQR ABSOLUTE RETURN MASTER ACCOUNT LP | 11907 | $19,383,500.00 | Agreed and allowed. | |
| AQR GLOBAL ASSET ALLOCATION MASTER ACCT LP | 11908 | $8,828,886.64 | Agreed and allowed. | |
| ARBORIA FUND LTD | 32 | $698,503.10 | Agreed and allowed. | |
| ARMAJARO COMMODITIES MASTER FUND LTD | 7575 | $2,946,579.13 | Agreed and allowed. | |
| ASTRAL II TRADING LTD | 656 | $1,027,150.83 | Agreed and allowed. | |
| AUDI SARADAR PRIVATE BANK SAL | 5058 | $653,263.37 | Agreed and allowed. | |
| AVRE SOGN ANDERSEN | 7648 | $188,930.53 | Agreed and allowed. | |
| BANCO DE INVESTIMENTO GLOBAL S A | 8 | $199,393.91 | Agreed and allowed. | |
| BANCO INDUSTRIAL DE VENEZUELA CA | 11250 | $11,128.20 | Agreed and allowed. | |
| BANCO INDUSTRIAL DE VENEZUELA CA | 11251 | $142,244.98 | Agreed and allowed. | |
| BANCO INDUSTRIAL DE VENEZUELA CA | 11252 | $4,601.89 | Agreed and allowed. | |
| BANK OF BEIRUT & THE ARAB COUNTRIES | 12033 | $1,743,831.00 | Agreed and allowed. | |
| BANK OF MONTREAL | 12370 | $2,334,427.61 | Agreed and allowed. | |
| BARRINGTON FINANCIAL CORP | 8034 | $119,344.00 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT (SEE NOTES) | 11463 | $13,865,562.44 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT (SEE NOTES) | 11464 | $1,040,818.55 | Agreed and allowed. | |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 11462 | $6,694,485.39 | Agreed and allowed. | |
| BENJAMIN MITCHELL | 522 | $251,271.77 | Agreed and allowed. | |
| BERNT SORLI | 7934 | $17,313.24 | Agreed and allowed. | |
| Bhana Anjali Himanshu | 12968 | $17,575.01 | Agreed and allowed. | |
| BJORN FINSTAD | 7927 | $34,056.00 | Agreed and allowed. | |
| BJORN HAUGOM | 7932 | $253,178.50 | Agreed and allowed. | |
| BJORN STEINAR GJERSTAD | 7928 | $31,533.65 | Agreed and allowed. | |
| Bo Lim | 8931 | $187,382.53 | Agreed and allowed. | |
| BOI BANK CORPORATION | 9983 | $10,650.00 | Agreed and allowed. | |
| BOLTON INVESTMENT GROUP LP | 11689 | $0.00 | Agreed and allowed. | |
| BOLTON INVESTMENT GROUP LP | 11702 | $70,010.00 | Agreed and allowed. | |
| CANDOLELE COMMERCIAL SA | 9937 | $243,623.46 | Agreed and allowed. | |
| CAPITANIA ASSET MANAGEMENT LTD | 6738 | $22,363.85 | Agreed and allowed. | |
| CAPITANIA ASSET MANAGEMENT LTD | 6739 | $16,000.38 | Agreed and allowed. | |
| CARLOS FRADIQUE | 11400 | $817,275.17 | Agreed and allowed. | |
| CARTERA DE INVERSIONES VENEZOLANAS, C.A. | 9978 | $12,591.00 | Agreed and allowed. | |
| CATAMOUNT DIVERSIFIED MANAGERS FUND II LTD | 9535 | $997,188.68 | Agreed and allowed. | |
| CENTRAL SHOJI CO., LTD | 11165 | $3,750,086.01 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of Third Interim Distribution – May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| CHADWICK FOUNDATION | 9946 | $118,545.67 | Agreed and allowed. | |
| Chen Wei Xia | 5888 | $5,062.97 | Agreed and allowed. | |
| CHEN, WEN-TE | 3185 | $39,078.69 | Agreed and allowed. | |
| CHIANG YANG-YING | 8876 | $30,588.44 | Agreed and allowed. | |
| CHIANG, SU-CHEN | 5697 | $15,604.05 | Agreed and allowed. | |
| CITY INDEX LTD | 44 | $751,767.83 | Agreed and allowed. | |
| CLAU CORPORATION OVERSEAS LTD | 12119 | $28,338.00 | Agreed and allowed. | |
| CMC INVESTMENTS 2002 LLC | 178 | $0.00 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC | 5544 | $7,842,900.65 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC | 5545 | $7,968,275.23 | Agreed and allowed. | |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF LCT TRADING LIMITED | 11468 | $97,295.58 | Agreed and allowed. | |
| CORPOREX INVESTMENT LLC | 10077 | $331,223.00 | Agreed and allowed. | |
| COWAN INVESTMENTS LLC | 151 | $0.00 | Agreed and allowed. | |
| CROSS CURRENCY NORGE | 7919 | $26,720.07 | Agreed and allowed. | |
| CSH INVESTMENTS LLC | 173 | $0.00 | Agreed and allowed. | |
| CTS SERIES V LLC | 539 | $12,436.32 | Agreed and allowed. | |
| CUMULUS CURRENCY FUND LIMITED | 434 | $134,253.91 | Agreed and allowed. | |
| DAEWOO AMERICA DEVELOPMENT INC. | 11827 | $372,783.39 | Agreed and allowed. | |
| DAG SEIM | 9781 | $118,692.66 | Agreed and allowed. | |
| DAI WEI | 3939 | $12,175.91 | Agreed and allowed. | |
| DAIICHI COMMODITIES CO LTD | 9793 | $2,709,386.74 | Agreed and allowed. | |
| DANIEL F LAZARIS | 12987 | $378,282.41 | Agreed and allowed. | |
| DANTE CANONICA | 9878 | $141,142.24 | Agreed and allowed. | |
| DANTE CANONICA | 9925 | $32,939.62 | Agreed and allowed. | |
| DANTE MONTALBETTI | 9926 | $40,694.68 | Agreed and allowed. | |
| DE SHAW LAMINAR PORTFOLIOS LLC | 7224 | $3,949,848.10 | Agreed and allowed. | |
| DEBICK PARTNERS LLC | 11897 | $100,510.21 | Agreed and allowed. | |
| DELTA ASIA CREDIT LTD | 142 | $493,465.43 | Agreed and allowed. | |
| DENIZBANK A S | 11194 | $332,743.00 | Agreed and allowed. | |
| DFDD FUND OF FUNDS-RUBICON | 8815 | $126,575.04 | Agreed and allowed. | |
| DIEGO G DYSZEL | 6283 | $33,061.00 | Agreed and allowed. | |
| DJR INVESTMENTS LLC | 168 | $13,301.12 | Agreed and allowed. | |
| DK ACQUISITION PARTNERS LP | 11436 | $1,374,811.78 | Agreed and allowed. | |
| Dmitri Efimov | 6700 | $71,397.57 | Agreed and allowed. | |
| DOMINIQUE MOTTAS | 5943 | $296,772.55 | Agreed and allowed. | |
| donald komonytsky | 13136 | $24,250.97 | Agreed and allowed. | |
| DR HANS ALBRECHT | 1776 | $300,380.26 | Agreed and allowed. | |
| Du Hong Jun | 3111 | $49.47 | Agreed and allowed. | |
| DWT INVESTMENTS LLC | 170 | $0.00 | Agreed and allowed. | |
| DYNATECH INTERNATIONAL CO LTD | 4830 | $0.00 | Agreed and allowed. | |
| EDUARD SARKISYAN | 193 | $205,445.74 | Agreed and allowed. | |
| EGC INVESTMENTS 2001 LLC | 176 | $10,596.88 | Agreed and allowed. | |
| EJW TRADING LLC | 189 | $61,848.95 | Agreed and allowed. | |
| ELENI LIESTAM | 507 | $258,851.30 | Agreed and allowed. | |
| ESPIRITO SANTO FUNDOS DE PENSOES, S A (ESAF) | 7947 | $1,447,915.76 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| ESTH MANAGEMENT INT'L LTD | 674 | $54,029.00 | Agreed and allowed. | |
| EUROPEAN SICAV ALLIANCE-INSULATE | 10468 | $12,996,905.79 | Agreed and allowed. | |
| FABRICA TEXTIL RIOPELE, SA. | 11107 | $204,382.50 | Agreed and allowed. | |
| FELBURY FINANCE LIMITED | 12089 | $262,233.00 | Agreed and allowed. | |
| FERNANDO COBACHO | 4544 | $75,267.49 | Agreed and allowed. | |
| FERREIRA JOINT ACCOUNT | 21 | $449,476.66 | Agreed and allowed. | |
| FINANZIARIA SAMMARINESE SA | 9690 | $205,317.13 | Agreed and allowed. | |
| FINNAVAL MARITIME LIMITED | 9125 | $4,224,254.14 | Agreed and allowed. | |
| FIREDBERG MERCANTILE GROUP | 11118 | $346,139.21 | Agreed and allowed. | |
| FLOWERS FOODS INC | 681 | $1,833,418.06 | Agreed and allowed. | |
| FONDATION AMENA | 9942 | $96,087.97 | Agreed and allowed. | |
| FOREX TRADING SA | 8592 | $482,849.37 | Agreed and allowed. | |
| GAO NING | 245 | $18,277.06 | Agreed and allowed. | |
| GAO QUAN | 4859 | $1,028.45 | Agreed and allowed. | |
| GARDEN RING FUND LIMITED | 11611 | $5,974,099.58 | Agreed and allowed. | |
| GEIR LOVIK | 7933 | $31,520.23 | Agreed and allowed. | |
| GFI Securities Limited | 6002 | $313,880.73 | Agreed and allowed. | |
| GLOBAL DERIVATIVE TRADING GMBH | 10434 | $1,081,677.90 | Agreed and allowed. | |
| GLOBAL MANAGEMENT WORLDWIDE LIMITED | 11608 | $5,488,296.00 | Agreed and allowed. | |
| GLOBALY CORPORATION | 10126 | $120,105.00 | Agreed and allowed. | |
| GN INVESTMENTS 2001 LLC | 163 | $0.00 | Agreed and allowed. | |
| GOLD BLOSSOM EXPLORATION LLC | 839 | $51,001.64 | Agreed and allowed. | |
| GRAND TRADING LIMITED | 7573 | $3,543,331.87 | Agreed and allowed. | |
| Habibullaah Mohamed Sulthan | 3276 | $49.98 | Agreed and allowed. | |
| HAIN CAPITAL HOLDING LLC | 119 | $2,034,770.24 | Agreed and allowed. | |
| HAIN CAPITAL HOLDINGS LLC | 95 | $358,701.00 | Agreed and allowed. | |
| HAIN CAPITAL HOLDINGS LLC | 122 | $75,671.59 | Agreed and allowed. | |
| HAN MIN FANG | 4701 | $16,060.16 | Agreed and allowed. | |
| HANNE FALLETH | 7931 | $85,427.57 | Agreed and allowed. | |
| Hao Zhen Dong | 11010 | $1,505.30 | Agreed and allowed. | |
| HEIDLER, STEFAN | 4059 | $110,173.18 | Agreed and allowed. | |
| HEPTAGON FINANCIAL PLANNERS LTD | 11425 | $22,920.67 | Agreed and allowed. | |
| HERBERT BLACK | 5664 | $33,311.63 | Agreed and allowed. | |
| HO KWUNG HONG & HO KUANG HUA | 3760 | $48,033.82 | Agreed and allowed. | |
| HONG YING INVESTMENT CO LTD | 3669 | $40,965.03 | Agreed and allowed. | |
| Hoxsin Bussan Co., Ltd. | 6221 | $863,709.24 | Agreed and allowed. | |
| Hsu Chao Tang | 2762 | $47,315.91 | Agreed and allowed. | |
| HSU MI-YING | 4809 | $56,772.33 | Agreed and allowed. | |
| HUANG ZHEN | 5562 | $5,614.40 | Agreed and allowed. | |
| ICP FINANCE LTD (AN ISRAELI COMPANY) | 13120 | $91,328.46 | Agreed and allowed. | |
| IDS MANAGED FUND LLC | 9352 | $3,267,928.79 | Agreed and allowed. | |
| IDS MANAGED FUTURES II LP | 9351 | $1,550,582.38 | Agreed and allowed. | |
| IDS MANAGED FUTURES LP | 9350 | $8,326,047.12 | Agreed and allowed. | |
| INGEBORH KATHRINE SKOLT | 7925 | $20,244.30 | Agreed and allowed. | |
| INTERKAPITAL VRIJEDNOSNI PAPIRI | 51 | $20,946.38 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**B1**
**Allowed RCM FX/Unsecured Claims**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|------|-----|-----|-----|-----|
| JAN ANDERSEN | 7930 | $267,541.97 | Agreed and allowed. | |
| JAN PETTER GUDSESSEN | 7938 | $21,882.05 | Agreed and allowed. | |
| JAN TORJUSSEN | 7929 | $19,917.90 | Agreed and allowed. | |
| JBEJW INVESTMENTS LLC | 188 | $97,431.25 | Agreed and allowed. | |
| JEAN-FRANCOIS MARCEPOIL | 12493 | $34,109.20 | Agreed and allowed. | |
| JEFFERIES & COMPANY INC        (SEE NOTES) | 11455 | $1,600,034.91 | Agreed and allowed. | |
| JEFFERIES EMPLOYEES OPPORTUNITY FUND LLC | 11454 | $234,151.00 | Agreed and allowed. | |
| JEFFERIES PARTNERS OPPORTUNITY FUND II  LLC | 11453 | $858,553.00 | Agreed and allowed. | |
| JEFFERIES PARTNERS OPPORTUNITY FUND LLC | 11452 | $1,209,780.00 | Agreed and allowed. | |
| JHCBB INVESTMENTS LLC | 186 | $84,956.98 | Agreed and allowed. | |
| JI HONG EN | 232 | $16,224.61 | Agreed and allowed. | |
| JI ZHENG | 3892 | $10,280.92 | Agreed and allowed. | |
| JIAO ZHI YING | 2259 | $0.00 | Agreed and allowed. | |
| JIN CHEN | 4284 | $62,016.42 | Agreed and allowed. | |
| JLS INVESTMENTS 2001 LLC | 153 | $0.00 | Agreed and allowed. | |
| JOSE MANUEL MESQUITA CALDEIRA | 210 | $62,711.50 | Agreed and allowed. | |
| JRF INVESTMENTS 2001 LLC | 158 | $0.00 | Agreed and allowed. | |
| JUAN PABLO GONZALEZ - LUZ MARIA GONZALEZ | 8954 | $44,924.75 | Agreed and allowed. | |
| JÜRGEN EPPLE | 3452 | $23,988.38 | Agreed and allowed. | |
| JUST BIRGER NAESS | 7943 | $153,122.49 | Agreed and allowed. | |
| JUST ERIK NAESS | 7588 | $545,249.62 | Agreed and allowed. | |
| JWH GLOBAL TRUST | 9349 | $56,544,205.40 | Agreed and allowed. | |
| KAI BJORLING | 7924 | $59,955.98 | Agreed and allowed. | |
| KALKHOVEN/PETTIT #2 TRADING PARTNERS LP | 11714 | $0.00 | Agreed and allowed. | |
| KEYWAY INVESTMENTS LTD | 12176 | $68,668.34 | Agreed and allowed. | |
| KINGSTON FUTURES PTY | 8892 | $998,922.63 | Agreed and allowed. | |
| KOON KREEK TRADING LLC | 1662 | $501,976.38 | Agreed and allowed. | |
| KPC CORPORATION | 5887 | $25,309.79 | Agreed and allowed. | |
| KRISTIAN FJELD | 7936 | $195,442.88 | Agreed and allowed. | |
| KRISTIAN STORSTEN | 7937 | $16,191.32 | Agreed and allowed. | |
| KWUNG-HONG HO | 270 | $0.00 | Agreed and allowed. | |
| LA OCCIDENTAL, CASA DE VALORES, C.A. | 9977 | $2,399.00 | Agreed and allowed. | |
| LARRY BAUMAN | 11091 | $43,815.51 | Agreed and allowed. | |
| LATINA SEGUROS Y REASEGUROS SA | 11424 | $22,440.50 | Agreed and allowed. | |
| LAURELGROVE LTD | 11119 | $11,441.15 | Agreed and allowed. | |
| LE ROSE INCORPORATED | 9974 | $80,190.83 | Agreed and allowed. | |
| LEE CHOU TSUNG | 8857 | $120,872.96 | Agreed and allowed. | |
| LEE. YING, HSUAN | 5692 | $16,960.19 | Agreed and allowed. | |
| LEUTHOLD FUNDS INC | 10891 | $67,855,495.84 | Agreed and allowed. | |
| LEUTHOLD INDUSTRIAL METALS FUND LP | 10892 | $37,889,825.89 | Agreed and allowed. | |
| LI JING YUN | 432 | $18,484.90 | Agreed and allowed. | |
| LI JUNDONG | 5252 | $0.00 | Agreed and allowed. | |
| Li Ke Xiu | 8738 | $0.00 | Agreed and allowed. | |
| LI YU HUI | 1741 | $14,409.46 | Agreed and allowed. | |
| LI ZHEN | 4562 | $0.00 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**B1**
**Allowed RCM FX/Unsecured Claims**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|------|---|---|---|---|
| LIN CHUN | 12930 | $51,109.79 | Agreed and allowed. | |
| LIN DE XIN | 4579 | $1,976.71 | Agreed and allowed. | |
| LIN FENG | 943 | $18,612.31 | Agreed and allowed. | |
| LIU ZHI JUN | 331 | $0.00 | Agreed and allowed. | |
| LLOYDS TSB BANK PLC | 134 | $161,979.99 | Agreed and allowed. | |
| LUSKIN STERN & EISLER LLP | 10123 | $199,474.65 | Agreed and allowed. | |
| LYXOR ESTLANDER & RONNLUND LTD | 11636 | $5,029,268.72 | Agreed and allowed. | |
| LYXOR/BEACH DISCRETIONARY FUND LTD | 12303 | $7,696,965.14 | Agreed and allowed. | |
| M BECKMAN LTD | 297 | $29,267.79 | Agreed and allowed. | |
| MAGNUS BRYNILDSEN | 7935 | $17,317.73 | Agreed and allowed. | |
| MANGIN JEROME | 12558 | $229,646.01 | Agreed and allowed. | |
| MARQUETTE PARTNERS LP | 4456 | $345,078.54 | Agreed and allowed. | |
| MATACH 24 LTD | 8321 | $100,013.59 | Agreed and allowed. | |
| MAURICE PAPILLLOUD | 9932 | $679,665.77 | Agreed and allowed. | |
| MFI GENEVE SA | 12559 | $19,435.92 | Agreed and allowed. | |
| MIURA FINANCIAL SERVICES | 10080 | $0.00 | Agreed and allowed. | |
| MIZAEL VARANDAS/JAYANT KANTELAL | 19 | $54,267.01 | Agreed and allowed. | |
| MUHIEDDINE OSMANN CHAIRMAN | 9944 | $1,490,731.38 | Agreed and allowed. | |
| MULTI MANAGER FUTURES LIMITED | 12986 | $1,082,602.10 | Agreed and allowed. | |
| NAMOS CAPITAL INTERNATIONAL LIMITED | 11705 | $1,126,578.00 | Agreed and allowed. | |
| NAOMI TERAO | 1856 | $63,593.25 | Agreed and allowed. | |
| NDC INVESTMENTS LLC | 160 | $11,908.90 | Agreed and allowed. | |
| NEO LEE PING | 2156 | $5,804.30 | Agreed and allowed. | |
| NORTHSTAR FUND LLC | 10845 | $0.00 | Agreed and allowed. | |
| NURIEL MORAG | 369 | $40,526.91 | Agreed and allowed. | |
| NUSRET A HAKER ESQ | 10124 | $124,187.05 | Agreed and allowed. | |
| ODYSSEA FUND BV | 9947 | $315,501.13 | Agreed and allowed. | |
| OKACHI & CO LTD | 110 | $227,795.38 | Agreed and allowed. | |
| OKACHI & CO LTD | 111 | $302,161.63 | Agreed and allowed. | |
| OLEG ILCHENKO | 3249 | $13,229.15 | Agreed and allowed. | |
| OLINDO REIS DE OLICEIRA & CONCALO JOSE ZAMBRANO DE OLIVEIRA | 11108 | $173,245.19 | Agreed and allowed. | |
| PAN TIAN JUAN | 4302 | $10,144.30 | Agreed and allowed. | |
| PARADIGM EQUITIES, LTD. | 13927 | $1,035,445.00 | Agreed and allowed. | |
| PARADIGM GLOBAL FUND I, LTD. | 13925 | $722,913.00 | Agreed and allowed. | |
| PARADIGM PUBLIC FUND, LTD. | 13926 | $88,000.00 | Agreed and allowed. | |
| Parson Inc | 3479 | $50,262.00 | Agreed and allowed. | |
| PCMG TRADING PARTNERS XII L P | 12330 | $0.00 | Agreed and allowed. | |
| PCMG TRADING PARTNERS XXIII LP | 11280 | $0.00 | Agreed and allowed. | |
| PER ERIK STROMSO | 7946 | $342,312.09 | Agreed and allowed. | |
| PETER EGIL AARSETH | 7296 | $33,828.33 | Agreed and allowed. | |
| Point Nine Financial Technologies | 13528 | $28,060.00 | Agreed and allowed. | |
| PROVENTURE LTD | 5477 | $102,407.15 | Agreed and allowed. | |
| QU KAI | 874 | $19,838.97 | Agreed and allowed. | |
| QUICKPOOL LP | 253 | $965,619.14 | Agreed and allowed. | |
| RAMASWAMY LAYOUT | 12908 | $27,583.56 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**B1**
**Allowed RCM FX/Unsecured Claims**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| RAYMOND | 3121 | $25,990.00 | Agreed and allowed. | |
| REFCO ADVANTAGE MULTI-MANAGER FUND (SEE NOTES) | 9344 | $41,678,077.43 | Agreed and allowed. | |
| REFCO DIVERSIFIED FUTURES (SEE NOTES) | 9454 | $27,222,787.85 | Agreed and allowed. | |
| REINHARD BELTZ | 5282 | $106,777.88 | Agreed and allowed. | |
| RIETUMU BANKA | 11383 | $118,786.36 | Agreed and allowed. | |
| ROALD GUNDERSEN | 7921 | $18,481.12 | Agreed and allowed. | |
| ROCKLAND FINANCE LTD | 5156 | $71,828.19 | Agreed and allowed. | |
| ROGERS INTERNATIONAL RAW MATERIALS | 9426 | $459,265.00 | Agreed and allowed. | |
| ROGERS RAW MATERIALS FUND LP | 9425 | $9,691,739.00 | Agreed and allowed. | |
| ROY GRONLI | 7944 | $152,934.54 | Agreed and allowed. | |
| RPM RISK & PORTFOLIO MANAGEMENT AB | 9568 | $33,677.21 | Agreed and allowed. | |
| RT INVESTMENTS 2001 LLC | 161 | $0.00 | Agreed and allowed. | |
| RUAN JING JING | 6257 | $19,310.60 | Agreed and allowed. | |
| RUI LI | 5124 | $26,835.51 | Agreed and allowed. | |
| SABRE FUND MANAGEMENT LTD. | 14329 | $63,326.29 | Agreed and allowed. | |
| SAGE FUND LP | 13010 | $1,184,068.04 | Agreed and allowed. | |
| SAM JUUL | 7941 | $153,145.80 | Agreed and allowed. | |
| SAMSTOCK/SZRT LLC | 1702 | $18,115.65 | Agreed and allowed. | |
| SHADOW FINANCIAL SERVICES CORP | 36 | $118,700.00 | Agreed and allowed. | |
| SHU YANG | 552 | $66,922.80 | Agreed and allowed. | |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | 905 | $109,805.00 | Agreed and allowed. | |
| SLAYDEN PARTNERS LLC | 11703 | $0.00 | Agreed and allowed. | |
| SLAYDEN TRADING COMPANY LLC | 11664 | $0.00 | Agreed and allowed. | |
| SLOANE SECURITIES LTD | 9865 | $241,385.59 | Agreed and allowed. | |
| SN INVESTMENTS 2001 LLC | 164 | $0.00 | Agreed and allowed. | |
| SOCIETE BANCAIRE PRIVEE SA | 9941 | $66,393.12 | Agreed and allowed. | |
| SORLI FINANS | 7939 | $66,158.09 | Agreed and allowed. | |
| SORLI FINANS | 7940 | $462,281.67 | Agreed and allowed. | |
| SPCP Group, LLC as Assignee of Gary Steckel | 9856 | $17,331.46 | Agreed and allowed. | |
| SPCP Group, LLC as Assignee of Raso, Guido I | 9858 | $329,640.57 | Agreed and allowed. | |
| SPEED ONE LIMITED | 9939 | $125,868.88 | Agreed and allowed. | |
| SQUIRREL FUNDS LTD-FOREX TRADING | 9680 | $300,400.69 | Agreed and allowed. | |
| STANDARD CHARTERED BANK | 10413 | $129,291.70 | Agreed and allowed. | |
| STARMAKER ASSETS LTD A BVI CORPORATION | 10 | $1,314,803.41 | Agreed and allowed. | |
| STEINAR HANSEN | 7926 | $27,815.24 | Agreed and allowed. | |
| STIER PEDRO & MALENA | 14295 | $200,326.00 | Agreed and allowed. | |
| STRATEGIC INVESTMENT TRIBES FUND LIMITED | 6868 | $1,494,623.29 | Agreed and allowed. | |
| STRATFORD TRADING LLC | 11967 | $1,158,727.80 | Agreed and allowed. | |
| SUI QING | 391 | $10,276.91 | Agreed and allowed. | |
| SUZUKI BANEI | 3702 | $101,938.12 | Agreed and allowed. | |
| SVERRE RUTH | 7942 | $153,145.80 | Agreed and allowed. | |
| Sweeny Holdings | 12767 | $49,352.00 | Agreed and allowed. | |
| SWIX CURRENCY FUND LIMITED | 9938 | $2,473,118.45 | Agreed and allowed. | |
| TANG MING | 418 | $12,323.00 | Agreed and allowed. | |
| TAU 28 FUND LTD | 9420 | $4,238,735.00 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B1
Allowed RCM FX/Unsecured Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| TAURUS GLOBAL INVESTMENTS LTD | 4699 | $10,166.00 | Agreed and allowed. | |
| TE Grinham Portfolio, Ltd. | 11905 | $24,584,718.28 | Agreed and allowed. | |
| TE Jenkins Portfolio, Ltd. | 11904 | $124,052.52 | Agreed and allowed. | |
| TELESIS IIW LLC | 13916 | $59,944.65 | Agreed and allowed. | |
| THE ALPSTAR FUND LTD | 10477 | $61,166.34 | Agreed and allowed. | |
| THE CAPITAL RETURNS INTERNATIONAL FUND LIMITED | 11437 | $17,542.57 | Agreed and allowed. | |
| THE EVEREST FUND | 653 | $5,546,244.71 | Agreed and allowed. | |
| THE EVEREST FUND | 654 | $1,936,086.95 | Agreed and allowed. | |
| THE KOSEI SECURITIES CO LTD | 12497 | $46,359.73 | Agreed and allowed. | |
| THE MERRIWELL FUND LP | 13917 | $75,038.00 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11407 | $0.00 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 11411 | $98,971.00 | Agreed and allowed. | |
| THELEN REID & PRIEST LLP | 14105 | $281,268.98 | Agreed and allowed. | |
| Thomas H. Yorke | 9918 | $327,177.13 | Agreed and allowed. | |
| TORKEL ERNO | 7945 | $40,949.96 | Agreed and allowed. | |
| TREX CO LTD | 6180 | $347,901.53 | Agreed and allowed. | |
| TRIFO INCORPORATED | 79 | $673,626.42 | Agreed and allowed. | |
| UNION BANK FOR SAVING & INVESTMENT | 523 | $2,063,000.00 | Agreed and allowed. | |
| UNION HOLDING COMPANY INC | 14123 | $251,592.96 | Agreed and allowed. | |
| Vera Kraker | 11353 | $527,177.13 | Agreed and allowed. | |
| VERON ENTERPRISES LTD | 5610 | $912,037.08 | Agreed and allowed. | |
| VIDAR NORDAHL | 7923 | $11,136.18 | Agreed and allowed. | |
| WANG CHUAN RONG | 941 | $18,271.82 | Agreed and allowed. | |
| WANG CHUAN RONG | 942 | $43,498.65 | Agreed and allowed. | |
| WANG JIAN | 419 | $17,834.35 | Agreed and allowed. | |
| WANG LI PING | 4771 | $126,023.30 | Agreed and allowed. | |
| WANG QI ZONG | 261 | $15,140.05 | Agreed and allowed. | |
| WANG QI ZONG | 5209 | $0.00 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES FUND I-B LLC | 11444 | $129,682.56 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES FUND I-C LLC | 11446 | $191,208.10 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES I-B LLC | 11445 | $134,113.89 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES I-C LLC | 11447 | $4,568,101.19 | Agreed and allowed. | |
| WAYLAND DISTRESSED OPPORTUNITIES I-C LLC | 11449 | $1,718,014.68 | Agreed and allowed. | |
| WAYLAND RECOVERY FUND LLC | 11451 | $652,990.76 | Agreed and allowed. | |
| WAYZATA RECOVERY FUND LLC | 11448 | $335,861.10 | Agreed and allowed. | |
| WEI RAN LI | 313 | $11,246.47 | Agreed and allowed. | |
| WEI RAN LI | 314 | $9,125.06 | Agreed and allowed. | |
| WELLDAY INVESTMENTS SA | 9880 | $196,984.46 | Agreed and allowed. | |
| WHITESIDE INVESTMENTS LLC | 187 | $109,450.96 | Agreed and allowed. | |
| WINDSOR BROKERS LTD | 3675 | $304,740.62 | Agreed and allowed. | |
| WINTERBOTHAM TRUST CO LTD | 10431 | $550,735.00 | Agreed and allowed. | |
| WU HONG YING | 932 | $13,812.84 | Agreed and allowed. | |
| WU PEIMING | 1476 | $49.73 | Agreed and allowed. | |
| WWW FUNDS LTD | 229 | $72,367.46 | Agreed and allowed. | |
| XIAO GUOPING | 527 | $0.00 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

**B1**
Allowed RCM FX/Unsecured Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, if Modified |
|---|---|---|---|---|
| XIE GONG FU | 4615 | $2,805.56 | Agreed and allowed. | |
| XING JIAN CAI | 2026 | $17,094.58 | Agreed and allowed. | |
| XING JIAN CAI | 4425 | $12,052.49 | Agreed and allowed. | |
| XU BIN | 3916 | $20,990.56 | Agreed and allowed. | |
| XU JIANG | 3651 | $19,998.75 | Agreed and allowed. | |
| XU XIAO LAN | 4323 | $48.79 | Agreed and allowed. | |
| YAMAZEN SHOJI CO LTD | 8540 | $788,987.14 | Agreed and allowed. | |
| YIN YONG | 611 | $47,686.96 | Agreed and allowed. | |
| YING ZHAO | 3442 | $0.00 | Agreed and allowed. | |
| YIT CORPORATION | 4924 | $31,089.54 | Agreed and allowed. | |
| YU BING HUI | 5280 | $20,079.83 | Agreed and allowed. | |
| YU HUA WU | 677 | $78.33 | Agreed and allowed. | |
| Yu Xiao | 274 | $14,380.25 | Agreed and allowed. | |
| Yu Xiao Jing | 4772 | $0.00 | Agreed and allowed. | |
| YUTAKA SHOJI CO LTD | 11164 | $5,735,664.83 | Agreed and allowed. | |
| ZHANG JIA XIN | 693 | $15,127.92 | Agreed and allowed. | |
| ZHANG JINFENG | 5297 | $12,258.04 | Agreed and allowed. | |
| ZHANG SHEN SHEN | 4567 | $4,336.78 | Agreed and allowed. | |
| ZHANG XIU JUAN | 2158 | $12,753.08 | Agreed and allowed. | |
| ZHANG ZHONG ZHI | 3921 | $10,111.28 | Agreed and allowed. | |
| ZHENG XIU | 1657 | $10,243.51 | Agreed and allowed. | |
| ZHENG YUE YUN | 4586 | $95.11 | Agreed and allowed. | |
| ZHOU DONG CHENG | 668 | $19,848.04 | Agreed and allowed. | |
| ZHOU YING QUAN | 709 | $71,716.96 | Agreed and allowed. | |
| ZHU BI JUN | 660 | $1,144.90 | Agreed and allowed. | |
| ZHU MIAO YING | 1775 | $11,758.65 | Agreed and allowed. | |
| ZHU MIAO YING | 3351 | $0.00 | Agreed and allowed. | |
| **SUBTOTAL:** | | $536,215,220.42 | | |
| **GRAND TOTAL:** | | $597,816,613.08 | | |

[1] $10,000 of allowed amount treated with priority status.

