IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED,<br><br>      Petitioner,<br><br>v.<br><br>CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED,<br><br>      Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-361 (JJF) |

**RESPONDENTS CARGILL, INCORPORATED AND CIS FINANCIAL SERVICES, INC.'S REPLY MEMORANDUM IN SUPPORT OF CROSS-MOTION TO VACATE OR ALTERNATIVELY TO MODIFY ARBITRATION AWARD**

CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

| | |
|---|---|
| OF COUNSEL<br><br>Michael B. Fisco, Esquire<br>Will Stute, Esquire<br>Michael M. Krauss, Esquire<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612)766-7000 | LANDIS RATH & COBB LLP<br><br>/s/ Daniel B. Rath<br><br>Daniel B. Rath, Esquire (No. 3022)<br>Rebecca L. Butcher, Esquire (No. 3816)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: rath@lrclaw.com<br>            butcher@lrclaw.com<br><br>*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated* |

DATE: August 4, 2008

623.002-21446.DOC

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on August 4, 2008, a true and correct copy of the *RESPONDENTS CARGILL, INCORPORATED AND CIS FINANCIAL SERVICES, INC.'S REPLY MEMORANDUM IN SUPPORT OF CROSS-MOTION TO VACATE OR ALTERNATIVELY TO MODIFY ARBITRATION AWARD* which was filed Under Seal were caused to be served on the following in the manner indicated:

*Via Email*

Kevin R. Shannon, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
Phone: 302-984-6112
Fax: 302-658-1192
Email: kshannon@potteranderson.com
       dmoore@potteranderson.com

*Via First Class Mail*

Bruce G. Paulsen, Esquire
Jeffrey M. Dine, Esquire
Paula Odysseos, Esquire
Seward & Kissel LLP
1 Battery Park Plaza
New York, NY 10004
Phone: 212-574-1200
Fax: 212-480-8421

*Attorneys for Petitioner*
*Stilton International Holdings Limited*


Rebecca L. Butcher, Esquire (#3816)
Email: butcher@lrclaw.com

623.002-21446.DOC