IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED,<br><br>Petitioner,<br><br>v.<br><br>CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-361-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties file this Stipulation and Order of Dismissal with Prejudice dismissing the above-captioned action with prejudice, all parties to bear their own fees and costs.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
  Kevin R. Shannon (#3137)
  David E. Moore (#3983)
  1313 N. Market Street
  Hercules Plaza, 6th Floor
  P. O. Box 951
  Wilmington, DE 19899
  Tel: (302) 984-6000
  kshannon@potteranderson.com
  dmoore@potteranderson.com

*Attorneys for Petitioner Stilton International Holdings Limited*

LANDIS RATH & COBB LLP

By: /s/ Rebecca L. Butcher
  Daniel B. Rath (#3022)
  Rebecca L. Butcher (#3816)
  919 Market Street, Suite 600
  Wilmington, DE 19801
  Tel: (302) 467-4400
  rath@lrclaw.com
  butcher@lrclaw.com

*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated*

SO ORDERED this _____ day of _____, 2008.

_____
U.S.D.J.

879956 / 33162