IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STILTON INTERNATIONAL HOLDINGS LIMITED, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) C.A. No. 08-361-JJF<br>) |
| CIS FINANCIAL SERVICES, INC. and CARGILL, INCORPORATED, | )<br>)<br>) |
| Respondents. | ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, the parties file this Stipulation and Order of Dismissal with Prejudice dismissing the above-captioned action with prejudice, all parties to bear their own fees and costs.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Kevin R. Shannon (#3137)
David E. Moore (#3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Petitioner Stilton International Holdings Limited*

LANDIS RATH & COBB LLP

By: /s/ Rebecca L. Butcher
Daniel B. Rath (#3022)
Rebecca L. Butcher (#3816)
919 Market Street, Suite 600
Wilmington, DE 19801
Tel: (302) 467-4400
rath@lrclaw.com
butcher@lrclaw.com

*Attorneys for Respondents CIS Financial Services, Inc. and Cargill, Incorporated*

SO ORDERED this 3 day of September, 2008.

_____
U.S.D.J.

879956 / 33162