Page 9 of 9

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**B2**
**Allowed RCM FX/Unsecured Claims with Respect to Convenience Class**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION** | | | | |
| CHARRY EFFENDY | 4698 | $752.94 | Agreed and allowed. | NONE |
| CHEN HONG HUA | 5820 | $1,180.85 | Agreed and allowed. | NONE |
| FIMAT USA LLC | 14453 | $10,000.00 | Agreed and allowed. | NONE |
| HOU JUN | 4624 | $803.54 | Agreed and allowed. | NONE |
| LIU YUE BIAO | 5298 | $933.50 | Agreed and allowed. | NONE |
| NICHOLAS TAN SI HAN | 279 | $450.00 | Agreed and allowed. | NONE |
| SURESH HIREMATH | 14223 | $5,426.00 | Agreed and allowed. | NONE |
| TAO XIA | 904 | $755.33 | Agreed and allowed. | D3 |
| VONA LIMITED | 8724 | $10,000.00 | Agreed and allowed. | NONE |
| XU CHUN FANG | 5301 | $2,227.10 | Agreed and allowed. | NONE |
| XU LEI | 12569 | $1,831.96 | Agreed and allowed. | NONE |
| YANG HONG BO | 4400 | $497.66 | Agreed and allowed. | NONE |
| ZHANG JING QIU | 14225 | $689.00 | Agreed and allowed. | NONE |
| ZHAO GUANG YU | 3903 | $432.93 | Agreed and allowed. | E1 |
| ZHU WEI | 318 | $1,100.54 | Agreed and allowed. | NONE |
| **SUBTOTAL:** | | **$37,081.35** | | |
| | | | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| ACAJOUX INVESTMENTS LLC | 149 | $2,610.72 | Agreed and allowed. | |
| ACAJOUX TRADING LLC | 150 | $2,611.28 | Agreed and allowed. | |
| ACIOUX EQUITIES LLC | 148 | $2,620.26 | Agreed and allowed. | |
| ADRIAN NG KHENG KIAT | 7339 | $1,242.30 | Agreed and allowed. | |
| AN HONG LIANG | 375 | $543.30 | Agreed and allowed. | |
| ANG CHEE CHUNG | 6437 | $647.43 | Agreed and allowed. | |
| ASBJORN RINGSTAD | 11005 | $2,080.00 | Agreed and allowed. | |
| ASHISH J KASHYAP | 6832 | $2,140.00 | Agreed and allowed. | |
| ATTN: LI LI | 337 | $99.16 | Agreed and allowed. | |
| BAI HAO RAN | 6235 | $768.19 | Agreed and allowed. | |
| BANQUE DE COMMERCE ET DE PLACEMENTS SA | 5104 | $10,000.00 | Agreed and allowed. | |
| BAO ZHENG FENG | 4612 | $1,430.00 | Agreed and allowed. | |
| BARTELS, JOHN & DIERDRE/LU | 227 | $245.78 | Agreed and allowed. | |
| BEN QI | 2356 | $749.98 | Agreed and allowed. | |
| BIAN HUI JUAN | 6938 | $2,712.39 | Agreed and allowed. | |
| BIAN ZHI PING | 1647 | $2,578.70 | Agreed and allowed. | |
| BIOTRIAL INTERNATIONAL | 224 | $167.97 | Agreed and allowed. | |
| BO AN | 1932 | $171.75 | Agreed and allowed. | |
| Bo Lim/Coral Rock | 11080 | $313.23 | Agreed and allowed. | |
| BOLSA Y BANCA S.A. | 12580 | $5,787.51 | Agreed and allowed. | |
| CAI HONG SHENG | 931 | $7,204.88 | Agreed and allowed. | |
| CAI MING YA | 2144 | $70.00 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD,
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| CAI NAI XIN | 687 | $526.01 | Agreed and allowed. | |
| CAI YONG GANG | 3856 | $98.56 | Agreed and allowed. | |
| CAI YU QUAN | 1053 | $1,092.75 | Agreed and allowed. | |
| CAI YUE HUA | 1373 | $5,023.10 | Agreed and allowed. | |
| CAIBING | 415 | $78.81 | Agreed and allowed. | |
| CAMBIO AMERICA SACT | 358 | $7,516.00 | Agreed and allowed. | |
| CAO HENG TAO | 6241 | $4,035.41 | Agreed and allowed. | |
| CAO HONG YU | 3873 | $1,856.65 | Agreed and allowed. | |
| CAO XING FU | 319 | $535.24 | Agreed and allowed. | |
| CAO YAN QIU | 573 | $589.77 | Agreed and allowed. | |
| CAO YE | 3941 | $7,394.09 | Agreed and allowed. | |
| CAO YE | 3942 | $2,040.00 | Agreed and allowed. | |
| CAO YIN HUA | 2647 | $1,267.91 | Agreed and allowed. | |
| CAO ZHEN ZHI | 1412 | $1,081.22 | Agreed and allowed. | |
| CARTERA DE INVERSIONES PETROLERAS I, C.A. | 9976 | $8,299.00 | Agreed and allowed. | |
| CARTERA DE INVERSIONES PETROLERAS II, C.A. | 9975 | $1,093.00 | Agreed and allowed. | |
| CCP TRADING LLC | 152 | $1,514.61 | Agreed and allowed. | |
| CEN LING | 4852 | $98.27 | Agreed and allowed. | |
| CENTRAL COOPERATIVE BANK PLC | 203 | $10,000.00 | Agreed and allowed. | |
| CENTURY ENGINEERING CORP | 7413 | $2,735.60 | Agreed and allowed. | |
| CHANG CHEN CHEN | 455 | $4,131.12 | Agreed and allowed. | |
| CHANG JOE LAN | 508 | $998.30 | Agreed and allowed. | |
| CHANG KUO LIANG | 8863 | $5,042.73 | Agreed and allowed. | |
| CHANG LIREN | 5255 | $99.00 | Agreed and allowed. | |
| CHANG MIN YU | 8887 | $1,360.09 | Agreed and allowed. | |
| CHANG MO LEE    (SEE NOTES) | 11828 | $5,720.25 | Agreed and allowed. | |
| CHANG SHIOU SHIN | 8865 | $194.11 | Agreed and allowed. | |
| CHANG YI RONG | 2090 | $2,000.00 | Agreed and allowed. | |
| CHANG YI YIN | 247 | $9,215.60 | Agreed and allowed. | |
| CHEANG KUM SOON | 5147 | $4,779.22 | Agreed and allowed. | |
| CHEN AI PING | 3917 | $101.77 | Agreed and allowed. | |
| CHEN CHAO YANG | 8889 | $697.90 | Agreed and allowed. | |
| CHEN CHING CHUAN | 8878 | $4,293.77 | Agreed and allowed. | |
| CHEN CHING LUNG - CHEN CHIN HUEI | 8853 | $3,688.36 | Agreed and allowed. | |
| CHEN CHUNG WU | 8879 | $9,523.12 | Agreed and allowed. | |
| CHEN DE LIAN | 3884 | $1,240.36 | Agreed and allowed. | |
| CHEN DE QING | 6020 | $49.74 | Agreed and allowed. | |
| CHEN GAOPENG | 1472 | $49.07 | Agreed and allowed. | |
| CHEN GUANG SHUN | 431 | $778.18 | Agreed and allowed. | |
| CHEN GUO YIN | 4095 | $438.06 | Agreed and allowed. | |
| CHEN HUA | 2487 | $1,577.20 | Agreed and allowed. | |
| CHEN HUI FEN | 3861 | $3,152.66 | Agreed and allowed. | |
| CHEN JIAN GE | 6036 | $3,370.92 | Agreed and allowed. | |
| CHEN JIAN GUANG | 4569 | $2,998.51 | Agreed and allowed. | |
| CHEN JING | 4880 | $80.66 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| CHEN JIUNN JIIN | 8881 | $199.26 | Agreed and allowed. | |
| CHEN LI MIN | 5210 | $2,857.89 | Agreed and allowed. | |
| CHEN LIAN XING | 769 | $49.94 | Agreed and allowed. | |
| CHEN LIE SHUEH | 3230 | $605.69 | Agreed and allowed. | |
| CHEN LING TA | 8882 | $6,313.55 | Agreed and allowed. | |
| CHEN MEI YING | 6348 | $48.89 | Agreed and allowed. | |
| CHEN MING YU | 6031 | $3,791.42 | Agreed and allowed. | |
| CHEN PEI-YU | 751 | $795.34 | Agreed and allowed. | |
| CHEN PI YUN | 8860 | $1,512.88 | Agreed and allowed. | |
| CHEN QI | 6027 | $1,181.76 | Agreed and allowed. | |
| CHEN QI | 6028 | $2,022.63 | Agreed and allowed. | |
| CHEN RUI YUN | 4600 | $842.20 | Agreed and allowed. | |
| CHEN RUIFEN | 3907 | $1,328.20 | Agreed and allowed. | |
| CHEN SHAO DONG | 935 | $198.13 | Agreed and allowed. | |
| CHEN SHOW JY | 8874 | $197.57 | Agreed and allowed. | |
| CHEN SHU JIA | 5652 | $1,373.20 | Agreed and allowed. | |
| CHEN SHU QUAN | 3875 | $1,915.48 | Agreed and allowed. | |
| CHEN SU CHEN | 8870 | $510.00 | Agreed and allowed. | |
| CHEN WEI | 2089 | $866.80 | Agreed and allowed. | |
| CHEN WEN DE | 6074 | $47.96 | Agreed and allowed. | |
| CHEN XIAO CONG | 2145 | $85.00 | Agreed and allowed. | |
| CHEN XIAO DONG | 3057 | $98.74 | Agreed and allowed. | |
| CHEN XU CHENG | 3665 | $526.24 | Agreed and allowed. | |
| CHEN YA MING | 4884 | $498.15 | Agreed and allowed. | |
| CHEN YI-NING | 388 | $3,362.06 | Agreed and allowed. | |
| CHEN YONG | 2511 | $570.00 | Agreed and allowed. | |
| CHEN YU CHEN | 9019 | $3,000.08 | Agreed and allowed. | |
| CHEN YU ZHANG | 3568 | $197.12 | Agreed and allowed. | |
| CHEN YUAN GING | 3034 | $762.91 | Agreed and allowed. | |
| CHEN ZHAO WEI | 1258 | $380.32 | Agreed and allowed. | |
| CHEN ZHI JIAN | 7283 | $1,403.02 | Agreed and allowed. | |
| CHEN ZHI RONG | 12652 | $199.04 | Agreed and allowed. | |
| CHEN ZI LI | 7281 | $514.19 | Agreed and allowed. | |
| CHENG XIANG MEI | 6935 | $1,766.12 | Agreed and allowed. | |
| CHENG YU FEN | 8872 | $627.32 | Agreed and allowed. | |
| CHENGYUDONG | 4008 | $857.21 | Agreed and allowed. | |
| CHI YUAN JUN | 12532 | $1,003.23 | Agreed and allowed. | |
| CHIANG WEN TZUNG | 8875 | $2,975.98 | Agreed and allowed. | |
| CHIU YU CHU | 8858 | $198.99 | Agreed and allowed. | |
| CHU YAN | 1017 | $684.16 | Agreed and allowed. | |
| CHUA GUAT NGOR SALLY | 348 | $4,066.75 | Agreed and allowed. | |
| CHUA SOON LEE | 2149 | $3,970.44 | Agreed and allowed. | |
| CHUNG CHU HUA | 8885 | $1,313.22 | Agreed and allowed. | |
| CI SHAO RU | 2142 | $180.00 | Agreed and allowed. | |
| CUI HUI | 685 | $618.43 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD,
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| CUI YING YU | 6417 | $975.36 | Agreed and allowed. | |
| CUI YU HUA | 6067 | $9,969.05 | Agreed and allowed. | |
| DAI BIN | 351 | $292.56 | Agreed and allowed. | |
| DAI SHAO MIN | 4596 | $954.82 | Agreed and allowed. | |
| Dai Wei | 3938 | $1,166.80 | Agreed and allowed. | |
| DAI XIAO CHUN | 7317 | $2,398.81 | Agreed and allowed. | |
| DDW TRADING LLC | 181 | $738.57 | Agreed and allowed. | |
| DENG BING HUI | 635 | $2,236.65 | Agreed and allowed. | |
| DENG JING BO | 6025 | $923.37 | Agreed and allowed. | |
| DENG LEI | 3013 | $1,169.37 | Agreed and allowed. | |
| DENG WEN YA | 4601 | $1,700.00 | Agreed and allowed. | |
| DENG XIAN QI | 6255 | $7,467.27 | Agreed and allowed. | |
| DENG ZHI MIN | 4840 | $40.44 | Agreed and allowed. | |
| DENG ZHI MIN | 4841 | $149.32 | Agreed and allowed. | |
| DING DE LIANG | 3046 | $361.04 | Agreed and allowed. | |
| DING JIANQING | 4885 | $344.26 | Agreed and allowed. | |
| DING QIANG | 3930 | $1,030.51 | Agreed and allowed. | |
| DONG AI JIN | 933 | $525.57 | Agreed and allowed. | |
| DONG JIE | 4602 | $2,226.76 | Agreed and allowed. | |
| DONG WEN JUN | 2350 | $802.93 | Agreed and allowed. | |
| DONG WEN YONG | 2466 | $398.22 | Agreed and allowed. | |
| DONG XIONG JIAN | 344 | $1,430.28 | Agreed and allowed. | |
| DR ALEX KUAN | 1837 | $2,055.81 | Agreed and allowed. | |
| DUAN MEI JUAN | 6078 | $475.61 | Agreed and allowed. | |
| DUAN XIAOXIONG | 3882 | $142.23 | Agreed and allowed. | |
| DUAN XIAOXIONG | 3883 | $4,049.44 | Agreed and allowed. | |
| EGIL MELKEVIK | 7922 | $6,487.37 | Agreed and allowed. | |
| ENG CHOON KIAT | 2155 | $296.33 | Agreed and allowed. | |
| EUROPA INVESTMENTS LLC | 169 | $2,507.90 | Agreed and allowed. | |
| FAN CHENGYI | 12565 | $498.75 | Agreed and allowed. | |
| FAN KAI | 4842 | $800.52 | Agreed and allowed. | |
| FAN RONG MENG | 6252 | $504.00 | Agreed and allowed. | |
| FAN XIU LAN | 3664 | $2,595.86 | Agreed and allowed. | |
| FAN YAO ZHONG | 869 | $49.16 | Agreed and allowed. | |
| FANG JIAN | 468 | $290.47 | Agreed and allowed. | |
| FANG JUN | 243 | $1,579.06 | Agreed and allowed. | |
| FENG CHAO | 2995 | $874.82 | Agreed and allowed. | |
| FENG GANG | 1001 | $1,504.43 | Agreed and allowed. | |
| FENG HAI YANG/WANGAN | 6250 | $1,004.23 | Agreed and allowed. | |
| FENG JIAN CHUN | 280 | $551.91 | Agreed and allowed. | |
| FENG LI XIA | 5458 | $2,577.73 | Agreed and allowed. | |
| FENG LIANG | 408 | $4,980.39 | Agreed and allowed. | |
| FENG NING | 2567 | $970.47 | Agreed and allowed. | |
| FENG SHU YONG | 6194 | $706.20 | Agreed and allowed. | |
| FENG SHUANG | 792 | $458.08 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| FENG TIANJIAN | 1039 | $8,808.93 | Agreed and allowed. | |
| FENG XIAO MEI | 4017 | $9,862.81 | Agreed and allowed. | |
| FERNANDO TANTULAGE | 364 | $10,000.00 | Agreed and allowed. | |
| FIRST INVESTMENT BANK | 300 | $2,548.36 | Agreed and allowed. | |
| FLO-TECH | 641 | $1,710.86 | Agreed and allowed. | |
| FRODE BAKKETUN | 7920 | $4,598.16 | Agreed and allowed. | |
| GAN YUN QUAN | 5725 | $1,540.64 | Agreed and allowed. | |
| GANG LI | 6247 | $1,153.18 | Agreed and allowed. | |
| GAO BIN | 804 | $138.32 | Agreed and allowed. | |
| GAO GAI RU | 3074 | $99.82 | Agreed and allowed. | |
| GAO GAI RU | 4876 | $99.00 | Agreed and allowed. | |
| GAO GUAN | 823 | $1,028.45 | Agreed and allowed. | |
| GAO HAITAO | 3902 | $115.15 | Agreed and allowed. | |
| GAO YONG | 339 | $199.40 | Agreed and allowed. | |
| GAO ZHANYI (ACCOUNT 08099135) | 6442 | $505.62 | Agreed and allowed. | |
| GEORGE KARAGEORGIOU | 6717 | $417.00 | Agreed and allowed. | |
| GONG GUANG SHENG | 2729 | $295.69 | Agreed and allowed. | |
| GONG HUIPING | 3052 | $185.60 | Agreed and allowed. | |
| GONG ZHI HONG | 4898 | $403.80 | Agreed and allowed. | |
| GT INVESTMENTS 2001 LLC | 155 | $6,477.44 | Agreed and allowed. | |
| GU FENG | 1591 | $7,198.31 | Agreed and allowed. | |
| GU MENG BING | 354 | $1,975.07 | Agreed and allowed. | |
| GUO FENG | 4864 | $192.13 | Agreed and allowed. | |
| GUO HAI TAO | 621 | $308.80 | Agreed and allowed. | |
| GUO HONGGANG | 922 | $2,116.09 | Agreed and allowed. | |
| GUO JIE | 3421 | $1,006.56 | Agreed and allowed. | |
| GUO RUO TAO | 356 | $49.94 | Agreed and allowed. | |
| GUO SHANG FENG | 8174 | $2,249.21 | Agreed and allowed. | |
| GUO SHANG FENG | 8175 | $752.35 | Agreed and allowed. | |
| GUO XIAO SHUANG | 367 | $1,086.01 | Agreed and allowed. | |
| GUO YAN JUAN | 285 | $7,423.20 | Agreed and allowed. | |
| GUO YU PING | 440 | $5,133.86 | Agreed and allowed. | |
| GUO YUJIE | 5106 | $936.00 | Agreed and allowed. | |
| GUO YUZHEN | 5107 | $314.70 | Agreed and allowed. | |
| GURUNATH V BICHU | 13735 | $2,000.00 | Agreed and allowed. | |
| HAI TAO GAO | 2236 | $109.15 | Agreed and allowed. | |
| HAN CHUN YING | 390 | $1,068.50 | Agreed and allowed. | |
| HAN FANG | 4873 | $322.85 | Agreed and allowed. | |
| HAN ZHENGSHUN & TAN XIU LING | 3867 | $926.13 | Agreed and allowed. | |
| HAO WANG | 3927 | $8,110.61 | Agreed and allowed. | |
| HAO ZHI GANG | 359 | $1,675.53 | Agreed and allowed. | |
| HE DONG ZHOU | 362 | $1,003.05 | Agreed and allowed. | |
| He Guang Yuan | 8735 | $5,680.82 | Agreed and allowed. | |
| He Guang Yuan | 8736 | $5,309.18 | Agreed and allowed. | |
| He Guang Yuan | 8737 | $371.64 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| HE GUO ZHU | 519 | $302.30 | Agreed and allowed. | |
| HE MIN | 801 | $3,334.73 | Agreed and allowed. | |
| HE QIAO NAN | 462 | $49.50 | Agreed and allowed. | |
| HE SHI HAN | 1512 | $870.62 | Agreed and allowed. | |
| HE SONGYI | 658 | $761.41 | Agreed and allowed. | |
| HE WEN HUI | 491 | $1,195.11 | Agreed and allowed. | |
| HE XUAN | 4124 | $101.49 | Agreed and allowed. | |
| HE YONG JUN & YANG QING | 3870 | $2,229.31 | Agreed and allowed. | |
| HE YUAN LU | 5267 | $199.11 | Agreed and allowed. | |
| HE ZHI | 5261 | $134.47 | Agreed and allowed. | |
| HE ZHI JUN | 4170 | $743.52 | Agreed and allowed. | |
| HEADLY, NICHOLAS I. | 8818 | $2,254.17 | Agreed and allowed. | |
| HITESH S/O NAVINCHANDRA | 211 | $6,591.48 | Agreed and allowed. | |
| HO LIN HSIU YING | 3540 | $7,281.17 | Agreed and allowed. | |
| HO, HSIEN-FENG | 4203 | $992.90 | Agreed and allowed. | |
| HONG GANG | 6996 | $660.69 | Agreed and allowed. | |
| HONG HUI LIN | 310 | $100.31 | Agreed and allowed. | |
| HONG LI YI | 920 | $978.28 | Agreed and allowed. | |
| HONG YAN QU | 312 | $211.70 | Agreed and allowed. | |
| HONG YAN QU | 317 | $1,025.69 | Agreed and allowed. | |
| HOU AI MIN | 579 | $49.00 | Agreed and allowed. | |
| HOU WEIWEI | 5284 | $1,469.36 | Agreed and allowed. | |
| HSIAO WEN AN | 2800 | $560.98 | Agreed and allowed. | |
| HSIEH LU SU CHEN | 8888 | $2,520.18 | Agreed and allowed. | |
| HSIEH SHU CHEN | 3682 | $498.75 | Agreed and allowed. | |
| HSIEH, PI-HSIA | 8856 | $894.77 | Agreed and allowed. | |
| HSIEH, YI-LING | 8864 | $2,817.90 | Agreed and allowed. | |
| HSU HSIU FENG | 8869 | $506.68 | Agreed and allowed. | |
| HSU MEI SHU | 3186 | $10,000.00 | Agreed and allowed. | |
| HU BAO FA | 1669 | $113.83 | Agreed and allowed. | |
| HU GUO SHANG | 6026 | $850.55 | Agreed and allowed. | |
| HU HAOCHEN | 5951 | $5,977.21 | Agreed and allowed. | |
| HU JIAN | 1386 | $573.25 | Agreed and allowed. | |
| HU JIE | 548 | $3,483.88 | Agreed and allowed. | |
| HU JING | 806 | $4,884.71 | Agreed and allowed. | |
| HU SHU FEN | 291 | $887.32 | Agreed and allowed. | |
| HUANG CHONG MIN | 239 | $1,822.19 | Agreed and allowed. | |
| HUANG CHUN LAN | 4588 | $427.96 | Agreed and allowed. | |
| HUANG DE LI | 1916 | $137.00 | Agreed and allowed. | |
| HUANG FA KAI | 374 | $989.77 | Agreed and allowed. | |
| HUANG GUO WEI | 690 | $909.00 | Agreed and allowed. | |
| HUANG HONG GUO | 6814 | $599.88 | Agreed and allowed. | |
| Huang Jia Hao | 7345 | $524.90 | Agreed and allowed. | |
| HUANG JIAN | 479 | $451.11 | Agreed and allowed. | |
| HUANG JIAN CHUAN | 4861 | $450.00 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| HUANG JIANYIN | 322 | $197.39 | Agreed and allowed. | |
| HUANG JIANYIN | 335 | $49.08 | Agreed and allowed. | |
| HUANG KE QUAN | 6011 | $975.00 | Agreed and allowed. | |
| HUANG KUO JUNG | 8884 | $89.74 | Agreed and allowed. | |
| HUANG LING LING | 4581 | $4,600.00 | Agreed and allowed. | |
| HUANG NONG XIAN | 3879 | $518.84 | Agreed and allowed. | |
| HUANG QIANXIN HEYUAN LU | 11029 | $3,789.91 | Agreed and allowed. | |
| HUANG QING SHUI | 2148 | $49.50 | Agreed and allowed. | |
| HUANG SHENG | 790 | $49.20 | Agreed and allowed. | |
| HUANG TAO | 6038 | $561.74 | Agreed and allowed. | |
| HUANG TU YI | 914 | $80.00 | Agreed and allowed. | |
| HUANG WEI KUN | 4608 | $2,204.36 | Agreed and allowed. | |
| HUANG WEIDONG | 1002 | $2,089.93 | Agreed and allowed. | |
| HUANG YU CHAN | 808 | $697.06 | Agreed and allowed. | |
| HUANG YUCHAN | 3918 | $697.06 | Agreed and allowed. | |
| HUANG ZHENG ZHONG | 927 | $3,875.16 | Agreed and allowed. | |
| HUI XU | 3511 | $2,005.77 | Agreed and allowed. | |
| I CHUN FU | 2798 | $515.94 | Agreed and allowed. | |
| JEAN-BAPTISTE BAEZNER | 4507 | $1,789.99 | Agreed and allowed. | |
| JEI WEI BING | 3853 | $98.00 | Agreed and allowed. | |
| JHT INVESTMENTS LLC | 154 | $6,503.91 | Agreed and allowed. | |
| JI CHUAN DONG | 3051 | $1,006.84 | Agreed and allowed. | |
| JI FENG | 341 | $291.48 | Agreed and allowed. | |
| JI JIN | 789 | $196.30 | Agreed and allowed. | |
| JI KAN | 3888 | $99.72 | Agreed and allowed. | |
| JI WEI BING | 4870 | $98.00 | Agreed and allowed. | |
| Ji Xu | 4531 | $2,318.51 | Agreed and allowed. | |
| JI ZHENG | 3893 | $513.59 | Agreed and allowed. | |
| JIA QIANG SHI | 268 | $187.01 | Agreed and allowed. | |
| Jia YAN | 9847 | $802.11 | Agreed and allowed. | |
| JIAO ZHI YING | 1895 | $1,137.83 | Agreed and allowed. | |
| JIAN LU | 3778 | $345.13 | Agreed and allowed. | |
| JIAN MEI XIONG | 4807 | $325.79 | Agreed and allowed. | |
| jiang bo | 413 | $2,259.09 | Agreed and allowed. | |
| JIANG JIAN BO | 4573 | $199.12 | Agreed and allowed. | |
| JIANG KAI DE | 4576 | $155.50 | Agreed and allowed. | |
| JIANG PIN | 4670 | $6,066.12 | Agreed and allowed. | |
| Jiang Quan | 3928 | $128.60 | Agreed and allowed. | |
| JIANG SHI JUN | 1506 | $49.89 | Agreed and allowed. | |
| JIANG SHU YING | 417 | $2,750.57 | Agreed and allowed. | |
| JIANG SHUANG SHENG | 6244 | $1,733.26 | Agreed and allowed. | |
| JIANG XIN RONG | 2062 | $248.00 | Agreed and allowed. | |
| JIANG YAN SONG | 235 | $4,300.00 | Agreed and allowed. | |
| JIANG YE FEI | 387 | $500.00 | Agreed and allowed. | |
| JIANG YONG | 4862 | $420.01 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| JIANG ZHONG JIAN | 2280 | $1,310.28 | Agreed and allowed. | |
| JIAO JIAN | 453 | $124.56 | Agreed and allowed. | |
| JIAO XIAO XIA | 1656 | $490.40 | Agreed and allowed. | |
| JIE DONG | 3058 | $490.56 | Agreed and allowed. | |
| JIE YUAN | 6900 | $1,342.93 | Agreed and allowed. | |
| JIN JI SHAN | 2755 | $1,346.20 | Agreed and allowed. | |
| JIN NAN | 518 | $2,271.21 | Agreed and allowed. | |
| JIN PENG | 5263 | $99.43 | Agreed and allowed. | |
| JIN QIANG | 585 | $1,434.36 | Agreed and allowed. | |
| JIN SHAN | 1006 | $3,240.59 | Agreed and allowed. | |
| JIN SHENG | 12478 | $990.88 | Agreed and allowed. | |
| JIN YI | 6035 | $46.00 | Agreed and allowed. | |
| JIN YONG JI | 4879 | $893.36 | Agreed and allowed. | |
| JIN YUE YING | 584 | $4,900.63 | Agreed and allowed. | |
| JING PING BEI | 447 | $1,102.62 | Agreed and allowed. | |
| JING PINB BEI | 448 | $546.38 | Agreed and allowed. | |
| Jiri Misek | 6185 | $10,000.00 | Agreed and allowed. | |
| JL FOREX INTERNATIONAL LTD | 5681 | $2,109.12 | Agreed and allowed. | |
| JU LEI | 5651 | $199.63 | Agreed and allowed. | |
| JU TING TING | 10860 | $9,988.00 | Agreed and allowed. | |
| JU XIAO BIN | 3936 | $7,020.00 | Agreed and allowed. | |
| KAI YUN YANG | 454 | $7,288.71 | Agreed and allowed. | |
| KAMLESH KAYANTILAL SHAH | 13944 | $2,377.88 | Agreed and allowed. | |
| KANG YONG QIANG | 3848 | $111.50 | Agreed and allowed. | |
| KANG YONG QIANG | 3849 | $1,216.94 | Agreed and allowed. | |
| KE PAN ZHANG | 600 | $354.03 | Agreed and allowed. | |
| KE QUAN LIN | 12663 | $2,098.12 | Agreed and allowed. | |
| KE SHAN QIN | 2234 | $1,356.74 | Agreed and allowed. | |
| KE WEI | 3039 | $267.25 | Agreed and allowed. | |
| KE XIN | 321 | $828.55 | Agreed and allowed. | |
| KOH KIM EE | 2150 | $49.74 | Agreed and allowed. | |
| KONG HUI | 5436 | $2,557.21 | Agreed and allowed. | |
| KONG JIAN | 1654 | $2,704.05 | Agreed and allowed. | |
| KONG YI JIANG | 797 | $4,698.99 | Agreed and allowed. | |
| KUO FU LING | 8851 | $2,081.08 | Agreed and allowed. | |
| LA PRIMERA CAPITAL MARKETS I | 8406 | $4,472.00 | Agreed and allowed. | |
| LA PRIMERA CAPITAL-BRADY/OPT | 8405 | $2,289.00 | Agreed and allowed. | |
| LAI QING SHENG | 10885 | $210.15 | Agreed and allowed. | |
| LAI XIANG QUN | 604 | $1,062.56 | Agreed and allowed. | |
| LAN HUANG | 5561 | $1,530.19 | Agreed and allowed. | |
| LAN JING PING | 3068 | $474.34 | Agreed and allowed. | |
| LANWENBIN | 781 | $6,120.29 | Agreed and allowed. | |
| LARGE ASSET MANAGEMENT SA | 9936 | $7,777.46 | Agreed and allowed. | |
| LAW TRADING LLC | 182 | $581.65 | Agreed and allowed. | |
| LAWRENCE PHILLIPS | 12969 | $2,160.00 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| LE NANCING | 626 | $3,856.43 | Agreed and allowed. | |
| LE ZE FANG | 3929 | $199.60 | Agreed and allowed. | |
| Lee Yin San | 6284 | $2,383.00 | Agreed and allowed. | |
| LEI FENG | 494 | $3,568.30 | Agreed and allowed. | |
| LF INVESTMENTS 2002 LLC | 180 | $1,089.27 | Agreed and allowed. | |
| LI AN-TAO | 592 | $48.10 | Agreed and allowed. | |
| LI BAO CAI | 1646 | $498.43 | Agreed and allowed. | |
| LI BING | 1243 | $1,147.69 | Agreed and allowed. | |
| LI BING | 4280 | $1,147.69 | Agreed and allowed. | |
| LI DAO LUN | 612 | $1,922.40 | Agreed and allowed. | |
| LI DAO PING | 811 | $199.03 | Agreed and allowed. | |
| LI FENG | 4867 | $1,765.10 | Agreed and allowed. | |
| LI FULI | 5285 | $893.72 | Agreed and allowed. | |
| LI GUAN SONG | 3056 | $99.11 | Agreed and allowed. | |
| LI HANG QI HUICHENG | 402 | $468.00 | Agreed and allowed. | |
| LI HONG | 680 | $2,001.41 | Agreed and allowed. | |
| Li Hong Lun | 6296 | $1,824.12 | Agreed and allowed. | |
| LI HUA | 3668 | $481.54 | Agreed and allowed. | |
| LI HUI | 3681 | $1,010.10 | Agreed and allowed. | |
| LI HUI CHUAN | 4035 | $6,163.80 | Agreed and allowed. | |
| LI HUI HAI | 1511 | $49.84 | Agreed and allowed. | |
| LI JIAN HAI | 2143 | $53.00 | Agreed and allowed. | |
| LI JIN BAO | 3931 | $3,677.52 | Agreed and allowed. | |
| LI JIN MEI | 4614 | $3,385.25 | Agreed and allowed. | |
| LI JING BANG | 6243 | $917.19 | Agreed and allowed. | |
| LI JUN DONG | 988 | $99.00 | Agreed and allowed. | |
| Li Ke Xiu | 8739 | $8,914.45 | Agreed and allowed. | |
| Li Ke Xiu | 8741 | $2,537.42 | Agreed and allowed. | |
| LI LAN | 4319 | $1,061.63 | Agreed and allowed. | |
| LI LIAN SHENG | 482 | $998.75 | Agreed and allowed. | |
| LI MING | 1652 | $860.00 | Agreed and allowed. | |
| LI MU YAN | 3065 | $8,067.00 | Agreed and allowed. | |
| LI NA | 2860 | $1,922.75 | Agreed and allowed. | |
| Li Ning | 5135 | $1,309.60 | Agreed and allowed. | |
| LI QI | 678 | $205.44 | Agreed and allowed. | |
| LI QI | 679 | $2,779.13 | Agreed and allowed. | |
| LI QIN WEI | 638 | $305.57 | Agreed and allowed. | |
| LI QING YU | 4303 | $1,948.51 | Agreed and allowed. | |
| LI SHU FEN | 3042 | $253.20 | Agreed and allowed. | |
| LI SUPING | 3260 | $99.00 | Agreed and allowed. | |
| LI SUZHEN | 2941 | $3,053.67 | Agreed and allowed. | |
| LI TANG FENG | 684 | $482.00 | Agreed and allowed. | |
| LI TIAN HONG | 3923 | $1,222.23 | Agreed and allowed. | |
| LI WEN | 3889 | $166.00 | Agreed and allowed. | |
| LI XIAO | 338 | $1,768.00 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| LI XIAO TU | 441 | $396.03 | Agreed and allowed. | |
| LI YA DONG | 353 | $1,102.94 | Agreed and allowed. | |
| LI YAN | 230 | $4,170.60 | Agreed and allowed. | |
| LI YAN | 752 | $9,800.00 | Agreed and allowed. | |
| LI YAN | 2060 | $1,083.27 | Agreed and allowed. | |
| LI YAN | 5258 | $330.24 | Agreed and allowed. | |
| LI YAN | 12516 | $2,912.24 | Agreed and allowed. | |
| LI YI MING | 401 | $3,985.39 | Agreed and allowed. | |
| LI YONG FU | 9598 | $200.08 | Agreed and allowed. | |
| LI YONG HONG | 1784 | $49.90 | Agreed and allowed. | |
| LI YONG PENG | 6501 | $99.77 | Agreed and allowed. | |
| LI YU | 371 | $1,260.89 | Agreed and allowed. | |
| Li Yuan Hui | 6431 | $3,893.55 | Agreed and allowed. | |
| LI YUANHUI | 664 | $4,331.72 | Agreed and allowed. | |
| LI YUE WEI | 4290 | $1,049.31 | Agreed and allowed. | |
| Li Yun | 5766 | $892.14 | Agreed and allowed. | |
| LI ZHOUHUA | 442 | $99.43 | Agreed and allowed. | |
| LI ZHU LONG | 336 | $2,415.14 | Agreed and allowed. | |
| LI ZONG QIN | 4582 | $940.83 | Agreed and allowed. | |
| LIAN MEI LING | 8868 | $1,153.15 | Agreed and allowed. | |
| LIANG HUI YI | 470 | $2,495.50 | Agreed and allowed. | |
| LIANG JIAN YE | 688 | $531.15 | Agreed and allowed. | |
| LIANG MIN | 3048 | $1,768.95 | Agreed and allowed. | |
| LIANG QING DE | 1514 | $1,151.54 | Agreed and allowed. | |
| LIANG XIAO YUN | 333 | $2,109.01 | Agreed and allowed. | |
| LIANG YU FENG | 608 | $412.00 | Agreed and allowed. | |
| LIANG YU FENG | 12535 | $412.00 | Agreed and allowed. | |
| LIAO JUAN MIN | 4174 | $1,104.95 | Agreed and allowed. | |
| LIAO JUN SHAN | 1104 | $2,157.61 | Agreed and allowed. | |
| LIAO MEI CHU | 303 | $990.11 | Agreed and allowed. | |
| LIAO XI CUI | 4583 | $318.90 | Agreed and allowed. | |
| LIEN CHEN FENG | 3076 | $22.68 | Agreed and allowed. | |
| LIM CHEE MEI KAREN MARIE | 278 | $1,370.66 | Agreed and allowed. | |
| LIN A LONG | 3352 | $8,870.40 | Agreed and allowed. | |
| LIN BIN | 463 | $1,544.61 | Agreed and allowed. | |
| LIN CHING-YI | 4046 | $1,990.99 | Agreed and allowed. | |
| LIN DIFEI | 324 | $522.75 | Agreed and allowed. | |
| LIN GUO ZAI | 386 | $2,226.80 | Agreed and allowed. | |
| LIN HAI OU | 4572 | $992.30 | Agreed and allowed. | |
| LIN HAI YAN | 4610 | $4,369.87 | Agreed and allowed. | |
| LIN HONG | 1374 | $533.55 | Agreed and allowed. | |
| LIN HONG HUI | 309 | $5,074.16 | Agreed and allowed. | |
| Lin Hong Wei | 4349 | $5,798.34 | Agreed and allowed. | |
| LIN HUI CHIN | 8877 | $4,761.77 | Agreed and allowed. | |
| LIN KUN CHENG | 2795 | $6,478.75 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| LIN LI XIN | 3932 | $8,452.56 | Agreed and allowed. | |
| LIN LIANG GENG | 4611 | $4,481.40 | Agreed and allowed. | |
| LIN QI JIANG | 2537 | $658.53 | Agreed and allowed. | |
| LIN SHAO JIN | 411 | $941.93 | Agreed and allowed. | |
| LIN SHU TING | 8861 | $317.97 | Agreed and allowed. | |
| LIN XIAO HONG | 412 | $652.36 | Agreed and allowed. | |
| LIN XIONG BIN | 936 | $973.61 | Agreed and allowed. | |
| LIN XU TIAN | 4428 | $6,068.70 | Agreed and allowed. | |
| LIN YAN XIONG | 669 | $168.46 | Agreed and allowed. | |
| LIN YING | 3347 | $9,841.07 | Agreed and allowed. | |
| LIN YONG QING | 930 | $9,705.46 | Agreed and allowed. | |
| LIN YUEH-KU | 750 | $10,000.00 | Agreed and allowed. | |
| LIN ZHENG AI | 3043 | $156.21 | Agreed and allowed. | |
| LIN ZHI HAO | 4043 | $530.40 | Agreed and allowed. | |
| LIN ZONG HUAI | 397 | $694.32 | Agreed and allowed. | |
| LIN ZONG HUAI | 398 | $663.51 | Agreed and allowed. | |
| LING HONG ZHANG | 2091 | $800.34 | Agreed and allowed. | |
| LING WEI | 5008 | $1,440.41 | Agreed and allowed. | |
| LINK FAMILY INVESTMENTS LLC | 179 | $289.63 | Agreed and allowed. | |
| LIQUIDITY SOLUTIONS | 197 | $5,170.62 | Agreed and allowed. | |
| LIU BING | 429 | $2,821.71 | Agreed and allowed. | |
| LIU BING | 747 | $7,887.86 | Agreed and allowed. | |
| LIU CHAO LAN | 8886 | $110.72 | Agreed and allowed. | |
| LIU DONG MEI | 682 | $1,512.69 | Agreed and allowed. | |
| LIU FENG | 3924 | $1,617.94 | Agreed and allowed. | |
| LIU FENG CHENG | 4866 | $104.45 | Agreed and allowed. | |
| LIU FU YING | 3071 | $367.26 | Agreed and allowed. | |
| LIU GE | 3878 | $2,302.54 | Agreed and allowed. | |
| LIU GUAN | 404 | $1,033.43 | Agreed and allowed. | |
| LIU HAI YING | 776 | $214.92 | Agreed and allowed. | |
| LIU HSIU YING | 8883 | $76.08 | Agreed and allowed. | |
| LIU JIAN | 1635 | $492.80 | Agreed and allowed. | |
| LIU JIE | 4860 | $600.49 | Agreed and allowed. | |
| LIU JUN MEI | 446 | $49.05 | Agreed and allowed. | |
| LIU LIU | 315 | $129.67 | Agreed and allowed. | |
| LIU MEI | 3047 | $1,394.08 | Agreed and allowed. | |
| LIU MEI FANG | 2996 | $2,000.00 | Agreed and allowed. | |
| LIU MIAOJING | 6017 | $49.71 | Agreed and allowed. | |
| Liu Min Ming | 3877 | $1,924.87 | Agreed and allowed. | |
| LIU QING | 3865 | $49.16 | Agreed and allowed. | |
| LIU REN BEI | 768 | $169.10 | Agreed and allowed. | |
| LIU SHU CHUAN | 8859 | $2,239.30 | Agreed and allowed. | |
| LIU SHU HSIU | 8871 | $442.00 | Agreed and allowed. | |
| Liu Shu Ping | 4126 | $3,209.33 | Agreed and allowed. | |
| LIU WEI | 3792 | $903.00 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| LIU WEI HONG | 2854 | $2,323.94 | Agreed and allowed. | |
| LIU WEI HUA | 873 | $3,773.88 | Agreed and allowed. | |
| LIU XIAN LEI | 5222 | $1,180.32 | Agreed and allowed. | |
| Liu Xiu Min | 3890 | $2,620.00 | Agreed and allowed. | |
| LIU YAN XIONG | 670 | $220.43 | Agreed and allowed. | |
| LIU YANG LIN | 5451 | $100.00 | Agreed and allowed. | |
| LIU YI | 5743 | $155.72 | Agreed and allowed. | |
| LIU YU | 256 | $371.00 | Agreed and allowed. | |
| LIU YU HUA | 787 | $1,118.70 | Agreed and allowed. | |
| LIU YU HUA | 4883 | $1,112.70 | Agreed and allowed. | |
| LIU ZHAO FENG | 9017 | $801.18 | Agreed and allowed. | |
| LIU ZIYANG | 3858 | $49.02 | Agreed and allowed. | |
| LO, LI-CHUAN | 8866 | $1,689.59 | Agreed and allowed. | |
| LONG JIE CHEN | 4090 | $820.14 | Agreed and allowed. | |
| LU FENGGEN | 330 | $198.00 | Agreed and allowed. | |
| LU GUO HUA | 3933 | $4,782.38 | Agreed and allowed. | |
| LU HUI MING | 767 | $6,838.36 | Agreed and allowed. | |
| LU MI | 6462 | $566.86 | Agreed and allowed. | |
| LU XIAN | 910 | $49.56 | Agreed and allowed. | |
| LU XIAO LAN | 968 | $151.49 | Agreed and allowed. | |
| LU XUE GANG | 6021 | $111.63 | Agreed and allowed. | |
| LU YI | 7289 | $4,030.00 | Agreed and allowed. | |
| LU YI-MING | 3543 | $7,637.28 | Agreed and allowed. | |
| LU YING | 3897 | $99.33 | Agreed and allowed. | |
| LU YUN LONG | 1645 | $780.08 | Agreed and allowed. | |
| LU ZHAO HAI | 4287 | $411.98 | Agreed and allowed. | |
| Lu Zhao Hai | 4288 | $456.24 | Agreed and allowed. | |
| LUO GUO HUA | 710 | $4,782.38 | Agreed and allowed. | |
| LUO JIE | 399 | $99.66 | Agreed and allowed. | |
| LUO WEI | 6345 | $4,571.65 | Agreed and allowed. | |
| LUO XIAO HANG | 3847 | $1,292.08 | Agreed and allowed. | |
| LUO XIAO HONG | 659 | $198.81 | Agreed and allowed. | |
| LV CHAO ZONG | 2874 | $6,269.41 | Agreed and allowed. | |
| LV JUN | 6794 | $609.46 | Agreed and allowed. | |
| LV WEI XING | 7320 | $1,083.60 | Agreed and allowed. | |
| LV YA ZHEN | 891 | $99.76 | Agreed and allowed. | |
| M S HABIBULLAAH | 4003 | $4,750.00 | Agreed and allowed. | |
| MA DEYI | 5100 | $1,785.58 | Agreed and allowed. | |
| MA JUN | 2141 | $160.68 | Agreed and allowed. | |
| MA JUN JIE | 368 | $1,083.48 | Agreed and allowed. | |
| MA YUE | 488 | $1,895.00 | Agreed and allowed. | |
| MA YUQI | 4495 | $2,777.58 | Agreed and allowed. | |
| MAI RUI HE | 3860 | $745.98 | Agreed and allowed. | |
| MAKMUR CHANDRA | 1026 | $1,198.74 | Agreed and allowed. | |
| MAO YU HONG | 3862 | $3,669.42 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| MARK JULIAN LOWE | 11706 | $3,648.67 | Agreed and allowed. | |
| MENG QIANG | 909 | $316.00 | Agreed and allowed. | |
| MENG YONG (ACCOUNT NUMBER 08095397) | 6623 | $1,888.86 | Agreed and allowed. | |
| MIAO CHANG QING | 901 | $180.84 | Agreed and allowed. | |
| MIAO JIAN JEN | 3880 | $2,016.96 | Agreed and allowed. | |
| MIAO YU LIN | 763 | $100.00 | Agreed and allowed. | |
| MIDWOOD SECURITIES | 427 | $6,319.34 | Agreed and allowed. | |
| MIN LIU | 308 | $49.78 | Agreed and allowed. | |
| MIN LIU | 311 | $2,200.59 | Agreed and allowed. | |
| MING YEH CHUNG | 3683 | $2,842.42 | Agreed and allowed. | |
| MKW TRADING LLC | 183 | $2,375.54 | Agreed and allowed. | |
| MR JIA YING JIE | 648 | $1,044.79 | Agreed and allowed. | |
| MR JIA YINGJIE | 649 | $1,608.83 | Agreed and allowed. | |
| MR LIM KAY SOON | 228 | $1,537.17 | Agreed and allowed. | |
| NEFTEPROM BANK | 542 | $75.94 | Agreed and allowed. | |
| NG CHUAN WEE | 2152 | $7,115.57 | Agreed and allowed. | |
| NG KUAN LUEN | 2151 | $2,277.61 | Agreed and allowed. | |
| NG TIN SENG | 452 | $9,834.58 | Agreed and allowed. | |
| NI HUI HUA | 906 | $1,363.70 | Agreed and allowed. | |
| NI HUI YUN | 675 | $9,780.62 | Agreed and allowed. | |
| NI HUI YUN | 676 | $49.92 | Agreed and allowed. | |
| NI LING FENG | 1234 | $229.75 | Agreed and allowed. | |
| NI QING LING | 4201 | $1,053.65 | Agreed and allowed. | |
| NI YAN E | 2153 | $270.27 | Agreed and allowed. | |
| NIE LIN | 1625 | $101.11 | Agreed and allowed. | |
| NING JIAN LI | 605 | $1,003.74 | Agreed and allowed. | |
| NING YAN XIA | 989 | $340.00 | Agreed and allowed. | |
| NIU JIN GUI | 606 | $86.60 | Agreed and allowed. | |
| NOMOS DISCRETIONARY FX CLEAR | 8817 | $194.30 | Agreed and allowed. | |
| NOMOS FX CLEAR (CAPITAL PARTNERS) | 8819 | $31.20 | Agreed and allowed. | |
| NOMOS MARK UP FX CLEAR | 8816 | $7,807.06 | Agreed and allowed. | |
| PAN DONG | 6245 | $2,940.00 | Agreed and allowed. | |
| PAN JIN HU | 4584 | $128.74 | Agreed and allowed. | |
| PAN JIN WU | 4603 | $99.31 | Agreed and allowed. | |
| PAN JU ZHEN | 3914 | $4,075.42 | Agreed and allowed. | |
| PAN JUN | 9807 | $948.17 | Agreed and allowed. | |
| PAN LI QIN | 4607 | $2,055.72 | Agreed and allowed. | |
| PAN MING MING | 497 | $336.83 | Agreed and allowed. | |
| PAN XI NAN | 3777 | $5,025.10 | Agreed and allowed. | |
| PAN YONG QUAN | 3896 | $123.91 | Agreed and allowed. | |
| PAN YONGCHAI | 4289 | $6,302.75 | Agreed and allowed. | |
| PAN YU | 5337 | $319.29 | Agreed and allowed. | |
| PENG AI DONG | 299 | $3,000.00 | Agreed and allowed. | |
| PENG GUO FU | 1597 | $1,857.63 | Agreed and allowed. | |
| PENG LI-FANG | 8850 | $4,366.73 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2

**Allowed RCM FX/Unsecured Claims with Respect to Convenience Class**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|------|--------------|---------------------------------------------------|-----------|-------------------------------|
| PENG PEI XIA | 1513 | $145.23 | Agreed and allowed. | |
| PENG PEI XIA | 3895 | $508.73 | Agreed and allowed. | |
| PENG TIAN CHI | 327 | $1,044.00 | Agreed and allowed. | |
| PENG YU YUAN | 8873 | $2,294.02 | Agreed and allowed. | |
| PENG ZIMING | 471 | $1,161.59 | Agreed and allowed. | |
| QI JIAN FEI | 2140 | $101.99 | Agreed and allowed. | |
| QI JIAN JIN | 3852 | $5,538.95 | Agreed and allowed. | |
| QI JIANFEI | 3898 | $101.99 | Agreed and allowed. | |
| QI LIMING | 3909 | $6,356.53 | Agreed and allowed. | |
| QI WEI DONG | 2548 | $50.56 | Agreed and allowed. | |
| QI XING | 1651 | $498.85 | Agreed and allowed. | |
| QIAN HENG | 4578 | $8,536.87 | Agreed and allowed. | |
| QIAN WEI KANG | 2534 | $289.69 | Agreed and allowed. | |
| QIAN XIANG HONG | 4609 | $2,771.65 | Agreed and allowed. | |
| QIAN XIANG RU | 4597 | $134.05 | Agreed and allowed. | |
| QIAN ZHIQIANG | 4469 | $1,014.17 | Agreed and allowed. | |
| Qian, xiaomu | 5542 | $960.13 | Agreed and allowed. | |
| QIAO YONG PING | 9055 | $2,000.00 | Agreed and allowed. | |
| QIAO ZHEN LI | 735 | $3,411.07 | Agreed and allowed. | |
| QING JIA TAN | 6254 | $77.90 | Agreed and allowed. | |
| QIU YUANWU | 3919 | $1,831.34 | Agreed and allowed. | |
| Qu Ning | 3799 | $303.68 | Agreed and allowed. | |
| QU ZHE | 1639 | $801.20 | Agreed and allowed. | |
| QU ZHENJIANG | 3834 | $312.47 | Agreed and allowed. | |
| RAVENSMOY LTD | 147 | $6,280.47 | Agreed and allowed. | |
| REFCO SPHINX MANAGED FUTURES (SEE NOTES) | 9482 | $10,000.00 | Agreed and allowed. | |
| REN GANG | 394 | $3,716.08 | Agreed and allowed. | |
| REN GANG | 4532 | $4,469.36 | Agreed and allowed. | |
| REN LING | 6032 | $1,626.51 | Agreed and allowed. | |
| REN SHU SHENG | 450 | $70.93 | Agreed and allowed. | |
| REN TIAN YI | 3049 | $99.88 | Agreed and allowed. | |
| RGC INVESTMENTS LLC | 174 | $2,088.08 | Agreed and allowed. | |
| RGW INVESTMENTS LLC | 177 | $230.22 | Agreed and allowed. | |
| RIGAS, ROSEMARIE | 251 | $160.63 | Agreed and allowed. | |
| RJC INVESTMENTS LLC | 175 | $2,081.82 | Agreed and allowed. | |
| RJS INVESTMENTS LLC | 166 | $2,193.50 | Agreed and allowed. | |
| RM INVESTMENTS 2001 LLC | 171 | $9,182.07 | Agreed and allowed. | |
| RONG YA LI | 6505 | $1,716.00 | Agreed and allowed. | |
| RUAN CHENG BIN | 439 | $498.23 | Agreed and allowed. | |
| SEREPTA CORP | 456 | $904.93 | Agreed and allowed. | |
| SHA HUA | 360 | $836.90 | Agreed and allowed. | |
| SHAN QING PING | 3876 | $500.00 | Agreed and allowed. | |
| SHANXI DELI FINANCIAL SERVICE CO HUANG | 2310 | $168.60 | Agreed and allowed. | |
| SHAO YAN | 396 | $541.16 | Agreed and allowed. | |
| SHE XIU ZHEN | 884 | $589.42 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.,
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| Sheila Agnes W Koh | 8946 | $2,424.66 | Agreed and allowed. | |
| SHEN JIAN | 6024 | $526.50 | Agreed and allowed. | |
| SHEN JUN MIN | 4125 | $7,222.40 | Agreed and allowed. | |
| Shen Qing Yan | 5197 | $5,507.30 | Agreed and allowed. | |
| SHEN XIAO XIONG | 3937 | $1,202.50 | Agreed and allowed. | |
| SHENG MAIXING | 5119 | $1,110.03 | Agreed and allowed. | |
| SHENG ZHI PENG | 403 | $998.06 | Agreed and allowed. | |
| SHI DIANLI | 3059 | $2,062.97 | Agreed and allowed. | |
| SHI GAO WEI | 615 | $103.05 | Agreed and allowed. | |
| SHI HAIFENG | 240 | $5,095.74 | Agreed and allowed. | |
| SHI JUN SHENG | 6936 | $1,366.01 | Agreed and allowed. | |
| SHI WEI DONG | 4213 | $324.21 | Agreed and allowed. | |
| SHI XIANG DONG | 1676 | $9,869.68 | Agreed and allowed. | |
| Shi Zhi Yong | 5118 | $1,532.06 | Agreed and allowed. | |
| SI QUN | 923 | $1,202.02 | Agreed and allowed. | |
| SIGMA DELPHI LTD | 3022 | $995.47 | Agreed and allowed. | |
| SIM HONG YAM | 2157 | $49.98 | Agreed and allowed. | |
| SIOK SIAN TING | 6012 | $199.02 | Agreed and allowed. | |
| SJD INVESTMENTS LLC | 165 | $2,097.43 | Agreed and allowed. | |
| SM INVESTMENTS 2001 LLC | 172 | $8,538.53 | Agreed and allowed. | |
| SNOWBALL MULTI MANAGER FX FUND SPC | 9481 | $2,592.51 | Agreed and allowed. | |
| SONG BAO ZHU | 4855 | $1,397.91 | Agreed and allowed. | |
| SONG HAI JIANG | 3063 | $731.34 | Agreed and allowed. | |
| SONG KUN | 3054 | $352.15 | Agreed and allowed. | |
| SONG YU PING | 4598 | $955.56 | Agreed and allowed. | |
| SU GUANG SHENG | 4121 | $5,962.10 | Agreed and allowed. | |
| SU PIAO MEI | 784 | $580.40 | Agreed and allowed. | |
| SU YU HUAN | 5712 | $7,104.03 | Agreed and allowed. | |
| SUI RONG HU | 7130 | $1,973.58 | Agreed and allowed. | |
| SUN GUANG XIU | 6251 | $150.00 | Agreed and allowed. | |
| SUN JIONG | 3066 | $307.35 | Agreed and allowed. | |
| SUN LI WEI | 1648 | $2,091.04 | Agreed and allowed. | |
| SUN MING | 531 | $1,137.31 | Agreed and allowed. | |
| SUN QIANG | 726 | $284.57 | Agreed and allowed. | |
| SUN WEI JIE | 6615 | $9,629.12 | Agreed and allowed. | |
| SUN WEN LI | 325 | $48.23 | Agreed and allowed. | |
| SUN XIA | 3899 | $835.63 | Agreed and allowed. | |
| SUN XIAO | 6240 | $5,071.42 | Agreed and allowed. | |
| SUN YI | 1448 | $948.63 | Agreed and allowed. | |
| SUN YU | 4877 | $171.81 | Agreed and allowed. | |
| SUN YU ZHEN | 1644 | $3,713.45 | Agreed and allowed. | |
| SUN ZAI PING | 1642 | $1,010.00 | Agreed and allowed. | |
| SUN ZHI WEN | 2294 | $341.51 | Agreed and allowed. | |
| SUN ZHI WEN | 2363 | $46.73 | Agreed and allowed. | |
| SURU | 7014 | $366.47 | Agreed and allowed. | |

In re: Refco Capital Markets, LTD,
Case No. 05-60018

B2

**Allowed RCM FX/Unsecured Claims with Respect to Convenience Class**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| TAB INVESTMENTS 2001 LLC | 167 | $4,438.69 | Agreed and allowed. | |
| TAN TZE LEONG, RAYMOND | 258 | $4,421.69 | Agreed and allowed. | |
| Tan Yuan Ying | 5336 | $1,639.15 | Agreed and allowed. | |
| TAN YUN | 7119 | $8,005.51 | Agreed and allowed. | |
| TANG MIN ZHAO | 2760 | $5,045.78 | Agreed and allowed. | |
| TANG XI TONG | 1505 | $490.00 | Agreed and allowed. | |
| TANG YAN SONG | 469 | $1,854.28 | Agreed and allowed. | |
| TANG YEW MENG | 347 | $207.14 | Agreed and allowed. | |
| TANG ZHENMIN | 5341 | $1,500.49 | Agreed and allowed. | |
| TEE KIM CHING | 11004 | $939.20 | Agreed and allowed. | |
| THE CLEARING CORPORATION | 12905 | $1,185.90 | Agreed and allowed. | |
| THE DIVERSIFIED GROUP INCORPORATED | 191 | $402.59 | Agreed and allowed. | |
| THIES INVESTMENTS 2002 LLC | 185 | $2,039.69 | Agreed and allowed. | |
| TI WEI BING | 2136 | $98.00 | Agreed and allowed. | |
| TIAN JUN | 405 | $739.76 | Agreed and allowed. | |
| TIAN MING JIE | 3680 | $725.26 | Agreed and allowed. | |
| TIAN WEN LING | 4881 | $391.62 | Agreed and allowed. | |
| TONG YI CHANG | 9581 | $771.00 | Agreed and allowed. | |
| TSAI CHING YAO | 8890 | $1,594.31 | Agreed and allowed. | |
| TSAI LAN FANG | 2797 | $2,611.54 | Agreed and allowed. | |
| TSENG HSIEN YING | 8891 | $1,539.15 | Agreed and allowed. | |
| TSUI PAK LAM | 2481 | $2,226.87 | Agreed and allowed. | |
| TSUI PAK LAM | 6504 | $1,858.34 | Agreed and allowed. | |
| TUDORFOX LTD | 11830 | $5,720.25 | Agreed and allowed. | |
| UNITED STATES BANKRUPTCY COURT | 6436 | $2,915.39 | Agreed and allowed. | |
| VALORES OCCIDENTALES INVERSIONES, C.A. | 9969 | $4,454.00 | Agreed and allowed. | |
| WAN XIN | 937 | $49.47 | Agreed and allowed. | |
| WANG  WANG CHUN JUNG | 8854 | $2,830.16 | Agreed and allowed. | |
| WANG BAO XING | 994 | $101.00 | Agreed and allowed. | |
| WANG BIN | 6351 | $319.34 | Agreed and allowed. | |
| WANG BIN QI | 2753 | $1,676.00 | Agreed and allowed. | |
| WANG BO | 5487 | $572.85 | Agreed and allowed. | |
| WANG CAI LING | 1641 | $942.83 | Agreed and allowed. | |
| WANG CHEN JUAN | 1232 | $690.70 | Agreed and allowed. | |
| WANG DA XIN | 1640 | $486.10 | Agreed and allowed. | |
| WANG GENG | 1880 | $700.23 | Agreed and allowed. | |
| WANG GUI LAN | 6015 | $1,380.47 | Agreed and allowed. | |
| WANG GUO LIANG | 917 | $903.97 | Agreed and allowed. | |
| Wang Hai Lian | 4253 | $59.49 | Agreed and allowed. | |
| WANG HUA LI | 3864 | $629.18 | Agreed and allowed. | |
| WANG HUI TAN | 283 | $389.71 | Agreed and allowed. | |
| WANG JIAN | 4888 | $312.56 | Agreed and allowed. | |
| WANG JING | 234 | $1,466.48 | Agreed and allowed. | |
| WANG JUN | 1655 | $591.18 | Agreed and allowed. | |
| WANG JUXING | 4304 | $9,097.20 | Agreed and allowed. | |

In re: Refco Capital Markets, L.T.D.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| WANG LEI | 5382 | $981.00 | Agreed and allowed. | |
| WANG LI | 2132 | $49.00 | Agreed and allowed. | |
| WANG LI MIN | 594 | $885.38 | Agreed and allowed. | |
| WANG MENG | 372 | $987.56 | Agreed and allowed. | |
| WANG MIN | 5449 | $286.38 | Agreed and allowed. | |
| WANG MIN CHIH | 8852 | $592.95 | Agreed and allowed. | |
| WANG MING JEN | 3868 | $2,480.14 | Agreed and allowed. | |
| WANG MING WEI | 3181 | $98.26 | Agreed and allowed. | |
| WANG PEI YAN | 6253 | $49.31 | Agreed and allowed. | |
| WANG QI ZONG | 6238 | $3,471.45 | Agreed and allowed. | |
| WANG QIANG | 262 | $439.03 | Agreed and allowed. | |
| WANG RANG | 919 | $975.62 | Agreed and allowed. | |
| WANG RUI QING | 1631 | $49.00 | Agreed and allowed. | |
| WANG RUI XIA | 6030 | $1,578.69 | Agreed and allowed. | |
| WANG SHENG LI | 4536 | $49.33 | Agreed and allowed. | |
| WANG TONG | 938 | $3,722.52 | Agreed and allowed. | |
| WANG WEIXING | 6014 | $2,976.26 | Agreed and allowed. | |
| WANG WEN MIAN | 1003 | $6,963.61 | Agreed and allowed. | |
| WANG XIANG ZHEN | 799 | $492.74 | Agreed and allowed. | |
| WANG XIANGLU | 407 | $573.17 | Agreed and allowed. | |
| WANG XIANGLU | 996 | $573.17 | Agreed and allowed. | |
| WANG XIAO DONG | 5260 | $806.79 | Agreed and allowed. | |
| WANG XIAO FEI | 3901 | $1,167.31 | Agreed and allowed. | |
| WANG XIAO HAN | 3887 | $49.30 | Agreed and allowed. | |
| WANG XIAO ZHI | 3881 | $1,028.88 | Agreed and allowed. | |
| WANG YA PING | 3667 | $1,730.90 | Agreed and allowed. | |
| WANG YA RONG | 1634 | $406.58 | Agreed and allowed. | |
| WANG YAN | 607 | $49.07 | Agreed and allowed. | |
| WANG YAO | 380 | $6,445.96 | Agreed and allowed. | |
| WANG YAO | 276 | $2,996.90 | Agreed and allowed. | |
| WANG YAOLIN | 6023 | $49.85 | Agreed and allowed. | |
| WANG YI | 4863 | $887.02 | Agreed and allowed. | |
| WANG YING | 5484 | $367.01 | Agreed and allowed. | |
| WANG YING HUI | 577 | $580.00 | Agreed and allowed. | |
| WANG YONG | 3859 | $5,980.47 | Agreed and allowed. | |
| WANG YONG DING | 4858 | $8,179.38 | Agreed and allowed. | |
| WANG YONGFENG | 4577 | $1,283.03 | Agreed and allowed. | |
| WANG YU | 5101 | $101.20 | Agreed and allowed. | |
| WANG YU HUA | 9647 | $280.00 | Agreed and allowed. | |
| WANG ZE HAN | 3920 | $95.50 | Agreed and allowed. | |
| WANG ZHOUHANG | 1503 | $1,044.79 | Agreed and allowed. | |
| WANG ZUO WEI | 6191 | $475.00 | Agreed and allowed. | |
| WEI GUO ZHAO | 3912 | $1,190.40 | Agreed and allowed. | |
| WEI JIE | 242 | $5,326.06 | Agreed and allowed. | |
| WEI KAI | 2079 | $1,531.44 | Agreed and allowed. | |
| | 4227 | | | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| WEI LIU | 567 | $1,196.87 | Agreed and allowed. | |
| WEI XIN DING | 5289 | $967.54 | Agreed and allowed. | |
| WEI XIU BIN | 3067 | $1,813.15 | Agreed and allowed. | |
| WEN SHANG SHI | 4595 | $591.70 | Agreed and allowed. | |
| WEN XIU YIN | 4854 | $99.40 | Agreed and allowed. | |
| WENG XILE | 3078 | $668.48 | Agreed and allowed. | |
| WFT INVESTMENTS LLC | 157 | $5,249.31 | Agreed and allowed. | |
| WILLY HAMRE | 6815 | $9,420.70 | Agreed and allowed. | |
| WLSKE INVESTMENTS LLC | 184 | $4,359.99 | Agreed and allowed. | |
| WONG LEE CHAN | 346 | $1,845.43 | Agreed and allowed. | |
| WU DI AN | 265 | $45.78 | Agreed and allowed. | |
| WU FENG LAN | 3072 | $96.34 | Agreed and allowed. | |
| WU GUO HUA | 4593 | $999.74 | Agreed and allowed. | |
| WU HAO | 2450 | $999.84 | Agreed and allowed. | |
| WU HAO | 2451 | $993.70 | Agreed and allowed. | |
| WU JIN YU | 2792 | $4,731.00 | Agreed and allowed. | |
| WU JLAYI | 2147 | $985.00 | Agreed and allowed. | |
| WU QING | 361 | $1,602.56 | Agreed and allowed. | |
| WU SHI GAO | 4591 | $45.95 | Agreed and allowed. | |
| WU TIE SHENG | 633 | $682.00 | Agreed and allowed. | |
| WU WU YANG | 3044 | $993.30 | Agreed and allowed. | |
| WU XIA JUN | 746 | $1,056.43 | Agreed and allowed. | |
| WU XIAO YANG | 4566 | $227.08 | Agreed and allowed. | |
| WU XIAO YUE | 770 | $49.50 | Agreed and allowed. | |
| WU YI KUN | 389 | $6,838.32 | Agreed and allowed. | |
| WU YING | 558 | $391.05 | Agreed and allowed. | |
| WUU WEN LOONG EDMUND | 517 | $154.00 | Agreed and allowed. | |
| XI HUI HONG | 6547 | $1,264.19 | Agreed and allowed. | |
| Xi Hui Ping | 6545 | $98.20 | Agreed and allowed. | |
| Xi Wei Qin | 6546 | $99.36 | Agreed and allowed. | |
| XIA WEI | 4875 | $99.64 | Agreed and allowed. | |
| XIAN WEN ZENG | 485 | $510.00 | Agreed and allowed. | |
| XIANG CHANG QING | 6029 | $303.76 | Agreed and allowed. | |
| XIAO BO | 4568 | $202.44 | Agreed and allowed. | |
| XIAO FEI WANG | 791 | $1,167.31 | Agreed and allowed. | |
| XIAO MIN ZHANG | 2734 | $8,736.79 | Agreed and allowed. | |
| XIAO WENGIN | 1671 | $1,112.86 | Agreed and allowed. | |
| XIE DAO ZHOU | 4599 | $1,142.07 | Agreed and allowed. | |
| XIE JIAN WEN | 505 | $1,824.90 | Agreed and allowed. | |
| XIE JIN LIN | 754 | $587.27 | Agreed and allowed. | |
| XIE WEI CHENG | 4574 | $116.97 | Agreed and allowed. | |
| XIN YE | 570 | $2,240.80 | Agreed and allowed. | |
| XING qin | 6622 | $587.73 | Agreed and allowed. | |
| XINGANG MAO | 5730 | $1,669.39 | Agreed and allowed. | |
| XIONG XIAO GANG | 3934 | $1,691.43 | Agreed and allowed. | |

In re: Refko Capital Markets, LTD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| Xu Bei | 4726 | $9,030.81 | Agreed and allowed. | |
| XU CU YIN | 370 | $623.51 | Agreed and allowed. | |
| XU DAN | 320 | $1,795.68 | Agreed and allowed. | |
| Xu Dong | 6548 | $4,956.66 | Agreed and allowed. | |
| XU JIAN JIANG | 2083 | $986.67 | Agreed and allowed. | |
| XU JIE HUA | 624 | $4,638.33 | Agreed and allowed. | |
| XU SHENG | 5429 | $334.00 | Agreed and allowed. | |
| XU SHENG HU | 1633 | $484.41 | Agreed and allowed. | |
| XU XIAO LAN | 3906 | $987.19 | Agreed and allowed. | |
| XU XIAO LAN | 3911 | $229.18 | Agreed and allowed. | |
| XU YAN LIANG | 1653 | $490.73 | Agreed and allowed. | |
| XU YU | 3850 | $1,207.25 | Agreed and allowed. | |
| XU YUN | 466 | $1,033.13 | Agreed and allowed. | |
| XU ZHEYUN | 233 | $6,589.83 | Agreed and allowed. | |
| XU ZHI HONG | 416 | $315.25 | Agreed and allowed. | |
| XUE FENG WU | 5699 | $484.41 | Agreed and allowed. | |
| XUE JIA JIA | 3905 | $8,405.48 | Agreed and allowed. | |
| XUE LI XING | 329 | $430.72 | Agreed and allowed. | |
| XUE ZHEN XUN | 509 | $152.48 | Agreed and allowed. | |
| XUN GUANG TAO | 6466 | $1,603.59 | Agreed and allowed. | |
| YAM, MAN-CHING | 3350 | $6,939.43 | Agreed and allowed. | |
| YAN CHU | 5290 | $684.16 | Agreed and allowed. | |
| YAN DONG GEORGE GUO | 5731 | $4,405.73 | Agreed and allowed. | |
| YAN HE YING | 467 | $8,664.80 | Agreed and allowed. | |
| YAN JI QING | 2411 | $3,300.30 | Agreed and allowed. | |
| YAN MING | 563 | $3,685.91 | Agreed and allowed. | |
| YAN MING | 580 | $395.02 | Agreed and allowed. | |
| YAN MING LANG | 4305 | $8,526.68 | Agreed and allowed. | |
| YAN SHENG LIANG | 381 | $145.20 | Agreed and allowed. | |
| YAN WEI | 655 | $1,041.12 | Agreed and allowed. | |
| YANG CHA | 4587 | $1,998.50 | Agreed and allowed. | |
| YANG DE FENG | 3437 | $199.33 | Agreed and allowed. | |
| YANG HAI ZHOU | 340 | $627.82 | Agreed and allowed. | |
| YANG HONG | 357 | $650.25 | Agreed and allowed. | |
| Yang Jing Wei | 9755 | $3,728.44 | Agreed and allowed. | |
| YANG JUN | 289 | $348.81 | Agreed and allowed. | |
| YANG KE | 9634 | $185.36 | Agreed and allowed. | |
| YANG LI ZHEN | 1636 | $499.85 | Agreed and allowed. | |
| YANG LIANG | 5146 | $2,238.63 | Agreed and allowed. | |
| YANG MING YING | 6233 | $8,801.16 | Agreed and allowed. | |
| YANG MOU MING | 940 | $8,352.74 | Agreed and allowed. | |
| YANG SUI | 515 | $2,003.62 | Agreed and allowed. | |
| YANG TA HO | 5205 | $198.70 | Agreed and allowed. | |
| YANG TAO | 7365 | $960.03 | Agreed and allowed. | |
| YANG XIAO HONG | 689 | $1,567.44 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

**B2**
**Allowed RCM FX/Unsecured Claims with Respect to Convenience Class**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| YANG YA LONG | 1637 | $491.00 | Agreed and allowed. | |
| YANG YI XIA | 3857 | $518.87 | Agreed and allowed. | |
| YANG YIN PING | 939 | $199.82 | Agreed and allowed. | |
| YANG YONG | 967 | $49.82 | Agreed and allowed. | |
| YANG YU JING | 6034 | $48.02 | Agreed and allowed. | |
| YANG YU XIANG | 3454 | $313.49 | Agreed and allowed. | |
| YANG YU XIANG | 3455 | $421.35 | Agreed and allowed. | |
| YANG YUNG KUEI | 3035 | $2,603.30 | Agreed and allowed. | |
| YAO HUAN FENG | 326 | $999.46 | Agreed and allowed. | |
| YAO JIN FENG | 3033 | $494.98 | Agreed and allowed. | |
| YAO XIANNAN | 773 | $49.85 | Agreed and allowed. | |
| YAO XUE YUAN | 6248 | $774.27 | Agreed and allowed. | |
| YAO ZHI TU | 2536 | $1,182.30 | Agreed and allowed. | |
| YAO ZONG DE | 4594 | $49.94 | Agreed and allowed. | |
| YE HAI | 2546 | $396.55 | Agreed and allowed. | |
| YE JIN CUN | 4571 | $1,417.50 | Agreed and allowed. | |
| YE PING | 7318 | $3,094.33 | Agreed and allowed. | |
| YE SHENG | 4606 | $99.84 | Agreed and allowed. | |
| YE WAN QING | 665 | $995.30 | Agreed and allowed. | |
| YE XIN | 6237 | $2,240.80 | Agreed and allowed. | |
| YE XIN FANG | 4570 | $5,374.66 | Agreed and allowed. | |
| YE XIN MING | 4616 | $99.04 | Agreed and allowed. | |
| YE YONG LI | 5208 | $1,041.81 | Agreed and allowed. | |
| YE YONG QING | 4580 | $4,730.12 | Agreed and allowed. | |
| YE ZHENG JING | 7316 | $2,880.00 | Agreed and allowed. | |
| YEN YU HSIEN | 2796 | $5,202.75 | Agreed and allowed. | |
| YI MING | 1504 | $496.69 | Agreed and allowed. | |
| YI-LI HUANG & SHU-CHEN HO | 1327 | $2,915.39 | Agreed and allowed. | |
| Yin Bo | 5734 | $1,007.08 | Agreed and allowed. | |
| YIN HONG DA | 6019 | $403.56 | Agreed and allowed. | |
| YIN HUA PIAO | 5287 | $1,400.42 | Agreed and allowed. | |
| YIN JIAN GUO | 1643 | $4,000.00 | Agreed and allowed. | |
| YING WU ZHONG | 9622 | $5,641.83 | Agreed and allowed. | |
| YING ZHU ZHENG | 4700 | $7,600.20 | Agreed and allowed. | |
| YINHUA HOU | 384 | $974.28 | Agreed and allowed. | |
| YONG JUN HE YANG QING | 593 | $516.76 | Agreed and allowed. | |
| YONGTAO WU | 6313 | $1,488.99 | Agreed and allowed. | |
| YONGTAO WU | 6314 | $10,000.00 | Agreed and allowed. | |
| YOU CHENG DENG | 3740 | $156.55 | Agreed and allowed. | |
| YOU JIN YUAN | 3910 | $700.55 | Agreed and allowed. | |
| YOU JU GUI | 1650 | $3,175.40 | Agreed and allowed. | |
| YOU LI MIN | 4589 | $443.27 | Agreed and allowed. | |
| YOU ZHI LIE | 7319 | $967.28 | Agreed and allowed. | |
| YU DONG TING | 290 | $199.61 | Agreed and allowed. | |
| YU FENG | 8612 | $1,094.74 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| YU GUANG ZHAO | 2235 | $432.93 | Agreed and allowed. | |
| YU GUO QING | 6830 | $826.22 | Agreed and allowed. | |
| YU HAI LONG | 1011 | $99.00 | Agreed and allowed. | |
| YU HUA HUANG | 1738 | $6,095.13 | Agreed and allowed. | |
| YU JUN | 2063 | $705.00 | Agreed and allowed. | |
| YU RONG ZHONG | 250 | $496.49 | Agreed and allowed. | |
| YU SUN | 3073 | $171.81 | Agreed and allowed. | |
| YU WANG | 1236 | $5,872.53 | Agreed and allowed. | |
| YU XIAO CHUAN | 393 | $49.30 | Agreed and allowed. | |
| YU XIAO CHUAN | 395 | $486.78 | Agreed and allowed. | |
| YU, JUI-CHU | 8855 | $3,400.22 | Agreed and allowed. | |
| YUANHUI LI | 663 | $10,000.00 | Agreed and allowed. | |
| YUE GUI LI | 837 | $49.86 | Agreed and allowed. | |
| YUN LI | 2444 | $892.14 | Agreed and allowed. | |
| ZENG BAI CHUN | 6937 | $1,677.00 | Agreed and allowed. | |
| ZENG BU GUANG | 4592 | $10,000.00 | Agreed and allowed. | |
| ZENG GUANG TONG | 3894 | $3,475.90 | Agreed and allowed. | |
| ZENG TI JIONG | 4613 | $100.73 | Agreed and allowed. | |
| ZHA TONG LIN | 807 | $4,679.58 | Agreed and allowed. | |
| Zhang Bing He | 6070 | $1,646.74 | Agreed and allowed. | |
| ZHANG BO | 1821 | $2,000.00 | Agreed and allowed. | |
| ZHANG CHAO | 3854 | $147.35 | Agreed and allowed. | |
| ZHANG CHAOLIN | 4853 | $5,029.33 | Agreed and allowed. | |
| ZHANG CHENG | 4565 | $999.63 | Agreed and allowed. | |
| ZHANG CHUNMING | 3851 | $421.65 | Agreed and allowed. | |
| ZHANG DE LONG | 3038 | $725.38 | Agreed and allowed. | |
| ZHANG HENG HUA | 3926 | $48.12 | Agreed and allowed. | |
| ZHANG JIAN MIN | 392 | $147.50 | Agreed and allowed. | |
| ZHANG JING WEN | 3070 | $610.40 | Agreed and allowed. | |
| ZHANG JUN | 3908 | $2,047.89 | Agreed and allowed. | |
| ZHANG JUN | 9808 | $2,467.58 | Agreed and allowed. | |
| ZHANG KE PAN | 3915 | $354.03 | Agreed and allowed. | |
| ZHANG LEI | 990 | $98.00 | Agreed and allowed. | |
| ZHANG LEI | 3863 | $1,100.78 | Agreed and allowed. | |
| ZHANG LEI | 3872 | $2,340.80 | Agreed and allowed. | |
| ZHANG LI LI | 2757 | $1,000.00 | Agreed and allowed. | |
| ZHANG LIE | 349 | $4,453.20 | Agreed and allowed. | |
| ZHANG LIKAI | 305 | $948.26 | Agreed and allowed. | |
| ZHANG MING LIANG | 4851 | $348.80 | Agreed and allowed. | |
| ZHANG PEI JUN | 2384 | $1,813.17 | Agreed and allowed. | |
| ZHANG PING | 4774 | $2,962.59 | Agreed and allowed. | |
| ZHANG QI | 987 | $98.00 | Agreed and allowed. | |
| ZHANG QING RONG | 4872 | $1,908.91 | Agreed and allowed. | |
| ZHANG RONG XIU | 5266 | $4,972.32 | Agreed and allowed. | |
| ZHANG SHU E | 1630 | $49.96 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|------|-------------|--------------------------------------------------|-----------|-------------------------------|
| ZHANG TAO | 12469 | $138.34 | Agreed and allowed. | |
| ZHANG WEI | 2139 | $494.38 | Agreed and allowed. | |
| ZHANG WEI | 2274 | $2,226.87 | Agreed and allowed. | |
| ZHANG WEI | 2281 | $398.22 | Agreed and allowed. | |
| ZHANG WEI | 3913 | $494.38 | Agreed and allowed. | |
| ZHANG WEN JUN | 4202 | $7,815.69 | Agreed and allowed. | |
| ZHANG WEN QIANG | 334 | $1,995.00 | Agreed and allowed. | |
| ZHANG XIN BING | 385 | $674.51 | Agreed and allowed. | |
| ZHANG XIU JUAN | 2019 | $500.00 | Agreed and allowed. | |
| ZHANG XIU LI | 3281 | $117.00 | Agreed and allowed. | |
| ZHANG YA QIN | 3869 | $1,827.24 | Agreed and allowed. | |
| ZHANG YI | 559 | $207.16 | Agreed and allowed. | |
| ZHANG YI | 805 | $3,795.78 | Agreed and allowed. | |
| ZHANG YI MIN | 3855 | $49.53 | Agreed and allowed. | |
| ZHANG YONG TAO | 764 | $100.00 | Agreed and allowed. | |
| ZHANG YOU WEI | 928 | $773.68 | Agreed and allowed. | |
| ZHANG YOU WEI | 929 | $1,547.20 | Agreed and allowed. | |
| ZHANG YUAN | 426 | $442.85 | Agreed and allowed. | |
| Zhang Yue Hua | 3891 | $2,184.97 | Agreed and allowed. | |
| Zhang Zhe Ning | 5275 | $927.52 | Agreed and allowed. | |
| Zhang Zhe Ning | 5276 | $0.00 | Agreed and allowed. | |
| ZHANG ZHIHONG | 3214 | $398.71 | Agreed and allowed. | |
| ZHAO BAOTONG | 6190 | $1,608.83 | Agreed and allowed. | |
| ZHAO CAI PING | 4590 | $479.11 | Agreed and allowed. | |
| ZHAO GANG | 1619 | $1,471.33 | Agreed and allowed. | |
| ZHAO GUI YUN | 820 | $433.37 | Agreed and allowed. | |
| ZHAO HUI LU | 5682 | $913.29 | Agreed and allowed. | |
| ZHAO HUI LU | 5683 | $7,941.56 | Agreed and allowed. | |
| ZHAO JUN PING | 382 | $345.51 | Agreed and allowed. | |
| ZHAO MIAO | 6022 | $3,603.87 | Agreed and allowed. | |
| ZHAO QIAN | 4886 | $527.62 | Agreed and allowed. | |
| ZHAO QIANG | 2061 | $149.29 | Agreed and allowed. | |
| ZHAO TING LE | 6016 | $2,001.76 | Agreed and allowed. | |
| ZHAO WEI | 379 | $492.03 | Agreed and allowed. | |
| ZHAO XI YAN | 3060 | $136.39 | Agreed and allowed. | |
| ZHAO YI | 9052 | $49.28 | Agreed and allowed. | |
| ZHAO YONG | 4856 | $4,256.53 | Agreed and allowed. | |
| ZHEN GUANG TONG | 4604 | $1,794.84 | Agreed and allowed. | |
| ZHEN PING JIN | 316 | $209.41 | Agreed and allowed. | |
| ZHENG CHENG WEI | 3053 | $245.27 | Agreed and allowed. | |
| ZHENG FANG | 4865 | $320.88 | Agreed and allowed. | |
| ZHENG FENG | 944 | $9,101.65 | Agreed and allowed. | |
| Zheng Fengwei | 6414 | $303.42 | Agreed and allowed. | |
| ZHENG HUA WEI | 3061 | $49.81 | Agreed and allowed. | |
| ZHENG MIAO | 5684 | $3,187.97 | Agreed and allowed. | |

B2
Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| ZHENG QI SONG | 3064 | $50.42 | Agreed and allowed. | |
| ZHENG WEN HUA | 1225 | $812.21 | Agreed and allowed. | |
| ZHENG XIU ZHEN | 6033 | $167.07 | Agreed and allowed. | |
| ZHENG YUAN CHENG | 4605 | $1,999.57 | Agreed and allowed. | |
| ZHENG YUE YUN | 4585 | $95.11 | Agreed and allowed. | |
| ZHENG ZHI BIN | 5152 | $1,465.35 | Agreed and allowed. | |
| ZHENG ZHI GANG | 3871 | $912.87 | Agreed and allowed. | |
| ZHENG ZHONG | 556 | $9,695.31 | Agreed and allowed. | |
| ZHENG ZHONG | 557 | $4,677.41 | Agreed and allowed. | |
| ZHI HAO | 4646 | $4,999.26 | Agreed and allowed. | |
| ZHI WEI WANG | 4821 | $2,170.00 | Agreed and allowed. | |
| ZHONG SHENG LIU | 4804 | $471.26 | Agreed and allowed. | |
| ZHONG SHENG MING | 6234 | $1,435.14 | Agreed and allowed. | |
| ZHOU AI QING | 543 | $49.40 | Agreed and allowed. | |
| ZHOU DONG CHENG | 1649 | $3,846.32 | Agreed and allowed. | |
| ZHOU DONG HONG | 9093 | $4,340.36 | Agreed and allowed. | |
| ZHOU HAI ZHONG | 3666 | $171.01 | Agreed and allowed. | |
| ZHOU HUA LI | 6037 | $49.50 | Agreed and allowed. | |
| ZHOU JIAN | 5288 | $99.43 | Agreed and allowed. | |
| ZHOU JING | 328 | $96.05 | Agreed and allowed. | |
| ZHOU JING WEN | 889 | $3,891.01 | Agreed and allowed. | |
| ZHOU LI QUAN | 819 | $532.94 | Agreed and allowed. | |
| ZHOU LI QUAN | 1241 | $509.79 | Agreed and allowed. | |
| ZHOU LIANG GAO | 1242 | $58.53 | Agreed and allowed. | |
| ZHOU MING | 12906 | $457.83 | Agreed and allowed. | |
| ZHOU PING | 475 | $49.42 | Agreed and allowed. | |
| Zhou Qi Cheng | 4887 | $305.28 | Agreed and allowed. | |
| ZHOU SHI LIN | 6239 | $2,792.54 | Agreed and allowed. | |
| ZHOU WEN LI | 6616 | $272.77 | Agreed and allowed. | |
| ZHOU WEN YI | 4344 | $675.20 | Agreed and allowed. | |
| ZHOU XIN | 435 | $420.94 | Agreed and allowed. | |
| ZHOU YONG JUN | 400 | $1,481.92 | Agreed and allowed. | |
| Zhou You | 3925 | $2,021.20 | Agreed and allowed. | |
| ZHOU YUN | 6242 | $757.49 | Agreed and allowed. | |
| ZHU AI PING | 445 | $726.84 | Agreed and allowed. | |
| ZHU DAN | 3040 | $98.14 | Agreed and allowed. | |
| ZHU FENG PING | 2990 | $2,379.79 | Agreed and allowed. | |
| ZHU GUANG RONG | 6939 | $1,830.50 | Agreed and allowed. | |
| ZHU HAI PING | 498 | $200.26 | Agreed and allowed. | |
| ZHU HUI MING | 4869 | $2,229.42 | Agreed and allowed. | |
| ZHU MIAO YING | 4127 | $604.95 | Agreed and allowed. | |
| ZHU TONG | 1773 | $9,125.15 | Agreed and allowed. | |
| ZHU WEIDONG | 2873 | $8,959.90 | Agreed and allowed. | |
| ZHU WEN JING | 3605 | $744.78 | Agreed and allowed. | |
| | 4905 | $1,017.16 | Agreed and allowed. | |

In re: Refco Capital Markets, L.TD.,
Case No. 05-60018

B2

Allowed RCM FX/Unsecured Claims with Respect to Convenience Class
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Allowed Claim: "Resulting RCM FX/Unsecured Claim" | Treatment | Previous Exhibit, If Modified |
|------|-------------|---------------------------------------------------|-----------|-------------------------------|
| ZHU XU DONG | 1036 | $251.24 | Agreed and allowed. | |
| ZHU XUE HONG | 872 | $128.19 | Agreed and allowed. | |
| ZHU YUN FANG | 428 | $1,000.00 | Agreed and allowed. | |
| ZHU ZHENG XIN | 2670 | $1,001.42 | Agreed and allowed. | |
| ZHU ZHI QIN | 913 | $49.37 | Agreed and allowed. | |
| ZHUANG PIN | 3900 | $99.09 | Agreed and allowed. | |
| ZONG FENG KE | 2527 | $5,349.73 | Agreed and allowed. | |
| ZOU PENG | 6249 | $214.43 | Agreed and allowed. | |
| ZUJIAN WANG | 496 | $2,019.73 | Agreed and allowed. | |
| ZUJIAN WANG & HE JIANG | 495 | $49.75 | Agreed and allowed. | |
| **SUBTOTAL:** | | $1,941,985.38 | | |
| **GRAND TOTAL:** | | $1,979,066.73 | | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

**CI**
**Related Claims**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Filed Claim Total | Primary Claim | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| ACUROB INVESTMENT AG | 11861 | $0.00 | 13666 | Classify as Class 8 Related Claim against RCM | |
| ALFREDO SKINNER-KLEE AND ALEXANDRA(SEE NOTES) | 12717 | $0.00 | 12716 | Classify as Class 8 Related Claim against RCM | |
| ALMIRON FINANCE CORP AFC ALMIRON | 12146 | $0.00 | 12147 | Classify as Class 8 Related Claim against RCM | |
| ALTERNATIVE INVESTMENTS FUND LTD | 9197 | $0.00 | 9199 | Classify as Class 8 Related Claim against RCM | |
| ALTIMA CAPITAL MANAGEMENT INC | 13880 | $0.00 | 13881 | Classify as Class 8 Related Claim against RCM | |
| ARBAT EQUITY ARBITRAGE FUND LIMITED | 11613 | $19,421,841.00 | 11615 | Classify as Class 8 Related Claim against RCM | |
| ARCADIA HILL INC | 8435 | $0.00 | 8436 | Classify as Class 8 Related Claim against RCM | |
| BAC INTERNATIONAL BANK INC | 11367 | $0.00 | 11369 | Classify as Class 8 Related Claim against RCM | |
| BALLERY HOLDINGS LTD | 12713 | $0.00 | 12712 | Classify as Class 8 Related Claim against RCM | |
| BANCO DE AMERICA CENTRAL S A | 11370 | $0.00 | 11372 | Classify as Class 8 Related Claim against RCM | |
| BANCO DE HIPOTECARIO DE INVERSION(SEE NOTES) | 11373 | $0.00 | 11284 | Classify as Class 8 Related Claim against RCM | |
| BANCO REFORMADOR SA | 13001 | $0.00 | 13000 | Classify as Class 8 Related Claim against RCM | |
| BANCO UNO SA-EL SALVADOR | 13009 | $0.00 | 13008 | Classify as Class 8 Related Claim against RCM | |
| BANCO UNO SA-NICARAGUA | 13005 | $0.00 | 13004 | Classify as Class 8 Related Claim against RCM | |
| BANCO UNO SA-PANAMA | 13007 | $0.00 | 13006 | Classify as Class 8 Related Claim against RCM | |
| BANESCO HOLDING CA (SEE NOTES) | 10532 | $0.00 | 10125 | Classify as Class 8 Related Claim against RC1 | |
| BILSTON INTERNATIONAL INC | 12711 | $0.00 | 12710 | Classify as Class 8 Related Claim against RCM | |
| BRADLEY C REIFLER | 12232 | $0.00 | 14124 | Classify as Class 8 Related Claim against RCM | |
| CAPITAL MANAGEMENT SELECT FUND LTD | 9889 | $116,271,904.69 | 9888 | Classify as Class 8 Related Claim against RCM | |
| CARLOS ALBERTO NAGEL MARKOVIC | 10672 | $0.00 | 10671 | Classify as Class 8 Related Claim against RCM | |
| CHRISTIAN KLOSE PIETERS AND (SEE NOTES) | 12709 | $0.00 | 12708 | Classify as Class 8 Related Claim against RCM | |
| CLAU CORPORATION OVERSEAS LTD | 12118 | $0.00 | 12117 | Classify as Class 8 Related Claim against RCM | |
| CREATIVE FINANCE LIMITED | 10139 | $0.00 | 10136 | Classify as Class 8 Related Claim against RCM | |
| DEPOSITORY INC | 11618 | $69,877.93 | 11616 | Classify as Class 8 Related Claim against RCM | |
| DERSDEN DEVELOPMENT INC | 10718 | $0.00 | 10719 | Classify as Class 8 Related Claim against RCM | |
| DOVER COMMODITIES CORPORATION | 9226 | $0.00 | 9227 | Classify as Class 8 Related Claim against RCM | |
| DUFIL INVESTMENT S A | 10280 | $0.00 | 10279 | Classify as Class 8 Related Claim against RCM | |
| ERNESTO RUIZ SINIBALDI | 12715 | $0.00 | 12714 | Classify as Class 8 Related Claim against RCM | |
| FONDO COMUN CASA DE BOLSA CA | 10644 | $0.00 | 10643 | Classify as Class 8 Related Claim against RCM | |
| GARDEN RING FUND LIMITED | 11614 | $9,991,727.09 | 11611 | Classify as Class 8 Related Claim against RCM | |
| GLOBAL MANAGEMENT WORLDWIDE LIMITED | 11609 | $35,264,313.00 | 11608 | Classify as Class 8 Related Claim against RCM | |
| GLOBAL PARTNERS EMERGING MARKETS SA | 8347 | $0.00 | 8349 | Classify as Class 8 Related Claim against RCM | |
| GOREY FINANCE INC | 8499 | $0.00 | 8498 | Classify as Class 8 Related Claim against RCM | |
| GRUPO INTERBOLSA SA | 10192 | $0.00 | 10193 | Classify as Class 8 Related Claim against RCM | |
| GTC BANK INC | 13275 | $12,339,131.33 | 13277 | Classify as Class 8 Related Claim against RCM | |
| IDC FINANCIAL SA | 12721 | $0.00 | 12720 | Classify as Class 8 Related Claim against RCM | |
| INS BANCREDITO VALORES PUESTO DE BOLSA SA | 13879 | $0.00 | 5045 | Classify as Class 8 Related Claim against RCM | |
| INTER FINANCIAL SERVICES LTD | 11228 | $154,818,649.00 | 11229 | Classify as Class 8 Related Claim against RCM | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**C1**
**Related Claims**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Filed Claim Total | Primary Claim | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| INVERSIONES Y VALORES UNION SA | 9142 | $0.00 | 9141 | Classify as Class 8 Related Claim against RCM | |
| INVESDEX CAPITAL LTD | 9254 | $0.00 | 9255 | Classify as Class 8 Related Claim against RCM | |
| INVESTMENT & DEVELOPMENT FINANCE CORP | 12723 | $0.00 | 12722 | Classify as Class 8 Related Claim against RCM | |
| JAVIER LOPEZ / JULIET JURADO | 10560 | $0.00 | 10559 | Classify as Class 8 Related Claim against RCM | |
| KEYWAY INVESTMENTS LTD | 12175 | $0.00 | 12716 | Classify as Class 8 Related Claim against RCM | |
| LA PRIMERA CASA DE BOLSA C A (SEE NOTES) | 8404 | $0.00 | 8405 | Classify as Class 8 Related Claim against RCM | |
| LATIN AMERICA CONSULTING LTD | 10252 | $0.00 | 10251 | Classify as Class 8 Related Claim against RCM | |
| LEBO CAPITAL MANAGEMENT LLC | 12287 | $0.00 | 12289 | Classify as Class 8 Related Claim against RCM | |
| MARKWOOD INVESTMENTS LTD | 12259 | $0.00 | 12260 | Classify as Class 8 Related Claim against RCM | |
| MIGUEL SAUMA | 11166 | $0.00 | 11167 | Classify as Class 8 Related Claim against RCM | |
| MISTYRISE INTERNATIONAL | 10588 | $0.00 | 12205 | Classify as Class 8 Related Claim against RCM | |
| MULTI CREDIT BANK INC | 8463 | $0.00 | 12290 | Classify as Class 8 Related Claim against RCM | |
| MULTIPLICAS CASA DE BOLSA | 10729 | $0.00 | 10730 | Classify as Class 8 Related Claim against RCM | |
| NBK INVESTMENT LTD | 10220 | $0.00 | 10221 | Classify as Class 8 Related Claim against RCM | |
| NEWCASTLE BUSINESS HOLDING INC | 11621 | $5,328,480.26 | 11619 | Classify as Class 8 Related Claim against RCM | |
| OSLO INTERNATIONAL SA | 12719 | $0.00 | 12718 | Classify as Class 8 Related Claim against RCM | |
| PATON HOLDINGS LTD | 12792 | $0.00 | 12788 | Classify as Class 8 Related Claim against RCM | |
| PLAINTIFF CLASS IN (SEE NOTES) | 10334 | $2,000,000,000.00 | | Classify as Class 8 Related Claim against RCM | |
| PREMIER BANK INTERNATIONAL N V | 11285 | $243,696,260.52 | 11287 | Classify as Class 8 Related Claim against RCM | |
| RB SECURITIES LIMITED | 11381 | $63,541,275.00 | 14251 | Classify as Class 8 Related Claim against RCM | |
| RUSSIA GROWTH FUND, LTD | 11438 | $3,000,000.00 | 11440 | Classify as Class 8 Related Claim against RCM | |
| RUSSIAN INVESTORS SECURITIES | 11607 | $9,920,505.00 | 12342 | Classify as Class 8 Related Claim against RCM | |
| SAEED ABDULRAHMAN ALQANTANI | 11414 | $5,864,557.97 | 13992 | Classify as Class 8 Related Claim against RCM | |
| SERVICIOS GENERALES BURSATILES SA DE CV | 13907 | $575,717.18 | 11086 | Classify as Class 8 Related Claim against RCM | |
| TOTAL BANK CURACAO N V | 10248 | $0.00 | 10249 | Classify as Class 8 Related Claim against RCM | |
| TRANSCOM BANK (BARBADOS) LTD | 13003 | $0.00 | 13002 | Classify as Class 8 Related Claim against RCM | |
| TRANS-EUROPA TRANSLATIONS NETWORK LTD | 8471 | $0.00 | 8474 | Classify as Class 8 Related Claim against RCM | |
| TWOKAY HOLDING INC | 10634 | $0.00 | 10617 | Classify as Class 8 Related Claim against RCM | |
| UNION HOLDING COMPANY INC | 10531 | $0.00 | 14123 | Classify as Class 8 Related Claim against RCM | |
| VICTOR MANUEL HOYOS | 13913 | $0.00 | 13882 | Classify as Class 8 Related Claim against RCM | |
| VR ARGENTINA RECOVERY FUND LTD | 12793 | $0.00 | 12789 | Classify as Class 8 Related Claim against RCM | |
| VR CAPITAL GROUP LTD | 12294 | $0.00 | 12790 | Classify as Class 8 Related Claim against RCM | |
| VR GLOBAL PARTNERS LP | 12795 | $0.00 | 12791 | Classify as Class 8 Related Claim against RCM | |
| WISDOM GLOBAL INVESTMENTS | 12203 | $0.00 | 12204 | Classify as Class 8 Related Claim against RCM | |
| **GRAND TOTAL:** | | $2,680,104,239.97 | | | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

C2
Claims Subject to Prior Books and Records Objections
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Proposed Remaining Claim Total | Omnibus Objection | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION** | | | | | | |
| DONG AI JIN | 934 | $1,635.27 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| HAO KE AI | 14443 | $5,120.35 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| HE XUAN | 4123 | $760.93 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| HSU JIA LING | 6312 | $10,000.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| JAMES B ROGERS JR | 9384 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| JEFFREY CONYERS | 5620 | $18,000.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| KWUNG-HONG HO | 3077 | $48,033.82 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| LI YONG PENG | 6500 | $4,115.44 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| MA JIN | 47 | $6,627.14 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| MA JUN | 46 | $1,494.66 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| NKB INVESTMENT LTD | 11366 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| PCMG TRADING PARTNERS VI LP | 5944 | $20,058.14 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| RONALD L O'KELLEY | 12036 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| SCOTT L SCHOEN | 12005 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| SCOTT L SAECKEL | 12004 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| THOMAS H LEE | 11581 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| VIPASA INTERNATIONAL INVESTMENTS CORP | 10134 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| WALTER THOMAS PRICE | 10475 | $0.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| WANG JI IN | 1632 | $25,293.23 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| YU CHUN LIN | 6959 | $62,878.87 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| YU CHUN LIN | 6960 | $50.00 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| ZHANG WEI | 57 | $389.06 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| ZHANG WEI | 58 | $2,295.18 | $0.00 | RCM Omnibus Books & Records Objection | Classify and treat as set forth in previously filed objection | E1 |
| **SUBTOTAL:** | | **$206,882.15** | **$0.00** | | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | | |
| ABADI & CO SECURITIES | 7576 | $1,310,324.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 7577 | $5,235,364.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 7578 | $67,245.33 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 7579 | $394,035.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 7580 | $506,516.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9126 | $354,507.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9127 | $442,603.94 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9128 | $100,989.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9129 | $83,634.80 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ABADI & CO SECURITIES | 9130 | $17,659,874.50 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ADRIAN KILLAM KILLAM FAMILY(SEE NOTES) | 13183 | $1,183,570.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| AFFCO LLC   (SEE NOTES) | 13149 | $10,766,716.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| ALTAMONTE SA | 214 | $182,220.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| ARACAMBA ISRAEL LTD | 13090 | $314,551.64 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CAO YIN HUA | 2354 | $1,267.91 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CATAMOUNT DIVERSIFIED MANAGERS FUND II LTD | 9545 | $997,188.68 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CHAND N GUPTA ET AL | 13181 | $6,431,105.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| CHARLES AND JANICE WOOD | 13869 | $28,098.02 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| CHEN WEI XIA | 332 | $5,067.97 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CYS SERIES VI  LLC | 540 | $12,436.32 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| CUI HUI | 4606 | $618.43 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| DANIEL KIRSTEIN | 13121 | $100,190.39 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| DAVID KILLAM, KILLAM FAMILY TRADING PARTNERS LP | 13176 | $1,183,570.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| DAVID T HOLLAND ET AL | 13178 | $1,183,066.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| DE SHAW LAMINAR PORTFOLIOS LLC | 7229 | $3,984,647.17 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**C2**
**Claims Subject to Prior Books and Records Objections**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Filed Claim Total | Proposed Remaining Claim Total | Omnibus Objection | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| DFD DIVERSIFIED TRUST I | 192 | $1,040,818.55 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| DONG WEN JUN | 6418 | $802.93 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| DR HANS ALBRECHT | 5364 | $389,653.18 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| EDWARD A IMKO | 11068 | $60,000.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| EDWARD A IMKO | 11070 | $60,000.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| EDWARD G CAPUTO AND EGC TRADING LLC | 13179 | $1,578,915.50 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| ENG CHOON KIAT | 2154 | $296.33 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| EUROPEAN SICAV ALLIANCE-INSULATE | 10464 | $12,996,097.32 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| feng jian chun | 373 | $551.91 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| FENG XIAO MEI | 4537 | $9,862.81 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| FINANZIARIA SAMMARINESE SA | 9689 | $305,317.13 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| GALT FUND LTD | 3965 | $24,000.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| GARY & GROSSINGER LAUREN GROSSINGER THE GG AUTO TRUST | 13164 | $1,550,826.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| GARY JACOBS JANET JACOBS (SEE NOTES) | 13182 | $650,000.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| GARY WENDT A PARTNER IN WENDT TRADING PARTNERS LP ROSEMARIE WENDT | 13170 | $1,361,830.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| GISVALORES SA COMISIONISTA DE | 6863 | $202,717.20 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | 5600 | $951,118.36 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| GU FENG | 4307 | $7,198.31 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| GUO JIE | 6905 | $1,006.56 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| HARRIS NA | 12357 | $0.00 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| HERBERT BLACK | 11006 | $34,245.97 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| HU SHU FEN | 9033 | $887.37 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| HUANG CHONG MIN | 587 | $1,822.19 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| INTERACTIVE DATA CORPORATION | 13214 | $114,049.82 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JACKSON TRADERS CORPORATION, ACCT # F4303 | 8712 | $66,745.35 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JAI N GUPTA ET AL | 13167 | $7,221,880.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| JAMES SLEVIN  (see notes) | 13171 | $1,062,000.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| JBW TRADING LLC | 190 | $61,848.95 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| jean-francois marcepoil | 4970 | $240,355.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JI CHUAN DONG | 1239 | $1,006.84 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JI JIN | 4882 | $196.30 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JIANG YAN SONG | 333 | $4,300.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JIN YONG JI | 5821 | $893.36 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JL FOREX INTERNATIONAL LTD | 5685 | $2,109.12 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| JOHN T MCNICHOLAS,  JTM TRADING LLC | 13173 | $431,778.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| JOSEPH I CRAWFORD,  JIC TRADING LLC | 13174 | $100,834.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| KE XIN | 5062 | $826.55 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LAWRENCE R GOULD SUZANNE G GOULD AND THE SGG AUTO TRUST | 13165 | $1,557,513.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| LI NA | 4163 | $1,922.75 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LI XIAO TU | 3050 | $396.03 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LI YAN | 376 | $4,170.60 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LI YONG HONG | 3069 | $49.90 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIANG XIAO YUN | 3050 | $2,109.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIN LI XIN | 3955 | $8,452.56 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIU BING | 430 | $2,831.71 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIU FU YING | 4874 | $367.26 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LIU GUAN | 4104 | $1,033.43 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LONG JIE CHEN | 1043 | $49.67 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LONG JIE CHEN | 1044 | $770.47 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LU YI MING | 6366 | $7,637.28 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LUO GUO HUA | 2134 | $4,782.38 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LUO WEI | 13601 | $4,571.63 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| LUO XIAO HANG | 4672 | $1,392.08 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Makoto Kanata | 644 | $0.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Michael Ruggiero | 11485 | $21,382.54 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| MIGUEL SALINA | 11168 | $0.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

C2
Claims Subject to Prior Books and Records Objections
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Proposed Remaining Claim Total | Omnibus Objection | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| MISTYRISE INTERNATIONAL | 10587 | $2,164,607.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| MORGAN ET AL | 13187 | $4,538,619.12 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| MULTI CREDIT BANK INC | 8464 | $4,833,316.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| NELSON D CIVELLO | 13189 | $248,638.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| NIKKO FUTURES FUND | 10416 | $1,355,107.71 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| OKACHI & CO LTD | 54 | $302,161.63 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| PAN JI ZHEN | 4871 | $4,075.42 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| PCMG TRADING PARTNERS XXIII LP | 11255 | $43,736.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| PEDRO E BARRIOS & MARISA CORREA | 10438 | $50,376.26 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| PENG GUO FU | 13671 | $1,837.63 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| QU ZHE | 4345 | $801.20 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| RADCLIFFE KILLAM KILLAM FAMILY TRADING PARTNERS LP | 13184 | $1,143,520.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| RAM N GUPTA ET AL | 13460 | $6,411,144.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| RAYMUND | 6195 | $25,990.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| REAGAN N CRAWFORD  (SEE NOTES) | 13172 | $1,711,600.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| REGINA INVESTMENTS | 5461 | $146,000.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| RICHARD W SNYDER ET AL. | 13180 | $713,050.15 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| ROBERT L KING, DIANE M KING, | 13175 | $2,176,620.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| RON TSCHETTER | 13188 | $652,977.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| SAGE FUND LP | 3980 | $1,184,086.04 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SAGE FUND LP | 3981 | $1,184,086.04 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SCOTT Y SCHILLER CAROLINE G SCHILLER | 13166 | $1,667,887.70 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| SEDONA TRADING LLC | 4330 | $45,191.18 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SEDONA TRADING LLC | 4332 | $45,191.18 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SHARON GROSSINGER | 13163 | $1,868,390.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| SHI HAIFENG | 547 | $5,095.74 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| SJ MORTIMER LLC | 12988 | $38,615.95 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| SPCP Group, LLC as Assignee of Swix Currency Fund, Ltd. | 12894 | $2,473,118.45 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| STECHLER ET AL | 13166 | $2,376,277.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| STEVEN M AND FRANCIS Q DISTEFANO | 215 | $31,225.43 | $0.00 | 4th Omnibus | Classify and treat as set forth in previously filed objection | |
| STEVEN R PERLES; STEVEN R PERLES PC; | 13177 | $2,185,000.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| TANG MIN ZHAO | 7306 | $5,045.70 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| THE IRWIN GROSSINGER TRUST | 13162 | $1,527,969.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| THE KOSEI SECURITIES CO LTD | 50 | $46,359.73 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| THELEN REID & PRIEST LP | 11399 | $283,609.89 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Thomas H. Yorke | 11525 | $160,174.13 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| TRACY DILEO MICHAEL DILEO KILLAM FAMILY TRADING PARTNERS LP | 13185 | $1,313,520.00 | $0.00 | Individual Substantive Objection | Classify and treat as set forth in previously filed objection | |
| VICTOR & PEGGY FINK | 490 | $100,897.15 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Wang Bia Qi | 10265 | $21,839.05 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WANG YAN | 11000 | $1,676.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WAYLAND DISTRESSED OPPORTUNITIES I-B LLC | 887 | $49.07 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WINCHESTER PRESERVATION LLC | 11450 | $134,113.89 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WORLDPARK LTD | 13411 | $23,906,364.93 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WU FENG LAN | 11829 | $372,867.34 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WU HAO | 4878 | $96.34 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| WU HAO | 3999 | $999.84 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| YAN DONG GEORGE GUO | 4000 | $993.70 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| YAN SHENG LIANG | 5702 | $8,405.75 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| YANG HU | 866 | $145.20 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| YU GUO QING | 699 | $49.93 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG JING WEN | 7280 | $836.22 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Zhang Lie | 4868 | $610.40 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG WEI | 4850 | $4,463.20 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG WEI | 6470 | $398.22 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG WEN JUN | 6475 | $2,226.87 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| | 3342 | $7,835.69 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |

In re: Refco Capital Markets, LTD.
Case No. 05-60016

C2
Claims Subject to Prior Books and Records Objections
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Proposed Remaining Claim Total | Omnibus Objection | Treatment | Previous Exhibit, If Modified |
|------|--------------|-------------------|-------------------------------|-------------------|-----------|-------------------------------|
| Zhang Yue Hua | 4696 | $2,184.97 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHANG ZHE NING | 5277 | $0.00 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO CHENG | 5858 | $713.65 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO CHENG | 6991 | $726.65 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO HUI LU | 5686 | $913.29 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO HUI LU | 5687 | $7,941.56 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHAO JUN PING | 868 | $345.51 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHENG MIAO | 5688 | $3,387.97 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHOU LI QUAN | 3036 | $509.79 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHOU LI QUAN | 3037 | $58.53 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| Zhou Ying Quan | 198 | $71,716.96 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHU MIAO YING | 3353 | $9,125.15 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZHU WENING | 295 | $1,017.16 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| ZONG FENG KE | 4777 | $5,349.73 | $0.00 | 1st Omnibus | Classify and treat as set forth in previously filed objection | |
| **SUBTOTAL:** | | $153,172,622.68 | $0.00 | | | |
| **GRAND TOTAL:** | | $153,379,504.83 | $0.00 | | | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

C3
Claims Withdrawn, Addressed in the Plan of Reorganization or by Other Court Order
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION** | | | | |
| ARMAND MARQUIS | 1368 | $0.00 | Withdrawn or addressed by plan provisions. | E1 |
| CARGILL INVESTOR SERVICES INC | 13089 | $5,752,468.52 | Withdrawn or addressed by plan provisions. | E1 |
| HSBC BANK USA NATIONAL ASSOCIATION | 10135 | $939,474.72 | Withdrawn or addressed by plan provisions. | E1 |
| MAKOR ISSUES & RIGHTS LTD | 14452 | $1,072,044.83 | Expunged pending Order approving separate stipulation. | NONE |
| NORTH HILLS LLP | 11563 | $7,844,218.04 | Withdrawn or addressed by plan provisions. | D1 |
| NORTH HILLS MANAGEMENT LLC | 225 | $7,720,246.79 | Withdrawn or addressed by plan provisions. | D1 |
| WILLIAM T ESREY | 9313 | $0.00 | Expunged pending Order approving separate stipulation. | E1 |
| WILLIAM T ESREY TRADING PARTNERS LP | 9314 | $297,886.70 | Expunged pending Order approving separate stipulation. | E1 |
| WINTON CAPITAL MANGEMENT LTD | 9317 | $0.00 | Withdrawn or addressed by plan provisions. | E1 |
| **SUBTOTAL:** | | $23,626,339.60 | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| ABBA FUND LLC A DELAWARE LIMITED PARTNERSHIP | 11710 | $577,952.00 | Withdrawn or addressed by plan provisions. | |
| ALBERT TOGUT AS CHAPTER 7 TRUSTEE OF REFCO LLC | 11314 | $373,418.00 | Withdrawn or addressed by plan provisions. | |
| BANK OF AMERICA NA (SEE NOTES) | 9990 | $642,000,000.00 | Withdrawn or addressed by plan provisions. | |
| BAWAG P S K BANK (SEE NOTES) | 13605 | $2,673,000.00 | Withdrawn or addressed by plan provisions. | |
| BAWAG P S K BANK (SEE NOTES) | 13606 | $50,000,000.00 | Withdrawn or addressed by plan provisions. | |
| BAWAG P S K BANK (SEE NOTES) | 13641 | $2,673,000.00 | Withdrawn or addressed by plan provisions. | |
| BAWAG P S K BANK (SEE NOTES) | 13642 | $50,000,000.00 | Withdrawn or addressed by plan provisions. | |
| BAWAG PSK BANK (SEE NOTES) | 13631 | $0.00 | Withdrawn or addressed by plan provisions. | |
| BAWAG PSK BANK (SEE NOTES) | 13667 | $0.00 | Withdrawn or addressed by plan provisions. | |
| GLOBAL MACRO FUND LIMITED | 12080 | $40,384,865.70 | Withdrawn or addressed by plan provisions. | |
| JP MORGAN CHASE BANK NA | 4796 | $101,547,404.02 | Withdrawn or addressed by plan provisions. | |
| KALKHOVEN PETTIT TRADING PARTNERS LP | 11707 | $35,982.39 | Withdrawn or addressed by plan provisions. | |
| OFI PALMARES (F/K/A OFIVALMO PALMARES) | 12054 | $12,943,387.65 | Withdrawn or addressed by plan provisions. | |
| REFCO SINGAPORE PTE LTD | 12984 | $32,071,944.83 | Withdrawn or addressed by plan provisions. | |
| REFCO TRADING SERVICES LLC | 11735 | $0.00 | Withdrawn or addressed by plan provisions. | |
| SAVINGS BANK OF THE RUSSIAN FEDERATION | 11886 | $0.00 | Withdrawn or addressed by plan provisions. | |
| SPHINX MANAGED FUTURES INDEX FUND LP | 13256 | $39,005,537.00 | Withdrawn or addressed by plan provisions. | |
| ST GEORGES BANK AND TRUST COMPANY INC | 12602 | $3,258,742.00 | Withdrawn or addressed by plan provisions. | |
| ST GEORGES BANK AND TRUST COMPANY LTD | 12600 | $295,564.63 | Withdrawn or addressed by plan provisions. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | 10082 | $397,413,324.50 | Withdrawn or addressed by plan provisions. | |
| WINCHESTER PRESERVATION LLC | 11983 | $23,908,364.93 | Withdrawn or addressed by plan provisions. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

C3
Claims Withdrawn, Addressed in the Plan of Reorganization or by Other Court Order
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|------|--------------|-------------------|-----------|-------------------------------|
| **SUBTOTAL:** | | $1,399,162,487.65 | | |
| **GRAND TOTAL:** | | $1,422,788,827.25 | | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

D1
Expunge Claims as Inconsistent with Debtor's Books and Records
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Modified Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| ADVANCE CURRENCY MARKETS SA | 4756 | $637,700.39 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| ALCOR LP | 10916 | $101,925.46 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| ALEX PATERNOTTE | 10919 | $100,590.47 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| ALLEN GOODMAN | 10474 | $0.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| ANDERSON, JOHN M | 473 | $6,226.71 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| Arie Filhaber | 661 | $37,682.39 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| BANK FRICK & CO AG | 10433 | $5,189,428.52 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| BEELAND MANAGEMENT GROUP LLC | 10475 | $0.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| Brian Cumming | 282 | $3,492.74 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| COREY A WISHNIA | 9868 | $3,975.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| CORNELIUS VERSENDAAL TRUST | 3416 | $19,320.43 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| DAVID S AND MARLA T OROS | 11045 | $5,507,624.89 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| DAVID V HARKINS | 11585 | $0.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| EUGENE L. GOODWIN | 10913 | $101,263.10 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| FX TRADING LLC | 7225 | $250,111.57 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| GAURANG BHATT | 1692 | $2,785.48 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| GFS FOREX & FUTURES INC | 6289 | $500,000.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| Gianni Platz | 6896 | $86,012.65 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| GILBERT B ESCOBAR | 241 | $10,000.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| HIEU VO | 459 | $14,854.61 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| HIGHLAND CRUSADER OFFSHORE PARTNERS LP | 11038 | $20,000,000.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| IGOR J BORMACHENKO | 506 | $50,241.48 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| IRA FBO RALPH A MACDONALD | 9867 | $13,000.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| ITAMAR FILHABER | 662 | $492.15 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| JAY DORMAN | 12886 | $300.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| JIANG MZI BAO | 298 | $65,000.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| JONATHAN MILLER | 10911 | $353,259.90 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| KEVIN J TOOMEY | 9673 | $14,400.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| Keytrading LLC | 11388 | $825,930.18 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| KITTY CHENG + STEPHEN CHENG JT TEN | 13738 | $37,179.90 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| LASALLE BROKERAGE AG ZURICH SWITZERLAND | 4951 | $18,014.51 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| LEO R BREITMAN | 11591 | $0.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| Li Ke Xiu | 8740 | $1,196.88 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| Li Ke Xiu | 8742 | $188.67 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| LUSIA GALAV | 10920 | $100,339.97 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| MANUEL OCHOA | 226 | $20,171.73 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| MAREK LAGA | 264 | $2,920.83 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| MARK AND LESLIE FARRAR | 10909 | $453,702.55 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| Mary Coogan | 1734 | $500.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| MASONIC MEDICAL | 11787 | $3,600,000.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |
| MERRILL LYNCH INTERNATIONAL ET AL | 13023 | $0.00 | | $0.00 Expunge as inconsistent with Debtor's Books and Records | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**D1**
**Expunge Claims as Inconsistent with Debtor's Books and Records**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Filed Claim Total | Modified Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| MERRILL LYNCH INTERNATIONAL ET AL | 13052 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MICHAEL WILLNER | 12006 | $7,942,226.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MILLENIUM TRUST CO LLC | 10914 | $101,263.10 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| MORTEN SORENSEN | 267 | $4,144.04 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| NADER KAZEROUNI | 7305 | $2,250.95 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| NATHAN GANTCHER | 11577 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| NION YANXIA | 5259 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PANAMAX CAPITAL MANAGEMENT INC | 12880 | $14,746.71 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PATRICIA A WILLIAMS | 12523 | $363.52 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PATRICIA L TAN | 2680 | $4,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PAUL O WEBB | 10915 | $101,873.67 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Paul Wang | 530 | $100.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| PINNACLE PEAKS CAPITAL LLC | 238 | $7,511.61 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| RANDY JULIAN @ | 2191 | $10,708.95 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| RANDY JULIAN @ IRA | 2190 | $4,062.95 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| REGINA INVESTMENTS | 4535 | $146,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ROBERT BARTELL III | 13743 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ROBERT V PRICE | 12928 | $5,700.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| ROBERTO SANCHEZ CANTILLANO | 1815 | $4,956.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Ronald A Bernstein | 10497 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| SEUNG HEE DURKIN | 10912 | $124,896.68 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| SPHINX MANAGED FUTURES/ BEACH | 1777 | $183,954.77 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| SUZANN K GEFFEN | 10910 | $401,023.82 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| SYDNEY R KNAFEL | 11926 | $10,105,304.54 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS G DUST | 10908 | $501,376.50 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS H LEE EQUITY (CAYMAN) FUND V LP | 11596 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS H LEE EQUITY FUND V LP | 11599 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS H LEE EQUITY FUND V LP | 11602 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| THOMAS H LEE PARALLEL FUND V LP | 11593 | $0.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| Tommy Hiett | 266 | $246.07 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| TRADING TECHNOLOGIES INTERNATIONAL INC | 10784 | $38,850,000.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| TRUSTEES OF MASONIC HALL & ASYLUM FUND ET AL | 13229 | $34,860,937.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| VAN L AULD | 433 | $372.00 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| VICTOR FINK | 10918 | $100,897.15 | $0.00 | Expunge as inconsistent with Debtor's Books and Records | |
| **GRAND TOTAL:** | | **$131,608,749.19** | **$0.00** | | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**D2**
**Late Filed Claims**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Filed Claim Total | Date Stamp on Proof of Claim | Modified Claim Total | Treatment | Previous Exhibit, If Modified |
|------|--------------|-------------------|------------------------------|----------------------|-----------|-------------------------------|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | | |
| BREAKWATER TRADING LLC | 14144 | $551,735.71 | 9/26/2006 | $0.00 | Expunge as late filed. | |
| COMPANIA DE PROFESIONALES DE B | 13340 | $24,633.51 | 7/19/2006 | $0.00 | Expunge as late filed. | |
| HUANG XI CHANG | 13979 | $551.60 | 8/16/2006 | $0.00 | Expunge as late filed. | |
| JIANG XUE SONG | 13866 | $692.48 | 8/9/2006 | $0.00 | Expunge as late filed. | |
| LI YI CHENG | 13400 | $1,256.47 | 7/31/2006 | $0.00 | Expunge as late filed. | |
| MOUSTAKAS MELETIOS & STYLIANI (MOUSTAKA) | 13828 | $780.19 | 7/19/2006 | $0.00 | Expunge as late filed. | |
| PENG GUO FU | 13960 | $1,857.63 | 8/9/2006 | $0.00 | Expunge as late filed. | |
| PIAO YIN HUA | 13633 | $1,400.42 | 8/9/2006 | $0.00 | Expunge as late filed. | |
| TAO XIA | 13360 | $755.33 | 7/20/2006 | $0.00 | Expunge as late filed. | |
| ZHANG QI | 13632 | $198.87 | 8/9/2006 | $0.00 | Expunge as late filed. | |
| **GRAND TOTAL:** | | **$583,862.21** | | **$0.00** | | |

Page 1 of 1

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**D3**
Duplicate and Amended/Superceded Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | | |
| ANNE MARIE SCHICK | 423 | $0.00 | 4502 | $672,054.84 | Expunge as duplicative, amended or superceded. | |
| Arboria Fund, Ltd | 12415 | $900,000.00 | 32 | $900,000.00 | Expunge as duplicative, amended or superceded. | |
| BAI HAO RAN | 565 | $778.19 | 6235 | $768.19 | Expunge as duplicative, amended or superceded. | |
| BANCO REFORMADOR SA | 12995 | $0.00 | 13001 | $0.00 | Expunge as duplicative, amended or superceded. | |
| BANCO UNO SA - EL SALVADOR | 12999 | $0.00 | 13008 | $0.00 | Expunge as duplicative, amended or superceded. | |
| BANCO UNO SA - NICARAGUA | 12998 | $0.00 | 13004 | $0.00 | Expunge as duplicative, amended or superceded. | |
| BANCO UNO SA - PANAMA | 12997 | $0.00 | 13006 | $0.00 | Expunge as duplicative, amended or superceded. | |
| Bancolombia (Panama), S.A. | 14197 | $4,952,829.00 | 6401 | $4,952,829.00 | Expunge as duplicative, amended or superceded. | |
| BANCOVAL SA | 11911 | $2,999,112.63 | 11910 | $2,999,112.63 | Expunge as duplicative, amended or superceded. | |
| BARRINGTON FINANCIAL CORP | 8035 | $119,344.00 | 8034 | $119,344.00 | Expunge as duplicative, amended or superceded. | |
| BAYERISCHE HYPO-UND VEREINSBANK AG | 10764 | $534,570.49 | 10782 | $534,570.49 | Expunge as duplicative, amended or superceded. | |
| BECKENHAM TRADING CO IN | 8542 | $250,000.00 | 8534 | $250,000.00 | Expunge as duplicative, amended or superceded. | |
| CAI YONG GANG | 765 | $98.56 | 3856 | $98.56 | Expunge as duplicative, amended or superceded. | |
| CAO HENG TAO | 571 | $4,035.41 | 6241 | $4,035.41 | Expunge as duplicative, amended or superceded. | |
| CAO HONG YU | 601 | $1,099.06 | 3873 | $1,856.65 | Expunge as duplicative, amended or superceded. | |
| CAO YAN QIU | 6236 | $589.77 | 573 | $589.77 | Expunge as duplicative, amended or superceded. | |
| CAO YE | 925 | $2,040.00 | 3942 | $2,040.00 | Expunge as duplicative, amended or superceded. | |
| CAO YE | 926 | $7,394.09 | 3941 | $7,394.09 | Expunge as duplicative, amended or superceded. | |
| CAPITAL RETURN INTERNATIONAL FUND LTD | 61 | $2,724,811.90 | 11436 | $1,374,811.78 | Expunge as duplicative, amended or superceded. | |
| CEN, LING | 800 | $98.27 | 4852 | $98.27 | Expunge as duplicative, amended or superceded. | |
| CHANG LIREN | 992 | $98.00 | 5255 | $99.00 | Expunge as duplicative, amended or superceded. | |
| CHEN AI PING | 912 | $101.77 | 3917 | $101.77 | Expunge as duplicative, amended or superceded. | |
| CHEN DE LIAN | 780 | $1,240.36 | 3884 | $1,240.36 | Expunge as duplicative, amended or superceded. | |
| CHEN HUI FEN | 816 | $3,152.66 | 3861 | $3,152.66 | Expunge as duplicative, amended or superceded. | |
| CHEN JIAN GE | 406 | $2,808.36 | 6036 | $3,370.92 | Expunge as duplicative, amended or superceded. | |
| CHEN JING | 779 | $81.66 | 4880 | $81.66 | Expunge as duplicative, amended or superceded. | |
| CHEN RUI FEN | 2233 | $1,328.20 | 3907 | $1,328.20 | Expunge as duplicative, amended or superceded. | |
| CHEN SHU QUAN | 775 | $1,915.48 | 3875 | $1,915.48 | Expunge as duplicative, amended or superceded. | |
| CHEN WAN FING | 2067 | $43,207.95 | 4810 | $98,036.34 | Expunge as duplicative, amended or superceded. | |
| CHEN WEN TE | 2084 | $78,157.38 | 3185 | $45,354.53 | Expunge as duplicative, amended or superceded. | |
| CHEN XU CHENG | 1613 | $526.24 | 3665 | $526.24 | Expunge as duplicative, amended or superceded. | |
| CHEN YA MING | 788 | $498.15 | 4884 | $498.15 | Expunge as duplicative, amended or superceded. | |
| CHEN ZHAO WEI | 5092 | $190.16 | 1258 | $380.32 | Expunge as duplicative, amended or superceded. | |
| CHEN ZHI JIAN | 703 | $0.00 | 7283 | $1,403.02 | Expunge as duplicative, amended or superceded. | |
| CHEN ZHI RONG | 753 | $0.00 | 12652 | $199.04 | Expunge as duplicative, amended or superceded. | |
| CHEN ZI LI | 7282 | $49.72 | 7281 | $514.19 | Expunge as duplicative, amended or superceded. | |
| CHIANG, SU-CHEN | 1387 | $15,604.05 | 5697 | $15,604.05 | Expunge as duplicative, amended or superceded. | |
| CORFOREX INVESTMENT LLC | 10076 | $331,223.00 | 10077 | $331,223.00 | Expunge as duplicative, amended or superceded. | |
| CUI YING YU | 2349 | $975.56 | 6417 | $975.56 | Expunge as duplicative, amended or superceded. | |
| DAI WEI | 2228 | $1,166.80 | 3938 | $1,166.80 | Expunge as duplicative, amended or superceded. | |
| DAI WEI | 2229 | $12,175.91 | 3939 | $12,175.91 | Expunge as duplicative, amended or superceded. | |
| DENG JING BO | 566 | $922.49 | 6025 | $923.37 | Expunge as duplicative, amended or superceded. | |
| DENG LEI | 273 | $1,169.37 | 3013 | $1,169.37 | Expunge as duplicative, amended or superceded. | |
| DENG XIAN QI | 778 | $7,467.27 | 6255 | $7,467.27 | Expunge as duplicative, amended or superceded. | |
| DEUTSCHE BANK SECURITIES INC | 12032 | $22,731,737.92 | 13832 | $22,731,737.92 | Expunge as duplicative, amended or superceded. | |
| DING QIANG | 581 | $1,030.51 | 3930 | $1,030.51 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| DING, JIAN QING | 798 | $344.26 | 4885 | $344.26 | Expunge as duplicative, amended or superceded. | |
| DUAN XIAOXIONG | 782 | $142.23 | 3882 | $142.23 | Expunge as duplicative, amended or superceded. | |
| DUAN XIAOXIONG | 783 | $4,049.44 | 3883 | $4,049.44 | Expunge as duplicative, amended or superceded. | |
| FAN KAI | 544 | $800.52 | 4842 | $800.52 | Expunge as duplicative, amended or superceded. | |
| FENG HAI YANG | 617 | $1,004.23 | 6250 | $1,004.23 | Expunge as duplicative, amended or superceded. | |
| GANG LI | 918 | $1,153.18 | 6247 | $1,153.18 | Expunge as duplicative, amended or superceded. | |
| GARY STECKEL | 60 | $19,648.05 | 9856 | $17,331.46 | Expunge as duplicative, amended or superceded. | |
| GEORGE KARAGEORGIOU | 6714 | $417.00 | 6717 | $417.00 | Expunge as duplicative, amended or superceded. | |
| GESHOA STRUCTURED FINANCE LTD | 11443 | $9,560,708.00 | 14177 | $10,134,755.47 | Expunge as duplicative, amended or superceded. | |
| GESVALORES S.A COMISIONISTA DE | 6084 | $202,717.20 | 6863 | $202,717.20 | Expunge as duplicative, amended or superceded. | |
| GONG ZHIHONG | 437 | $403.80 | 4898 | $403.80 | Expunge as duplicative, amended or superceded. | |
| GTC BANK INC | 13274 | $0.00 | 13276 | $0.00 | Expunge as duplicative, amended or superceded. | |
| GTC BANK INC | 13276 | $0.00 | 13277 | $12,339,131.33 | Expunge as duplicative, amended or superceded. | |
| GUO FENG | 774 | $192.13 | 4864 | $192.13 | Expunge as duplicative, amended or superceded. | |
| GUO HONGGANG | 3885 | $1,814.89 | 922 | $2,116.09 | Expunge as duplicative, amended or superceded. | |
| GUO JIE | 7115 | $1,006.56 | 3421 | $1,006.56 | Expunge as duplicative, amended or superceded. | |
| GUO SHANG FENG | 516 | $2,333.75 | 8174 | $2,249.21 | Expunge as duplicative, amended or superceded. | |
| GUO SHANG FENG | 1275 | $578.49 | 8175 | $752.35 | Expunge as duplicative, amended or superceded. | |
| HAN FANG | 2227 | $322.85 | 4873 | $322.85 | Expunge as duplicative, amended or superceded. | |
| HAN MING FANG | 1280 | $16,060.16 | 6717 | $16,060.16 | Expunge as duplicative, amended or superceded. | |
| HAN ZHENG SHUN TAN XIU LING | 591 | $926.13 | 3867 | $926.13 | Expunge as duplicative, amended or superceded. | |
| HAO WANG | 814 | $8,110.61 | 3927 | $8,110.61 | Expunge as duplicative, amended or superceded. | |
| HAO ZHEN DONG | 363 | $21,288.92 | 11010 | $21,288.92 | Expunge as duplicative, amended or superceded. | |
| HE XUAN | 748 | $101.49 | 4124 | $101.49 | Expunge as duplicative, amended or superceded. | |
| HE YUAN LU | 11026 | $199.11 | 5267 | $199.11 | Expunge as duplicative, amended or superceded. | |
| HE ZHI | 991 | $134.47 | 5261 | $134.47 | Expunge as duplicative, amended or superceded. | |
| HONG LI YI | 6246 | $870.86 | 920 | $978.28 | Expunge as duplicative, amended or superceded. | |
| HONG WEI LIN | 881 | $5,798.34 | 4349 | $5,798.34 | Expunge as duplicative, amended or superceded. | |
| HOU WEI WEI | 451 | $1,469.36 | 5284 | $1,469.36 | Expunge as duplicative, amended or superceded. | |
| HOXSIN BUSSAN CO LTD | 101 | $866,477.20 | 6221 | $863,399.24 | Expunge as duplicative, amended or superceded. | |
| HSU CHAO TANG | 2088 | $47,315.91 | 2762 | $47,315.91 | Expunge as duplicative, amended or superceded. | |
| HSU CHAO TANG | 5307 | $47,315.91 | 2762 | $47,315.91 | Expunge as duplicative, amended or superceded. | |
| HSU MI-YING | 2066 | $56,772.33 | 4809 | $129,496.98 | Expunge as duplicative, amended or superceded. | |
| HUANG JIA HAO | 755 | $524.90 | 7345 | $524.90 | Expunge as duplicative, amended or superceded. | |
| HUANG JIANCHUAN | 576 | $450.00 | 4861 | $450.00 | Expunge as duplicative, amended or superceded. | |
| HUANG NONG XIAN | 924 | $518.84 | 3879 | $518.84 | Expunge as duplicative, amended or superceded. | |
| HUANG QIANXIN HEYUAN LU | 5292 | $3,771.01 | 11029 | $3,789.91 | Expunge as duplicative, amended or superceded. | |
| INS BANCREDITO VALORES PUESTO DE BOLSA S A | 5045 | $1,481,233.27 | 13996 | $1,481,233.27 | Expunge as duplicative, amended or superceded. | |
| IXIS CORPORATE & INVESTMENT BANK | 14126 | $4,672,994.00 | 11999 | $4,672,994.00 | Expunge as duplicative, amended or superceded. | |
| JI KAN | 414 | $99.72 | 3888 | $99.72 | Expunge as duplicative, amended or superceded. | |
| JIANG QUAN | 603 | $128.60 | 3928 | $128.60 | Expunge as duplicative, amended or superceded. | |
| JIANG SHUANG SHENG | 620 | $1,733.26 | 6244 | $1,733.26 | Expunge as duplicative, amended or superceded. | |
| JIANG YONG | 796 | $420.01 | 4862 | $420.01 | Expunge as duplicative, amended or superceded. | |
| JIN CHEN | 1385 | $65,174.10 | 4284 | $65,174.10 | Expunge as duplicative, amended or superceded. | |
| JIN JI SHAN | 639 | $1,346.20 | 2755 | $1,346.20 | Expunge as duplicative, amended or superceded. | |
| JIN PENG | 993 | $99.43 | 5263 | $99.43 | Expunge as duplicative, amended or superceded. | |
| JIN SHAN | 2733 | $3,240.59 | 1006 | $3,240.59 | Expunge as duplicative, amended or superceded. | |
| JIN YONG JI | 771 | $893.36 | 4879 | $893.36 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| JU LEI | 1132 | $0.00 | 5651 | $199.63 | Expunge as duplicative, amended or superceded. | |
| JU XIAO BIN | 602 | $7,020.00 | 3936 | $7,020.00 | Expunge as duplicative, amended or superceded. | |
| KANG YONG QIANG | 1620 | $111.50 | 3848 | $111.50 | Expunge as duplicative, amended or superceded. | |
| KANG YONG QIANG | 1621 | $1,216.94 | 3849 | $1,216.94 | Expunge as duplicative, amended or superceded. | |
| KONG HUI | 1388 | $2,557.21 | 5436 | $2,557.21 | Expunge as duplicative, amended or superceded. | |
| LE ZE FANG | 589 | $199.60 | 3929 | $199.60 | Expunge as duplicative, amended or superceded. | |
| LEE, YING-HSUAN | 2085 | $16,960.19 | 5692 | $20,912.83 | Expunge as duplicative, amended or superceded. | |
| LI FENG | 795 | $1,765.10 | 4867 | $1,765.10 | Expunge as duplicative, amended or superceded. | |
| LI FULI | 449 | $893.72 | 5285 | $893.72 | Expunge as duplicative, amended or superceded. | |
| LI HUA | 1616 | $481.54 | 3668 | $481.54 | Expunge as duplicative, amended or superceded. | |
| LI HUI | 1614 | $1,011.10 | 3681 | $1,011.10 | Expunge as duplicative, amended or superceded. | |
| LI JIN BAO | 595 | $3,677.52 | 3931 | $3,677.52 | Expunge as duplicative, amended or superceded. | |
| LI NING | 4629 | $1,309.60 | 5135 | $1,309.60 | Expunge as duplicative, amended or superceded. | |
| LI SUPING | 5262 | $99.00 | 3260 | $99.00 | Expunge as duplicative, amended or superceded. | |
| LI TIAN HONG | 1509 | $1,222.23 | 3923 | $1,222.23 | Expunge as duplicative, amended or superceded. | |
| LI WEN | 911 | $166.00 | 3889 | $166.00 | Expunge as duplicative, amended or superceded. | |
| LI YAN | 995 | $330.24 | 5258 | $330.24 | Expunge as duplicative, amended or superceded. | |
| LI YONG FU | 702 | $0.00 | 9598 | $200.08 | Expunge as duplicative, amended or superceded. | |
| LIAO JUAN MIN | 465 | $1,104.95 | 4174 | $1,104.95 | Expunge as duplicative, amended or superceded. | |
| LIN A LONG | 1772 | $8,870.40 | 3352 | $8,870.40 | Expunge as duplicative, amended or superceded. | |
| LIN XU TIAN | 1281 | $6,068.70 | 4428 | $6,068.70 | Expunge as duplicative, amended or superceded. | |
| LIN YING | 1774 | $9,841.07 | 3347 | $9,841.07 | Expunge as duplicative, amended or superceded. | |
| LIN ZHI HAO | 3314 | $530.40 | 4043 | $530.40 | Expunge as duplicative, amended or superceded. | |
| Liu Bing | 3904 | $9,148.97 | 747 | $7,887.86 | Expunge as duplicative, amended or superceded. | |
| LIU FENG | 2241 | $1,617.94 | 3924 | $1,617.94 | Expunge as duplicative, amended or superceded. | |
| LIU FENG CHENG | 609 | $104.45 | 4866 | $104.45 | Expunge as duplicative, amended or superceded. | |
| LIU GE | 2138 | $2,302.54 | 3878 | $2,302.54 | Expunge as duplicative, amended or superceded. | |
| LIU JIE | 803 | $600.49 | 4860 | $600.49 | Expunge as duplicative, amended or superceded. | |
| LIU MIN MING | 590 | $1,924.87 | 3877 | $1,924.87 | Expunge as duplicative, amended or superceded. | |
| LIU QING | 596 | $49.16 | 3865 | $49.16 | Expunge as duplicative, amended or superceded. | |
| LIU SHU PING | 409 | $3,209.33 | 4126 | $3,209.33 | Expunge as duplicative, amended or superceded. | |
| LIU SHU PING | 422 | $3,209.33 | 4126 | $3,209.33 | Expunge as duplicative, amended or superceded. | |
| LIU SHU PING | 481 | $3,209.33 | 4126 | $3,209.33 | Expunge as duplicative, amended or superceded. | |
| LIU WEI HUA | 5184 | $2,881.19 | 873 | $3,773.88 | Expunge as duplicative, amended or superceded. | |
| LIU XIU MIN | 588 | $2,620.00 | 3890 | $2,620.00 | Expunge as duplicative, amended or superceded. | |
| LIU YI | 695 | $155.72 | 5743 | $155.72 | Expunge as duplicative, amended or superceded. | |
| LIU ZHAO FENG | 6923 | $1,602.32 | 9017 | $801.18 | Expunge as duplicative, amended or superceded. | |
| LIU ZIYANG | 916 | $49.02 | 3858 | $49.02 | Expunge as duplicative, amended or superceded. | |
| LIVING WATER FUND LP A DELAWARE LIMITED PARTNERSHIP | 10496 | $2,503,670.00 | 10495 | $1,453,670.00 | Expunge as duplicative, amended or superceded. | |
| LU YING | 815 | $99.33 | 3897 | $99.33 | Expunge as duplicative, amended or superceded. | |
| LU ZHAO HAI | 4294 | $456.24 | 4288 | $456.24 | Expunge as duplicative, amended or superceded. | |
| LU ZHAO HAI | 4295 | $411.98 | 4287 | $411.98 | Expunge as duplicative, amended or superceded. | |
| LUO XIAO HANG | 583 | $1,292.08 | 3847 | $1,292.08 | Expunge as duplicative, amended or superceded. | |
| MAI RUI HE | 915 | $745.98 | 3860 | $745.98 | Expunge as duplicative, amended or superceded. | |
| MAO YU HONG | 575 | $3,669.42 | 3862 | $3,669.42 | Expunge as duplicative, amended or superceded. | |
| MENG YONG | 2059 | $1,888.86 | 6623 | $1,888.86 | Expunge as duplicative, amended or superceded. | |
| MIAO JIAN FEN | 1508 | $2,016.96 | 3880 | $2,016.96 | Expunge as duplicative, amended or superceded. | |
| NKB INVESTMENTS LTD | 116 | $26,826,222.59 | 9131 | $11,303,265.51 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| NOMURA INTERNATIONAL PLC | 14125 | $1,406,696.00 | 11996 | $1,406,696.00 | Expunge as duplicative, amended or superceded. | |
| NORTHSTAR FUND LLC | 10846 | $1,023,688.02 | 10845 | $1,023,688.02 | Expunge as duplicative, amended or superceded. | |
| PAN DONG | 378 | $2,940.00 | 6245 | $2,940.00 | Expunge as duplicative, amended or superceded. | |
| PAN JU ZHEN | 582 | $4,075.42 | 3914 | $4,075.42 | Expunge as duplicative, amended or superceded. | |
| PAN YONG QUAN | 785 | $123.91 | 3896 | $123.91 | Expunge as duplicative, amended or superceded. | |
| PAN YU | 11027 | $319.29 | 5337 | $319.29 | Expunge as duplicative, amended or superceded. | |
| QI JIAN JIN | 1622 | $5,538.95 | 3852 | $5,538.95 | Expunge as duplicative, amended or superceded. | |
| QI LI MING | 2232 | $6,356.53 | 3999 | $6,356.53 | Expunge as duplicative, amended or superceded. | |
| QIAN ZHI QIANG | 277 | $1,014.17 | 4469 | $1,014.17 | Expunge as duplicative, amended or superceded. | |
| QIU YUAN WU | 809 | $1,831.34 | 3919 | $1,831.34 | Expunge as duplicative, amended or superceded. | |
| QU NING | 696 | $303.68 | 3799 | $303.68 | Expunge as duplicative, amended or superceded. | |
| REN GANG | 443 | $4,469.36 | 4532 | $4,469.36 | Expunge as duplicative, amended or superceded. | |
| RPM RISK & PORTFOLIO MANAGEMENT AB | 9555 | $33,677.21 | 9568 | $33,677.21 | Expunge as duplicative, amended or superceded. | |
| RUAN JING JING | 568 | $20,000.00 | 6257 | $20,000.00 | Expunge as duplicative, amended or superceded. | |
| RUAN JING JING | 698 | $20,000.00 | 6257 | $20,000.00 | Expunge as duplicative, amended or superceded. | |
| RUI LI | 502 | $26,835.51 | 5124 | $26,835.51 | Expunge as duplicative, amended or superceded. | |
| SAEED ABDULRAHMAN ALQAHTANI | 11571 | $5,864,557.97 | 11415 | $6,864,557.97 | Expunge as duplicative, amended or superceded. | |
| SCHICK ANNE MARIE | 5819 | $0.00 | 4502 | $672,164.84 | Expunge as duplicative, amended or superceded. | |
| SHEN JUN MIN | 410 | $7,222.40 | 4125 | $7,222.40 | Expunge as duplicative, amended or superceded. | |
| SHEN JUN MIN | 421 | $7,222.40 | 4125 | $7,222.40 | Expunge as duplicative, amended or superceded. | |
| SHEN JUN MIN | 444 | $7,222.40 | 4125 | $7,222.40 | Expunge as duplicative, amended or superceded. | |
| SHEN JUN MIN | 480 | $7,222.40 | 4125 | $7,222.40 | Expunge as duplicative, amended or superceded. | |
| SHEN QING YAN | 286 | $5,507.30 | 5197 | $5,507.30 | Expunge as duplicative, amended or superceded. | |
| SHEN XIAO XIONG | 616 | $1,202.50 | 3937 | $1,202.50 | Expunge as duplicative, amended or superceded. | |
| SHI GAO WEI | 4857 | $103.05 | 615 | $103.05 | Expunge as duplicative, amended or superceded. | |
| SHI ZHI YONG | 1244 | $1,532.06 | 5118 | $1,532.06 | Expunge as duplicative, amended or superceded. | |
| SONG BAO ZHU | 614 | $1,397.91 | 4855 | $1,397.91 | Expunge as duplicative, amended or superceded. | |
| SOUTH FINANCIAL SERVICES CORP | 11842 | $961.10 | 11841 | $961.10 | Expunge as duplicative, amended or superceded. | |
| SU GUANG SHENG | 749 | $5,962.10 | 4121 | $5,962.10 | Expunge as duplicative, amended or superceded. | |
| SU YU HUAN | 569 | $7,104.03 | 5712 | $7,104.03 | Expunge as duplicative, amended or superceded. | |
| SUI RONG HU | 464 | $1,973.58 | 7130 | $1,973.58 | Expunge as duplicative, amended or superceded. | |
| SUN GUANG XIU | 610 | $150.00 | 6251 | $150.00 | Expunge as duplicative, amended or superceded. | |
| SUN WEI JIE | 1628 | $9,629.12 | 6615 | $9,629.12 | Expunge as duplicative, amended or superceded. | |
| SUN XIAO | 802 | $5,071.42 | 6240 | $5,071.42 | Expunge as duplicative, amended or superceded. | |
| TAN YUN | 352 | $8,005.51 | 7119 | $8,005.51 | Expunge as duplicative, amended or superceded. | |
| TANG ZHENMIN | 4186 | $1,500.49 | 5341 | $1,500.49 | Expunge as duplicative, amended or superceded. | |
| TIAN MING RE | 1617 | $725.26 | 3680 | $725.26 | Expunge as duplicative, amended or superceded. | |
| TIAN WENLING | 772 | $391.62 | 4881 | $391.62 | Expunge as duplicative, amended or superceded. | |
| TRANSCOM BANK (BARBADOS) LTD | 12996 | $0.00 | 13912 | $10,676,536.47 | Expunge as duplicative, amended or superceded. | |
| WANG BAOXING | 5256 | $100.04 | 994 | $101.00 | Expunge as duplicative, amended or superceded. | |
| WANG HAI LIAN | 345 | $59.49 | 4253 | $59.49 | Expunge as duplicative, amended or superceded. | |
| WANG HUA LI | 597 | $629.18 | 3864 | $629.18 | Expunge as duplicative, amended or superceded. | |
| WANG JUXING | 1005 | $9,097.20 | 4304 | $9,097.20 | Expunge as duplicative, amended or superceded. | |
| Wang Li Min | 3866 | $1,770.76 | 594 | $885.38 | Expunge as duplicative, amended or superceded. | |
| WANG LI PING | 871 | $126,023.30 | 4771 | $126,023.30 | Expunge as duplicative, amended or superceded. | |
| WANG MIN | 598 | $286.38 | 3868 | $286.38 | Expunge as duplicative, amended or superceded. | |
| WANG PEI YAN | 574 | $49.31 | 6238 | $49.31 | Expunge as duplicative, amended or superceded. | |
| WANG XIAO DONG | 1626 | $99.71 | 3901 | $806.79 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

D3
Duplicate and Amended/Superceded Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| WANG XIAO HAN | 564 | $49.30 | 3881 | $49.30 | Expunge as duplicative, amended or superceded. | |
| WANG XIAO ZHI | 1615 | $1,028.88 | 3667 | $1,028.88 | Expunge as duplicative, amended or superceded. | |
| WANG YAO LIA | 766 | $49.85 | 4863 | $49.85 | Expunge as duplicative, amended or superceded. | |
| WANG YING HUI | 921 | $580.00 | 3859 | $580.00 | Expunge as duplicative, amended or superceded. | |
| WANG YONG | 813 | $5,980.47 | 4858 | $5,980.47 | Expunge as duplicative, amended or superceded. | |
| WANG YONGFENG | 1094 | $1,283.03 | 5101 | $1,283.03 | Expunge as duplicative, amended or superceded. | |
| WANG YU HUA | 2133 | $285.00 | 3920 | $280.00 | Expunge as duplicative, amended or superceded. | |
| WEI KAI | 2462 | $1,531.44 | 4227 | $1,531.44 | Expunge as duplicative, amended or superceded. | |
| WEI XIA | 3075 | $99.54 | 4875 | $99.64 | Expunge as duplicative, amended or superceded. | |
| WEI XIN DING | 1016 | $967.54 | 5289 | $967.54 | Expunge as duplicative, amended or superceded. | |
| WEN XIU YIN | 812 | $99.40 | 4854 | $99.40 | Expunge as duplicative, amended or superceded. | |
| WINTERBOTHAM TRUST CO LTD | 10352 | $550,735.00 | 10431 | $550,735.00 | Expunge as duplicative, amended or superceded. | |
| WU HAO | 292 | $993.70 | 2451 | $993.70 | Expunge as duplicative, amended or superceded. | |
| WU HAO | 294 | $999.84 | 2450 | $999.84 | Expunge as duplicative, amended or superceded. | |
| XI HUI HONG | 4183 | $0.00 | 6547 | $1,264.19 | Expunge as duplicative, amended or superceded. | |
| XI HUI HONG | 6013 | $1,264.19 | 6547 | $1,264.19 | Expunge as duplicative, amended or superceded. | |
| XI HUI PING | 4181 | $98.20 | 6545 | $98.20 | Expunge as duplicative, amended or superceded. | |
| XI HUI PING | 6010 | $98.20 | 6545 | $98.20 | Expunge as duplicative, amended or superceded. | |
| XI WEI QIN | 2655 | $99.36 | 6546 | $99.36 | Expunge as duplicative, amended or superceded. | |
| XI WEI QIN | 6018 | $99.36 | 6546 | $99.36 | Expunge as duplicative, amended or superceded. | |
| XING JIAN CAI | 2025 | $12,052.49 | 4425 | $12,052.49 | Expunge as duplicative, amended or superceded. | |
| XING JIAN CAI | 4424 | $18,298.06 | 2026 | $18,248.06 | Expunge as duplicative, amended or superceded. | |
| XINGANG MAO | 355 | $1,669.39 | 5730 | $1,669.39 | Expunge as duplicative, amended or superceded. | |
| XIONG XIAO GANG | 622 | $1,691.43 | 3934 | $1,691.43 | Expunge as duplicative, amended or superceded. | |
| XU BEI | 640 | $9,030.81 | 4726 | $9,030.81 | Expunge as duplicative, amended or superceded. | |
| XU BEI | 3045 | $9,030.81 | 4726 | $9,030.81 | Expunge as duplicative, amended or superceded. | |
| XU BIN | 613 | $20,990.56 | 3916 | $20,990.56 | Expunge as duplicative, amended or superceded. | |
| XU DONG | 343 | $4,956.66 | 6548 | $4,956.66 | Expunge as duplicative, amended or superceded. | |
| XU JIANG | 236 | $19,998.75 | 3651 | $19,998.75 | Expunge as duplicative, amended or superceded. | |
| XU YU | 2137 | $1,207.25 | 3850 | $1,207.25 | Expunge as duplicative, amended or superceded. | |
| XUE JIA JIA | 2231 | $8,405.48 | 3905 | $8,405.48 | Expunge as duplicative, amended or superceded. | |
| XUE JIA JIA | 2463 | $8,405.48 | 3905 | $8,405.48 | Expunge as duplicative, amended or superceded. | |
| XUN GUANG TAO | 1389 | $1,605.59 | 6466 | $1,605.59 | Expunge as duplicative, amended or superceded. | |
| YANG JING WEI | 3180 | $3,728.44 | 9755 | $3,728.44 | Expunge as duplicative, amended or superceded. | |
| YANG MING YING | 562 | $8,801.16 | 6233 | $8,801.16 | Expunge as duplicative, amended or superceded. | |
| YANG SUI | 5903 | $1,940.29 | 515 | $2,003.62 | Expunge as duplicative, amended or superceded. | |
| YANG YI XIA | 817 | $518.87 | 3857 | $518.87 | Expunge as duplicative, amended or superceded. | |
| YAO XIANNAN | 3886 | $99.70 | 773 | $49.85 | Expunge as duplicative, amended or superceded. | |
| YAO XUE YUAN | 619 | $774.27 | 6248 | $774.27 | Expunge as duplicative, amended or superceded. | |
| YE YONG LI | 263 | $1,041.81 | 5208 | $1,041.81 | Expunge as duplicative, amended or superceded. | |
| YIN BO | 2072 | $1,616.24 | 5734 | $1,007.08 | Expunge as duplicative, amended or superceded. | |
| YING ZHU ZHENG | 1739 | $7,600.20 | 4700 | $7,600.20 | Expunge as duplicative, amended or superceded. | |
| YU BINGHUI | 999 | $20,079.83 | 5280 | $20,079.83 | Expunge as duplicative, amended or superceded. | |
| YU GUO QING | 6962 | $826.22 | 6830 | $826.22 | Expunge as duplicative, amended or superceded. | |
| YU HAI LONG | 5257 | $0.00 | 1011 | $99.00 | Expunge as duplicative, amended or superceded. | |
| YU HUA HUANG | 4423 | $6,095.15 | 1738 | $6,095.13 | Expunge as duplicative, amended or superceded. | |
| YU XIAO JING | 870 | $38,776.69 | 4772 | $38,776.69 | Expunge as duplicative, amended or superceded. | |
| ZENG GUANG TONG | 1624 | $3,475.90 | 3894 | $3,475.90 | Expunge as duplicative, amended or superceded. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

D3
Duplicate and Amended/Superseded Claims
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Remaining Claim Number | Remaining Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|---|
| ZHANG BING HE | | | | | | |
| ZHANG CHAO | 2998 | $1,646.74 | 6070 | $1,646.74 | Expunge as duplicative, amended or superceded. | |
| ZHANG CHAOLIN | 822 | $99.61 | 3854 | $147.35 | Expunge as duplicative, amended or superceded. | |
| ZHANG CHUN MING | 578 | $5,029.33 | 4853 | $5,029.33 | Expunge as duplicative, amended or superceded. | |
| ZHANG HONG HUA | 2135 | $421.65 | 3851 | $421.65 | Expunge as duplicative, amended or superceded. | |
| ZHANG JINFENG | 1507 | $48.12 | 3926 | $48.12 | Expunge as duplicative, amended or superceded. | |
| ZHANG LEI | 1000 | $12,258.04 | 5297 | $12,258.04 | Expunge as duplicative, amended or superceded. | |
| ZHANG LEI | 572 | $1,100.78 | 3863 | $1,100.78 | Expunge as duplicative, amended or superceded. | |
| ZHANG LEI | 1510 | $2,340.80 | 3872 | $2,340.80 | Expunge as duplicative, amended or superceded. | |
| ZHANG QI | 5254 | $0.00 | 990 | $98.00 | Expunge as duplicative, amended or superceded. | |
| ZHANG QING RONG | 5253 | $0.00 | 987 | $98.00 | Expunge as duplicative, amended or superceded. | |
| ZHANG RONG XIU | 2226 | $1,908.91 | 4872 | $1,908.91 | Expunge as duplicative, amended or superceded. | |
| ZHANG WEN JUN | 11028 | $4,972.32 | 5266 | $4,972.32 | Expunge as duplicative, amended or superceded. | |
| ZHANG WEN JUN | 692 | $7,815.69 | 4202 | $7,815.69 | Expunge as duplicative, amended or superceded. | |
| ZHANG WEN JUN | 1375 | $7,815.69 | 4202 | $7,815.69 | Expunge as duplicative, amended or superceded. | |
| ZHANG YA QIN | 3041 | $7,815.69 | 4202 | $7,815.69 | Expunge as duplicative, amended or superceded. | |
| ZHANG YIM MIN | 1618 | $1,827.24 | 3869 | $1,827.24 | Expunge as duplicative, amended or superceded. | |
| ZHANG YUE HUA | 821 | $49.06 | 3855 | $49.53 | Expunge as duplicative, amended or superceded. | |
| ZHANG ZHE NING | 1623 | $2,184.97 | 3891 | $2,184.97 | Expunge as duplicative, amended or superceded. | |
| ZHANG ZHE NING | 997 | $787.61 | 5275 | $927.52 | Expunge as duplicative, amended or superceded. | |
| ZHANG ZHONG ZHI | 998 | $927.52 | 5275 | $927.52 | Expunge as duplicative, amended or superceded. | |
| ZHAO CHENG | 777 | $10,111.28 | 3921 | $10,111.28 | Expunge as duplicative, amended or superceded. | |
| ZHAO CHENG | 5759 | $713.65 | 6991 | $726.65 | Expunge as duplicative, amended or superceded. | |
| ZHAO QIAN | 6301 | $726.65 | 6991 | $726.65 | Expunge as duplicative, amended or superceded. | |
| ZHAO YONG | 810 | $527.62 | 4886 | $527.62 | Expunge as duplicative, amended or superceded. | |
| ZHENG FANG | 818 | $4,256.33 | 4856 | $4,256.33 | Expunge as duplicative, amended or superceded. | |
| ZHENG ZHI GANG | 786 | $320.88 | 4865 | $320.88 | Expunge as duplicative, amended or superceded. | |
| ZHENG ZHONG | 599 | $912.87 | 3871 | $912.87 | Expunge as duplicative, amended or superceded. | |
| ZHOU DONG HONG | 4634 | $4,999.26 | 4646 | $4,999.26 | Expunge as duplicative, amended or superceded. | |
| ZHOU PING | 2544 | $171.01 | 3666 | $171.01 | Expunge as duplicative, amended or superceded. | |
| ZHOU QI CHENG | 794 | $51.88 | 4887 | $305.28 | Expunge as duplicative, amended or superceded. | |
| ZHOU SHI LIN | 560 | $2,792.54 | 6239 | $2,792.54 | Expunge as duplicative, amended or superceded. | |
| ZHOU WEN LI | 1224 | $272.77 | 6616 | $272.77 | Expunge as duplicative, amended or superceded. | |
| ZHOU YONG JUN | 1638 | $0.00 | 4344 | $675.20 | Expunge as duplicative, amended or superceded. | |
| ZHOU YOU | 2230 | $2,021.20 | 3925 | $2,021.20 | Expunge as duplicative, amended or superceded. | |
| ZHU HAI PING | 561 | $757.49 | 6242 | $757.49 | Expunge as duplicative, amended or superceded. | |
| ZHU WEN JING | 586 | $2,229.42 | 4869 | $2,229.42 | Expunge as duplicative, amended or superceded. | |
| ZHUANG PIN | 2449 | $1,017.16 | 4905 | $1,017.16 | Expunge as duplicative, amended or superceded. | |
| ZOU PENG | 793 | $99.09 | 3900 | $99.09 | Expunge as duplicative, amended or superceded. | |
| | 618 | $214.43 | 6249 | $214.43 | Expunge as duplicative, amended or superceded. | |
| **GRAND TOTAL:** | | $91,786,181.58 | | $99,895,943.34 | | |

Page 8 of 8

In re: Refco Capital Markets, LTD.
Case No. 05-60018

**EI**
**Claims Not Addressed by This Motion**
**(For Purposes of Third Interim Distribution - May 18, 2007)**

| Name | Claim Number | Filed Claim Total | Type of Claim | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION** | | | | | |
| BOSTON FINANS AS | 14243 | $121,088.94 | SC | Not currently subject to objection | NONE |
| Fliture limited | 14327 | $0.00 | SC | Not currently subject to objection | NONE |
| PLATINUM CAPITAL FUND | 14366 | $0.00 | SC | Not currently subject to objection | NONE |
| POWAY INVESTMENTS INC | 14369 | $0.00 | SC | Not currently subject to objection | NONE |
| RIDGEWAY PARTNERS | 14368 | $0.00 | SC | Not currently subject to objection | NONE |
| | | | | | |
| SUBTOTAL: | | $121,088.94 | | | |
| | | | | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| BANCOVAL SA | 11910 | $2,999,112.63 | SC | Subject to separate objection | |
| DANTE CANONICA | 9934 | $179,580.36 | SC | Subject to separate objection | |
| DANTE CANONICA | 9935 | $350,609.74 | SC | Subject to separate objection | |
| IXIS CORPORATE & INVESTMENT BANK | 11909 | $4,672,994.00 | SC | Subject to separate objection | |
| Minglewood Investments, LLC | 1679 | $2,796,619.00 | SC | Subject to separate objection | |
| MORGAN STANLEY MARKET PRODUCTS INC | 11772 | $451,448.79 | SC | Subject to separate objection | |
| NOMURA INTERNATIONAL PLC | 11906 | $1,466,658.00 | SC | Subject to separate objection | |
| PM PETROMANAGEMENT LIMITED | 9879 | $669,199.83 | SC | Subject to separate objection | |
| RB SECURITIES LIMITED | 14251 | $1,850,843.26 | SC | Subject to separate objection | |
| ROCKY SYSTEMS CORP | 9933 | $486,271.49 | SC | Subject to separate objection | |
| SUMIT BAGADIA | 13943 | $2,097.58 | SC | Subject to separate objection | |
| TWOKAY HOLDING INC | 10641 | $0.00 | SC | Subject to separate objection | |
| VEDAT BARHA | 9943 | $1,030,168.21 | SC | Subject to separate objection | |
| | | | | | |
| SUBTOTAL: | | $16,895,472.89 | | | |
| | | | | | |
| **SUPPLEMENTAL CLAIMS ADDED FOR PURPOSES OF THIRD INTERIM DISTRIBUTION** | | | | | |
| AMERICAN PEGASUS PERPETUAL INCOME NTD PLUS | 14253 | $149,914.48 | FX | Not currently subject to objection | NONE |
| CATOZZI, PAOLO | 14388 | $23,328.00 | FX | Not currently subject to objection | NONE |
| DENIZBANK A S | 14359 | $332,743.00 | FX | Not currently subject to objection | NONE |
| FENG GANG | 14389 | $1,504.43 | FX | Not currently subject to objection | NONE |
| HUANG WEIDONG | 14390 | $2,089.93 | FX | Not currently subject to objection | NONE |
| LAWRENCE ROEDL | 14332 | $41,376.26 | FX | Not currently subject to objection | NONE |
| LIVING WATER FUND LP A DELAWARE LIMITED PARTNERSHIP | 10495 | $0.00 | FX | Not currently subject to objection | EI |
| R W EDWARDS | 14384 | $97,425.06 | FX | Not currently subject to objection | NONE |
| SPHINX MANAGED FUTURES FUND SPC ET AL | 11378 | $10,352,309.92 | FX | Subject to separate objection | EI |
| WANG WEIXING | 14391 | $2,976.26 | FX | Not currently subject to objection | NONE |
| | | | | | |
| SUBTOTAL: | | $11,003,667.34 | | | |
| | | | | | |
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| BARCLAYS CAPITAL SECURITIES LIMITED | 10116 | $110,542.00 | FX | Subject to separate objection | |

In re: Refco Capital Markets, L.TD.
Case No. 05-60018

E1
Claims Not Addressed by This Motion
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Type of Claim | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|---|
| BEAR STEARNS AND CO INC | 11434 | $271,800.00 | FX | Subject to separate objection | |
| BEAR STEARNS INTERNATIONAL LIMITED | 11433 | $473,029.00 | FX | Subject to separate objection | |
| BRADLEY C REIFLER | 14124 | $5,879,838.53 | FX | Subject to separate objection | |
| COMMONWEALTH BANK OF AUSTRALIA | 6898 | $175,424.61 | FX | Subject to separate objection | |
| DAVID WEAVER | 5597 | $0.00 | FX | Subject to separate objection | |
| DAVID WEAVER | 5832 | $0.00 | FX | Subject to separate objection | |
| DEUTSCHE BANK AG | 11253 | $10,631,194.68 | FX | Subject to separate objection | |
| GRANT THORNTON LLP | 11536 | $3,042,804.23 | FX | Subject to separate objection | |
| LEAD PLAINTIFFS RH CAPITAL ASSOC LLC | 13079 | $0.00 | FX | Subject to separate objection | |
| LEBO CAPITAL MANAGEMENT LLC | 12380 | $174,329.78 | FX | Subject to separate objection | |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC | 13083 | $17,648,885.00 | FX | Subject to separate objection | |
| PLUSFUNDS GROUP INC | 11289 | $7,000,000.00 | FX | Subject to separate objection | |
| SOUTH FINANCIAL SERVICES CORP | 11844 | $372,918.83 | FX | Subject to separate objection | |
| SPHINX LTD ET AL | 11375 | $0.00 | FX | Subject to separate objection | |
| SPHINX MANAGED FUTURES FUND SPC AND | 11387 | $4,312,945.43 | FX | Subject to separate objection | |
| SPHINX MANAGED FUTURES FUND SPC ET AL | 11384 | $0.00 | FX | Subject to separate objection | |
| STUART TRADING COMPANY | 10113 | $846,473.60 | FX | Subject to separate objection | |
| ¹ TONE N GRANT | 10479 | $0.00 | | Subject to separate objection | |
| ¹ TONE N GRANT | 10491 | $0.00 | | Subject to separate objection | |
| | | | | | |
| SUBTOTAL: | | $50,940,185.69 | | | |
| | | | | | |
| GRAND TOTAL: | | $78,960,414.86 | | | |

NOTE:  For purposes of calculation of reserves, claims on this exhibit have been denoted to reflect whether a contribution will be made to the RCM Disputed Claims Reserve at the Securities Customer Distribution Percentage ("SC")
or the FX/Unsecured Distribution Percentage ("FX").

¹ Filed claim amount estimated at $0 for allowance, reserve and distribution purposes, by agreement with creditor.

In re: Refco Capital Markets, LTD.
Case No. 05-60018

E2
FXA Claims Asserted Against RCM
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | |
| ADVANTAGE GFC | 255 | $510,080.71 | Subject to pending reclassification and disposition as FXA creditor. | |
| ALEKSANDAR LUCIC | 4838 | $167.91 | Subject to pending reclassification and disposition as FXA creditor. | |
| alon mirkin | 1704 | $206,220.77 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL | 13870 | $101,925.46 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE | 216 | $50,104.30 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE | 718 | $62,045.42 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE FOR | 143 | $24,387.54 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE FOR | 215 | $102,409.73 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE FOR ARNAUD KARSENTI | 144 | $23,143.31 | Subject to pending reclassification and disposition as FXA creditor. | |
| ASM CAPITAL AS ASSIGNEE FOR RODNEY WERNER | 13868 | $30,829.32 | Subject to pending reclassification and disposition as FXA creditor. | |
| CATHERINE COURTNEY DAWSON | 4110 | $8,064.98 | Subject to pending reclassification and disposition as FXA creditor. | |
| CHARLES DAWSON | 4106 | $8,066.06 | Subject to pending reclassification and disposition as FXA creditor. | |
| Christopher Drozjock | 12731 | $2,883.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| DANIEL KACZKA AND LILIANA BERGER | 10440 | $23,474.94 | Subject to pending reclassification and disposition as FXA creditor. | |
| DAVID KACOWICZ AND DANIEL HAYMAN | 10366 | $24,570.29 | Subject to pending reclassification and disposition as FXA creditor. | |
| DONG JINAN | 1240 | $755.97 | Subject to pending reclassification and disposition as FXA creditor. | |
| EMERGING STRATEGIES FUND LP | 7232 | $921,252.22 | Subject to pending reclassification and disposition as FXA creditor. | |
| FREDERICK JAY YAFFE | 504 | $5,278.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| GERALD N GILBERG | 4109 | $55,881.02 | Subject to pending reclassification and disposition as FXA creditor. | |
| HAIN CAPITAL HOLDINGS LLC | 95 | $852,559.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| HAIN CAPITAL HOLDINGS LLC | 123 | $547,781.49 | Subject to pending reclassification and disposition as FXA creditor. | |
| HUGO AREZO AND VERONICA ALOY | 10436 | $15,107.51 | Subject to pending reclassification and disposition as FXA creditor. | |
| JACKSON TRADERS CORPORATION | 4914 | $66,745.35 | Subject to pending reclassification and disposition as FXA creditor. | |
| JAMES KOLSRUD | 6607 | $20,150.49 | Subject to pending reclassification and disposition as FXA creditor. | |
| JAMES M MAYER | 9661 | $9,553.17 | Subject to pending reclassification and disposition as FXA creditor. | |
| Jeffrey Wischhover | 1107 | $22,810.76 | Subject to pending reclassification and disposition as FXA creditor. | |
| JOE JURIC | 1377 | $64,021.93 | Subject to pending reclassification and disposition as FXA creditor. | |
| JOHN ENG | 13938 | $44,366.70 | Subject to pending reclassification and disposition as FXA creditor. | |
| JOHN HULLS | 5975 | $10,682.80 | Subject to pending reclassification and disposition as FXA creditor. | |
| KWAME J CAMPOS RODRIGUEZ | 9753 | $228.63 | Subject to pending reclassification and disposition as FXA creditor. | |
| LAURA ELIZABETH HARPER | 3730 | $8,064.98 | Subject to pending reclassification and disposition as FXA creditor. | |
| MARIJAN KOREN | 342 | $13,662.15 | Subject to pending reclassification and disposition as FXA creditor. | |
| MARY JEAN MILES | 4048 | $8,064.98 | Subject to pending reclassification and disposition as FXA creditor. | |
| MELISSA PAIGE DAWSON | 3755 | $8,064.98 | Subject to pending reclassification and disposition as FXA creditor. | |
| MICHAEL ANTHONY MONG | 10917 | $100,611.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| NICHOLAS KREEKON | 424 | $12,868.39 | Subject to pending reclassification and disposition as FXA creditor. | |
| PLATINUM CONTINENTAL LTD | 6440 | $404,692.80 | Subject to pending reclassification and disposition as FXA creditor. | |
| ROMAN SOKALSKI | 2681 | $50,000.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| SCOTT TWEEDY | 237 | $10,000.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| SHAFFER PARTNERS LP | 2555 | $206,489.13 | Subject to pending reclassification and disposition as FXA creditor. | |
| STANLEY KORN | 743 | $8,685.58 | Subject to pending reclassification and disposition as FXA creditor. | |
| STEPHAN DE KWIATKOWSKI | 9924 | $1,465,875.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| STEVE MILLER | 1811 | $25,000.00 | Subject to pending reclassification and disposition as FXA creditor. | |
| STEVEN L GASTON | 14032 | $100.00 | Subject to pending reclassification and disposition as FXA creditor. | |

In re: Refco Capital Markets, LTD.
Case No. 05-60018

E2
FXA Claims Asserted Against RCM
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total | Treatment | Previous Exhibit, If Modified |
|---|---|---|---|---|
| Stockgroup Media | 11117 | $2,040.75 | Subject to pending reclassification and disposition as FXA creditor. | |
| THOMAS K JUDD | 306 | $17,288.42 | Subject to pending reclassification and disposition as FXA creditor. | |
| TSAI, TSAI-YUN | 8867 | $577.03 | Subject to pending reclassification and disposition as FXA creditor. | |
| TSUNG HAN TSAI | 8880 | $1,996.63 | Subject to pending reclassification and disposition as FXA creditor. | |
| VICTOR FINK | 499 | $100,897.15 | Subject to pending reclassification and disposition as FXA creditor. | |
| **GRAND TOTAL:** | | $6,260,527.75 | | |

Page 2 of 2

In re: Refco Capital Markets, LTD.
Case No. 05-60018

E3
Claims Subject to Preference Recovery Actions
(For Purposes of Third Interim Distribution - May 18, 2007)

| Name | Claim Number | Filed Claim Total or Amount Previously Agreed and Allowed | Type of Claim | Treatment | Previous Exhibit, If Modified |
|------|------|------|------|------|------|
| **IN ACCORDANCE WITH TREATMENT PREVIOUSLY ORDERED** | | | | | |
| ALPHIX CO LTD | 33 | $760,556.51 | FX | Distribution withheld pending resolution of preference recovery action. | |
| ASKA FUTURES CO LTD | 6888 | $499,069.30 | FX | Distribution withheld pending resolution of preference recovery action. | |
| BAYERISCHE HYPO-UND VEREINSBANK AG | 10782 | $534,570.49 | FX | Distribution withheld pending resolution of preference recovery action. | |
| COSMOREX LTD | 10138 | $105,850,964.60 | FX | Distribution withheld pending resolution of preference recovery action. | |
| CREATIVE FINANCE LIMITED | 10136 | $4,235,972.00 | FX | Distribution withheld pending resolution of preference recovery action. | |
| CREATIVE FINANCE LIMITED | 10137 | $65,445,343.00 | FX | Distribution withheld pending resolution of preference recovery action. | |
| JSCB METALLINVESTBANK | 10887 | $73,873.02 | FX | Distribution withheld pending resolution of preference recovery action. | |
| NIKKO FUTURES FUND | 10015 | $1,355,107.69 | FX | Distribution withheld pending resolution of preference recovery action. | |
| STILTON INTERNATIONAL HOLDINGS LIMITED | 9124 | $54,000,069.00 | FX | Distribution withheld pending resolution of preference recovery action. | |
| TOKYO FOREX FINANCIAL CO LTD | 8559 | $11,514,756.54 | FX | Distribution withheld pending resolution of preference recovery action. | |
| **GRAND TOTAL:** | | $244,270,182.55 | | | |

**EXHIBIT F**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
In re:                                      :    Chapter 11
                                            :
Refco Inc., et al.,                         :    Case No. 05-60006 (RDD)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF TREATMENT OF CLAIM PURSUANT TO RCM PLAN ADMINISTRATOR'S
MOTION FOR ENTRY OF AN ORDER (1) ALLOWING CERTAIN CLAIMS AND
CLASSIFYING CERTAIN CLAIMS BY AGREEMENT, (2) AUTHORIZING AND DIRECTING
THIRD INTERIM DISTRIBUTION IN RESPECT OF ALLOWED CLAIMS AND DISPUTED
CLAIMS RESERVES, IN EACH CASE, PURSUANT TO THE JOINT CHAPTER 11 PLAN OF
REFCO INC. AND CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES, AND (3)
AUTHORIZING THE RCM PLAN ADMINISTRATOR TO MAKE DISTRIBUTIONS MORE
FREQUENTLY THAN QUARTERLY**

[Claimant Name]:

        This notice is being sent to you by the Plan Administrator (the "RCM Plan Administrator") of
Refco Capital Markets, Ltd. ("RCM"), a debtor in the above-captioned bankruptcy cases.[1] According to
RCM's records, you filed one or more proofs of claim (each, a "Proof of Claim") in the RCM bankruptcy
case. Based upon the RCM Plan Administrator's review of your Proof(s) of Claim, the RCM Plan
Administrator has determined that your claim identified in the table below should receive the treatment
set forth in such table and should otherwise be subject to the relief sought in the Motion (a copy of which
is enclosed). The Motion is set for hearing on June 6, 2007 at 10:00 a.m. (Eastern Time) before the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, Courtroom 610, New York, New York 10004. AS
FURTHER DESCRIBED BELOW AND IN THE ENCLOSED MOTION, THE DEADLINE FOR YOU
TO RESPOND TO THE MOTION IS 4:00 P.M. (EASTERN TIME) ON MAY 30, 2007.

---

[1]     The following entities are Debtors in these chapter 11 cases: Bersec International LLC; Kroeck & Associates, LLC;
        Lind-Waldock Securities LLC; Marshall Metals, LLC; New Refco Group Ltd., LLC; Refco Administration, LLC;
        Refco Capital Holdings, LLC; Refco Capital LLC; Refco Capital Management, LLC.; Refco Capital Trading LLC;
        Refco Finance Inc.; Refco Financial, LLC; Refco Fixed Assets Management, LLC; Refco F/X Associates, LLC;
        Refco Global Capital Management LLC; Refco Global Finance Limited; Refco Global Futures, LLC; Refco Global
        Holdings, LLC; Refco Group Ltd., LLC; Refco Inc.; Refco Information Services, LLC; Refco Managed Futures, LLC;
        Refco Mortgage Securities, LLC; Refco Regulated Companies, LLC; Summit Management, LLC; and Westminster-
        Refco Management LLC. Refco Capital Markets, Ltd. is a debtor in these chapter 11 cases, but not a debtor-in-
        possession.

The enclosed Motion identifies various Exhibits pursuant to which your claim may receive treatment as more particularly described in the Motion. The table below sets forth the applicable claim and certain details as to the treatment thereof as more fully explained in the Motion. References to "Resulting RCM Securities Customer Claim" and "Resulting RCM FX/Unsecured Claim" have the meanings set forth in the Motion.

| Exhibit | Claim Number | Asserted Claim Amount[2] | Resulting RCM Securities Customer Claim | Resulting RCM FX/Unsecured Claim Amount | Proposed Treatment Of Claim | Remaining / Primary Claim Number |
|---------|--------------|--------------------------|------------------------------------------|------------------------------------------|------------------------------|----------------------------------|
|         |              |                          |                                          |                                          |                              |                                  |

If you wish to view the complete exhibits to the Motion and proposed order, you can do so at www.bingham.com/refco. If you have any questions about this notice or the Motion, please contact the RCM Plan Administrator's counsel by e-mail to jeffrey.olinsky@bingham.com, by telephone to Jeffrey Olinsky at (212) 705-7672, or in writing to Bingham McCutchen LLP, 399 Park Avenue, New York, NY 10022 (Att'n: Jeffrey Olinsky, Esq.). CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM(S).

If you disagree with the Motion, you must file a response (a "Response") which must (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format), by all other parties in interest; (d) be submitted in hard copy form to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York, 10004; and (e) be served upon the following parties: (i) counsel for the RCM Plan Administrator, Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022 (Att'n: Timothy B. De Sieno, Esq., Mark W. Deveno, Esq. and Jeffrey M. Olinsky, Esq.) and (ii) the Office of the United States Trustee, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Andrew D. Velez-Rivera, Esq.), in each case so as to be received no later than 4:00 p.m. (Eastern Time) on May 30, 2007 (the "Response Deadline").

Your Response, if any, must also contain at a minimum the following: (a) a caption setting forth the name of the Court, the name of these jointly-administered chapter 11 cases (In re Refco Inc., et al.), the case number and the title of the Motion to which the Response is directed; (b) the name of the claimant and description of the basis for the amount of the claim; (c) a concise statement setting forth the reasons why the claim should not receive the treatment set forth in the Motion, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the Motion; (d) all documentation or other evidence of the claim, to the extent not included within the RCM Proof of Claim previously filed with the Court, upon which the claimant will rely in opposing the Motion; (e) the address(es) to which the RCM Plan Administrator must return any reply to the Response, if different from the address(es) presented in the RCM Proof of Claim; and (f) the name, address and telephone number of the person (which may be the claimant or his/her/its legal representative) possessing ultimate authority to reconcile, settle or otherwise resolve the claim on behalf of the claimant.

---

[2]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim was asserted in an unliquidated amount.

ACTIVE/72021242.1

If a Response is properly and timely filed and served in accordance with the above procedures, and the RCM Plan Administrator is unable to reach a consensual resolution with the claimant, the RCM Plan Administrator may request that the Court conduct a hearing with respect to the treatment of the claimant's claim on June 6, 2007 at 10:00 a.m. or as soon thereafter as counsel may be heard. The RCM Plan Administrator reserves the right to set such other hearing date(s) as may be appropriate or to adjourn a hearing date with respect to any specific Response. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. **If no Response to the Motion's treatment of a claim are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order sustaining the Motion in respect of the treatment of such claim.**

ACTIVE/72021242.1

# Exhibit 26

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 27



You are here: Home > Cargill Worldwide

**Cargill Worldwide** ───────────────────

Cargill is an international provider of food, agricultural and risk management products and services with 158,000 employees in 66 countries. Read more about many of the countries in which we do business by selecting a region below.

**Geographic Regions**

Africa
Asia Pacific
Europe
Latin America
Middle East
North America



**Locations A-Z**

| | | | |
|---|---|---|---|
| Argentina | France | Netherlands | Spain |
| Australia | Germany | Netherlands Antilles | Suriname |
| Austria | Ghana | New Zealand | Sweden |
| Belgium | Greece | Nicaragua | Switzerland |
| Bolivia | Guatemala | Nigeria | Taiwan |
| Bulgaria | Honduras | Pakistan | Tanzania |
| Brazil | Hungary | Papua New Guinea | Thailand |
| Canada | India | Paraguay | Turkey |
| Chile | Indonesia | Peru | Ukraine |
| China | Ireland | Philippines | United Arab Emirates |
| Colombia | Italy | Poland | United Kingdom |
| Costa Rica | Japan | Portugal | United States of America |
| Côte d'Ivoire | Kenya | Romania | Uruguay |
| Denmark | Luxembourg | Russian Federation | Venezuela |
| Dominican Republic | Malawi | Singapore | Vietnam |
| Egypt | Malaysia | South Africa | Zambia |
| Finland | Mexico | South Korea | Zimbabwe |
| | Morocco | | |

© 2007 Cargill, Incorporated. All Rights Reserved.

# Exhibit 28



You are here: <u>Home</u> > <u>About Us</u> > Management

## Management

**Corporate Officers**

**Gregory R. Page**
Chairman & Chief Executive Officer

**F. Guillaume Bastiaens**
Vice Chairman

**David W. Raisbeck**
Vice Chairman

**David M. Larson**
Executive Vice President

**David W. MacLennan**
Senior Vice President, Chief Financial Officer

**William A. Buckner**
Senior Vice President

**Paul D. Conway**
Senior Vice President

**Richard D. Frasch**
Senior Vice President

**David W. Rogers**
Senior Vice President

**Patrick E. Bowe**
Corporate Vice President

**Ronald L. Christenson**
Corporate Vice President and Chief Technology Officer

**Steven C. Euller**
Corporate Vice President, General Counsel and Corporate Secretary

**John E. Geisler**
Corporate Vice President

**Todd B. Hall**
Corporate Vice President

**James N. Haymaker**
Corporate Vice President

**Rita J. Heise**
Corporate Vice President, Information Technology

**Galen G. Johnson**
Corporate Vice President and Controller

**Emery N. Koenig**
Corporate Vice President

**Christopher P. Mallett**
Corporate Vice President, Research and Development

**Jayme D. Olson**
Corporate Vice President and Treasurer

**K. Scott Portnoy**
Corporate Vice President

**Bonnie E. Raquet**
Corporate Vice President, Corporate Affairs

**Jerry R. Rose**
Corporate Vice President

**Lee B. Skold**
Corporate Vice President

**R. Wayne Teddy**
Corporate Vice President

**Peter Vrijsen**
Corporate Vice President, Human Resources

© 2007 Cargill, Incorporated. All Rights Reserved.

# Exhibit 29

# UNCITRAL

Home | Contact Us | Site Map | Search

**United Nations Commission on International Trade Law**

عربي | □□ | **English** | Français | Русский | Español

About UNCITRAL

Document Types & Symbols

General Assembly Resolutions & Related Documents

Commission & Working Groups Documents

UNCITRAL Texts & Status

**International Commercial Arbitration & Conciliation**

International Sale of Goods (CISG)

Security Interests

Insolvency

International Payments

International Transport of Goods

Electronic Commerce

Procurement & Infrastructure Development

Texts Endorsed by UNCITRAL

Technical Assistance & Coordination

Publications & On-line Resources

Case Law (CLOUT)

# Status

# 1958 - Convention on the Recognition and Enforcement of Foreign Arbitral Awards

This page is updated whenever the UNCITRAL Secretariat is informed of changes in status of the Convention.

Readers are also advised to consult the United Nations Treaty Collection for authoritative status information on UNCITRAL Conventions deposited with the Secretary-General of the United Nations.

The UNCITRAL Secretariat also prepares yearly a document containing the Status of Conventions and Enactments of UNCITRAL Model Laws, which is available on the web page of the corresponding UNCITRAL Commission session.

| State | Signature | Ratification, Accession or Succession | Entry into force |
|---|---|---|---|
| Afghanistan (a), (b) | | 30 November 2004 (a) | 28 February 2005 |
| Albania | | 27 June 2001 (a) | 25 September 2001 |
| Algeria (a), (b) | | 7 February 1989 (a) | 8 May 1989 |
| Antigua and Barbuda (a), (b) | | 2 February 1989 (a) | 3 May 1989 |
| Argentina (a), (b) | 26 August 1958 | 14 March 1989 | 12 June 1989 |
| Armenia (a), (b) | | 29 December 1997 (a) | 29 March 1998 |
| Australia | | 26 March 1975 (a) | 24 June 1975 |
| Austria | | 2 May 1961 (a) | 31 July 1961 |
| Azerbaijan | | 29 February 2000 (a) | 29 May 2000 |

Sear

Login



| | | | |
|---|---|---|---|
| Bahamas | | 20 December 2006 (a) | 20 March 2007 |
| Bahrain (a), (b) | | 6 April 1988 (a) | 5 July 1988 |
| Bangladesh | | 6 May 1992 (a) | 4 August 1992 |
| Barbados (a), (b) | | 16 March 1993 (a) | 14 June 1993 |
| Belarus (e) | 29 December 1958 | 15 November 1960 | 13 February 1961 |
| Belgium (a) | 10 June 1958 | 18 August 1975 | 16 November 1975 |
| Benin | | 16 May 1974 (a) | 14 August 1974 |
| Bolivia | | 28 April 1995 (a) | 27 July 1995 |
| Bosnia and Herzegovina (a), (b), (f) | | 1 September 1993 (s) | 6 March 1992 |
| Botswana (a), (b) | | 20 December 1971 (a) | 19 March 1972 |
| Brazil | | 7 June 2002 (a) | 5 September 2002 |
| Brunei Darussalam (a) | | 25 July 1996 (a) | 23 October 1996 |
| Bulgaria (a), (e) | 17 December 1958 | 10 October 1961 | 8 January 1962 |
| Burkina Faso | | 23 March 1987 (a) | 21 June 1987 |
| Cambodia | | 5 January 1960 (a) | 4 April 1960 |
| Cameroon | | 19 February 1988 (a) | 19 May 1988 |
| Canada (h) | | 12 May 1986 (a) | 10 August 1986 |
| Central African Republic (a), (b) | | 15 October 1962 (a) | 13 January 1963 |
| Chile | | 4 September 1975 (a) | 3 December 1975 |
| China (a), (b), (j) | | 22 January 1987 (a) | 22 April 1987 |
| Colombia | | 25 September 1979 (a) | 24 December 1979 |
| Costa Rica | 10 June 1958 | 26 October 1987 | 24 January 1988 |
| Côte d' Ivoire | | 1 February 1991 (a) | 2 May 1991 |
| Croatia (a), (b), (f) | | 26 July 1993 (s) | 8 October 1991 |
| Cuba (a), (b) | | 30 December 1974 (a) | 30 March 1975 |
| Cyprus (a), (b) | | 29 December 1980 (a) | 29 March 1981 |
| Czech Republic | | 30 September 1993 (s) | 1 January 1993 |
| Denmark (a), (b), (c) | | 22 December 1972 (a) | 22 March 1973 |
| Djibouti | | 14 June 1983 (s) | 27 June 1977 |

| | | | |
|---|---|---|---|
| Dominica | | 28 October 1988 (a) | 26 January 1989 |
| Dominican Republic | | 11 April 2002 (a) | 10 July 2002 |
| Ecuador (a), (b) | 17 December 1958 | 3 January 1962 | 3 April 1962 |
| Egypt | | 9 March 1959 (a) | 7 June 1959 |
| El Salvador | 10 June 1958 | 26 February 1998 | 27 May 1998 |
| Estonia | | 30 August 1993 (a) | 28 November 1993 |
| Finland | 29 December 1958 | 19 January 1962 | 19 April 1962 |
| France (a) | 25 November 1958 | 26 June 1959 | 24 September 1959 |
| Gabon | | 15 December 2006 (a) | 15 March 2007 |
| Georgia | | 2 June 1994 (a) | 31 August 1994 |
| Germany (a) | 10 June 1958 | 30 June 1961 | 28 September 1961 |
| Ghana | | 9 April 1968 (a) | 8 July 1968 |
| Greece (a), (b) | | 16 July 1962 (a) | 14 October 1962 |
| Guatemala (a), (b) | | 21 March 1984 (a) | 19 June 1984 |
| Guinea | | 23 January 1991 (a) | 23 April 1991 |
| Haiti | | 5 December 1983 (a) | 4 March 1984 |
| Holy See (a), (b) | | 14 May 1975 (a) | 12 August 1975 |
| Honduras | | 3 October 2000 (a) | 1 January 2001 |
| Hungary (a), (b) | | 5 March 1962 (a) | 3 June 1962 |
| Iceland | | 24 January 2002 (a) | 24 April 2002 |
| India (a), (b) | 10 June 1958 | 13 July 1960 | 11 October 1960 |
| Indonesia (a), (b) | | 7 October 1981 (a) | 5 January 1982 |
| Iran (Islamic Rep. of) (a), (b) | | 15 October 2001 (a) | 13 January 2002 |
| Ireland (a) | | 12 May 1981 (a) | 10 August 1981 |
| Israel | 10 June 1958 | 5 January 1959 | 7 June 1959 |
| Italy | | 31 January 1969 (a) | 1 May 1969 |
| Jamaica (a), (b) | | 10 July 2002 (a) | 8 October 2002 |
| Japan (a) | | 20 June 1961 (a) | 18 September 1961 |
| Jordan | 10 June 1958 | 15 November 1979 | 13 February 1980 |

| | | |
|---|---|---|
| Kazakhstan | 20 November 1995 (a) | 18 February 1996 |
| Kenya (a) | 10 February 1989 (a) | 11 May 1989 |
| Kuwait (a) | 28 April 1978 (a) | 27 July 1978 |
| Kyrgyzstan | 18 December 1996 (a) | 18 March 1997 |
| Lao People's Democratic Republic | 17 June 1998 (a) | 15 September 1998 |
| Latvia | 14 April 1992 (a) | 13 July 1992 |
| Lebanon (a) | 11 August 1998 (a) | 9 November 1998 |
| Lesotho | 13 June 1989 (a) | 11 September 1989 |
| Liberia | 16 September 2005 (a) | 15 December 2005 |
| Lithuania (e) | 14 March 1995 (a) | 12 June 1995 |
| Luxembourg (a) | 11 November 1958 | 9 September 1983 | 8 December 1983 |
| Madagascar (a), (b) | 16 July 1962 (a) | 14 October 1962 |
| Malaysia (a), (b) | 5 November 1985 (a) | 3 February 1986 |
| Mali | 8 September 1994 (a) | 7 December 1994 |
| Malta (a), (f) | 22 June 2000 (a) | 20 September 2000 |
| Marshall Islands | 21 December 2006 (a) | 21 March 2007 |
| Mauritania | 30 January 1997 (a) | 30 April 1997 |
| Mauritius (a) | 19 June 1996 (a) | 17 September 1996 |
| Mexico | 14 April 1971 (a) | 13 July 1971 |
| Moldova (a), (f) | 18 September 1998 (a) | 17 December 1998 |
| Monaco (a), (b) | 31 December 1958 | 2 June 1982 | 31 August 1982 |
| Mongolia (a), (b) | 24 October 1994 (a) | 22 January 1995 |
| Montenegro (a), (b), (f) | 23 October 2006 (s) | 3 June 2006 |
| Morocco (a) | 12 February 1959 (a) | 7 June 1959 |
| Mozambique (a) | 11 June 1998 (a) | 9 September 1998 |
| Nepal (a), (b) | 4 March 1998 (a) | 2 June 1998 |
| Netherlands (a),(d) | 10 June 1958 | 24 April 1964 | 23 July 1964 |
| New Zealand (a) | 6 January 1983 (a) | 6 April 1983 |
| | 24 September | 23 December |

| | | | |
|---|---|---|---|
| Nicaragua | | 2003 (a) | 2003 |
| Niger | | 14 October 1964 (a) | 12 January 1965 |
| Nigeria (a), (b) | | 17 March 1970 (a) | 15 June 1970 |
| Norway (a), (i) | | 14 March 1961 (a) | 12 June 1961 |
| Oman | | 25 February 1999 (a) | 26 May 1999 |
| Pakistan (a) | 30 December 1958 | 14 July 2005 | 12 October 2005 |
| Panama | | 10 October 1984 (a) | 8 January 1985 |
| Paraguay | | 8 October 1997 (a) | 6 January 1998 |
| Peru | | 7 July 1988 (a) | 5 October 1988 |
| Philippines (a), (b) | 10 June 1958 | 6 July 1967 | 4 October 1967 |
| Poland (a), (b) | 10 June 1958 | 3 October 1961 | 1 January 1962 |
| Portugal (a) | | 18 October 1994 (a) | 16 January 1995 |
| Qatar | | 30 December 2002 (a) | 30 March 2003 |
| Republic of Korea (a), (b) | | 8 February 1973 (a) | 9 May 1973 |
| Romania (a), (b), (e) | | 13 September 1961 (a) | 12 December 1961 |
| Russian Federation (e) | 29 December 1958 | 24 August 1960 | 22 November 1960 |
| Saint Vincent and the Grenadines (a), (b) | | 12 September 2000 (a) | 11 December 2000 |
| San Marino | | 17 May 1979 (a) | 15 August 1979 |
| Saudi Arabia (a) | | 19 April 1994 (a) | 18 July 1994 |
| Senegal | | 17 October 1994 (a) | 15 January 1995 |
| Serbia (a), (b), (f) | | 12 March 2001 (s) | 27 April 1992 |
| Singapore (a) | | 21 August 1986 (a) | 19 November 1986 |
| Slovakia (i) | | 28 May 1993 (s) | 1 January 1993 |
| Slovenia (f),(k) | | 6 July 1992 (s) | 25 June 1991 |
| South Africa | | 3 May 1976 (a) | 1 August 1976 |
| Spain | | 12 May 1977 (a) | 10 August 1977 |
| Sri Lanka | 30 December 1958 | 9 April 1962 | 8 July 1962 |
| Sweden | 23 December 1958 | 28 January 1972 | 27 April 1972 |
| Switzerland | 29 December 1958 | 1 June 1965 | 30 August 1965 |

| | | | |
|---|---|---|---|
| Syrian Arab Republic | | 9 March 1959 (a) | 7 June 1959 |
| Thailand | | 21 December 1959 (a) | 20 March 1960 |
| The former Yugoslav Republic of Macedonia (a), (b), (f) | | 10 March 1994 (s) | 17 November 1991 |
| Trinidad and Tobago (a), (b) | | 14 February 1966 (a) | 15 May 1966 |
| Tunisia (a), (b) | | 17 July 1967 (a) | 15 October 1967 |
| Turkey (a), (b) | | 2 July 1992 (a) | 30 September 1992 |
| Uganda (a) | | 12 February 1992 (a) | 12 May 1992 |
| Ukraine (e) | 29 December 1958 | 10 October 1960 | 8 January 1961 |
| United Arab Emirates | | 21 August 2006 (a) | 19 November 2006 |
| United Kingdom of Great Britain and Northern Ireland (a), (g) | | 24 September 1975 (a) | 23 December 1975 |
| United Republic of Tanzania (a) | | 13 October 1964 (a) | 12 January 1965 |
| United States of America (a), (b) | | 30 September 1970 (a) | 29 December 1970 |
| Uruguay | | 30 March 1983 (a) | 28 June 1983 |
| Uzbekistan | | 7 February 1996 (a) | 7 May 1996 |
| Venezuela (Bolivarian Republic of) (a), (b) | | 8 February 1995 (a) | 9 May 1995 |
| Vietnam (a), (b), (e), (e) | | 12 September 1995 (a) | 11 December 1995 |
| Zambia | | 14 March 2002 (a) | 12 June 2002 |
| Zimbabwe | | 29 September 1994 (a) | 28 December 1994 |

## Parties: 142

(a) Declarations and reservations. This State will apply the Convention only to recognition and enforcement of awards made in the territory of another contracting State.

(b) Declarations and reservations. This State will apply the Convention only to differences arising out of legal relationships, whether contractual or not, that are considered commercial under the national law.

(c) On 10 February 1976, Denmark declared that the Convention shall apply to the Faeroe Islands and Greenland.

(d) On 24 April 1964, the Netherlands declared that the Convention shall apply to the Netherlands Antilles.

(e) Declarations and reservations.With regard to awards made in the territory of non-contracting States, this State will apply the Convention only to the extent to which those States grant reciprocal treatment.

(f) Declarations and reservations. This State will apply the Convention only to those arbitral awards which were adopted after the entry into effect of the Convention.

(g) The United Kingdom extended the territorial application of the Convention, for the case of  awards made only in the territory of another contracting State, to the following territories: Gibraltar (24 September 1975), Isle of Man (22 February 1979), Bermuda (14 November 1979), Cayman Islands (26 November 1980), Guernsey (19 April 1985), Jersey (28 May 2002).

(h) Declarations and reservations. Canada declared that it would apply the Convention only to differences arising out of legal relationships, whether contractual or not, that were considered commercial under the laws of Canada, except in the case of the Province of Quebec, where the law did not provide for such limitation.

(i) This State will not apply the Convention to differences where the subject matter of the proceedings is immovable property situated in the State, or a right in or to such property.

(j) Upon resumption of sovereignty over Hong Kong on 1 July 1997, the Government of China extended the territorial application of the Convention to Hong Kong, Special Administrative Region of China, subject to the statement originally made by China upon accession to the Convention. On 19 July 2005, China declared that the Convention shall apply to the Macao Special Administrative Region of China, subject to the statement originally made by China upon accession to the Convention.

(k) On 4 June 2008, Slovenia withdrew the declarations made upon succession mentioned in footnotes (a) and (b).

©2007 UNCITRAL